## DECLARATION OF AARON MCNEESE

I, Aaron McNeese, declare and state as follows:

1.    I am over the age of 18 and am otherwise competent to testify. I have personal knowledge of the facts stated in this declaration.

2.    I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its call center facility located at 5912 Highway 49, Suite H3, Hattiesburg, MS 39401. I have been employed by the Company at this location since July 24, 2017.

3.    My current job title is "Customer Service Representative - Dual." I have worked in this position since January 2019. Prior to January 2019, I was a Marketplace Customer Service Representative. The project for which I and other customer service representatives in this call center work is called CCO (Contact Center Operations).

4.    My primary job duty as a dual customer service representative is to answer telephone inquiries from beneficiaries who call with questions about Medicare, as well as consumers who call with questions about Affordable Care Act Marketplace health insurance. The questions I typically handle involve eligibility and enrollment in both lines of business. When I was a Marketplace Customer Service Representative, I only handled calls regarding Marketplace insurance.

5.    My work schedule is Monday through Friday, 9:00 a.m. to 5:30 p.m. I do not typically work overtime, such as on weekends, because I do not volunteer for overtime. The only reason I ever have to work an additional day on a weekend is if we have a "priority day," which is an additional day of mandatory overtime work that usually occurs at times when a heavy call volume is expected, such as the first day of open enrollment. Even on days of mandatory overtime, however, I have an opportunity to request a day off in advance. I typically work mandatory

Initials: _____

overtime twice per year. During each shift, I have a 30-minute unpaid meal break and two 15-minute paid breaks. I normally work approximately 40 hours per week at Maximus.

6.    I am familiar with the policies and procedures in place at this Hattiesburg call center where I work based on my work experience with the Company. At the time I was hired, I received an in-person orientation training that covered policies and procedures such as timekeeping, meal breaks, work hours, and overtime. In addition, I have periodically received training each year about changes in codes that we use to record our time, including codes to record overtime. If I ever have questions about the policies and practices at this call center, I can ask my supervisor or any other supervisor on the call center floor.

7.    At the Hattiesburg call center, customer service representatives are not expected to begin logging in to the computer, programs, and phone before the start time of their shift. Nor are customer service representatives at this call center expected to be ready to take the first call exactly at the start of their shift. To my knowledge, managers and supervisors do not instruct customer service representatives to arrive early so that they can begin logging in to their computers, programs, and phones before their shift begins. In fact, there is a policy at the Hattiesburg that prohibits pre-shift work, and specifically prohibits customer service representatives from logging in to their computers prior to two minutes before the shift start time. Supervisors and managers periodically remind customer service representatives in our call center not to begin logging in prior to two minutes before the shift start time. In addition, there is a three-minute grace period at the beginning of the shift to allow customer service representatives to log in to the computer and programs, to review their work schedule for the day, and to read any emails before they should be ready to take calls.

Initials: _____

8. I typically arrive at the facility anywhere between 8:40 and 8:45 a.m., because that is my personal preference. I park my car in the parking lot and enter the building, and then I go to my desk to put my things down. My desk is towards the back of the call center, so the walk from my car to my desk is at least 4 minutes. After depositing my things at my desk, I go to the restroom and may grab a cup of coffee or some candy, depending on whether I ate breakfast at home or brought water with me from home. I typically do not sit down at my desk to begin logging in to my computer until two minutes before my shift begins, at approximately 8:58 a.m.

9. I first log into my computer, which is already on, by entering my user ID and a password, and then I open WFO, which is where my schedule for the day is posted. Since approximately July 2021, I have to enter a username and password to open WFO. Prior to July 2021, I simply had to double-click the WFO icon for it to open. Next, I open my email; if I have sat at the same computer recently, email opens automatically after I double-click on it, but if I have not sat at that computer before, I need to enter a username and password. Microsoft Teams, another program I use, also opens automatically unless I have never sat at that particular computer, in which case I enter a username and password. Finally, I open NGD (Next Generation Desktop) by clicking an icon and entering my username and password. It takes me approximately one minute and 45 seconds, and less than two minutes, to unlock the computer and open and log in to all of these programs. I do not have to separately log into my phone because that automatically happens when I log in to NGD.

10. There are various codes that we use on the phone to indicate when we are ready to take calls, when we are not ready to receive calls, when we have training, when we are on break, etc. At 9:00 a.m. when my shift begins, I leave my phone in "Aux03" mode for the first three minutes of my shift so that I can review my schedule and emails and make sure that all of the

Initials: _____

programs I need are up and running. At 9:03 a.m., I put my phone in "Auto In" mode to indicate that I am ready to take calls.

11.    Twice each week, typically Tuesday and Thursday, I have approximately 30 minutes of training first thing in the morning, covering topics related to handling calls, such as sounding empathetic on the phone when speaking with consumers and managing interaction time with each consumer. During the training, I put my phone in "Aux04" mode, which indicates training time and does not allow calls to come in to my phone. After I complete the training, I put my phone in "Auto In" mode to begin taking calls. At times when I am handling Medicare calls, the first call usually comes in approximately ten seconds after I indicate that I am ready to take calls. For Marketplace calls, up to five or six minutes may pass before my first call comes in.

