## DECLARATION OF ALMETA MCNEAR

I, Almeta McNear, declare and state as follows:

1.      I am over the age of 18 and am otherwise competent to testify. I have personal knowledge of the facts stated in this declaration.

2.      I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its facility located at 3020 South 301, Riverview, Florida. I have been employed by the Company at this location since August 2009. I have worked for various entities that have since been acquired or merged into what is currently Maximus, Inc. for a total of twelve years.

3.      My current job title is "Customer Service Representative, Internal Support Group." I have worked in this position for the past five or six years. Before that, I was a General Medical Representative Tier 1 CSR from approximately August 2009 to July 2013. After that, I became a Claims CSR in approximately July 2013. Sometime in 2018, I assumed my current role.

4.      My primary job duty as an ISG customer service representative is to answer telephone inquiries from other CSG representatives regarding all things Medicare when they need help; help CSG representatives with scripting; and assist in locating information for beneficiaries who call them. I also take calls if a customer says they want to talk to a supervisor.

5.      I work Monday to Friday 6:00AM to 2:30PM. I get two 15-minute breaks. I take a morning break between 8AM to 8:15AM. I take a lunch break from 10AM-10:30AM. I take another break 12:00PM to 12:15PM. I normally work approximately 40 hours per week at Maximus. I typically do not volunteer to work overtime. I have worked overtime before when I volunteered for it, or when a call I am on extends past the end of my shift. Occasionally, there are "mandatory days" coinciding with the Medicare enrollment period, which is a busy time for my

Initials: A.M.

group. If I am scheduled to work on a Saturday, for example, I will be paid overtime for those hours because I am not typically scheduled to work on that day.

6.    I am familiar with the policies and procedures in place at the call center location where I work based on my work experience with the Company. The policies and procedures are accessible to employees like me on the system, on the computer I access every day for work. When I log onto the system, I can click on a link (that might be called CCO Learning) to access these policies and procedures. The last time I looked at them was about three to five months ago. If there are changes, Maximus will send an email letting employees know that there has been a chance. Those policies discuss timekeeping procedures. We also get emails weekly reminding us to record our time, including any overtime hours we worked, accurately. The policies also discuss meal breaks. The policy explains that we are required to have two 15-minute breaks that are paid, and a 30-minute lunch break that is unpaid. I received training on these policies when I first started working at Maximus.

7.    I typically arrive at the facility's parking lot at 5:45 AM. I usually enter the building when they open it, at around 5:52 AM. After arriving at the facility, I go to a locker where I get my headset and sanitizing wipes that I use to clean my desk, and my cup. I go to the ice machine and get some water. By the time I finish these activities, I get to my work station approximately two to three minutes before I am scheduled to log in. I power up my computer about a minute before 6:00. It takes a few seconds for the computer to power on. I do not log in before 6:00AM because my shift does not start until then. After logging in at 6:00, I have a three-minute grace period, for which I am paid, to sign into the different programs I need to be able to take calls. Those programs include NGD, Outlook for email, Microsoft Teams, and my white board. It takes less than three minutes for these programs to load. Once I am logged in, I press a button on my

Initials: _GM_

phone indicating that I am available for phone calls. I do this at around 6:03 AM. Since I work the earliest shift, my first calls may come in at different times according to call volume, and if there are CSRs who are new to the job that need assistance. For example, my first call today came in at 6:10, which is a little earlier than usual. Sometimes my first call comes between 6:30-7:00AM. Sometimes, if I have issues with logging in, such as if I am locked out of the system for putting in the wrong password, I call IT to help me solve the problem. It takes a few minutes for them to resolve the issue, and I am paid for all of the time spent addressing the issue. Occasionally, the system runs slowly. If this happens, I let a supervisor or IT know. In the meantime, I switch my phone to "unavailable" so I do not receive calls. I am paid for whatever time is spent addressing the issue. Even though I am not on the phone and actively handling calls during any down time due to a technical issue, I am still clocked in and I get paid for the time that I have to troubleshoot any computer issues.

8.    I am not expected to begin logging in to my computer, computer programs, or the phone system, prior to the start of my scheduled shift. I recall receiving communications from Maximus that CSRs are not allowed to log into the system before their shift.

