## DECLARATION OF AMY BARNES

I, Amy Barnes, declare and state as follows:

1.     I am over the age of 18 and am otherwise competent to testify.  I have personal knowledge of the facts stated in this declaration.

2.     I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its facility located at 1025 Bypass Road, Winchester, KY 40391. I have worked at this location since on or about November 9, 2015. At that time, I was employed by a company called GDIT. Maximus acquired GDIT in or around November 2018, which is when I became employed by Maximus.

3.     My current job title is "Customer Service Representative." That has been my job title since I started at the Winchester location in November 2015, but my job duties have changed over the years. The project I work on in the Winchester location is Call Center Operations or "CCO."

4.     My primary job duty as a customer service representative is to answer telephone inquiries from beneficiaries to assist them with questions about Medicare coverage. Sometimes, the calls will also be from agents or brokers calling on behalf of beneficiaries. In those cases, we have to make sure they are authorized to be speaking on behalf of the beneficiary under laws like HIPAA. The questions I get can involve both eligibility and enrollment, such as signing up for Medicare, changing health care plans, or payment issues. In my previous roles, the questions I got included questions about marketplace health insurance. The calls I get now are mainly Medicare "Tier II," which includes calls both on Part A claims (e.g., inpatient) and Part B claims (e.g., outpatient and durable medical equipment claims).

Initials: ANB

5.      My regular work schedule is Monday through Friday, 9:30 a.m. to 6:00 p.m. I normally work approximately 40 hours per week at Maximus. During each shift, I have a 30-minute unpaid lunch break and two 15-minute paid breaks.

6.      Most of the time, if I am working overtime it is because I volunteered to do it. I used to volunteer more for overtime but I don't volunteer as much right now because I am recently pregnant. If I volunteer for overtime, it is because I had the time to do so and wanted to obtain the extra pay. We are usually required to work mandatory overtime when call volume is high during open enrollment one Saturday per year. In any case, I have always been paid 1.5 times my regular rate of pay when I work overtime hours and have not had any issues with that.

7.      I am very familiar with the policies and procedures in place at the Winchester call center. At the time I was hired in 2015, I received a training that covered policies and procedures such as timekeeping, meal breaks, work hours, and overtime. There was also another training when I was hired by Maximus is 2018. I also went through other trainings like this each time I started in my previous roles. In addition, nearly every week, I receive "CUP" trainings for about 15 or 20 minutes regarding other policies, procedures, and strategies important to my work. We are also sometimes periodically scheduled for longer training classes that may range up to 75 minutes on other topics. I am always paid for my time in training. If I ever have questions about the policies and practices at this call center, I can ask my supervisor, and if my supervisor isn't available, I could go to another supervisor on the call center floor. We have a buddy system where each supervisor has another supervisor that our supervisor will tell us to report to when they are out.

8.      At the Winchester call center location, customer service representatives are not expected to begin logging in to the computer, programs, and phone before the start time of their shift and the three-minute grace period we are given. Nor are customer service representatives at

Initials: ANB

this call center expected to be ready for the first call exactly at the start of the shift. Supervisors do not instruct us to arrive early so that they can begin logging in to their computers, programs, and phones before their shift begins. I know this to be the case because it has always been the policy of the call center since I started. In addition, we have what is called "SI/SO" (or "sign-in / sign-out") or the three-minute grace period at the beginning of the shift, which is used to allow customer service representatives to log in to the computer and programs, review our schedule, and read any emails before taking calls. There is a similar 2-minute period at the end of our shifts.

9.    I drive to work and try to arrive at the facility as early as I can. Most days I am arriving at the facility around 9:00 a.m. When I arrive can fluctuate depending on traffic. Some days I arrive right at 9:30 a.m. During my shift, the parking lot is usually pretty full, which is why I like to arrive pretty early to get a good spot. Once I park my car, it is between a 3 to 5 minute walk to the facility's entrance, and then approximately three minutes to get my desk. After entering the facility, I usually head straight to my desk. Some days I might stop in the breakroom to grab a snack before my shift starts if I am early enough. On days I am early, I may open my computer, review emails, and look at my schedule on WFO. However, I always start getting ready to take my first call by logging into my phone and NGD (Next Generation Desktop) around 9:30 a.m. and finish before the end of the 3-minute grace period at 9:33 a.m.

10.    Overall, the process I usually take to get ready to take my calls is as follows. If I have not already done so earlier, I first log into my computer (which is typically already on because I set it to restart at the end of each day) by typing in my credentials, which are my employer ID and password. This usually only takes about 30 seconds to do. I next log in to my Avaya phone by pressing the headset, release, and login buttons and then put in my "ACD ID." My next step would be to log in to NGD. I do this by clicking the NGD icon on the desktop. I then type in my username

Initials: ANB

ID and password to log in. Typically, I will also have already opened my Microsoft Outlook email and WFO, both of which takes a few seconds to open. Microsoft Teams, another program we use, opens up automatically. Together, each of these steps take me anywhere from one to three minutes to accomplish but I am always finished within the 3-minute grace period.

11.     There are various codes that we use on our phone to indicate when we are ready or not ready for calls. Once I am ready to take a call after completing the steps I just mentioned, I toggle my phone from "Aux03" (for the grace period) to "auto-in" status, which means I can start receiving calls. This process takes maybe not even a few seconds to complete. After I switch to the "auto-in" status, when I first get a call depends on the time of year. I have both received a call within seconds but also within minutes in my role. It can vary widely based on whether it is open enrollment time or not.

12.     Even though I often like to log in to my email and WFO before I start my shift and log into my phone, I am not expected to begin logging in to my computer, computer programs, or the phone system, prior to the start of my scheduled shift. In fact, I know that if I did log in to the phone too early, a supervisor would likely coach me and remind me not to log in too early. If it kept happening, there would likely be further disciplinary action.

13.     It is not very common that I experience technical issues with my computer or any of the programs I use. But, I do know that if I did have a technical issue, I would notify my supervisor and then switch my phone to "Aux08," which would indicate I am having a technical issue and preserve the fact that this happened so I could then note it on my timesheet and still get paid. For example, I have done this when my computer password gets reset. Regardless, I have never had an issue not getting paid during time spent dealing with a technical issue. I know how

Initials: ANB

to do this because of the trainings I mentioned earlier and because of my six years with the Company.

14.     My lunch break is almost always scheduled for 1:45 p.m. to 2:15 p.m. My lunch break is 30 minutes long. The only time I can recall it changing is if we have a meeting or training scheduled around the same time, which may result in the time of my break shifting, but we will still get a full 30-minute break regardless. Typically, I go to the breakroom vending machines to get something to eat. There are also microwaves in the breakroom that we can use. Some people also bring their lunch to the facility. Since the pandemic started, I go to eat at my desk. Prior to the pandemic, I used to eat in the facility's breakroom or go to the break area outside, but now I am usually eating at my desk. I typically keep my computer locked while I am eating lunch.

15.     I always take my full 30-minute lunch break. I can't recall a situation where I was not allowed to take my full 30-minute lunch break. When I see that my lunch time is approaching, I finish whatever call I am on and then I switch the phone to "Aux01" which indicates that I am on my lunch break. If I am actively handling a call that ends past the scheduled start time of my lunch break, I complete that call and then take a full 30-minute lunch break and just note this accordingly in my timesheet in the "Deltek" program later at the end of my shift. Before leaving my desk to go to lunch, I have to lock my computer screen by pressing the Windows key and the "L" key, which only takes a couple seconds, if that.

16.     There is a 2-minute grace period for ending our shifts. So, at the end of my shift, if I am not on a call, I toggle my phone to "Aux03" mode so that I no longer receive calls, which we can do up to six minutes before our shift is to end. Supervisors also sometimes will go around and switch the phone to "Aux03" to help manage the call center floor and help make sure that we don't get a call that goes past the end of our shift (but that does not clock us out—that does not happen

Initials: A NB

until I log out of the phone later). Then, usually at approximately 5:58 p.m., I close out of the programs, starting with NGD, and also WFO, and Microsoft Outlook. It takes me seconds to close all of these programs. I do this by pressing the "X" buttons in the top right corner of each program or, in NGD's case, by pressing a button to log out and then pressing the "X" I just mentioned.

17.    I next record the hours I work each day in the Deltek program. To enter my time, I enter my credentials to log in, which only takes a few seconds to do. For each day I work, I personally enter my time by typing in the total number of hours that I worked. When calculating hours worked, I base my start time on the time at which I first logged in to my phone (since I log into my phone before NGD), and I base my end time on the time at which I will log out of my phone next at the end of the day. I do this all within the 2-minute grace period.

18.    After entering my time, I log out of my phone (since logging out of NGD does not automatically log you out of your phone), which takes a couple seconds. I then set my computer to restart by clicking the Windows icon and selecting "restart," which takes a few seconds to do. I am not required to remain at my desk for the restart process to finish. I am free to go once I click the restart button and the computer starts the restart process, after which I then leave my desk and go home. If I am on a call with a beneficiary, I complete the call and then proceed with the process described above. I simply ensure that I record the additional work time in my daily timesheet. Any time spent over my regular shift on a call is added on to my timesheet.

19.    I am not aware of anyone at Maximus ever making a downward adjustment to my timesheet without telling me first or for a reason that was improper. In other words, the only time I can ever remember this occurring is if I was late from getting back from lunch, one of the paid breaks, to starting my shift, or if I had to leave work early. I am not aware of any other employees having had their time deducted for any reasons other than like those I just mentioned.

Initials: _ANB_

Page 6 of 8

20. Further, no one from Maximus has ever asked or required me to perform work "off the clock" or during my lunch break. To my knowledge, there is no policy at Maximus requiring that customer service representatives arrive before their start of their shift in order to log into their computer, phone, and various computer programs before the shift start time. No employee or supervisor of Maximus has ever instructed me to arrive at work early and begin logging into my computer, phone and computer programs before my shift begins.

21. Similarly, I am not aware of any Maximus policy requiring customer service representatives to remain at their desk while their computer is restarting, and no one from Maximus has ever instructed me to do so. In addition, I have never seen or heard of any customer service representatives being required to stay at their desk to wait for their computer to restart at the end of their shift.

22. Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

a. a lawsuit has been filed against the Company by several current and former customer service representatives who worked in Maximus call centers in various states alleging that the Company failed to properly pay them, and other call center employees, for work they performed before and/or after their shifts;

b. I am within the group of individuals the plaintiffs seek to represent in that case;

c. as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

d. the attorney I spoke with represents only Maximus, and does not represent me or other employees of the company;

Initials: _A N B_

Page 7 of 8

e. speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

f. it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

g. I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

h. the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

23. I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so. I attest to the facts in this declaration voluntarily and of my own free will.

I declare under penalty of perjury under the laws of the United States of America and the Commonwealth of Kentucky that the foregoing is true and correct.

Date: 11-22-21

_Amy V Barnes_
Signature

_Amy N. Barnes_
Printed Name

Initials: ANB

Page 8 of 8