## DECLARATION OF AMY LEATHERMAN

I, AMY LEATHERMAN, declare and state as follows:

1.      I am over the age of 18 and am otherwise competent to testify. I have personal knowledge of the facts stated in this declaration.

2.      I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its call center facility located at 891 West Corsicana, Athens, Texas. I have been employed by the Company, and have worked at this location, for approximately 6 years.

3.      My current job title is "customer service representative." I have worked in this position the entire time I have been with the Company.

4.      My primary job duty as a customer service representative is to answer telephone inquiries from callers who have questions regarding their eligibility regarding benefits provided by the Texas Health and Human Services Commission Works Programs, such as Medicaid, Children's Medicaid, Medicaid for Elderly and Disabled Person (MEDP) and SNAP. I also serve as a subject matter expert (SME) to help other customer service representatives with complex client inquiries and other issues.

5.      My typical work schedule is 8:00 a.m. to 4:30 p.m. Monday through Friday. Currently, I work 30 minutes overtime on Monday and occasionally on Tuesday. During each shift there are two 15-minute paid rest breaks and a 30-minute lunch break. In addition, I have staff development time on Tuesday through Friday to check my emails, refresher questionnaires about issues that may come up on client calls, and the like. Staff development time also is paid. I normally work approximately 40 or 41 hours per week at Maximus; when I work 41 hours in a week, the last hour (30 minutes each day) is considered overtime, and is paid as such.

Initials:

6.      I am familiar with the policies and procedures in place at my call center based on my work experience with the Company.

7.      I typically arrive at the call center approximately 15 minutes before my scheduled shift begins. I first put my things at my desk, get coffee, and use the restroom so that I can start working at 8:00 a.m. when my shift begins. In the event I am running late, there is a grace period of four to five minutes, so that I am not counted as late if I arrive at 8:04 or 8:05 a.m.

8.      When my shift is about to begin, I unlock the computer and then open the programs and systems I use, which include: AskMAX, which is the information source that provides directives on how to handle calls; Outlook e-mail; the TIERS state portal, which is where we report changes for the clients who call; and Cisco Finesse, the phone system. To open AskMAX and TIERS, I open Internet Explorer and sign in with a username and password; AskMAX and TIERS are both saved as "favorites" in my browser. Finesse is linked as a bookmark in my internet browser. I also open Deltek, the timekeeping system, and Verint, the scheduling system to see my schedule for the day and for the week. Altogether, it takes me approximately 30 seconds to one minute to log into all of these systems and these programs.

9.      When I am ready to take a call, I toggle my phone to "ready" status. Sometimes, I go into "ready" status and complete finishing the rest of the computer programs while the calls begin coming through. My first call usually comes in anywhere from one minute to five minutes after I indicate that I am ready to take calls.

10.     To my knowledge, customer service representatives working at my location are not required to arrive before their start of their shift in order to log into their computer, phone, or computer programs before the shift start time. No employee of Maximus has ever instructed me to arrive at work early to begin logging into my computer, phone and computer programs before

Initials:

Page 3 of 5

my shift begins. As a matter of fact, the policy here at the Athens call center is that customer service representatives are not supposed to be at their desks or even turn on their computers earlier than 5 minutes before their shift begins.

11.    At the end of my shift, if I am not on a call with a client, I toggle my phone to "not ready-wrap up" or "not ready-restroom" status and put the phone into "end of shift." Generally, if I know I'm on my last call and I'm finishing up with the caller, I start closing the various programs before the call is over. I close the computer programs by simply clicking the "x" at the top of the program window. It takes me approximately 5 seconds to click all the windows shut and to put the phone into "end of shift" status. If I am on a call with a client, I complete the call, adjust my time in Deltek to account for the additional work time, and then proceed with logging out as described above.

12.    Maximus does not require that I shut down the computer each day. I typically restart my computer after logging out by simply clicking a button. I do not wait by the computer for the restart to finish, and rather, I collect my things and leave the call center. To my knowledge, customer service representatives working at my location are not required to remain at their work station while their computer is restarting. No one from Maximus has ever instructed me to do so. In addition, I have never seen or heard of any customer service representatives remaining at their work station to restart at the end of their shift. In fact, the other customer service representatives who sit around me collect their things and leave immediately after they set their computers to restart, and some customer services simply lock their computer without restarting it.

13.    I record the hours I work each day and each week in a program called "Deltek." For each day I work, I personally enter my time by entering the total number of hours I worked

Initials:

that day into the Deltek timesheet. When calculating hours worked, I base my start time on the time at which I began working and I base my end time on the time at which I put my phone into the "end of shift" status. I never perform any work after I have toggled my phone into "end of shift." If I am on a call that continues past the official end time of my shift, I include that time in my hours worked for the day. When completing my daily timesheet, I may review Verint to confirm that I account for all work time in Deltek; if it shows that I worked past the end of my shift, I count all that additional time as hours worked.

14.    When I was hired, I received training that covered all of these timekeeping practices, and I was informed that I was required to report all of the hours I spent working, including any work I performed before or after my shift. In addition, AskMAX contains resources for customers service representatives addressing how to use Deltek to record and report time worked and other related subjects.

15.    To my knowledge, no one from Maximus has ever made downward adjustments to my time entries. In addition, no one from Maximus has ever asked or required me to perform work "off the clock."

16.    Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

   a.    a lawsuit has been filed against the Company by a former customer service representative who worked in Brownsville, Texas alleging that the Company failed to properly pay her, and other call center employees, for work they performed before and/or after their shifts;

   b.    I am within the group of individuals the plaintiff seeks to represent in that case;

Initials:

c.      as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

d.      the attorney I spoke with represents only Maximus, and does not represent me or other employees of the company;

e.      speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

f.      it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

g.      I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

h.      the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

17.     I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so. I attest to the facts in this declaration voluntarily and of my own free will.

I declare under penalty of perjury under the laws of the United States of America and the State of Texas that the foregoing is true and correct.

Date: 10-21-2020

Signature

Printed Name

Initials: