## DECLARATION OF ANGELICA VILLESCAS

I, Angelica Villescas, declare and state as follows:

1. I am over the age of 18 and am otherwise competent to testify. I have personal knowledge of the facts stated in this declaration.

2. I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its facility located at 1925 East Iowa Road, Edinburg, Texas. I have been employed by the Company since March 2019, and I have worked at the Edinburg facility since that time.

3. My current job title is "customer service representative." I have worked in this position the entire time I have been with the Company.

4. My primary job duty as a customer service representative is to assist customers with their questions about government assistance and programs. I handle all customer inquiries over the telephone.

5. My current work schedule is 8:30 AM – 5:00 PM, Monday through Friday. I take two paid 15-minute breaks, and one unpaid 30-minute lunch break, each day. I sometimes work more than 40 hours in a week. Whenever I do, I receive time-and-a-half pay for all of my overtime hours.

6. On a typical day, I arrive at the facility parking lot about 15 minutes before the start of my shift. It takes me about 5 minutes to walk to the facility from the parking lot. Once I arrive at the facility, I usually drop off my things at my work station, and then use the restroom and/or head to the breakroom for water. I normally return to my work station about 5 minutes prior to the start of my scheduled shift.

7. After I return to my work station, I log into my computer using my Maximus credentials. This takes no more than 30 seconds, as my computer is already on and restarted when

Initials: AV

Page 1 of 5

I arrive at the facility. Next, I open the "AskMax" program, which provides me with instructions for my calls. It takes me approximately 15 seconds to open AskMax. I then open and log into the "Tiers" portal, which stores customer information for my calls. This takes me approximately 15 seconds. After logging into Tiers, I open "CCI," a system used to identify customers and populate their information during calls. This takes no more than 5 seconds. I then open the "Finesse" program, which taxes me approximately 10 seconds, but I do not log in. Next, I open and log into the "Verint" scheduling program. This takes approximately 15 seconds in total. After I log into Verint, I log into Outlook, which takes about 10 seconds. Lastly, I log into Finesse, and toggle to "ready" status, signaling that I am ready for calls, which takes about 10 seconds in total. I do not open or log into the "Deltek" timekeeping program at the beginning of my day.

8.     I normally toggle to ready status at my scheduled start time. I estimate that it takes me approximately 1.5-2 minutes in total to log into my computer, and to open and log into the programs discussed above. Although it only takes me 1.5-2 minutes to complete the log-in process, I prefer to be at my work station about 5 minutes prior to the start of my shift so I can take my time. This is my own personal choice. Maximus does not require me to arrive at my work station at that time.

9.     At the end of my shift, if I am not on a call with a customer, I toggle to "not ready – restroom status" in the Finesse program, and click a button in Finesse indicating that my shift has ended. This takes approximately 5-10 seconds. I then close out of the AskMax, Tiers, CCI, Finesse, and Outlook programs, which takes approximately 30 seconds in total. I then (i) enter my time for the day using the Deltek timekeeping program, (ii) close out of Deltek, and (iii) close out of the Verint scheduling program. This takes approximately 1 minute in total. If I am on a call with a customer at the end of my shift, I complete the call, and then proceed with indicating in

Initials: AV

Finesse that my shift has ended, closing out of my computer programs, and entering my time for the day as described above. The last thing I do before I leave the facility is restart my computer. It takes me approximately 5 seconds to enter the commands needed to restart my computer. I wait about 15 seconds to verify that the computer is shutting down, and then I leave the facility. I do not wait at my work station while my computer is restarting.

10.    No Maximus employee has ever instructed me to arrive at work early to begin logging into my computer, phone, or computer programs before my shift begins. Similarly, no one from Maximus has ever instructed me to remain at my work station while my computer is restarting after my shift has ended. In addition, I have never seen or heard of any customer service representatives remaining at their work stations while their computers are restarting after their shifts have ended.

11.    I record the hours I work each day and each week in the Deltek program. For each day I work, I personally enter my time using my computer. When calculating hours worked, I base my start time on the time at which I toggle to ready status in Finesse. I base my end time on the time at which I indicate in the Finesse program that my shift has ended. If I have a call that extends beyond my scheduled end time, I account for any additional working time in Deltek.

12.    To my knowledge, no one from Maximus has ever made downward adjustments to my time entries. In addition, no one from Maximus has ever asked or required me to perform work "off the clock."

13.    Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

Initials: AV

a.    a lawsuit has been filed against the Company by a former customer service representative who worked in Brownsville, Texas alleging that the Company failed to properly pay her, and other call center employees, for work they performed before and/or after their shifts;

b.    I am within the group of individuals the plaintiff seeks to represent in that case;

c.    as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

d.    the attorney I spoke with represents only Maximus, and does not represent me or other employees of the Company;

e.    speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

f.    it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

g.    I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

h.    the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

14.    I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so. I attest to the facts in this declaration voluntarily and of my own free will.

///

///

Initials: AV

I declare under penalty of perjury under the laws of the United States of America and the State of Texas that the foregoing is true and correct.

Date: 10/22/2019

_____
Signature

Angelica Villescas
Printed Name

Initials: AV