## DECLARATION OF ANTHONY CASTILLO

I, Anthony Castillo, declare and state as follows:

1.    I am over the age of 18 and am otherwise competent to testify.  I have personal knowledge of the facts stated in this declaration.

2.    I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its facility located at 3020 S. U.S. Highway 301, Riverview, Florida.  I have been employed by the Company at this location since August 4, 2014.

3.    My current job title is "Customer Service Representative."  I have worked in this position since I began with the Company in 2014.

4.    My primary job duty as a customer service representative is to answer telephone inquiries from Medicare beneficiaries who are inquiring about their medical coverage, benefits, publications, comparing plans (for prescription drugs or Medicare advantage plans), and issues or concerns with claims.

5.    I normally work Monday through Friday, arriving at 6:00 a.m., working until 2:30 p.m., with a half-hour lunch break from 10:15 a.m. to 10:45 a.m.  I normally work approximately 40 hours per week at Maximus.

6.    I am familiar with the policies and procedures involving regarding timekeeping, meal breaks, work hours, overtime in place at the call center location where I work based on my work experience with the Company.

7.    At my location, customer service representatives, I am expected to be logged in and ready to take calls by 6:03 a.m.  I typically arrive at the building by 5:55 a.m. and I start the log-in process by 6:00 a.m., preparing by computer, various programs, and phone for the work day.

Initials: _ARC_

8.      I typically arrive at the facility before my scheduled shift at around 5:55 a.m. After arriving at the facility, I go to my locker and then to my desk. Once I get to my desk and arrive at my computer (which is typically already on upon arrival), I wake up the computer (this takes a few seconds), log into computer with my employee number and password (this takes a few seconds), log into the Next Generation desktop, the customer service survey program, Microsoft Teams, my script programs, and phone program (logging into to all of these programs takes cumulatively only a few seconds), and log into my WFO Program (this takes a few seconds). It takes me approximately 50 seconds boot up and my computer and log into the aforementioned programs. When I am ready to take a call, I toggle my phone to "ready" or "Auto-In" status. This process takes no more than one second to complete. My first call usually comes in approximately 10 or 15 minutes after I indicate that I am ready to take calls given the early hour at which I start my shift. I occasionally encounter a technical issue, because I have locked myself out of the computer or a program accidentally or because of another technical issue involving my work station. In the event of a technical issue, I look for a supervisor on the floor or ask for a virtual supervisor and switch my phone to its "not ready" status (called "Aux-08") to finish logging in to programs or for other reasons. We are not permitted to save our usernames and passwords into any program, so I re-enter this information each day.

9.      I am not expected to begin logging in to my computer, computer programs, or the phone system, prior to the start of my scheduled shift. In fact, I am trained and re-trained on policies prohibiting pre-shift work and are reminded by supervisors and managers that I should not work before (or after) my shift.

10.     I rarely experience technical issues with my computer or any of the programs I use. For example, in the last six months, I recall technical issues occurring only twice. If I do

Initials: _HHC_

experience any technical issue, like a program freezing, I flag down a supervisor on the floor (or contact a virtual supervisor) and toggle my phone to "not ready" or "Aux-08" to indicate that I am unavailable to take calls. If a technical issue does arise, it may take a few minutes to an hour (depending on wait time) to resolve the issue. Even though I am not on the phone and not actively handling calls during any down time due to a technical issue, I am still clocked in and I get paid for the time that I have to troubleshoot any computer issues. I keep my supervisor updated about the technical issue, and the supervisor typically records that I was trying to resolve the issue at this time.

11.     My lunch break typically is scheduled for 10:15 a.m., which is halfway through my shift. My lunch break is 30 minutes long. I know what time my scheduled lunch break is because I review my schedule each day when I come in to work. Before I take my lunch break, I put my phone on "Default" or "Aux-01" while I am on my last call with a customer prior to my break (I try to do this at least 5 minutes before my lunch break). I also lock my computer and set a timer on my telephone to be back in 30 minutes. During my lunch break, I am permitted to eat at my work station, but I go to one of the break rooms to eat my lunch instead. I also take a paid 15-minute break at or around 8:15 to 8:30 a.m. and another paid break at or around 12:15 a.m. to 12:30 a.m.

12.     I occasionally have to alter my lunch break (taking it later than scheduled) due to call volumes or call completion (about once per week). This is because my last call prior to lunch may go longer than expected and a customer may need further assistance. On those occasions, I go to my lunch when the call finishes, and then take my full 30 minute break as the Company requires. I do not start work until 30 minutes has passed. I am always paid for

Initials: _AMC_

additional time I spent on calls – if I work more than 40 hours per week due to call volume or duration, I am always paid overtime pay at a rate of one and a half times my regular rate of pay.

13.    At the end of my shift, if I am not on a call with a client, I toggle my phone to "not ready" or "Aux-03" status (at about four minutes before the end my shift). I then enter my time in my time card for the day, start shutting down and logging out of the computer and phone programs (including the Next Generation desktop, the customer service survey program, Microsoft Teams, my script programs). It takes me approximately two to three minutes to log out of all of these programs. I then log out of and restart my computer. It takes me approximately a few seconds to log out of and restart my computer. If I am on a call with a client, I complete the call (and complete any notes that I have related to the call) and then proceed with logging out as described above. Maximus requires that I restart my computer after my shift so I typically restart my computer after logging out. I do not stay at my work station while my computer is restarting.

14.    I record the hours I work each day and each week in a program called "Deltek." For each day I work, I personally enter the number of hours that I worked at the end of my work day. When calculating hours worked, I base my start time on the time at which I begin logging into my computer. I base my end time on the time at which I restart my computer. I follow this procedure which I learned through training for timekeeping practices.

15.    To my knowledge, no one from Maximus has ever made downward adjustments to my time entries. In fact, any adjustment to my time entries have only been upward adjustments. In addition, no one from Maximus has ever asked or required me to perform work "off the clock" or during my lunch break. To my knowledge, there is no policy at Maximus requiring that customer service representatives arrive before their start of their shift in order to

Initials: _AMC_

log into their computer, phone, and various computer programs before the shift start time. No employee of Maximus has ever instructed me to arrive at work early and begin logging into my computer, phone and computer programs before my shift begins.

16. Similarly, I am not aware of any Maximus policy requiring customer service representatives to remain at their work station while their computer is restarting, and no one from Maximus has ever instructed me to do so. In addition, I have never seen or heard of any customer service representatives remaining at their work station to wait for their computer to restart at the end of their shift.

17. Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

a. a lawsuit has been filed against the Company by several current and former customer service representatives who worked in Maximus call centers in various states alleging that the Company failed to properly pay them, and other call center employees, for work they performed before and/or after their shifts;

b. I am within the group of individuals the plaintiffs seek to represent in that case;

c. as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

d. the attorney I spoke with represents only Maximus, and does not represent me or other employees of the company;

e. speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

Initials: *AHC*

f.      it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

g.      I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

h.      the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

18.     I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so.  I attest to the facts in this declaration voluntarily and of my own free will.

I declare under penalty of perjury under the laws of the United States of America and the State of Florida that the foregoing is true and correct.

Date: 15 Nov 2021

_____
Signature

_____
Anthony A. Castillo
Printed Name

Initials: AAC