## DECLARATION OF ANTHONY WHITE

I, Anthony White, declare and state as follows:

1.      I am over the age of 18 and am otherwise competent to testify.  I have personal knowledge of the facts stated in this declaration.

2.      I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its facility located at 1025 Bypass Road, Winchester, Kentucky.  I have been employed by the Company at this location since September 2013 when it was operating as General Dynamics Information Technology (GDIT). Several years ago, GDIT became Maximus.

3.      My current job title is "Customer Service Representative, Dual/DME Claims Tier I." I have worked in this position for over a year. When I began my employment, I served as a "Customer Service Representative, Tier I, Marketplace." Around 2017 I became "Customer Service Representative, Tier I, Medicare." In approximately 2018, I became "Customer Service Representative, Tier I, Medicare Claims." In approximately 2019 I became "Customer Service Representative, Tier I, Durable Medical Equipment."

4.      My primary job duty as a customer service representative is to answer telephone inquiries from beneficiaries about Medicare and consumers about health plans on the Marketplace. For example, I assist people with information about potential tax credits that could help lower their costs, filling out applications, obtaining tax forms, answering questions about their premiums and benefits that their plans offer, and why their claim may have been denied.

5.      I am scheduled to work a typical schedule of 9 a.m. to 5:30 p.m. Monday through Friday. Occasionally, I switch shifts when I mentor new employees. Normally, I begin work at 9 a.m. and work until 11:15 a.m. when I take my first paid break. Then I work from 11:30 a.m. to 1:15 p.m. when I take my 30 minute unpaid lunch break. Then I resume work at 1:45 p.m. and

Initials: _AP W_

work until 3:15 p.m. when I take my second paid break. Finally I resume work at 3:30 p.m. and work until my shift ends at 5:30 p.m. I normally work approximately 40 hours per week at Maximus. Occasionally I will put in for voluntary overtime, approximately three times a year. Occasionally, I may have a call that goes past the end of my scheduled shift so I work overtime and receive overtime for the extra time over 40 hours in a week. This only occurs around ten to fifteen times a year and on those occasions, calls only last an average of seven minutes over the end of my shift.

6.    I am familiar with the policies and procedures in place at the call center location where I work based on my work experience with the Company. I received training about timekeeping, meal breaks, work hours, and overtime when I first began working at the company and again annually. Specifically, training informed us to always try to take your meal break at the scheduled time. If you are on a call when your break rolls around, you should still take a full break. I received training on overtime which stated that you have to schedule overtime in advance and if you put it in, you have to work it. But whether it is scheduled or you happen to go over, you have to record it and input it into your time card as overtime for the week. Maximus policy clearly states employees should take scheduled break on time or as soon as possible. I also received several trainings informing me not to work through lunch and that I would get paid for any time working during a scheduled lunch period.

7.    At my location, prior to the onset of the COVID-19 pandemic, there was a policy that employees should not be on the floor sooner than two minutes before the start of their shift. Now, because of the pandemic, employees are permitted to go directly to their desks when they arrive at the building. However, employees are prohibited from logging into their phones before

Initials: _A.P.W_

8:58 a.m. Employees have a three minute grace period after the start of their shift time to be fully ready to take calls.

8.      I typically arrive at the facility between 8:45 and 8:50 a.m. After arriving at the facility, I usually enter the building and go to the locker room to pick up my headset and get water or use the restroom. Then I head to my desk to get set up for the day. It normally takes me about five to eight minutes to arrive at my desk, arriving between 8:55 and 8:58 a.m. or so. When I arrive at my desk, my computer is usually on but in sleep mode. I usually log in to my computer as soon as I arrive. It takes 60 seconds or less for the computer to log in. When I arrive before 9 a.m. I will load my computer programs first beginning with WFO which shows my schedule for the day. This takes approximately 30 to 45 seconds to log in. Then I open my email which takes about 30 seconds to load. Next I click a button to open Microsoft Teams which takes a minute or so to load, but I continue to open other programs while Teams opens. Next, I log in to my phone which takes about ten seconds. Finally, I open NGD which usually takes less than a minute to load. If I run into technical issues loading NGD (frequently in the last month), I press the refresh button and can log in quickly. If I arrive right at 9 a.m. or just after, I will start by logging in to the phone system, opening NGD, and then open the remainder of my programs. It takes me approximately three minutes to log in to my computer, load my computer programs, and log in to the phone system. When I am ready to take a call, I press the button to set my phone to "available" status. This process takes no more than a second to complete. My first call usually comes in almost immediately after I indicate that I am ready to take calls. Occasionally, I may wait up to 5-10 minutes for marketplace calls or up to 3 minutes for Medicare calls.

9.      I am not expected to begin logging in to my computer, computer programs, or the phone system, prior to the start of my scheduled shift. Although we are allowed to log in to the

Initials: _a.P.W._

computer before the shift begins, we are regularly reminded we are not required to begin logging in until shift begins.

10.    I rarely experience serious technical issues with my computer or any of the programs I use. For example, in the last year, I recall technical issues which I could not resolve quickly myself occurring fewer than five times. If I do experience any technical issue, like a program freezing, I "Aux out" of my phone to indicate I am not available for calls due to computer issues and notify my supervisor so that I can get paid for that time and receive assistance in resolving the issue. On those occasions, it usually takes no more than fifteen minutes to resolve these serious technical issues. Even though I am not on the phone and actively handling calls during any down time due to a technical issue, I am still clocked in and I get paid for the time that I have to troubleshoot any computer issues.

11.    My lunch break typically is scheduled for 1:15 to 1:45 p.m. My lunch break is 30 minutes long. I know what time my scheduled lunch break is because I review my schedule throughout the day every day. In addition, my lunch break is scheduled for the same time each day. I make sure I can take my lunch break on time by watching the clocks on my computer and phones. If I am approaching my scheduled lunch time, I judge how long the call might take and try to wrap it up while still resolving the caller's issue. I "Aux out" my phone to "not available" lunch status a couple minutes early or a couple minutes late. This process only takes a second. Then I lock computer by pressing the "Windows + L" keys, which only takes a second. Then I leave my work station. Prior to the pandemic, employees were not permitted to eat at their work stations. During the COVID-19 pandemic, I am permitted to eat at my work station now to maintain social distancing, but am not allowed to use my computer or phone while on my 30

Initials: _A.P.W._

minute lunch break. During my lunch break, sometimes I eat lunch at my work station, walk around the building, or go to my car to listen to music.

12. On two or three occasions, I have missed my first scheduled break and my entire scheduled lunch break because a call went extremely long. In the last eight years, I have missed an entire lunch break approximately 20 times. I frequently perform work during part of my scheduled lunch break because I like to talk and my calls tend to go long. However, on those occasions, it was only for a short duration because a call went five or ten minutes long. On those occasions, either it was a short enough break that I was still within my adherence goals or I notified my supervisor that I had to work for a few minutes into my scheduled lunch break, and then still took my full 30 minute break. I was paid for additional time I spent on the calls.

13. At the end of my shift, if I am not on a call with a client, I toggle my phone to "not available" status and log out of the computer programs. It only takes a second to "aux out" of my phone. When I am approaching the end of my shift, I may hit the "aux" button up to five minutes before the end of my shift so that I do not have to take a lengthy call after the end of my shift. It takes me approximately two minutes to log out of my computer programs. I begin by logging out of NGD, then log out of my email, and log out of Microsoft Teams. Next, I save time card at the end of the day Monday through Thursday, and on Fridays I sign my time card and log out of the time system. Finally I log out of my phone and then I log out my computer and restart it. It takes less than a second to log out of the phone system. If I am on a call with a client, I complete the call and then proceed with logging out as described above. It takes approximately ten seconds to restart my computer. I do not stay at my work station while my computer is restarting.

14. I record the hours I work each day and each week in a program called "Deltek." For each day I work, I personally enter my time by using saved time from previous days. I typically

Initials: _a. P.W_

enter my time card at the end of each day Monday through Thursday and sometimes I enter my time card during the day on Fridays rather than at the end of the day. If I end up working a different time period after I have submitted my time card, I correct the time card and resave and resign it. When calculating hours worked, I base my start time on the time at which I log in to the phone. I base my end time on the time at which I log out of the phone which is the last task I perform each day before restarting my computer. I receive regular training on timekeeping at least once a year. If I have questions about my time, I contact my supervisor to resolve the issue.

15.     To my knowledge, no one from Maximus has ever made downward adjustments to my time entries. In addition, no one from Maximus has ever asked or required me to perform work "off the clock" or during my lunch break. To my knowledge, there is no policy at Maximus requiring that customer service representatives arrive before their start of their shift in order to log into their computer, phone, and various computer programs before the shift start time. No employee of Maximus has ever instructed me to arrive at work early and begin logging into my computer, phone and computer programs before my shift begins.

16.     Similarly, I am not aware of any Maximus policy requiring customer service representatives to remain at their work station while their computer is restarting, and no one from Maximus has ever instructed me to do so. In addition, I have never seen or heard of any customer service representatives remaining at their work station to wait for their computer to restart at the end of their shift.

17.     Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

a.     a lawsuit has been filed against the Company by several current and former customer service representatives who worked in Maximus call centers in various states alleging

Initials: *A.P.W.*

that the Company failed to properly pay them, and other call center employees, for work they performed before and/or after their shifts;

        b.     I am within the group of individuals the plaintiffs seek to represent in that case;

        c.     as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

        d.     the attorney I spoke with represents only Maximus, and does not represent me or other employees of the company;

        e.     speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

        f.     it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

        g.     I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

        h.     the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

18.     I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so. I attest to the facts in this declaration voluntarily and of my own free will.

Initials: _A.P.G._

I declare under penalty of perjury under the laws of the United States of America and the Commonwealth of Kentucky that the foregoing is true and correct.

Date: 11-17-2021

_Anthony P. White_
Signature

_Anthony P. White_
Printed Name

Initials: APW