## DECLARATION OF ASHLEY LEON

I, Ashley Leon, declare and state as follows:

1. I am over the age of 18 and am otherwise competent to testify. I have personal knowledge of the facts stated in this declaration.

2. I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its facility located in Brownsville, Texas. I have been employed by the Company since October 2016, and I have worked at the Brownsville facility since that time. I work on the "DMCS" project, and have done so since May 2018. Before I worked on the DMCS project, I worked on the "CCO" project.

3. My current job title is "customer service representative, three." I have worked as a customer service representative the entire time I have been with the Company. I was promoted to "customer service representative, three" in January 2019.

4. My primary job duty in my current position is to deescalate telephone calls between customers and other customer service representatives at my facility. Before my promotion, my primary duty was to assist customers with getting their loans out of default. I have always handled all customer inquiries over the telephone.

5. My current work schedule is 9:30 AM–6:00 PM, Monday through Friday. I take two paid 15-minute breaks, and one unpaid 30-minute lunch break, each day. I sometimes choose to work more than 40 hours in a week when there is additional work available. Whenever I do, I am paid time-and-a-half for my overtime hours.

6. I am familiar with the policies and procedures in place at my call center based on my work experience with the Company.

Initials: A.L

7.      On a typical day, I arrive at the facility parking lot about 5 minutes prior to the start of my shift.  It takes me approximately 3-4 minutes to walk to the facility from the parking lot.  Once I arrive at the facility, I drop my things off in the locker room, and then proceed to my work station.  I usually arrive at my work station about 1 minute prior to the start of my shift.

8.      After I arrive at my work station, I log into my computer using my Maximus credentials.  It takes approximately 30 seconds in total for me to log into my computer, and for my computer to load.  My computer is already on when I arrive at the facility.  After I'm logged into my computer, I open and log into the "IWS" program, which I use to signal that I am ready to take calls.  I toggle to "ready" status as soon as I log into IWS.  It takes me approximately 30 seconds in total to open and log into IWS, and to toggle to ready status.  Next, I open and log into Outlook, which takes approximately 30 seconds.  After I am logged into Outlook, I (i) open and log into the "DM" program, and (ii) open the "Tools" program, both of which provide me with information about my customers.  This takes approximately 1 minute in total.  Lastly, I open Skype, which takes me approximately 10 seconds.  I usually don't log into the "Deltek" timekeeping program until the end of my shift.

9.      On a typical day, I signal that I am ready for calls right at 9:30 AM.  I estimate that it takes me approximately 1 minute in total to log into my computer, to open and log into IWS, and to signal that I'm ready for calls.

10.     At the end of my shift, if I am not on a call with a customer, I log out of IWS and close out of the program, which takes approximately 20-30 seconds in total.  I then open and log into the Deltek timekeeping program, enter my time, and close the program.  This takes approximately 1-2 minutes in total.  I then close out of the DM, Tools, Outlook, and Skype programs, which takes me approximately 40 seconds in total.  If I am on a call with a customer at

Initials: A.L

the end of my shift, I complete the call, and then proceed with (i) logging out of IWS and closing the program, (ii) opening and logging into Deltek, entering my time for the day, and closing the program, and (iii) closing out of the DM, Tools, Outlook, and Skype programs, as described above.

11.    The last thing I do before I leave my work station is lock my computer. It takes me about 3 seconds to do so. I am not required to, and do not, restart or shut down my computer before I leave the facility. In addition, based on my observations, most customer service representatives do not restart or shut down their computers before leaving the facility. Further, I have never seen a customer service representative wait at their work station while their computer is restarting or shutting down.

12.    I record the hours I work each day and each week in the Deltek program. For each day I work, I personally enter my time using my computer. When calculating hours worked, I base my start time on the time at which I toggle to ready status in the IWS program. I base my end time on the time at which I log out of IWS. If I have a call that extends beyond my scheduled end time, I account for any additional working time in Deltek.

13.    To my knowledge, no one from Maximus has ever made downward adjustments to my time entries. In addition, no one from Maximus has ever asked or required me to perform work "off the clock."

14.    Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

a.    a lawsuit has been filed against the Company by a former customer service representative who worked in Brownsville, Texas, alleging that the Company failed to properly pay her, and other call center employees, for work they performed before and/or after their shifts;

Initials: _AL_

Page 3 of 5

b. I am within the group of individuals the plaintiff seeks to represent in that case;

c. as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

d. the attorney I spoke with represents only Maximus, and does not represent me or other employees of the Company;

e. speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

f. it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

g. I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

h. the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

15. I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so. I attest to the facts in this declaration voluntarily and of my own free will.

///

///

///

///

///

Initials: A L

I declare under penalty of perjury under the laws of the United States of America and the State of Texas that the foregoing is true and correct.

Date: 10/23/19

_____
Signature

_____
Ashley Leon
Printed Name

Initials: A.L