## DECLARATION OF BOGUSLAWA DIAZ

I, Boguslawa Diaz, declare and state as follows:

1.      I am over the age of 18 and am otherwise competent to testify.  I have personal knowledge of the facts stated in this declaration.

2.      I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its facility located at 1002 Arthur Drive, Lynn Haven, Florida.  I have been employed by the Company at this location since the end of 2018.

3.      My current job title is Tier Two Medicare Customer Service Representative ("CSR").  I am also on the Medicare Task Force.  Previously I was regular CSR, then I made a voluntary transition into Claims in 2019.  In 2020, I made another voluntary transition into DME Claims.  Then finally, I decided to move into Tier Two CSR in 2021.

4.      My primary job duty as a Tier Two Medicare customer service representative is to answer telephone calls from Medicare beneficiaries, to educate beneficiaries, do enrollments, and resolve various issues.  For example, if a beneficiary is enrolled into a plan without their knowledge, I have to file a complaint to resolve the enrollment issue.

5.      I work Monday, Tuesday, Wednesday, Friday and Saturday, 8 a.m. to 4:30 p.m. every week.  I normally work approximately 40 to 41 hours per week at Maximus.  While I do not typically volunteer to work overtime, I am paid at time and a half for any hours I work over 40 hours per week.  During an open enrolment period, which is very busy, I may volunteer to work overtime, which again I will be paid at time and half.

6.      I am familiar with the policies and procedures regarding timekeeping and overtime in place at the call center location where I work based on my work experience with the

Initials: _____

Company and through discussion with supervisors and the training at the beginning of my employment.

7.      I typically arrive for work around 7:50 in the parking lot.  I then go to the locker room and put my lunch away.  Then I walk to my computer and am there around between 7:55 and 7:57.  My computer is already on when I arrive.  I log into the computer itself at 7:57.  I may check my email and then log into the NGD system which logs me into the phone.  Once I login to NGD, that is when I am clocked in.  There is a button to press to put me into the queue for phone calls.  It really varies how long it takes for me to take a first call.  There is a three minute grace period after 8 a.m. for me to login.  If for some reason I login after 8:03, I will subtract that time when I record my time.

8.      I am not expected to begin logging in to my computer, computer programs, or the phone system, prior to the start of my scheduled shift.  In fact, we are not permitted to do off the clock work.

9.      I do occasionally experience technical issues.  When logging in, the technical issues are usually associated with passwords.  If I cannot login, I submit an exception to my supervisor.  Every time you experience a technical issue, you can submit an exception.  Therefore, even though I had to log off the phone, I am still paid for that time.

10.     My lunch break typically is scheduled for about 12:15 p.m.  My lunch break is 30-minutes. People can opt to have a full hour if they work that out with a supervisor.  I take my lunch in my working area or cubicle due to COVID guidelines.  Before COVID restrictions, I would often eat outside on the patio or in the lunchrooms.  I rarely left the facilities.

Initials: _____

11.     We have a program called WFO that gives us information about our schedules and different trainings. Exceptions regarding time go into the WFO system as well.  I can see my schedule and any exceptions when I review WFO when I come into work for the day.

12.     I have always received a thirty-minute lunch break.  If I am on a long call that goes into my lunch break, then I take my break a little later, but I still always take a full thirty-minute lunch break.

13.     At the end of my shift, if I am not on a call with a client, I enter the aux code 03, which is the grace period code and begin logging off.  There is a grace period of two minutes at the end of my shift, so I would log off at 4:28 p.m.   If I am on a call that goes past 4:30 I would press the button to get out of the queue while on the call, I would the wait for call to end, finish putting in notes (which takes a couple minutes) and submit an exception to my supervisor for the additional time worked. While doing any administrative work, I keep my phone logged on so that I am clocked in for any additional time.  Once I am finished with any administrative work, I log off the phone.

14.      It takes me approximately one second to log off the phone system.  I press one button and them I am done.  I restart my computer and leave, which takes a couple minutes but varies.  I typically do not stay at my work station while my computer is restarting.  I usually walk around the facilities and socialize with my coworkers before I leave.

15.      I record the hours I work each day and each week in a program called "Deltek." For each day I work, I personally enter my time right before the end of my shift, but before I log off of the phone system.  This is how I was told to enter my time while remaining clocked in.

16.      No one from Maximus has ever asked or required me to perform work "off the clock" or during my lunch break.  To my knowledge, there is no policy at Maximus requiring

Initials: _____

that customer service representatives arrive before their start of their shift in order to log into their computer, phone, and various computer programs before the shift start time. No employee of Maximus has ever instructed me to arrive at work early and begin logging into my computer, phone and computer programs before my shift begins.

17. Similarly, I am not aware of any Maximus policy requiring customer service representatives to remain at their work station while their computer is shutting down or restarting, and no one from Maximus has ever instructed me to do so. In addition, I have never seen or heard of any customer service representatives remaining at their work station to wait for their computer to shut down or restart at the end of their shift.

18. Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

a. a lawsuit has been filed against the Company by several current and former customer service representatives who worked in Maximus call centers in various states alleging that the Company failed to properly pay them, and other call center employees, for work they performed before and/or after their shifts;

b. I am within the group of individuals the plaintiffs seek to represent in that case;

c. as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

d. the attorney I spoke with represents only Maximus, and does not represent me or other employees of the company;

Initials: _____

e.     speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

f.     it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

g.     I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

h.     the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

19.     I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so.  I attest to the facts in this declaration voluntarily and of my own free will.

I declare under penalty of perjury under the laws of the United States of America and the State of Florida that the foregoing is true and correct.

Date:_____

_____
Signature

_____
Printed Name

Initials:_____