## DECLARATION OF BRIAN MILMAN

I, Brian Milman, declare and state as follows:

1.      I am over the age of 18 and am otherwise competent to testify.  I have personal knowledge of the facts stated in this declaration.

2.      I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its facility located at 2411W. Peoria Drive, Phoenix, Arizona.  I have been employed by the Company at this location since October 2020.

3.      My current job title is "Customer Service Representative– General Medicare."  I have worked in this position since I started with the Company.

4.      My primary job duty as a customer service representative is to answer telephone inquiries from Medicare beneficiaries and providers about signing up for Medicare, changing health care plans, issuing claims, and premium payment issues.

5.      I normally work Monday through Thursday, arriving at 10:30 a.m., working until 3:00 p.m., then take a half-hour lunch break, then work from 3:30 to 9:30 p.m.  I normally work approximately 40 hours per week at Maximus.  I also have three paid 15-minute breaks at 1:00 p.m., 5:00 p.m., and 7:00 p.m.

6.      I am familiar with the policies and procedures in place at the call center location where I work based on my work experience with the Company, including those regarding timekeeping, meal breaks, work hours, overtime.

7.      At my location, customer service representatives are expected to begin logging in to the computers, various programs, phone, and be on "call ready" status to take the first call three minutes after the start of their shift.

Initials: BM

8.    I typically arrive at the facility between 10:00 and 10:15 a.m. in order to arrive early and drink coffee before the start of my shift.  At 10:30 a.m., I arrive at my work station and my computer is already on upon my arrival.  I then log into the computer by entering my username and password (this takes ten seconds), open up my email (this takes 30 seconds), and log into the NGD (this takes one minute).  I then switch my phone to "ready" or "Auto-In" (this takes (this takes one second).   This entire process takes about two-and-a-half minutes to complaint.  My first call usually comes immediately after I indicate that I am ready to take calls.

9.    I am not expected to begin logging in to my computer, computer programs, or the phone system, prior to the start of my scheduled shift.  In fact, there are policies prohibiting pre-shift work, and my supervisors and managers have reminded us that we should not begin logging in until our shifts begins.

10.    I rarely experience technical issues with my computer or any of the programs I use.  For example, in the last year, I recall technical issues occurring only two or three times.  If I do experience any technical issue, like a program freezing, I can send a Microsoft Teams message to the IT department who can then troubleshoot the issue.  I hardly ever experience any technical issues at the Company.  Even though I am not on the phone and actively handling calls during any down time due to a technical issue, I am still clocked in and I get paid for the time that I have to troubleshoot any computer issues.

11.    My lunch break typically is scheduled for at 3:00 p.m., half way through my work day.  My lunch break is 30 minutes long.  I know what time my scheduled lunch break is because I review my schedule each day when I come in to work.  Around five minutes before my lunch break, I wrap up the call if I am on the phone, put my phone into "lunch" or "Aux-01" status, lock my computer.  This process takes no more than five seconds.  I am permitted to eat at work

Initials: 3M

station, which I do sometimes if I do not go outside for lunch. When I do eat my lunch away from my workstation, I eat my lunch outside and check my cell phone for updates.

12. About twice a month week, I perform work during part of my lunch break when calls go a few minutes long. On those occasions, I notify my supervisor that I had to work for a few minutes into my scheduled lunch break, and then took my full 30 minute break. I was paid for additional time I spent on the call.

13. At the end of my shift, if I am not on a call with a client, I toggle my phone to "not ready" or "Aux-03" status and log out of the computer programs. We are permitted to start this process two minutes before the end our shift. It takes me approximately two minutes to log out of my phone, the NGD program, and my email account. If I am on a call with a client, I complete the call and then proceed with logging out as described above. I typically restart my computer after logging out and it takes approximately five seconds to restart my computer. Maximus requires that I restart my computer after my shift. I do not stay at my work station while my computer is restarting. There is no policy that requires employees to wait for their computers to restart before leaving.

14. I record the hours I work each day and each week in a program called "Deltek." For each day I work, I personally enter my time at the end of each shift, accounting for the exact time that I worked for that day. When calculating hours worked, I base my start time on the time at which I get to my work station and my shift starts. I base my end time on the time at which I log out of my computer. I have received training for timekeeping practices during Company.

15. To my knowledge, no one from Maximus has ever made downward adjustments to my time entries. In addition, no one from Maximus has ever asked or required me to perform work "off the clock" or during my lunch break. To my knowledge, there is no policy at

Initials: SM

Maximus requiring that customer service representatives arrive before their start of their shift in order to log into their computer, phone, and various computer programs before the shift start time. No employee of Maximus has ever instructed me to arrive at work early and begin logging into my computer, phone and computer programs before my shift begins.

16. Similarly, I am not aware of any Maximus policy requiring customer service representatives to remain at their work station while their computer is restarting, and no one from Maximus has ever instructed me to do so. In addition, I have never seen or heard of any customer service representatives remaining at their work station to wait for their computer to restart at the end of their shift.

17. Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

a. a lawsuit has been filed against the Company by several current and former customer service representatives who worked in Maximus call centers in various states alleging that the Company failed to properly pay them, and other call center employees, for work they performed before and/or after their shifts;

b. I am within the group of individuals the plaintiffs seek to represent in that case;

c. as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

d. the attorney I spoke with represents only Maximus, and does not represent me or other employees of the company;

Initials: ᏅM

e.      speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

f.      it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

g.      I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

h.      the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

18.     I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so. I attest to the facts in this declaration voluntarily and of my own free will.

I declare under penalty of perjury under the laws of the United States of America and the State of Arizona that the foregoing is true and correct.

Date: 11/18/2021

_____
Signature

_____
Printed Name: Brian Milman

Initials: BM