## DECLARATION OF BRISEIDA DOMINGUEZ LUNA

I, BRISEIDA DOMINGUEZ LUNA, declare and state as follows:

1.      I am over the age of 18 and am otherwise competent to testify.  I have personal knowledge of the facts stated in this declaration.

2.      I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its call center facility located at 3501 Ed Bluestein Boulevard, Austin, Texas.  I have been employed by the Company, and have worked at this location, since February10, 2020.

3.      My current job title is "customer service representative."  I have worked in this position the entire time I have been with the Company.

4.      My primary job duty as a customer service representative is answering telephone inquiries from callers who have questions regarding their eligibility for benefits provided by the Texas Health and Human Services Commission and who want to enroll in Medicaid and the Children's Health Insurance Program (CHIP), which are programs that provide health coverage for low-income children, families, seniors and people with disabilities.

5.      My typical work schedule is 8:15 a.m. to 5:00 p.m. Monday through Friday.  During each shift there are two 15-minute paid rest breaks and a 45-minute lunch break.  I normally work approximately 40 hours per week at Maximus.

6.      Before the pandemic, at the very beginning of my employment with Maximus, I worked overtime only once because I was handling a call that went approximately one hour and 20 minutes past the end of my shift.  If I wanted to work more overtime, I could volunteer for it by asking my supervisor, but I have never asked for overtime.  I do know that any overtime I may want to work has to be approved by my supervisor.  On the one occasion I worked overtime,

Initials: BDL

and if I ever worked past the end of my shift because of a long call (even if just for a few minutes), it was paid as such at one-and-a-half times my regular pay rate.

7.    I am familiar with the policies and procedures in place at the Austin call center based on my work experience with the Company.

8.    I typically arrive in the parking lot of the call center at approximately 8:05 a.m. It's a pretty long walk from the parking lot to where I actually work in the building, so it usually takes me at least 5 minutes to walk from my car to my work station. I arrive at my work station at approximately 8:10 a.m. and then put away my lunch away in the fridge before sitting down at my computer to begin logging in at approximately 8:13 a.m. I log in to my computer by pressing ctrl+alt+delete and entering my name and password. Once the computer loads, I first log into Finesse, our phone system by I clicking on the program icon on my desktop and entering my agent ID and extension number. Doing so clocks me in, and it takes no more than a minute or so. When I initially open Finesse, it automatically puts me in "not ready" status.

9.    I then open the rest of the computer programs, Verint, Outlook, MaxEB, and AskMax, which are all stored as "favorites" in my internet browser. Verint, our scheduling program, requires me to enter my username and password, which takes no more than 3 seconds. MaxEB, the state database or portal containing client cases and information and where I enter call notes, only requires me to type the first letter my name and my username and password auto-populate for me to click "enter" and log in. This takes no more than 2 seconds. AskMax, which contains articles that set forth the scripts for handling client calls, does not require me to enter any username or password because they are already saved. Opening AskMax takes only a second or two unless it takes longer to load. I sometimes open Deltek, our timekeeping system, in the morning, but usually I open it at some point during the day when calls slow down. For

Initials: BDL

Outlook, I click on the Windows menu and type "Outlook" and it pops up automatically in approximately 3-5 seconds. To open Deltek, I enter my username and password, which takes no more than five seconds. Usually I can finish opening everything in under two minutes. Sometimes the system runs more slowly, but I am still in "not ready" status so I simply wait for everything to fully load. When I am in "not ready" I am still considered "on the clock" and paid.

10.     At 8:15 a.m. (or whenever my programs finish loading if they are running slowly), I put myself into "ready" status by clicking a button. Typically, I receive the first call anywhere from five to fifteen minutes from when I click "ready."

11.     At the end of my shift, if I am not on a call with a client, I log out of Finesse by clicking a button that puts me into "wrap up" status which allows me to go into "end of shift" status. Once I am in "end of shift" on Finesse, the program automatically logs out and I am considered "clocked out." I then close MaxEB, AskMax, Verint, Outlook, and Deltek by clicking the "x" in the top corner of each program window. Closing all five programs takes approximately 6 or 7 seconds. The last thing I do is click on the Windows button at the bottom corner of the computer screen and set it to "Restart," which takes no more than a second or two. I wait for the computer to finish restarting to make sure everything closes properly, but this takes no more than 5 seconds or so and I collect my things to leave as it is doing so. In fact, it usually finishes restarting by the time I collect my things to leave my work station. If I am on a call with a client, I complete the call and then proceed with logging out as described above.

12.     I record the hours I work each day and each week in Deltek. For each day I work, I personally enter my time by entering the total number of hours I worked that day into the Deltek timesheet. I am not allowed to enter time for any other day that week, unless I worked additional time the day before, in which case I enter that into Deltek as well. Since I usually

Initials: ꞵDL

expect that I am going to work only 8 hours that day, I typically enter 8 hours in the morning. If I work past the end of my shift on any given day, I either go back into Deltek to add that additional working time to my timesheet or make a mental note and add it the following day.

13. When calculating hours worked, I base my start time on the time at which I began working and I base my end time on the time at which I put my phone into the "end of shift" status. I never perform any work after I have put my phone into "end of shift." If I am on a call that continues past the official end time of my shift, I include that time in my hours worked for the day. If inadvertently forget to include some work time on any given day, my supervisor instant messages to remind me that stayed late or performed additional work and directs me to add the time into Deltek.

14. When I was hired, I received training that covered all of these timekeeping practices, and I was informed that I was required to report all of the hours I spent working, including any work I performed before or after my shift.

15. To my knowledge, customer service representatives working in Austin are not required to arrive before their start of their shift in order to log into their computer, phone, or computer programs before the shift start time. In fact, customer service representatives and not permitted to begin working earlier than their scheduled start time, and customer service representatives are expected to begin working only at the time their shift begins. No employee of Maximus has ever instructed me to arrive at work early to begin logging into my computer, phone and computer programs before my shift begins. I believe customer service representatives are expected to stay at their computers until they restart, but this takes no more than 5 seconds or so.

Initials: BDL

16.     To my knowledge, no one from Maximus has ever removed time I reported as hours worked from my timesheet.  On one occasion, I incorrectly entered my time because I had taken PTO, and my supervisor corrected it.  In addition, no one from Maximus has ever asked or required me to perform "off the clock" work.

17.     Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

a.      a lawsuit has been filed against the Company by a former customer service representative who worked in Brownsville, Texas alleging that the Company failed to properly pay her, and other call center employees, for work they performed before and/or after their shifts;

b.      I am within the group of individuals the plaintiff seeks to represent in that case;

c.      as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

d.      the attorney I spoke with represents only Maximus, and does not represent me or other employees of the company;

e.      speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

f.      it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

g.      I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

Initials: BDL

h.    the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

18.    I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so. I attest to the facts in this declaration voluntarily and of my own free will.

I declare under penalty of perjury under the laws of the United States of America and the State of Texas that the foregoing is true and correct.

Date: 10/28/2020

_____
Signature

Briseida Dominguez Luna
Printed Name

Initials: BDL