## DECLARATION OF CAMERON SPENCER

I, Cameron Spencer, declare and state as follows:

1.     I am over the age of 18 and am otherwise competent to testify.  I have personal knowledge of the facts stated in this declaration.

2.     I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its facility located at 5912 Hwy 49, Suite H3, Hattiesburg, MS 39401.  I have been employed by the Company at this location since May 2019.

3.     My current job title is "Customer Service Representative – Dual." I have worked in this position since September 2021. Prior to my current position, my job title was "General Medicare Tier I," which I started on or about March 22, 2021. Prior to that, my position was "Marketplace Tier I," which I held until May 2020 when I briefly left the Company.

4.     My primary job duty as a dual customer service representative is to answer telephone inquiries from beneficiaries to assist them to the best of my ability with questions about Medicare coverage. These questions involve both eligibility and enrollment. Less frequently, I sometimes handle calls regarding Affordable Care Act Marketplace insurance. However, I handle Medicare questions more much often.

5.     My work schedule is Monday through Wednesday, and Friday through Saturday, 11:00 a.m. to 7:30 p.m. I am off work Thursdays and Sundays. I will often volunteer for overtime because my personal schedule allows it and to obtain the extra pay. On Mondays and Tuesdays, I will volunteer to work overtime from 7:30 p.m. to 8:00 p.m, or 30 minutes extra at the end of my shift. On Thursdays, I will volunteer to work from 10:00 a.m. to 2:00 p.m. I rarely have to work any mandatory overtime because my regular work schedule takes place at times when mandatory overtime would occur. I normally work approximately 40 hours per week at Maximus, not

Initials: _____

including when I volunteer for overtime. During each shift, I have a 30-minute unpaid meal break and two 15-minute paid breaks.

6.      I am familiar with the policies and procedures in place at the call center location where I work based on my work experience with the Company. At the time I was hired, I received an in-person training that covered policies and procedures such as timekeeping, meal breaks, work hours, and overtime. In addition, I periodically receive training each year regarding these policies. If I ever have questions about the policies and practices at this call center, I can ask my supervisor or any other supervisor on the call center floor.

7.      At the Hattiesburg call center location, customer service representatives are not expected to begin logging in to the computer, programs, and phone before the start time of their shift. Nor are customer service representatives at this call center expected to be ready for the first call exactly at the start of the shift. To my knowledge, managers and supervisors do not instruct customer service representatives to arrive early so that they can begin logging in to their computers, programs, and phones before their shift begins. In fact, I have been told by my supervisor that we are prohibited from doing pre-shift work, and there is a policy that prohibits customer service representatives from logging in to their computers prior to two minutes before the shift start time. Supervisors and managers periodically remind customer service representatives in our call center not to begin logging in prior to two minutes before the shift start time. In addition, there is a three-minute grace period at the beginning of the shift to allow customer service representatives to log in to the computer and programs, to review their work schedule for the day, and to read any emails before they should be ready to take calls.

8.      I try to arrive at the facility as early as I can, usually between 10:50 a.m. and 10:55 a.m. The time I arrive may vary depending on what day of the week it is, as there are fewer other

Initials: _____

workers on Friday and Saturdays and the parking lot is less full. Once I park my car, it is about a 5-minute walk to my desk, which is close to the entrance I use. After entering the facility, I usually head straight to my desk. Some days, I may then go get some water. I then start logging into my computer and getting ready to take my first call. On most days, I start that process at 11:00 a.m. and finish before the end of the 3-minute grace period at 11:03 a.m.

9.     The process I take to log into my computer and get ready to take my call is as follows. I first log into my computer, which is already on and which only takes a few seconds. I then open the NGD (Next Generation Desktop) program, which takes about a minute. I will also then open my email, which takes a couple seconds, and then log into WFO, which shows me my schedule for the day. Microsoft Teams, another program I use, opens automatically. I do not usually have to log into my phone separately, because that happens when I open NGD. Together, each of these steps take me anywhere from one to two minutes to accomplish, but I am always finished by 11:03 a.m.

10.    There are various codes that we use on our phone to indicate when we are ready or not ready for calls. Once I am ready to take a call, I toggle my phone to "auto-in" status, which means I can start receiving calls. This process takes a couple seconds to complete. Mondays through Wednesdays, my first call usually comes in within seconds after I switch to the "auto-in" status. On Fridays, it may take a minute. On Saturday, it could take up to 10 minutes.

11.    I am not expected to begin logging in to my computer, computer programs, or the phone system, prior to the start of my scheduled shift. In fact, supervisors at the call center remind us not to do so, and I know that if we log into our computer too early, we can be disciplined for doing so repeatedly.

Initials: _____

12.     At most, I may experience technical issues with my computer or any of the programs I use a couple times a month. For example, one time last week, my whole computer shut down out of nowhere, but that is not common. When this happened, I notified my supervisor so calls would not keep coming in. When technical issues like this occur, I still get paid for the time that we have to troubleshoot any issues. I know that in the example from last week, my supervisor noted it in WFO, so I will still be paid.

13.     My lunch break typically is scheduled for 2:45 to 3:15 p.m. My lunch break is 30 minutes long. I know what time my scheduled lunch break is going to be each day because I review my schedule each day when I come in to work on the WFO program. I also receive email notifications regarding my schedule. What I during my lunch break depends on the day. If I brought my lunch, I may go eat in the breakroom. I may also eat at my desk if I do not want to use the breakroom that day. Some days, I may go sit in my car and check my phone (which I always leave in the car), or I may go grab something to eat nearby.

14.     I always take my full 30-minute lunch break. When I see that my lunch time is approaching, I finish whatever call I am on and put my phone into "Aux01" mode so that I do not receive any more calls, indicating that I am on my lunch break. Before leaving my desk to go to lunch, I have to lock my computer screen by pressing the Windows and "L" keys, which takes less than two seconds.

15.     If I am actively handling a call that ends past the scheduled start time of my lunch break, I complete that call and then take a full 30-minute lunch break.

16.     At the end of my shift, if I am not on a call, I toggle my phone to "Aux03" mode so that I no longer receive calls. I do this at approximately 7:28 p.m., or approximately three minutes

Initials: _____

before my shift ends, so that I can close out the programs, including NGD, WFO, email, and Teams. It takes me at most 30 seconds to close all of these programs.

17.    I record the hours I work each day and each week in a program called "Deltek." To enter my time, I click on a clock icon to open Deltek, enter my username and password. If I have worked on that computer previously, the username and "Maximus" auto-populate, and I only have to type my password. For each day I work, I personally enter my time by typing in the total number of hours that I worked. When calculating hours worked, I base my start time on the time at which I first logged in to NGD, and I base my end time on the time at which I will log out of my phone at the end of the day.

18.    After entering my time, I set my computer to restart by clicking the Windows icon and selecting "restart." The last thing I do at the end of my work day is log out of my phone. After I log out of my phone, I gather my things and go home. I typically leave my desk and exit the building at 7:30 p.m., when my shift ends. Maximus does not require that I shut down my computer after my shift, and I am not required to remain at my desk for the restart process to finish. I do not stay at my work station while my computer is restarting. If I am on a call with a consumer, I complete the call and then proceed with the process described above. I simply ensure that I record the additional work time in my daily timesheet.

19.    No one from Maximus has ever asked or required me to perform work "off the clock" or during my lunch break.  To my knowledge, there is no policy at Maximus requiring that customer service representatives arrive before their start of their shift in order to log into their computer, phone, and various computer programs before the shift start time. No employee of Maximus has ever instructed me to arrive at work early and begin logging into my computer, phone and computer programs before my shift begins.

Initials: _____

20.     Similarly, I am not aware of any Maximus policy requiring customer service representatives to remain at their work station while their computer is shutting down / restarting, and no one from Maximus has ever instructed me to do so. In addition, I have never seen or heard of any customer service representatives remaining at their work station to wait for their computer to shut down / restart at the end of their shift.

21.     Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

a.     a lawsuit has been filed against the Company by several current and former customer service representatives who worked in Maximus call centers in various states alleging that the Company failed to properly pay them, and other call center employees, for work they performed before and/or after their shifts;

b.     I am within the group of individuals the plaintiffs seek to represent in that case;

c.     as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

d.     the attorney I spoke with represents only Maximus, and does not represent me or other employees of the company;

e.     speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

f.     it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

Initials: _____

Page 6 of 7

g.    I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

h.    the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

22.    I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so. I attest to the facts in this declaration voluntarily and of my own free will.

I declare under penalty of perjury under the laws of the United States of America and the State of Mississippi that the foregoing is true and correct.

Date: 11/12/2021

_____
Signature

_____
Cameron Spencer
Printed Name

Initials: CS