## DECLARATION OF CARLOS MEDINA, JR.

I, Carlos Medina, Jr., declare and state as follows:

1.      I am over the age of 18 and am otherwise competent to testify. I have personal knowledge of the facts stated in this declaration.

2.      I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its facility located at 1925 East Iowa Road, Edinburg, Texas. I have been employed by the Company since December 2017, and I have worked at the Edinburg facility since that time.

3.      My current job title is "customer service representative." I have worked in this position the entire time I have been with the Company.

4.      My primary job duty as a customer service representative is to provide accurate information to customers about their state benefits. I handle all customer inquiries over the telephone.

5.      My current work schedule is 8:00 AM – 6:30 PM on Monday, 8:00 AM – 5:30 PM on Tuesday, 8:00 AM – 4:30 PM on Wednesday, 8:00 AM – 3:30 PM on Thursday, and 8:00 AM – 2:00 PM on Friday. I take two 15-minute breaks each day, and one 30-minute lunch break Monday through Thursday. I often work overtime (i.e., more than 40 hours per week), depending on how busy the facility is, and whether I want to work beyond my normal schedule. I receive time-and-a-half pay for all of my overtime hours.

6.      I am familiar with the policies and procedures in place at my call center based on my work experience with the Company.

7.      I typically arrive at the facility parking lot at 7:45 AM. It takes me about 5 minutes to get to my work station from the parking lot. Once I arrive at my work station, I drop off my

Initials: CM

bag, and head to the break room to get a cup of coffee. I normally head back to my work station about 5 minutes prior to the start of my shift.

8.      Once I arrive at my work station, I log into my computer using my Maximus credentials. My computer is already on and restarted when I arrive at the facility. It takes about 30-45 seconds to log into my computer, and for my computer to load. After my computer has loaded, I log into the "Tiers" portal, which stores information for my calls. This takes me approximately 20 seconds. I then open the "AskMax" program and a few of the "articles" I commonly use during calls with customers. It takes me approximately 1 minute to open AskMax and the related articles. After AskMax, I open Outlook and check if I have any emails in my inbox, which takes approximately 10 seconds. Lastly, I open and log into the "Finesse" program. It normally takes me about 15 seconds to open and log into Finesse. I usually don't log into the "Verint" scheduling program, or the "Deltek" timekeeping program, at the start of my shift.

9.      It normally takes me about 2–2.5 minutes in total to log into my computer and the programs listed above. When I am ready to take my first call, I toggle to "ready" status in the Finesse program. On a typical day, I toggle to ready status at 8:00 AM.

10.      At the end of my shift, if I am not on a call with a customer, I toggle to "not ready – restroom status" in the Finesse program, and click a button in Finesse indicating that my shift has ended. This takes approximately 2-3 seconds. I then close out of the Tiers, AskMax, and Finesse programs. It takes me approximately 30 seconds in total to close out of these programs. I then enter my time for the day using the Deltek timekeeping program, and close the program, which takes me approximately 25 seconds in total. If I am on a call with a customer at the end of my shift, I complete the call, and then proceed with closing out of my computer programs and entering my time for the day as described above. The last thing I do before I leave the facility is

Initials: CM

restart my computer. It takes me approximately 5 seconds to restart my computer. I do not wait at my work station while my computer is restarting. No one from Maximus has ever instructed me to remain at my work station while my computer is restarting after my shift has ended. In addition, I have never seen or heard of any customer service representatives remaining at their work stations while their computers are restarting after their shifts.

11. To my knowledge, customer service representatives working at my facility are not required to arrive before the start of their shift in order to log into their computer, phone, or computer programs before the shift start time. No Maximus employee has ever instructed me to arrive at work early to begin logging into my computer, phone, or computer programs before my shift begins. If I wanted to wait until 8:00 AM to start logging into my computer and my computer programs (instead of starting the process a few minutes ahead of time), I could do so without being considered tardy. I would simply log into my computer, log into Finesse, and toggle to ready status to start my day, which I could accomplish before 8:01 AM.

12. As stated above, I record the hours I work each day and each week in the Deltek program. For each day I work, I personally enter my time using my computer. When calculating hours worked, I base my start time on the time at which I toggle to ready status in Finesse. I base my end time on the time at which I indicate in the Finesse program that my shift has ended. If I have a call that extends beyond my scheduled end time, I account for any additional working time in Deltek.

13. To my knowledge, no one from Maximus has ever made downward adjustments to my time entries. In addition, no one from Maximus has ever asked or required me to perform work "off the clock."

Initials: CM

14.     Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

a.      a lawsuit has been filed against the Company by a former customer service representative who worked in Brownsville, Texas alleging that the Company failed to properly pay her, and other call center employees, for work they performed before and/or after their shifts;

b.      I am within the group of individuals the plaintiff seeks to represent in that case;

c.      as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

d.      the attorney I spoke with represents only Maximus, and does not represent me or other employees of the Company;

e.      speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

f.      it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

g.      I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

h.      the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

15.     I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so.  I attest to the facts in this declaration voluntarily and of my own free will.

Initials: CM

I declare under penalty of perjury under the laws of the United States of America and the State of Texas that the foregoing is true and correct.

Date: 10/22/2019

_Carlos Medira Jr._
Signature

_Carles Medina Jr._
Printed Name

Initials: _____