## DECLARATION OF CASSANDRA SIMS

I, Cassandra Sims, declare and state as follows:

1.      I am over the age of 18 and am otherwise competent to testify.  I have personal knowledge of the facts stated in this declaration.

2.      I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its facility located at 55 Summer Street, Boston, Massachusetts.  I have been employed by the Company, and have worked at this location, since September 25, 2017.  Prior to that, I was employed by a staffing agency.

3.      My current job title is "customer service representative."  I have worked in this position the entire time I have been employed with the Company.

4.      My primary job duty as a customer service representative is to answer telephone inquiries from members of MassHealth, which is the State of Massachusetts Medicaid program, about insurance coverage, health plans, enrollment, and other health insurance information.

5.      My normal work schedule is 8:00am to 4:30pm, Monday through Friday.  During each shift, I have two 15-minute breaks, which are paid, and a 30-minute unpaid lunch break. Therefore, I normally work 7.5 hours per day, or 37.5 hours each week.  If overtime is available in any work week, I volunteer to work overtime and I am paid for that time at 1.5 times my hourly rate.  Overtime typically becomes available three or four times a week when there are a lot of "call backs" in the queue, which means members called earlier in the day or week during a time when all customer service representatives were assisting other members and requested a call back.

6.      I am familiar with the policies and procedures in place at my call center based on my work experience with the Company.  I received training that covered, among other things,

Initials: CS

timekeeping and attendance policies, including how to enter work time into Deltek, the program we use to record our hours worked.

7.      I typically arrive at the facility at approximately 7:30am.  After arriving at the facility, I log into my computer and computer programs because I prefer not to be rushed, but I am not required to do so.  When I arrive at the facility, my computer is already turned on, so all I need to do is unlock the computer by pressing "Control-Alt-Delete" and entering my employee ID and password.  This takes approximately 2-3 seconds. I then open the Chrome web browser and open the Maximus main homepage to access the computer programs I will need during the day.

8.      First, I open the Knowledge Center, an information resource, by clicking a link on the Maximus homepage.  I then open Virtual Gateway, a live system containing enrollment documents, coverage details, and available providers, by clicking a separate link and entering a username and password.  Next, I open MassHealth Choices, which contains information about all of the available health plans and participating providers, by clicking a link, without entering any log in credentials.  I also open MassServe, the program containing member information used to verify the caller's identity for HIPAA purposes, by clicking an icon on the computer desktop.  Another program I open is Hix, used to process member applications and to review notices sent to members about their eligibility, by clicking a link on the Maximus homepage and entering a username and password.  Finally, I open my e-mail and "Nice" (the scheduling program), each of which require me to enter a username and password.  Opening these programs takes me approximately 1-2 seconds each.  An additional program I may open if I need it during a call is MA21, which contains information about senior members who are enrolled in MassHealth, by clicking an icon on the desktop and entering a username and password, but I do not normally open

Initials:

this at the beginning of my shift; I only open this program if I need it while on a call. Once I am logged in to the computer and computer programs, I eat my breakfast before my shift begins.

9.      At 8:00am, when my shift begins, I log into my phone by dialing my ID number, pressing the "hashtag" button, and then toggle my phone to "in call" status. This takes approximately 1-2 seconds. Once I am logged into my phone, I am "clocked in" to work and can begin accepting incoming calls. In total, it takes me approximately 10-20 seconds to unlock my computer, log in to the computer programs, and log into my phone. My first call usually comes in anywhere between a few seconds to several minutes after I indicate that I am ready to take calls.

10.     At the end of my shift, if I am not on a call with a member, I push a "make busy" button on the phone twice to log off, which takes me no more than 1-2 seconds. I then enter my time in Deltek, and then log out of the computer programs by clicking the "X" at the top right corner of the web browser, which closes all of the web-based programs, and by then clicking "X" to close each desktop application. It takes me approximately 3-4 seconds to close all of the computer programs. I then lock my computer by pressing the windows button and "L" together, which takes no more than 1-2 seconds. If I am on a call with a member, I complete the call and then proceed with logging out as described above. I typically do not need to complete any call-related tasks after a call ends, such as entering notes or documenting the call, because I enter notes while the call is in progress. The expectation is that documentation is completed while the call is progress. Maximus does not normally require that I restart or shut down my computer after my shift. After I lock the computer, I can get up and leave my work station.

11.     To my knowledge, customer service representatives working at my location are not required to arrive before their start of their shift in order to log into their computer, phone, or computer programs before the shift start time. No employee of Maximus has ever instructed me

Initials: _____

to arrive at work early to begin logging into my computer, phone and computer programs before my shift begins.

12. Similarly, to my knowledge, customer service representatives working at my location are not required to remain at their work station after the computer is locked. No one from Maximus has ever instructed me to do so. In addition, I have never seen or heard of any customer service representatives remaining at their work station after the computer is locked, unless they are socializing or gathering their personal belongings.

13. I record the hours I work each day and each week in a program called "Deltek." For each day I work, I personally enter my time on a daily basis. When calculating hours worked, I base my start time on the time at which I log into my phone, which usually is 8:00am. I base my end time on the time at which I logged out of the phone. If a call runs past the end of my shift and I log out of the phone after my shift has ended, I include that time as hours worked for the day.

14. To my knowledge, no one from Maximus has ever made downward adjustments to my time entries. In addition, no one from Maximus has ever asked or required me to perform work "off the clock."

15. Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

a. a lawsuit has been filed against the Company by a former customer service representative who worked in Brownsville, Texas alleging that the Company failed to properly pay her, and other call center employees, for work they performed before and/or after their shifts;

b. I am within the group of individuals the plaintiff seeks to represent in that case;

Initials: CS

c.     as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

d.     the attorney I spoke with represents only Maximus, and does not represent me or other employees of the company;

e.     speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

f.     it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

g.     I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

h.     the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

16.    I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so. I attest to the facts in this declaration voluntarily and of my own free will.

I declare under penalty of perjury under the laws of the United States of America and the State of Massachusetts that the foregoing is true and correct.

Date: 10/25/19

_____
Signature

_____
Printed Name

Initials: CS