## DECLARATION OF CASSONDRA HARDEN

I, CASSONDRA HARDEN, declare and state as follows:

1.      I am over the age of 18 and am otherwise competent to testify.  I have personal knowledge of the facts stated in this declaration.

2.      I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its call center facility located at 891 West Corsicana, Athens, Texas.  I have been employed by the Company, and have worked at this location, for approximately 2 ½ to 3 years.

3.      My current job title is "customer service representative."  I have worked in this position the entire time I have been with the Company.

4.      My primary job duty as a customer service representative is to answer telephone inquiries from callers who have questions regarding their eligibility regarding benefits provided by the Texas Health and Human Services Commission Work Programs, such as Medicaid and SNAP.  I also serve as a subject matter expert (SME) to help other customer service representatives with complex client inquiries and other issues.

5.      My typical work schedule is 8 a.m. to 4:30 p.m. Monday through Friday.  If there is overtime work, my schedule is 8:00 a.m. to 5:00 p.m., usually on Monday and Tuesday. During each shift there are two 15-minute paid rest breaks and a 30-minute lunch break.  I normally work approximately 40 or 41 hours per week at Maximus; when I work 41 hours in a week, the last hour (30 minutes each day) is considered overtime.

6.      I am familiar with the policies and procedures in place at my call center based on my work experience with the Company.

7.      I typically arrive at the call center anywhere from 10-15 minutes before my scheduled shift begins; more recently I have been coming in a minute or two after my shift

Initials: C.H.

begins. There is a grace period of four minutes, such that I am not counted as late if I arrive at 8:04 a.m. When my shift is about to begin, I log into the phone system, "Finesse", which clocks me in showing a "not ready" status. I then open and log in to: TIERS CCI, which is the state portal we use to access client case information while handling calls; "AskMAXX," which gives us the knowledge we need to address client inquiries; Deltek, the timekeeping system; Verint, the scheduling system to see my schedule for the day and for the week; and Outlook and Teams/Skype for emails and any instant chats I may need to send. Each program has a password. It takes me no more than a minute to open and log into all of these programs.

8.      When I am ready to take a call, I toggle my phone to "ready" status. Sometimes, I go into "ready" status and complete finishing the rest of the computer programs while the calls begin coming through. My first call usually comes in immediately after I indicate that I am ready to take calls.

9.      Generally, the system works very quickly, but occasionally there may be technical issues that slow down the log in process. On those occasions, I can put my phone into "not ready" status and report the technical issue so that it can be resolved.

10.     To my knowledge, customer service representatives working at my location are not required to arrive before their start of their shift in order to log into their computer, phone, or computer programs before the shift start time. No employee of Maximus has ever instructed me to arrive at work early to begin logging into my computer, phone and computer programs before my shift begins.

11.     At the end of my shift, if I am not on a call with a client, I toggle my phone to "not ready" status and put the phone into "end of shift." I then close the computer programs by simply clicking the "x" at the top of the program window. It takes me approximately 5 seconds

Initials:

to click all the windows shut and to put the phone into "not ready/end of shift" status. Occasionally, I simply click "control-alt-delete" to lock the computer without closing each individual program, and this takes even less time. If I am on a call with a client, I complete the call and then proceed with logging out as described above.

12.    Maximus does not require that I shut down the computer each day. I typically restart my computer after logging out by simply clicking a button, but I do not wait by the computer for the restart to finish. I collect my things and leave the call center. To my knowledge, customer service representatives working at my location are not required to remain at their work station while their computer is restarting. No one from Maximus has ever instructed me to do so. In addition, I have never seen or heard of any customer service representatives remaining at their work station to restart at the end of their shift. In fact, the other customer service representatives who sit around me collect their things and leave immediately after they set their computers to restart.

13.    I record the hours I work each day and each week in a program called "Deltek." For each day I work, I personally enter my time by entering the total number of hours I worked that day into the Deltek timesheet. When calculating hours worked, I base my start time on the time at which I began working and I base my end time on the time at which I put my phone into the "end of shift" status. I never perform any work after I have toggled my phone into "end of shift." If I am on a call that continues past the official end time of my shift, I include that time in my hours worked for the day. When completing my daily timesheet, I review Verint to confirm my log out time; if it shows that I worked more than eight hours based on the times at which I logged into and logged out of Finesse, I count all that additional time as hours worked.

Initials: _CHK_

14.    When I was hired, I received training that covered all of these timekeeping practices, and I was informed that I was required to report all of the hours I spent working, including any work I performed before or after my shift.

15.    To my knowledge, no one from Maximus has ever made downward adjustments to my time entries. In addition, no one from Maximus has ever asked or required me to perform work "off the clock."

16.    Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

a.    a lawsuit has been filed against the Company by a former customer service representative who worked in Brownsville, Texas alleging that the Company failed to properly pay her, and other call center employees, for work they performed before and/or after their shifts;

b.    I am within the group of individuals the plaintiff seeks to represent in that case;

c.    as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

d.    the attorney I spoke with represents only Maximus, and does not represent me or other employees of the company;

e.    speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

f.    it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

Initials: ___

Page 4 of 5

g.      I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

h.      the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

17.     I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so.  I attest to the facts in this declaration voluntarily and of my own free will.

I declare under penalty of perjury under the laws of the United States of America and the State of Texas that the foregoing is true and correct.

Date:_____

_____
Signature

_____
Printed Name

Initials:_____

Page 5 of 5