## DECLARATION OF CHERYL MILES

I, Cheryl Miles, declare and state as follows:

1.      I am over the age of 18 and am otherwise competent to testify.  I have personal knowledge of the facts stated in this declaration.

2.      I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its facility located at 3915 S. Mendenhall Road, Memphis, Tennessee.  I have been employed by the Company since January 2018, and have worked at this location since I started with Maximus.

3.      My current job title is "customer service representative."  I have worked in this position the entire time I have been with the Company.

4.      My primary job duty as a customer service representative is to assist customers over the telephone with issues relating to their Child Support Services cases.

5.      My current work schedule is 8:00 AM – 5:00 PM, Monday through Friday.  I take two paid 15-minute breaks, and one unpaid 60-minute lunch break, each day.  I do not work more than 40 hours in a week.

6.      I am familiar with the policies and procedures in place at my call center based on my work experience with the Company.

7.      I normally arrive at the facility parking lot around 7:50 am.  It usually takes me about 5 minutes to walk to the facility from the parking lot.  Once I arrive at the facility, I greet my co-workers and head to my cubicle.  After I arrive at my cubicle, I log into my computer.  This takes approximately 1 minute.  My computer is already "on" when I arrive at the facility.  While I am logging into my computer, I also log into my phone.  This takes approximately 5 seconds.

8.      The first program I open and log into after I have logged into my computer is the "TCES" program, which provides me with information about my customers' cases.  This usually

Initials: _CM_

takes about 1 minute. I also open and log into is "OnBase," which stores records for my cases. This usually takes about 5 seconds. In addition, I open and log into the "Deltek" timekeeping program, which takes about 5 seconds. I also open and log into Outlook, which takes about 5 seconds. I then open and log into my state email account. This takes about 15-30 seconds. I also open the "Referral Manager" program, which takes about 2-3 seconds. I usually try to open and log into all of these programs simultaneously.

9.    I estimate that it takes me approximately 2 minutes in total to log into my computer, my phone, and the computer programs listed above.

10.    At the end of my shift, the first thing I do is log out of my phone. This takes approximately 1 second. I then close out of the TCES, OnBase, email, Deltek, and Referral Manager programs discussed above, which takes approximately 30 seconds in total. Once I have closed out of my computer programs, I lock my computer, which takes me approximately 5 seconds. After I lock my computer, I sign-out and leave the facility. I have never had a call extend beyond my scheduled end time; I always leave the facility at the end of my shift at 5:00 PM, or a few minutes beforehand.

11.    I do not shut down or restart my computer before leaving the facility unless I receive special instructions from the IT department, which has only happened on two or three occasions. To my knowledge, customer service representatives at my facility are not required to shut down or restart their computers prior to leaving the facility, and I do not know of any customer service representatives who do so.

12.    Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

Initials: CM

a.    a lawsuit has been filed against the Company by a former customer service representative who worked in Brownsville, Texas alleging that the Company failed to properly pay her, and other call center employees, for work they performed before and/or after their shifts;

b.    I am within the group of individuals the plaintiff seeks to represent in that case;

c.    as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

d.    the attorney I spoke with represents only Maximus, and does not represent me or other employees of the Company;

e.    speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

f.    it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

g.    I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

h.    the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

13.    I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so. I attest to the facts in this declaration voluntarily and of my own free will.

Initials: _____

I declare under penalty of perjury under the laws of the United States of America and the State of Tennessee that the foregoing is true and correct.

Date: 10/28/209

_____
Signature

_____
Printed Name

Initials: OM