## DECLARATION OF CINDY MOLINA

I, Cindy Molina, declare and state as follows:

1.      I am over the age of 18 and am otherwise competent to testify.  I have personal knowledge of the facts stated in this declaration.

2.      I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its facility located at 1925 East Iowa Road, Edinburg, Texas.  I have been employed by the Company since November 2013, and I have worked at the Edinburg facility since that time.

3.      My current job title is "customer service representative."  I have worked in this position the entire time I have been with the Company.

4.      My primary job duty as a customer service representative is to answer inbound telephone calls from customers about state benefits, such as Medicaid and the Supplemental Nutritional Assistance Program.

5.      My current work schedule is 8:00 AM – 6:30 PM, Monday, Tuesday, Thursday, and Friday.  I take two paid 15-minute breaks, and one unpaid 30-minute lunch break, each shift. I usually take my first 15-minute break around 10:00 AM or 10:30 AM, and I usually take my second 15-minute break around 3:45 PM or 4:00 PM.  I normally take my lunch break around 12:00 PM or 1:00 PM.  I often work more than 40 hours per week.  I receive time-and-a-half pay for all of my overtime hours.

6.      I am familiar with the policies and procedures in place at my call center based on my work experience with the Company.

7.      I typically arrive at the facility about 5 minutes prior to the start of my scheduled shift.  It takes me about 3-5 minutes to walk to the facility after I park my car.  Once I arrive at my work station, I go to the break room to get a cup of water or coffee.  After I return to my work

Initials: CM.

station, I log into my computer using my Maximus credentials. My computer is already on and restarted when I arrive at the facility. It takes me approximately 40 seconds to log into my computer, and for the computer to load. The first program I open is "Finesse." It takes me approximately 30-seconds to open Finesse. Next, I log into the "Tiers" portal, which provides case information for my calls. This takes me approximately 20 seconds. The next program I log into is the "Verint" scheduling program, which takes me approximately 5 seconds. I then open the "AskMax" program, where I can access timelines, scripts, and procedures for my calls. It takes me approximately 30 seconds to open AskMax. Next, I log into the "Deltek" timekeeping program, which takes me approximately 20 seconds. Lastly, I log into Outlook, which takes me approximately 10 seconds.

8.      It takes me about 2.5 – 3 minutes in total to log into my computer, and to open and/or log into the programs described above. If there is a technical issue, it may take a few more minutes, in which case I would be moved to "technical" status. I am compensated for any time I spend on technical status.

9.      When I am ready to take a call, I toggle to "ready" status in the Finesse program. On a typical day, I toggle to ready status at 8:00 AM. However, there are days when I am running a few minutes behind. This morning, for example, I did not toggle to ready status until 8:01 AM. I usually wait until I have logged into and/or opened all of the programs listed above before I toggle to ready status. However, if I am running behind, I will toggle to ready status in Finesse before opening and/or logging into the other programs.

10.      At the end of my shift, if I am not on a call with a customer, I close out of the Tiers, Verint, AskMax, Deltek, and Outlook programs. It takes me about 1 second to close out of each program. I then toggle to "restroom" status in Finesse (which signals that I am no longer ready

Initials: _C·M·_

and available for calls), click a button in Finesse indicating that my shift has ended, and close out of the Finesse program. This takes approximately 1 second. If I am on a call with a customer at the end of my shift, I complete the call, and then proceed with closing out of my computer programs as described above. The last thing I do before I leave the facility is restart my computer. It takes me approximately 1 second to enter the commands needed to restart my computer. I do not wait at my work station while my computer is restarting. I often check to make sure the computer is restarting, and then I leave the facility. It takes me approximately 1-2 seconds to make sure the computer is restarting before I leave.

11.    To my knowledge, customer service representatives working at my facility are not required to arrive before the start of their shift in order to log into their computer, phone, or computer programs before the shift start time. No Maximus employee has ever instructed me to arrive at work early to begin logging into my computer, phone, or computer programs before my shift begins.

12.    Similarly, to my knowledge, customer service representatives working at my facility are not required to remain at their work stations while their computers are restarting. No one from Maximus has ever instructed me to do so. In addition, I have never seen or heard of any customer service representatives remaining at their work stations while their computers are restarting after their shifts.

13.    I record the hours I work each day and each week in the Deltek program. For each day I work, I personally enter my time using my computer. When calculating hours worked, I base my start time on the time at which I toggle to ready status in Finesse. I base my end time on the time at which I indicate in the Finesse program that my shift has ended. If I am on a call that extends beyond my scheduled end time, I account for any additional working time in Deltek.

Initials: C.M.

14.     To my knowledge, no one from Maximus has ever made downward adjustments to my time entries. In addition, no one from Maximus has ever asked or required me to perform work "off the clock."

15.     Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

a.     a lawsuit has been filed against the Company by a former customer service representative who worked in Brownsville, Texas alleging that the Company failed to properly pay her, and other call center employees, for work they performed before and/or after their shifts;

b.     I am within the group of individuals the plaintiff seeks to represent in that case;

c.     as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

d.     the attorney I spoke with represents only Maximus, and does not represent me or other employees of the Company;

e.     speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

f.     it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

g.     I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

h.     the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

Initials: C. M.

16.    I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so.  I attest to the facts in this declaration voluntarily and of my own free will.

I declare under penalty of perjury under the laws of the United States of America and the State of Texas that the foregoing is true and correct.

Date: 10/22/2019

_____
Signature

_____
Cindy Molina
Printed Name

Initials: CM