## DECLARATION OF CYNTHIA HERRERA

I, CYNTHIA HERRERA, declare and state as follows:

1.      I am over the age of 18 and am otherwise competent to testify.  I have personal knowledge of the facts stated in this declaration.

2.      I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its call center facility located at 1925 East Iowa Road, Edinburg, Texas 78542.  I have been employed by the Company, and have worked at this location, since approximately May 2012.

3.      My current job title is "customer service representative."  I have worked in this position the entire time I have been with the Company.

4.      My primary job duty as a customer service representative is answering telephone inquiries from callers who have questions regarding their eligibility for benefits provided by the Texas Health and Human Services Commission, such as Medicaid, Children's Health Insurance Program (CHIP), SNAP food benefits, Temporary Assistance for Needy Families (TANF), which are programs that provide health coverage, food and monetary assistance for low-income children, families, seniors and people with disabilities.

5.      My typical work schedule is 8:00 a.m. to 4:30 p.m. Monday through Friday. During each shift there are two 15-minute paid rest breaks and a 30-minute lunch break.  I normally work approximately 40 hours per week at Maximus.  Currently, however, we also have mandatory overtime on Monday and Tuesday for 30 minutes each because of the high call volume during this challenging time due to the pandemic.  The pandemic has also caused a decrease of customer representatives present on the floor at any time.  In addition, I have the opportunity to work overtime on a voluntary basis depending on business needs, by requesting it

Initials:  C.H.

through the scheduling system, Verint.  Any overtime must be approved and any hours I work over 40 hours in a week is paid at one and a half times my regular pay rate.

6.      I am familiar with the policies and procedures in place at the Edinburg call center based on my work experience with the Company.  In fact, I served as a mentor for at least four years up until December 2018.  In that role, I was helping out with training new hires in the classroom and on the job, including setting out the Company's expectations as to timekeeping, showing them how to use the timekeeping system, and even helping them fill out their time sheets.

7.      It takes me 30 to 40 minutes to drive to work each morning, depending on traffic, so for my 8:00 a.m. shift I typically arrive in the parking lot at the call center at approximately 7:45 to 7:50 a.m.  It usually takes me approximately 5 minutes to walk from my car to my work station, so I arrive at my work station approximately 7:50 to 7:55 a.m.  I put my things down, sit down comfortably, and if I have time, I go to the breakroom to make some coffee and put my lunch in the fridge and use the restroom.

8.      My computer is usually on when I arrive each day.  I need to unlock it by putting my login credentials, and then I can begin logging into my computer programs and phone.  First, I open Cisco Finesse, which is the phone system, by opening the Internet Browser and clicking on Finesse in my "favorites" menu and entering agent ID, password, and extension.  This takes no more than 10-15 seconds.  Then I open Verint to see when my breaks and lunches are, as well as any meetings, so that I can adhere to them during the day.  Verint is also saved as a favorite in my internet browser and requires me to enter my username and password, which also takes me no more than 10-15 seconds.  Next, I open the TIERS portal (also saved in my favorites), which is the state database that houses all the case and client information, by entering a username a



Initials: _C.H._

password, taking only 10 seconds or so. Within TIERS, I open CCI ("Call Center Inquiry") by simply clicking a link.

9.      After TIERS, I open AskMax where I can view the work instructions for handling calls. AskMax is also saved as a favorite and requires me to enter a username and password, similarly taking no more than 10 seconds. The last three programs I open are Notepad, Outlook email, and Skype/Teams for instant messaging. Each of these except the Notepad have a username and password but I have them saved so that each program automatically opens when I click on it. In total, it typically takes me approximately one minute, and no more than two minutes, to open the phone system and all of the computer programs. I do not open Deltek, our timekeeping system, in the morning; instead, I open it during staff development period, which is a scheduled break off the phones during which I can check my emails.

10.     When I initially open Finesse, it automatically puts me in "not ready" status. At 8:00 a.m. I put myself into "ready" status by clicking a button. Typically, I receive the first call immediately after I go into "ready," particularly on Monday and Tuesday when call volume is heavier.

11.     At the end of my shift, if I am not on a call with a client, I log out of Finesse by clicking a button that puts me into "not ready" status and then clicking a second time to go into "end of shift" status. Once I am in "end of shift" on Finesse, I simply close the window. If I am on a call with a client at the time my scheduled shift ends, I finish the call and then proceed to close out of the phone and the computer programs. Because I am expected to document all of the call notes while I am actively assisting the caller, there is no need for me to continue performing any work after the call has ended. On the rare occasion the call drops and I need to finish entering the call notes, I can put myself into "wrap up" status. Any time I am in "wrap up"

Initials: C.H.

status is paid time. Once I complete the documentation, I can put my phone into "end of shift" status and close Finesse. I then close all of the programs (TIERS, AskMax, Verint, Notepad, Outlook, Skype/Teams) by clicking the "x" in the top corner of each program window. Closing all of these programs takes no more than 30 seconds, usually less.

12. I record the hours I work each day and each week in Deltek. For each day I work, I personally enter my time by entering the total number of hours I worked that day into the Deltek timesheet. If I haven't opened Deltek at some point during my shift, I open Deltek at the end of my shift after I have finished my last call for the day. To open Deltek, I enter my username and password. This is my practice because while I am scheduled to work only 8 hours in a day, a call may continue past my scheduled end time and I need to account for that time when calculating my daily work hours.

13. When calculating hours worked, I base my start time on the time at which I began working and I base my end time on the time at which I put my phone into the "end of shift" status. I never perform any work after I have put my phone into "end of shift." If I am on a call that continues past the official end time of my shift, I include that time in my hours worked for the day. If I inadvertently forget to include some work time on any given day, my supervisor adds the time to my timesheet in Deltek and asks me to go into Deltek to verify it and "sign" it by entering my password.

14. The last thing I do at the end of the day is restart my computer by clicking the "Windows" button at the bottom corner of the computer screen, selecting "restart" (two seconds, at most), and then I pick up my things and leave the building. I am not required to stay by my work station until the computer completes the restart process.



Initials: C.H.

15.     When I was hired, I received training that covered all of these timekeeping practices, and I was informed that I was required to report all of the hours I spent working, including any work I performed before or after my shift.

16.     To my knowledge, customer service representatives working at my location are not required to arrive before their start of their shift in order to log into their computer, phone, or computer programs and begin working before the shift start time.  No employee of Maximus has ever instructed me to arrive at work early to begin logging into my computer, phone and computer programs and begin working before my shift begins.  In addition, to my knowledge, customer service representatives working at my location are not required to remain at their work station while their computer is restarting.  No one from Maximus has ever instructed me to do so. In addition, I have never seen or heard of any customer service representatives remaining at their work station to restart at the end of their shift.  On the contrary, I usually see my co-workers simply setting the computer to restart, gathering their things, and walking away from their work stations like I do – some even faster than me.

17.     To my knowledge, no one from Maximus has ever removed time I reported as worked from my timesheet.  In addition, no one from Maximus has ever asked or required me to perform "off the clock" work.

18.     Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

a.     a lawsuit has been filed against the Company by a former customer service representative who worked in Brownsville, Texas alleging that the Company failed to properly pay her, and other call center employees, for work they performed before and/or after their shifts;

Initials: C.H.

b.      I am within the group of individuals the plaintiff seeks to represent in that case;

c.      as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

d.      the attorney I spoke with represents only Maximus, and does not represent me or other employees of the company;

e.      speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

f.      it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

g.      I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

h.      the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

19.      I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so.  I attest to the facts in this declaration voluntarily and of my own free will.

Initials: _C.H._

I declare under penalty of perjury under the laws of the United States of America and the State of Texas that the foregoing is true and correct.

Date: 10/29/2020

_Cynthia Herrera_
Signature

_Cynthia Herrera_
Printed Name

Initials: C.H.

Page 7 of 7