## DECLARATION OF DANA GRANGER

I, Dana Granger, declare and state as follows:

1.    I am over the age of 18 and am otherwise competent to testify. I have personal knowledge of the facts stated in this declaration.

2.    I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its facility located at 2651 N. Coolidge Road in East Lansing, Michigan. I have been employed by the Company, and have worked at this location, since May 2018.

3.    My current job title is "lead customer service representative." I have worked in this position for approximately 1 ½ months. Prior to that, I was a customer service representative.

4.    My primary job duty as a lead customer service representative is to oversee a team of customer service representatives to make sure they are adhering to standards and expectations for handling telephone inquiries from clients (*i.e.*, State of Michigan residents who seek state benefits such as food assistance, child care development, state of emergency relief, etc.) and community partners (*i.e.*, resources who help people seek such benefits). As a lead, I also handle escalated calls if the caller asks to speak with a supervisor or requires other assistance that the customer service representative is unable to immediately provide. When I worked as a customer service representative, I answered incoming calls from clients and community partners to answer questions and navigate websites, or to transfer them to appropriate departments to offer other forms of assistance.

5.    My current work schedule is 8:30am to 5:15pm, Monday through Friday. During that shift, I have two 15-minute breaks, which are paid, and a 45-minute unpaid lunch break. Therefore, I normally work approximately 7.5 hours per day, and a total of 37.5 hours per week at Maximus.

Initials: DG

6.    I am familiar with the policies and procedures in place at my call center based on my work experience with the Company.  In May 2018, I received training that covered, among other things, timekeeping and attendance policies, including how to enter work time into Deltek, the program we use to record our hours worked.

7.    I typically arrive at the facility at approximately 8:15am.  I typically begin logging into the computer and computer programs approximately ten minutes before the beginning of my shift, but I am not required to do so.  After I log into the computer and computer programs, I get myself settled, get water and visit the restroom before my shift begins.   In order to log into the computer, I unlock it by pressing "Control-Alt-Delete" and entering my credentials (username and password).  This takes approximately one minute so that all of the computer programs load.  I then log into the computer programs, all of which are accessible on the main Maximus internal homepage.  First, I log into the e-mail program, which takes approximately 5-10 seconds.  I then log into "Nice," our scheduling program, which takes approximately 5-10 seconds.  My log-in credentials for e-mail and Nice are the same as my credentials to unlock the computer.  After logging into e-mail and Nice, I open Desk Reference (which is our information resource) by simply clicking a link on the Maximus homepage.  This takes approximately 2-3 seconds.  The last computer programs I open are located within MiLogin for Third Party, a State of Michigan website:  first, I open the MiLogin website entering a different, State-assigned username and password; second, I open CRM, a program within MiLogin used to document calls, by clicking a link; Third, I open HelpDesk, used to search for client accounts, by clicking a link and then entering a verification "pin" that is sent to my e-mail account.  Logging into MiLogin, CRM and HelpDesk takes approximately 1 minute.  After I have logged into the computer programs, I log into the phone system, called Cisco/Finesse, by enter my employee ID and password, which are

Initials: DG

automatically saved in the system. This takes no more than 15 seconds. When I am ready to take a call, I toggle my phone to "ready" status. When I was a customer service representative, my first call usually came in anywhere between one and five minutes after I indicated that I am ready to take calls. Now, as a lead, a call may come anywhere from 20 minutes to one hour after I log-in to the computer programs and phone.

8.    At the end of my shift, if I am not on a call with a client, I toggle my phone to "end of shift" status and click an "end of shift" tab that closes out the Cisco/Finesse phone system. Closing out of the phone takes approximately 2-3 seconds. I then log out of the computer programs. Typically, I close out of the CRM and HelpDesk programs by clicking the "X" in the top right corner and then click the "log out" button in MiLogin. This takes me approximately five seconds to close CRM and HelpDesk and to log out of MiLogin. To close Nice, e-mail, Desk Reference and the main Maximus homepage, I just click the "X" in the top right corner. I then restart my computer by opening the "Start" menu and clicking "Restart," which takes approximately five seconds. If I am on a call with a client, I complete the call and then proceed with logging out as described above. I typically do not need to complete any call-related tasks after a call ends, such as entering notes or documenting the call, because I enter notes while the call is in progress. The expectation here is that documentation is completed while the call is progress. I then proceed to log out and restart the computer. Maximus does not require that I stay at my computer while it restarts.

9.    The log in and log out procedures described above were the same while I was working as a customer service representative.

10.    To my knowledge, customer service representatives working at my location are not required to arrive before their start of their shift in order to log into their computer, phone, or

Initials: DG

computer programs before the shift start time. No employee of Maximus has ever instructed me to arrive at work early to begin logging into my computer, phone and computer programs before my shift begins. In fact, at my call center, customer service representatives are not permitted to begin logging in to their computer, phone, or computer programs any earlier than five minutes before the start of their shift, and any customer service representative who repeatedly does so may be counseled or disciplined.

11.     Similarly, to my knowledge, customer service representatives working at my location are not required to remain at their work station while their computer is restarting. No one from Maximus has ever instructed me to do so. In addition, I have never seen or heard of any customer service representatives remaining at their work station to wait for their computer to restart at the end of their shift.

12.     I record the hours I work each day and each week in a program called "Deltek." For each day I work, I personally enter my time by entering my straight time and overtime into the program on a daily basis. When calculating hours worked, I base my start time on the start time of my shift because I do not actually begin working until that time. I base my end time on the time at which I go into "end of shift" in the phone system. If that occurs after the end time of my shift (*i.e.*, 5:15), I count that as overtime.

13.     To my best recollection, no one from Maximus has ever made downward adjustments to my time entries. In fact, it has occasionally been adjusted upwards to account for additional working time. In addition, no one from Maximus has ever asked or required me to perform work "off the clock."

14.     Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

Initials: DG

a.    a lawsuit has been filed against the Company by a former customer service representative who worked in Brownsville, Texas alleging that the Company failed to properly pay her, and other call center employees, for work they performed before and/or after their shifts;

b.    I am within the group of individuals the plaintiff seeks to represent in that case;

c.    as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

d.    the attorney I spoke with represents only Maximus, and does not represent me or other employees of the company;

e.    speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

f.    it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

g.    I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

h.    the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

15.    I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so. I attest to the facts in this declaration voluntarily and of my own free will.

Initials: _DG_

I declare under penalty of perjury under the laws of the United States of America and the State of Michigan that the foregoing is true and correct.

Date: 10/23/19

_____
Signature

Dana Gonger
Printed Name

Initials: DG