## DECLARATION OF DANYELL TAYLOR-SANDERSON

I, Danyell Taylor-Sanderson, declare and state as follows:

1. I am over the age of 18 and am otherwise competent to testify. I have personal knowledge of the facts stated in this declaration.

2. I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its facility located at 234 Cameron Ave., Colonial Heights, VA 23834. I have been employed by the Company at this location since June 2012, formerly I was with GDIT.

3. My current job title is "Customer Service Representative- Internal Support Group." I have worked in this position in the internal support group since about 2014 when the Marketplace began. I used to hold a position within the Medicare group.

4. My primary job duty as a customer service representative is to answer telephone inquiries from individuals who have coverage and want to change, people who are on COBRA, some people find our contact information online or in their COBRA paperwork and Medicaid information, which has our contact number about general account information, including state marketplace information. We can reset passwords, provide user ids, and other support if they have their own account information. I also handle the supervisor calls that are escalated to us.

5. My typical schedule is Monday to Friday, 8:30AM-5:00PM. I have two 15 minute paid breaks and a 30 minute lunch.

6. If I add overtime, WFO, the workforce optimization program, gives you the ability to seek out the shift. WFO gives you the schedule. You are allowed to work 14 hours in a day. If you work a 4 hour shift for overtime, you get a 15 minute break. If you have a 6 hour shift, then you get a dinner break. You inform a supervisor that your schedule changes due to a long call, or any other reason why your schedule is not following what is in the WFO.

Initials: DTS

7.      Open Enrollment is our busy season.  Open Enrollment period you can have back to back calls through your entire shift.  November 1, through December 15 is Open Enrollment. That date has been extended until January 15, 2022 this year.

8.      I typically have a 12:45PM- 1:15PM lunch.  Normally, this is what it is set for.  A meeting or training could change that time.

9.      I typically arrive at the building between 7:50 and 8 AM, having arrived and eaten my breakfast outside.  Employees who have a start time at 8:30 AM are not allowed in the building before 7:45 AM.  Mondays are particularly busy, so I will sometimes come in at 7:30 AM on a Monday if I can pick up a shift.  I am able to check the WFO system from home to check my schedule.  I normally work approximately 40 hours per week at Maximus.

10.      I am familiar with the policies and procedures in place at the call center location where I work based on my work experience with the Company.  Clock in and clock out is on my Avaya phone on my desk.  Deltek is the timekeeping system.  I enter my time there daily.  PGS-VA login is the typical information for this site.  Every morning, I wipe my desk down, I put in my headset, and then login to the computer.

11.      At 8:30 I login on my Avaya desk phone, and then my computer program.  I do not login early, unless I am scheduled to do overtime.  At 8:33 I make myself "available" on phone, which is my status.  That information goes into the computer system, NGD.  Username and password, my extension and name show up on my computer.

12.      When you are hired, you are trained on those policies of system startup.  I was trained for six to eight weeks prior to starting as a full-time employee.  At 8:33, typically twice a week, we have a CUP TOPIC training.  This training is about fifteen minutes, and deals with updates such as softskills, such as PPOM skills, regarding how to speak to someone about a death

Initials:

in the family, or those who have difficulty with getting coverage or their coverage is terminated. For example, the marketplace has different policies than other insurance regarding start dates. We must always be empathetic.

13.    At my location, I flash my vax pass to security. I am in the vax pass area, and I have an assigned desk and computer. I moved from phase 3 to phase 1 during the pandemic.

14.    I typically arrive at the facility at 7:30 AM. I eat my breakfast outside, and then enter the building between 7:50 and 8 AM. After arriving at the site, I login to my computer and check the schedule in WFO, then login to my phone at 8:30, and then login to NGD and mark myself available at 8:33. It takes me approximately two to three minutes to login to my computer, login to my phone, then login to NDG. When I am ready to take a call, I toggle my phone to "ready" status. This process takes around three minutes to complete. My first call usually comes in approximately three to five minutes after I indicate that I am ready to take calls on a Monday, but on other days of the week it might be ten to fifteen minutes before a call comes in. Because I shut my computer down properly, I do not have any issues with startup times.

15.    I am not expected to begin logging in to my computer, computer programs, or the phone system, prior to the start of my scheduled shift.

16.    You go to your supervisor to tell your supervisor if there are any computer issues. I have not had to that in a couple years.

17.    I do not have many technical issues with my computer or any of the programs I use. If you follow IT's directions, you can avoid most computer issues. I have not had a computer issue in about 8 months. The last time I went on vacation, someone sat at my desk, and my computer took ten minutes to boot up. There is an AUX code to enter on your phone if you having computer

Initials: *DT-S*

trouble and you enter that to show you are having computer issues. I am still clocked in and I get paid for the time that I have to troubleshoot any computer issues.

18.     My lunch break typically is scheduled for 12:45-1:15. My lunch break is 30 minutes long. I know what time my scheduled lunch break is because I review my schedule each day when I come in to work. AUX-01 code is for lunch for the NGD system. It will show on my phone that I am at lunch. If a call runs long, then I email the supervisor after lunch, or at the end of the shift, to tell them there was a call that ran into my lunch break. I eat snacks at my desk, but prefer to eat lunch outside. We are allowed to eat at our desks and in the vax pass employee area.

19.     I have never had to work through my lunch break. At most, I have had a consumer call run a few minutes into lunch. In those situations, I was able to adjust my schedule with my supervisor.

20.     At the end of my shift, I try to enter AUX-03 on my phone at 4:58, during that two minute window at the end of the shift where you do not get any calls. Then I enter my time in the Deltek system, and log out of my computer at 5:00PM. That is when if I am not on a call with a client, I toggle my phone to "not ready" status and log out of the computer programs. It takes me approximately two minutes to shut everything down and logoff. If I am on a call with a consumer, I complete the call and then proceed with logging out as described above. I email my supervisor to let them know that the last call went over my normal shift time. This does not change the time it takes me to shut down the program.

21.     I record the hours I work each day and each week in a program called "Deltek." For each day I work, I personally enter my time by at the end of the day. When calculating hours worked, I base my start time on the time at which I login to my phone at 8:30. I base my end time

Initials: _DTS_

on the time at which I log out of the phone, typically at 5:00PM. I was trained on this for six to eight weeks when I started with company.

22.     To my knowledge, no one from Maximus has ever made downward adjustments to my time entries. In addition, no one from Maximus has ever asked or required me to perform work "off the clock" or during my lunch break. To my knowledge, there is no policy at Maximus requiring that customer service representatives arrive before their start of their shift in order to log into their computer, phone, and various computer programs before the shift start time. No employee of Maximus has ever instructed me to arrive at work early and begin logging into my computer, phone and computer programs before my shift begins.

23.     I check to make sure my computer shuts down properly. You never want to leave your computer and walk away without it being locked. When you shut down your computer, you hit restart, which should lock the computer. There are times when you have to close an app running in the background before it will restart.

24.     Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

a.      a lawsuit has been filed against the Company by several current and former customer service representatives who worked in Maximus call centers in various states alleging that the Company failed to properly pay them, and other call center employees, for work they performed before and/or after their shifts;

b.      I am within the group of individuals the plaintiffs seek to represent in that case;

c.      as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

Initials: DTS

d. the attorney I spoke with represents only Maximus, and does not represent me or other employees of the company;

e. speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

f. it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

g. I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

h. the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

25. I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so. I attest to the facts in this declaration voluntarily and of my own free will.

I declare under penalty of perjury under the laws of the United States of America and the Commonwealth of Virginia that the foregoing is true and correct.

Date: 11/16/21

_____
Signature

Danuell Taylor-Sanderson
Printed Name

Initials: DT-S