## DECLARATION OF GLADYS JOHNSON

I, Gladys Johnson, declare and state as follows:

1.     I am over the age of 18 and am otherwise competent to testify.  I have personal knowledge of the facts stated in this declaration.

2.     I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its facility located at 5912 Hwy 49, Suite H3, Hattiesburg, MS 39401.  I have been employed by the Company at this location since November 2018.

3.     My current job title is "Customer Service Representative" with the Internal Support Group.  I have worked in this position since November 2018.

4.     My primary job duty as a customer service representative is to answer telephone inquiries concerning enrollment in healthcare via the healthcare exchanges established by the Affordable Care Act. I receive calls from Tier One calls (i.e., people calling to enroll in health coverage, check on the status of coverage, etc.), Tier Two Calls (i.e., special enrollment periods or escalation from Tier One calls that they cannot handle), ISG calls (i.e., if a Customer Service Representative cannot find the right script or answer for a customer question, we guide them in the right direction), and supervisor transfer calls (i.e., if a Tier One or Tier Two customer service representative has a caller who wants further assistance or to speak with a supervisor, and I would handle those issues).

5.     I currently work Monday to Friday from 8am to 4:30pm. I have worked this schedule since November 2018.  I normally work approximately 40 hours per week at Maximus, unless I can get overtime. Overtime is typically available during the open enrollment period from November 1 to January 15 of a given year, and given out on a voluntary basis. There are some periods of mandatory overtime, and I am paid time and a half for all time working over 40 hours.

Initials: MJ

6.      I am familiar with the policies and procedures in place at the call center location where I work based on my work experience with the Company. I also learned about these policies through my manager/supervisor. When I was first hired on, the Company went over applicable policies, and the Company also distributed a handbook with the policies that we can read, and that I have reviewed.

7.      I typically arrive at the facility at 7:20am so that I can get a good parking spot. I wait in my car and listen to the radio or read my Bible until around 7:50-7:52am. After leaving my car, the first thing I do is go to my locker, which takes 3-4 minutes, then I walk about a minute to the breakroom to put my lunch away, and then I walk about a minute to my desk, and I get to my desk at about 7:56am or 7:57am (and we are not allowed to log in for the day until 7:57am).

8.      After arriving at my desk, my computer is already on and I only need to log in. It takes me approximately a minute or two to log into my computer (sometimes it has a mind of its own and takes longer to boot up). The first thing I log into is NGD – I have to put in my username and password, which takes probably 20 or 25 seconds. The next thing I do is log into WFO, which also takes another 20 or 25 seconds. I then open Outlook to check my emails (which will boot up in about 15 seconds because it automatically logs me in). Once I have done these tasks, and I am ready to take a call, I toggle my phone to "ready" status. This process takes 3 or 4 minutes to complete and when I am ready to take calls it is usually about 8:02am or 8:03am. My first call usually comes in approximately 10 or 15 minutes after I indicate that I am ready to take calls (because I am ISG, calls are usually escalated to me so it takes longer for calls to make their way to me) , unless the call volume is extremely high, and then it would take 3 or 4 minutes. While I am waiting for calls to come in, I will check if I have any trainings I need to do and will start them until I receive a call, or review my scripts until I receive a call.

Initials:

9.     At my location, customer service representatives are not permitted to log in before 7:57am, and we are given a grace period where if you log in after 8:03am you are considered late. CSRs are expected to be logged in and ready to take calls by 8:03am.

10.     I am not expected to begin logging in to my computer, computer programs, or the phone system, prior to the start of my scheduled shift.  In fact, we are not permitted to go to "available" before 7:57am unless you have approved overtime in your WFO. They let us know this through our handbook, and supervisors and managers have also told me this before.

11.     I do not often experience technical issues with my computer or any of the programs I use.  For example, in the last year, I recall technical issues occurring maybe 5 or 6 times, at most. If I do experience any technical issue, like a program freezing, I will put my phone into "aux 8" (I know that I get paid for this time) and then notify my supervisor, who will try to fix the issue himself and will contact LSA if he cannot fix it. The time to resolve these issues varied, from 5 minutes to 30 minutes, or even to switch to a new computer if the issue is with the computer and cannot be fixed. While I am waiting for assistance with technical issues, I will review my scripts for the day, as they change every day. I am clocked in and getting paid for all time waiting for technical issues to be resolved. Even though I am not on the phone and actively handling calls during any down time due to a technical issue, I am still clocked in and I get paid for the time that I have to troubleshoot any computer issues.

12.     My lunch break typically is scheduled for 30 minutes from 12pm to 12:30pm. I know what time my scheduled lunch break is because I review my WFO schedule each day when I come in to work, which contains our lunch break and scheduled breaks. If I am on a call, I will finish the call, and then put my phone to Aux 1 for my lunch break (which takes a second), I will look at what time I go to lunch so that I can be back on time, and then lock my computer (which

Initials: [signature]

takes maybe 2 seconds). For example, if a call goes until 12:05pm, I will then take my lunch from 12:05pm to 12:35pm. Sometimes I take my lunch in my car, and other times I take it in the break room. I will take my lunch in my car if I'm looking for a chance to go outside of the building for a few minutes, get some peace and quiet and read my bible (which takes me maybe one minute to walk to my car). If I take my lunch in the breakroom, I will go in and sit at a table and eat my lunch (which takes about 30 seconds to walk from my desk to the breakroom).

13.    I have always received a full 30 minutes for lunch. If a call runs past my time to take lunch (12pm), I can take an extended lunch to make up for that time (if a call runs 4 minutes past 12pm, I can take lunch until 12:34pm). I have never had less than 30 minutes for lunch during my time at Maximus.

14.    At the end of my shift, if I am not on a call with a client, I toggle my phone to aux 3 (or "not ready" status) and log out of the computer programs. The first thing I do is I log out of WFO (which takes 2 seconds), then close out of Outlook and Microsoft Teams (which takes 3 seconds), and then I log out of NGD at about 4:29pm (which takes about 3 seconds). Once logged out of everything, I hit the restart button on the computer (which takes 2 seconds) and log out of my phone (which takes 1-2 seconds). I wait for the computer to finish restarting, which doesn't take more than about 1 second to do, and then I leave the premises. If I am on a call with a client, I complete the call and then proceed with logging out as described above.

15.    I record the hours I work each day and each week in a program called "Deltek." For each day I work, I personally enter my time by waiting until 4:25 or 4:26pm to put my time in, but if I am on a call, I will wait to see if I go past 4:30pm before entering my time. When calculating hours worked, I base my start time on the time at which I log into NGD and go available. I base my end time on the time at which I log out of NGD. When I was first hired, the

Initials: ⅃Ɉ

Company went over timekeeping procedures, and our supervisors went over it with us, and these policies are also described in the handbook (which I have reviewed). If my time in Deltek is incorrect, our supervisor will send our statistics the next morning, and I am given the chance to go in and correct it to capture any additional time worked.

16.    To my knowledge, no one from Maximus has ever made downward adjustments to my time entries.  In addition, no one from Maximus has ever asked or required me to perform work "off the clock" or during my lunch break.

17.    Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

a.    a lawsuit has been filed against the Company by several current and former customer service representatives who worked in Maximus call centers in various states alleging that the Company failed to properly pay them, and other call center employees, for work they performed before and/or after their shifts;

b.    I am within the group of individuals the plaintiffs seek to represent in that case;

c.    as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

d.    the attorney I spoke with represents only Maximus, and does not represent me or other employees of the company;

e.    speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

Initials: _MJ_

Page 5 of 6

f.      it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

g.      I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

h.      the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

18.     I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so.  I attest to the facts in this declaration voluntarily and of my own free will.

I declare under penalty of perjury under the laws of the United States of America and the State of Mississippi that the foregoing is true and correct.

Date: _11- 11-21_

_Gladys Johnson_
Signature

_Gladys Johnson_
Printed Name

Initials: _GJ_

Page 6 of 6