## DECLARATION OF GREG TEANG

I, Greg Teang, declare and state as follows:

1.      I am over the age of 18 and am otherwise competent to testify.  I have personal knowledge of the facts stated in this declaration.

2.      I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its facility located at 2411 West Peoria Avenue, Phoenix, Arizona.  I have been employed by the Company at this location since October 2017.

3.      My current job title is "Internal Support Group, Customer Service Representative."  I have worked in this position for two years.  Before this, I was in Tier II Customer Service Representative for six months.  And before that I was a regular Customer Service Representative.

4.      My primary job duty as a customer service representative is to mentor other Customer Service Representatives on calls and to deal with escalated calls.  I work with Federal Marketplace insurance.

5.      I work Monday through Friday, 8:30 a.m. to 5 p.m.  Sometimes I do overtime when it is available.  There is a Mentor class that I handle through virtual teaching.  This involves discussing how to take calls and navigate the calls.  I have two 15 minute paid breaks during the day.  I also have a lunch break for thirty minutes, which is unpaid, from 12:30 to 1 p.m.  We follow our WFO schedules which helps us with our meetings with supervisors and when there are trainings scheduled.  I eat at my desk for social distancing purposes.  I normally work approximately 40 hours per week at Maximus.

6.      I am familiar with the policies and procedures in place at the call center location where I work based on my work experience with the Company.  I understand the attendance

Initials: GT

policies. I follow the protocols and procedures the best I can. I read the policies on a daily basis to make sure I understand them. In other words, I learn on the go.

7.    At my location, I arrive a few minutes beforehand to place my possessions in my locker. At 8:30 a.m., I log in and get into my programs. I also log into my phone, which is the NGD system. One cannot log in early without permission. I log in using AUX 03, to get ready to start the system. "Auto in" is pressed to let the Company know that I am ready to take phone calls. Sometimes there is a 20 minute wait between calls. I was taught not to log in before the start of the shift.

8.    We are required to log out and restart our computers for new updates. I do not save my username and password into any program. I insert my employee number to log in. I do not put my phone in "not ready" status unless I ask my supervisor to use "not ready" status. That is when the computer is not working. This is only if it is needed.

9.    I am not expected to begin logging in to my computer, computer programs, or the phone system, prior to the start of my scheduled shift. This is because logging in must match the schedule information. I learned this on the go. Rules and protocols make this easy for me to follow.

10.    I rarely experience technical issues with my computer or any of the programs I use. For example, after 2 p.m., my system sometimes will load differently. Open and closing helps this, and clearing out the cache. If I do experience any technical issue, local system admins (LSAs) will help. We first tell our supervisor, who will submit a ticket, or we can go to Microsoft Teams and flag the problem. Someone will then come to take care of issue. This varies based on the issue, e.g., an application issue took twenty minutes. Even though I am not on the phone and actively handling calls during any down time due to a technical issue, I am still

Initials: GT

clocked in and I get paid for the time that I have to troubleshoot any computer issues. That is an AUX 08 classification.

11. My lunch break typically is scheduled for halfway through my shift. My lunch break is 30 minutes long. I know what time my scheduled lunch break is because I review my schedule each day when I come in to work. I put myself in break AUX if I go into a break while I am on a call.

12. I only work through lunch on complex calls but take my break after the complex call ends. The supervisor will reach out and ask if something has happened and I'll let him know that it was a complex call.

13. At the end of my shift, if I am on a call with a client, I put myself in AUX 03 during the time of the call. I will do time sheets and let my supervisor know about the long call. It takes me approximately less than five minutes to log out, doing timesheets, logging off the phone, and restarting the computer. It takes me approximately two seconds to log out of the phone system. It takes approximately a minute to restart my computer. I do not stay at my work station while my computer is shutting down / restarting.

14. I record the hours I work each day and each week in a program called "Deltek." For each day I work, I personally enter my time by inserting 8 hours, unless there is available overtime; there is overtime right now because of open enrollment. Timekeeping was discussed in training and my supervisor helps me with it.

15. To my knowledge, no one from Maximus has ever made downward adjustments to my time entries. In addition, no one from Maximus has ever asked or required me to perform work "off the clock" or during my lunch break. To my knowledge, there is no policy at Maximus requiring that customer service representatives arrive before their start of their shift in

Initials:

order to log into their computer, phone, and various computer programs before the shift start time. No employee of Maximus has ever instructed me to arrive at work early and begin logging into my computer, phone and computer programs before my shift begins.

16. Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

a. a lawsuit has been filed against the Company by several current and former customer service representatives who worked in Maximus call centers in various states alleging that the Company failed to properly pay them, and other call center employees, for work they performed before and/or after their shifts;

b. I am within the group of individuals the plaintiffs seek to represent in that case;

c. as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

d. the attorney I spoke with represents only Maximus, and does not represent me or other employees of the company;

e. speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

f. it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

g. I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

Initials:

h.   the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

17.   I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so. I attest to the facts in this declaration voluntarily and of my own free will.

I declare under penalty of perjury under the laws of the United States of America and the State of Arizona that the foregoing is true and correct.

Date: 11/18/2021

_____
Signature

Greg Teans
_____
Printed Name

Initials: GT