## DECLARATION OF IYASHIA JARRETT

I, Iyashia Jarrett, declare and state as follows:

1.      I am over the age of 18 and am otherwise competent to testify.  I have personal knowledge of the facts stated in this declaration.

2.      I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its facility located at 701 Liberty Way, Chester, VA.  I have been employed by the Company at this location since November 2008.

3.      My current job title is "Customer Service Representative – Internal Support Group."  I have worked in this position since approximately 2015, and prior to that, I was a "Customer Service Representative."

4.      My primary job duty as a Customer Service Representative - ISG is to assist other Customer Service Representatives if they have questions they need help with (for example, if they need assistance with helping a beneficiary compare drug plans, general coverage guidelines questions, and questions about Medicare premiums), and sometimes we are also in the queue to take calls from Medicare beneficiaries to answer their questions (for example, helping them with enrollment, general coverage guidelines, filing complaints against suppliers for items not received).

5.      My work schedule is Sunday to Thursday, 8:30am to 5pm.  I normally work approximately 40 hours per week at Maximus. Beyond working a mandatory overtime day (typically, on open enrollment for Medicare), I do not usually work overtime unless a call runs long past 5pm (but this does not happen often). Whenever I do work overtime, I am always paid time and a half for hours worked past 40 hours for the week.

Initials: _____

6.      I am familiar with the policies and procedures in place at the call center location where I work based on my work experience with the Company. We also have trainings concerning timekeeping, as well as group meetings about timekeeping and entering our time. In addition, if I have any questions about Maximus policies, I can ask my supervisor (or our managers if our supervisor is not available) questions I may have.

7.      I typically arrive at the facility by no later than 8:20am so that I can get a good parking spot. I will then sit in my car for a few minutes listening to music. I then get out of my car at around 8:25am, then walk to my locker to drop off my things and my lunch (this takes no more than two minutes) and then walk to my desk (which takes a minute or two). Once I get my desk, I will log in to my computer (this takes a couple of seconds) and sanitize my desk with Clorox wipes while my computer boots up (this takes maybe 5 seconds). I then open up and log into Outlook, Teams Chat, WFO to check my schedule and make sure nothing has changed, and NGD (it takes me no more than a minute to open and log into all of these programs).   When I am ready to take a call, I switch my phone to "auto-in." I usually switch my phone to "auto-in" by no later than 8:32am (we have a three-minute grace period where I can indicate I am ready to take calls up to 3 minutes after the start of my shift). My first call usually comes in approximately 5 to 6 minutes (after open enrollment started) or up to 10 minutes (if open enrollment is not going on) after I indicate that I am ready to take calls.

8.      At my location, customer service representatives are not expected to be logged in and ready to take calls any more than 3 minutes before our scheduled shift. I am not expected to begin logging in to my computer, computer programs, or the phone system, prior to the start of my scheduled shift.  In fact, there are policies prohibiting pre-shift work that I am aware of from

Initials: ___

training by the Company and we are reminded of this policy during meetings with our supervisors. I also have not observed coworkers logging in early or working before their shift begins.

9.      I occasionally experience technical issues with my computer or any of the programs I use.  For example, in the last year, I recall technical issues occurring once a month, if that.  If I do experience any technical issue, like a program freezing, I will first clear my cookies and cache, and then log in and out of the program, and if that doesn't work, I would notify my supervisor, who will then put in a ticket to LSA to address the issue. Even though I am not on the phone and actively handling calls during any down time due to a technical issue, I am still clocked in and I get paid for the time that I have to troubleshoot any computer issues.

10.     My lunch break typically is scheduled for 12pm to 12:30pm. My lunch break is 30 minutes long.  I know what time my scheduled lunch break is because I review my schedule in WFO each day when I come in to work. Usually, if a call ends a little after my lunch break, I will enter in Aux02 until the call ends, and then enter into Aux01 once the call ends. If I do not have a call by noon, I will enter into Aux01 at that time. Once it's time for lunch, I lock my computer (which takes a second), I will then walk to the locker room to get my food (this takes about two minutes), take it to the breakroom to heat it up (this takes 3-4 minutes total), take my food to my car and take my lunch out there (this takes about 2-3 minutes). During this time, I will make personal calls, use my phone and listen to music. I then leave my car about 5 minutes before the end of my lunch so that I have enough time to get back to my desk.

11.     I have never had to work through my lunch break. If I am on a call that runs long, I can take my full 30 minute lunch break once the call ends.

12.     At the end of my shift, as long as it is 3 minutes before the end of my shift, I switch my phone to Aux03. Once I am in Aux03, I fill in my timesheet, check my emails and then once

Initials: ___

5pm comes, I shut down my email, Microsoft Teams, WFO and NGD (it takes me 30 seconds total to shut down all of these programs). I then log out of the phone and restart my computer (this takes no more than a minute). If I am on a call with a client, I complete the call and then proceed with logging out as described above (and if I end up working past 5pm due to a call, I will fill in my timesheet and check my email after the call concludes, and I am always paid overtime for that time). It takes no more than a minute to restart my computer.

13.  I record the hours I work each day and each week in a program called "Deltek." For each day I work, I personally enter my time by waiting until the end of my shift to see how much time I worked for the day, and then entering my time. When calculating hours worked, I base my start time on the time at which I log into NGD. I base my end time on the time at which I log out of my phone. I have also received training on how to enter my time in Deltek.

14.  To my knowledge, no one from Maximus has ever made downward adjustments to my time entries. In addition, no one from Maximus has ever asked or required me to perform work "off the clock" or during my lunch break.

15.  Similarly, I am not aware of any Maximus policy requiring customer service representatives to remain at their work station while their computer is restarting, and no one from Maximus has ever instructed me to do so.

16.  Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

a.  a lawsuit has been filed against the Company by several current and former customer service representatives who worked in Maximus call centers in various states alleging that the Company failed to properly pay them, and other call center employees, for work they performed before and/or after their shifts;

Initials:

b.    I am within the group of individuals the plaintiffs seek to represent in that case;

c.    as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

d.    the attorney I spoke with represents only Maximus, and does not represent me or other employees of the company;

e.    speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

f.    it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

g.    I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

h.    the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

17.    I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so. I attest to the facts in this declaration voluntarily and of my own free will.

Initials: _____

I declare under penalty of perjury under the laws of the United States of America and the Commonwealth of Virginia that the foregoing is true and correct.

Date: 11-16-2021

_____
Signature

Iyashia Jarrett
Printed Name

Initials: _____