## DECLARATION OF JACQUELINE LUCKY

I, Jacqueline Lucky, declare and state as follows:

1.    I am over the age of 18 and am otherwise competent to testify.  I have personal knowledge of the facts stated in this declaration.

2.    I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its call center facility located at 5912 Highway 49, Suite H3, Hattiesburg, MS 39401.  I have been employed by the Company at this location since November 2018.  Before then, I worked for approximately four years as a call center representative for a company called GDIT, which Maximus acquired in or around November 2018.  That is when I became employed by Maximus.

3.    My current job title is "Customer Service Representative II - Market."  I have worked in this position the entire time I have employed with Maximus.  The project for which I and other customer service representatives in this call center work is called Contact Center Operations, referred to as CCO.

4.    My primary job duty as a Markets customer service representative is to answer telephone inquiries from consumers who call with questions about Affordable Care Act Marketplace health insurance, specifically concerning eligibility, benefits availability, and enrollment.

5.    My work schedule is Monday through Friday, 8:00 a.m. to 4:30 p.m.  During each shift, I have a 30-minute unpaid meal break and two 15-minute paid breaks.  I am scheduled to work approximately 40 hours per week at Maximus.

6.    I often volunteer to work overtime, either for additional hours after my scheduled shift or on a weekend.  Typically, I volunteer for overtime work every day that it is available, except Sundays.  The only reason I ever have to work any mandatory overtime is if a call runs past

Initials:

the end of my scheduled shift or when we have mandatory overtime days during the open enrollment period. Mandatory overtime days on a weekend occur once or twice per year. Whenever I work any overtime, whether voluntary or mandatory, I am paid one-and-one-half times my regular pay rate for all hours in excess of 40 in a work week.

7.      I am familiar with the policies and procedures in place at this Hattiesburg call center where I work based on my work experience with the Company and training I have received. At least once each year, I receive training that covers policies and procedures such as timekeeping, meal breaks, and work hours. In addition, I receive periodic training throughout the year about topics that relate to customer service representative duties, such as HIPAA privacy, interaction with consumers who call in, and related topics. In addition to training, supervisors are available are always available at the call center to answer any questions I may have about specific policies and practices.

8.      I typically arrive in the parking lot at approximately 7:30 or 7:35 a.m. because I want to make sure I can get a handicap parking space because I have bad knees. I start walking into the building at approximately 7:57 a.m. To enter the building, I need to pass through the security area where I answer questions to clear COVID-19 health screening, and once cleared, I proceed to my desk and work station. I typically sit down at my desk between 8:00 a.m. and 8:03 a.m.

9.      My computer is already on when I arrive, so I only need to unlock the computer by pressing "control+alt+delete" and entering the Maximus code, employee ID, and password. Next, I set up the computer programs that I use throughout the day. I open a window that contains all of the programs, and then open WFO, our scheduling program where I see my schedule for the day, and Next Generation Desktop (or NGD), each of which require my username and password. My

Initials:___

email program and Microsoft Teams do not require any username and password unless I am at a new computer or have recently cleared my cookies and cache. I also open the Maximus home page and Welcome Script, which is the language we use whenever we answer a new call from a consumer. I also open CCO whiteboard, which is a secure notepad where I can enter brief notes from calls. It takes me less than three minutes to unlock the computer and open and log in to all of these programs. I do not have to separately log into my phone because that automatically happens when I log in to NGD, unless I am logging in late.

10.    The phone has various codes that we use to indicate, among other things, that we are ready to take calls, when we are not ready to receive calls, when we have training, or when we are on break. When my phone initially logs in, I put it in "Aux03" mode, which means I will not begin receiving calls until I switch it to a different mode. Once I am logged into the computer and all of the programs, which typically is by 8:04 or 8:05 a.m., I put my phone in "Available" mode to indicate that I am ready to take calls. How long I wait before the first call comes in depends on the call volume at that time. If there are a lot of callers, the first call may come in less than a minute after I am in "Available" mode. If call volume is low, I may wait five or more minutes before I receive a call.

11.    At the Hattiesburg call center, customer service representatives are not expected to begin logging in to the computer, programs, and phone before the start time of their shift. Similarly, customer service representatives are not expected to take the first call at the exact time their shift begins. In fact, there is a policy at the Hattiesburg that prohibits pre-shift work before the shift begins. Customer service representatives are expected to work only the hours for which they are scheduled on their shift for that day; any additional work time needs to be approved in WFO (our scheduling program) by someone in Maximus's Workforce Optimization department

Initials: JKL

at our call center. Supervisors and managers also remind customer service representatives from time to time that they should not log in to their computer or programs any earlier than two minutes before the scheduled start time of their shift. Based on my personal observations of other customer service representatives working near me on the call center floor, nobody logs in to their computer or begins working before their scheduled shift begins. There is a grace period of approximately three minutes at the beginning of the shift so that the customer service representatives can log in to the computer and programs and review their schedule and breaks for that day before making themselves "available" on to the phones to begin taking calls.

12. I occasionally experience technical issues with my computer or the programs I use. For example, some computers I have worked on are very slow or cannot completely log in to all of the programs. On those few occasions, I simply moved to another computer and notified my supervisor. There is only one occasion last year on which I was considered late and "out of adherence" with the scheduled phone time because of a technical issue. If I experience a longer technical issue, I put my phone in "Aux08" mode to indicate a tech issue and tell a supervisor to put in a ticket for computer technician assistance. When I am in "Aux08" mode, there is no effect on my adherence with the scheduled phone time and I am paid for the entire time I spend reporting and troubleshooting the technical issue.

13. My lunch break typically is scheduled four hours after my shift start time, from 12:00 p.m. to 12:30 p.m. I see each morning what time to take my lunch break because it appears in WFO. When I see that my lunch time is approaching, I finish whatever call I am on and put my phone into "Aux01" mode, which indicates lunch and stops the next call from coming in. If I am on an active call that comes in at 11:55 a.m. or if I know the call volume is high, I put my phone into "Aux01" mode while I am still on that call to make sure that I do not receive any subsequent

Initials: ICL

calls after I hang up, and I start my 30-minute lunch break as soon as I get off the call. If the call volume on any particular is very low and I am not on a call at 11:55 a.m., I will wait until 12:00 p.m. to go into "Aux01" mode and go to lunch. Even if I go to lunch a few minutes late, I take my full 30 minutes for lunch.

14.    Before leaving my desk to go to lunch, I have to lock my computer screen by pressing the Windows and "L" keys, which takes no more than one or two seconds. During my lunch break, I typically go out to the parking lot and sit in my car to eat, although I may occasionally sit at my desk and eat my lunch if the weather is cold or rainy. Before the onset of the COVID-19 pandemic, we were not allowed to eat at our desks so I would to eat in the breakroom or outside. If I choose to eat outside, I stay outside for approximately 25 minutes before I start heading back in to the building. Before I go back to my desk, I may also stop at the restroom or get some water. I always make sure I get a full 30-minute lunch break, and I do not start taking phone calls until my entire 30 minutes are up.

15.    At the end of my shift, if I am not on a call, I toggle my phone to "Aux03" mode so that I no longer receive calls. I usually do this before my shift end time, at approximately 4:28 p.m., so that I have two minutes to log out of all of the computer programs, enter my time for the day, and lock the computer before leaving. It usually takes me approximately 10 seconds to close all of these programs because all I need to do is click the "x" at the top right corner of each program window.

16.    After closing the programs, I record the hours I worked that day in a program called "Deltek." I also do this during the two minutes before my shift ends (4:28 p.m. to 4:30 p.m.). To enter my time, I double-click an icon to open Deltek and enter my username, "Maxcorp/employee ID" and password. For each day I work, I personally enter my time by typing in the total number

Initials: JKL

of hours that I worked. When calculating hours worked, I base my start time on the time at which I first began logging into my computer, and I base my end time on the time at which I will log out of my phone, which is 4:30 p.m.

17.    Occasionally, if I have down time during the day, I may enter my anticipated number of work hours for that day. For example, if I expect that I will leave promptly at 4:30 p.m., I enter my hours based on that expected end time so that I do not need to do it later when my shift ends. If I am on a call with a consumer at the end of my shift and need to stay five minutes or so past the end of my shift, I complete the call and then proceed with the process described above. I simply ensure that I record the additional work time in my daily timesheet, either at the end of that day or the following day.

18.    The last thing I do before leaving at the end of my shift is set my computer to restart. To do this, I click the Windows icon and selecting "restart." The last thing I do at the end of my work day is log out of my phone. After I log out of my phone, I gather my things and go home. I typically leave my desk and exit the building at 4:30 p.m., when my shift ends. Maximus does not require that I shut down my computer after my shift, and I am not required to remain at my desk for the restart process to finish. I do not stay at my work station while my computer is restarting.

19.    If I have volunteered for overtime on a particular day after my normal shift, the overtime shift begins at 5:00 p.m., so I have a 30-minute break to get food and to get up from my desk. On those occasions, I still log out of my computer, and then log back in at 5:00 p.m. to begin the overtime shift. I follow the same steps described above at the beginning and end of the overtime shift.

20.    No one from Maximus has ever asked or required me to perform work "off the clock" or to work during my lunch break. If I work into part of my lunch break, I still get a full

Initials: ___

30-minute lunch once I am off that call.   To my knowledge, there is no policy at the Hattiesburg call center that requires that customer service representatives arrive before their start of their shift in order to log into their computer, phone, and various computer programs before the shift start time.  No employee of Maximus has ever instructed me to arrive at work early and begin logging into my computer, phone and computer programs before my shift begins.

21.    In addition, I am not aware of any Maximus policy requiring customer service representatives to remain at their work station while their computer is restarting, and no one from Maximus has ever instructed me to do so.  In fact, as soon as the computer begins rebooting, I walk towards the exit to leave.  In addition, I have never seen or heard of any customer service representatives remaining at their work station to wait for their computer to restart at the end of their shift.

22.    Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

a.    a lawsuit has been filed against the Company by several current and former customer service representatives who worked in Maximus call centers in various states alleging that the Company failed to properly pay them, and other call center employees, for work they performed before and/or after their shifts;

b.    I am within the group of individuals the plaintiffs seek to represent in that case;

c.    as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

d.    the attorney I spoke with represents only Maximus, and does not represent me or other employees of the company;

Initials: JKL

e.      speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

f.      it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

g.      I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

h.      the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

23.     I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so.  I attest to the facts in this declaration voluntarily and of my own free will.

I declare under penalty of perjury under the laws of the United States of America and the State of Mississippi that the foregoing is true and correct.

Date: 11/11/2021

_____
Signature

_____
Printed Name

Initials: JKL