12.    I occasionally experience technical issues with my computer or the programs I use. Because I have been working here for several years, I know certain ways to troubleshoot technical issues, such as clearing my cache. If I am unable to resolve the issue myself, I inform my supervisor to get assistance, and she typically sends a work ticket to our computer technicians. Whenever I experience technical issues, I send my supervisor an exception form, which indicates the time the technical issue started and the time it was resolved so that my supervisor can update my schedule in WFO and I remain in compliance with the scheduled phone time. Even though I am not on the phone and actively handling calls during any down time due to a technical issue, I am still clocked in and I get paid for the time that I have to troubleshoot any computer issues. In the last year, I recall technical issues occurring with my computer only once or twice.

13.    My lunch break typically is scheduled midway through my shift, from 12:30 p.m. to 1:00 p.m. I know what time my scheduled lunch break is because I review my schedule in WFO each morning. When I see that my lunch time is approaching, I finish whatever call I am on and

Initials

put my phone into "Aux01" mode so that I do not receive any more calls, indicating that I have my lunch break. Before leaving my desk to go to lunch, I have to lock my computer screen by pressing the Windows and "L" keys, which takes less than two seconds. During my lunch break, I typically go out to the parking lot to eat my lunch and make a phone call. I stay outside for approximately 20-25 minutes, and then reenter the building, use the restroom, and return to my desk. I always make sure I get a full 30-minute lunch break, and I do not start taking phone calls until the entire 30 minutes are up.

14.     If I am actively handling a call that ends past the scheduled start time of my lunch break, I complete that call and then take a full 30-minute lunch break. If this happens several times, I simply let my supervisor know that I needed to take a later break because of a call that went long.

15.     At the end of my shift, if I am not on a call, I toggle my phone to "Aux03" mode so that I no longer receive calls. I do this at approximately 5:27 p.m., approximately three minutes before my shift ends, so that I can close out the programs, including NGD, WFO, email, and Teams. It takes me at most 30 seconds to close all of these programs because all I need to do is click the "x" at the top right corner of each program window.

16.     After closing the programs, I record the hours I worked that day in a program called "Deltek." I also do this during the three minutes before my shift ends. To enter my time, I click on a clock icon to open Deltek, enter my username and password, and type "Maximus" in a third blank space. If I have worked on that computer previously, the username and "Maximus" auto-populate, and I only have to type my password. For each day I work, I personally enter my time by typing in the total number of hours that I worked. When calculating hours worked, I base my start time on the time at which I first logged in to NGD, and I base my end time on the time at

Initials: _____

which I will log out of my phone at the end of the day. I typically log out immediately after I enter my time in Deltek. Because entering my time takes only 30 seconds or so, I know what my end time will be.

17.     After entering my time, I set my computer to restart by clicking the Windows icon and selecting "restart." The last thing I do at the end of my work day is log out of my phone. After I log out of my phone, I gather my things and go home. I typically leave my desk and exit the building at 5:30 p.m., when my shift ends. Maximus does not require that I shut down my computer after my shift, and I am not required to remain at my desk for the restart process to finish. I do not stay at my work station while my computer is restarting. If I am on a call with a consumer, I complete the call and then proceed with the process described above. I simply ensure that I record the additional work time in my daily timesheet.

18.     To my knowledge, no one from Maximus has ever made downward adjustments to the time entries I recorded. In addition, no one from Maximus has ever asked or required me to perform work "off the clock" or to work during my lunch break. In fact, I recall an occasion on which I forgot to log out of my phone at the end of the day, and my supervisor asked whether additional work hours should be added to my time for that day because it appeared that I was on a late call. I told my supervisor that I simply had forgotten to log out of my phone. If a supervisor were ever to make a change in my timecard, I would have an opportunity to review it to ensure that it accurately reflects all of the hours I worked.

19.     As I stated above, to my knowledge, there is no policy at Maximus requiring that customer service representatives arrive before their start of their shift in order to log into their computer, phone, and various computer programs before the shift start time. No employee of

Initials: ____

Page 6 of 8

Maximus has ever instructed me to arrive at work early and begin logging into my computer, phone and computer programs before my shift begins.

20.    Similarly, I am not aware of any Maximus policy requiring customer service representatives to remain at their work station while their computer is restarting, and no one from Maximus has ever instructed me to do so. In addition, I have never seen or heard of any customer service representatives remaining at their work station to wait for their computer to restart at the end of their shift.

21.    Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

    a.    a lawsuit has been filed against the Company by several current and former customer service representatives who worked in Maximus call centers in various states alleging that the Company failed to properly pay them, and other call center employees, for work they performed before and/or after their shifts;

    b.    I am within the group of individuals the plaintiffs seek to represent in that case;

    c.    as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

    d.    the attorney I spoke with represents only Maximus, and does not represent me or other employees of the company;

    e.    speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

Initials: _____

f.      it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

g.      I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

h.      the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

22.     I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so.  I attest to the facts in this declaration voluntarily and of my own free will.

I declare under penalty of perjury under the laws of the United States of America and the State of Mississippi that the foregoing is true and correct.

Date: 11/11/21

_____
Signature

_____
Printed Name

Initials: _____