9.    For my two 15-minute breaks, there are certain codes I input into the phone to indicate whether I am on my first 15-minute break ("31") or second 15-minute break ("32"). After I put in these codes, I do not receive incoming calls. It takes a few seconds to put in these codes. If I'm on a call and I know my break is coming, I put the codes into the phone so that after it is done, I can start my 15-minute break. I lock my computer by pressing control + alt + delete, which takes a second. I typically leave my work station during my break. I may use the restroom or go to the break room. After my 15 minutes is finished, I come back to my work station, unlock my

Initials: _Ǫ𝑀_

computer, and switch my phone back to take calls. This takes a few seconds and I am not penalized if I take a few more seconds to do so.

10.    My lunch break is scheduled for 10:00 to 10:30 AM every day. My lunch break is 30 minutes long. I know what time my scheduled lunch break is because I review my schedule each day when I come in to work. If I'm on a call, I put the code for a lunch break, "01." I lock my computer and take my lunch break. This takes a few seconds. Employees are allowed to eat lunch at their desk, but I usually take my lunch in the break room. During my break, I eat, use the restroom, and talk with colleagues in the break area. I return to my work station at around 10:28 or 10:29 AM. I do not log back into my computer until the end of my 30-minute break, at 10:30.

11.    Occasionally, I have calls that extend past 10:00. When that happens, I finish the call, and then my lunch breaks starts when I finish. For example, if my call ends at 10:20, my break would be from 10:20 to 10:50. I have never had to work through my lunch break.

12.    At the end of my shift, I have a two-minute grace period to fill out my time sheet and log out of the computer programs and my phone. I start to do these tasks at 2:28. Even though I am not taking calls past 2:28, I am still paid until the end of my shift. If I am not on a call with a client, I toggle my phone to "unavailable" status and log out of the computer programs. It takes me approximately about a minute to log out of NGD, Outlook, and Microsoft Teams. I then log out of the phone and lock my computer. It takes me approximately a second to log out of the phone system, and another few seconds to lock my computer. If I am on a call with a client, I complete the call and then proceed with logging out as described above. It takes approximately a few minutes to put my computer into restart mode. I do not stay at my work station while my computer is shutting down and restarting. No one expects me to. I leave my workstation promptly at 2:30.

Initials: GM

13.    I record the hours I work each day and each week in a program called "Del-Tek." For each day I work, I personally enter my time at 2:28 by opening up this program in my computer and manually inputting the number of hours that I worked.  There is a separate time sheet calculator you can use to help you accurately calculate the number of hours worked. When calculating hours worked, I base my start time on the time at which I start my shift, which is typically 6:00AM. I base my end time on the time at the end of my shift, which is typically at 2:30 PM.  I have received training at the start of my employment, and email reminders, about how to put time in accurately, including what I should do if I work past my shift.

14.    To my knowledge, no one from Maximus has ever made downward adjustments to my time entries.  In addition, no one from Maximus has ever asked or required me to perform work "off the clock" or during my lunch break.  To my knowledge, there is no policy at Maximus requiring that customer service representatives arrive before their start of their shift in order to log into their computer, phone, and various computer programs before the shift start time.  No employee of Maximus has ever instructed me to arrive at work early and begin logging into my computer, phone and computer programs before my shift begins.

15.    Similarly, I am not aware of any Maximus policy requiring customer service representatives to remain at their work station while their computer is shutting down and restarting, and no one from Maximus has ever instructed me to do so.  In addition, I have never seen or heard of any customer service representatives remaining at their work station to wait for their computer to shut down or restart at the end of their shift.

16.    Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

Initials: ⟨M⟩

a.      a lawsuit has been filed against the Company by several current and former customer service representatives who worked in Maximus call centers in various states alleging that the Company failed to properly pay them, and other call center employees, for work they performed before and/or after their shifts;

b.      I am within the group of individuals the plaintiffs seek to represent in that case;

c.      as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

d.      the attorney I spoke with represents only Maximus, and does not represent me or other employees of the company;

e.      speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

f.      it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

g.      I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

h.      the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

17.     I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so. I attest to the facts in this declaration voluntarily and of my own free will.

Initials: ___

I declare under penalty of perjury under the laws of the United States of America and the State of Florida that the foregoing is true and correct.

Date: 11-15-21

_____
Signature

_____
Printed Name

Initials: