## DECLARATION OF JAHI ALGECIRAS

I, Jahi Malik Algeciras, declare and state as follows:

1.     I am over the age of 18 and am otherwise competent to testify.  I have personal knowledge of the facts stated in this declaration.

2.     I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its facility located at 3020 US-301, Riverview, Florida.  I have been employed by the Company at this location since around July 2021. I previously worked at the Maximus facility located in Netpark, Florida.

3.     My current job title is "Customer Service Representative, Tier I, Dual."  I began this position on November 8, 2021. Before this position, I worked as a "Customer Service Representative, Tier I, Medicare."

4.     My primary job duty as a customer service representative is to answer telephone inquiries from individuals around age 65 or older about Medicare and available healthcare plans in the federal Marketplace. Specifically, I assist individuals with enrolling in a health plan or issues regarding premiums, claims, and going over detailed information about the specific health plan they need help with.

5.     When I first began working for Maximus, I worked a 7:00 a.m. to 3:30 p.m. shift, Monday to Friday every week. Once I completed training, I began my regular shift of 7:30 a.m. to 4 p.m. Typically, I arrive at the building around 7:25 a.m., badge in at the front terminal as I pass through the lobby, badge in at the second terminal to enter the building, and walk directly to my desk. If I brought a bag, I would drop it in the designated bag area first and then go to my desk. It usually takes about two or three minutes to get from the entrance to my desk. I take a full, 30-

Initials:

minute unpaid lunch break every day and finish working at 4 p.m.  I normally work approximately 40 hours per week at Maximus.

6.      I currently work a 9 a.m. to 5:30 p.m. training shift while in training for my new position. I will return to my regular 7:30 a.m. to 4 p.m. shift on Monday, November 22, 2021.

7.      I am familiar with the policies and procedures in place at the call center location where I work based on my work experience with the Company. When I began working for Maximus, I received about one month of training including information about Maximus policies like the time clock system and meal breaks.

8.      At my location, customer service representatives have a two minute grace period to clock into the system at the beginning of our shifts. We also have a two minute grace period to enter our time and log out at the end of our shifts.

9.      I typically arrive at the facility around five minutes before the start of my scheduled shift.  When I arrive at my work station, my computer is usually on and in sleep mode. I typically wait until the start of my shift to log in and unlock my computer. This takes approximately one to two minutes to unlock. Once my computer is unlocked, first I open and log into NGD, our timekeeping system. This takes approximately 15 seconds at most to load. Next, I log into my phone. This process can take up to two minutes.  It takes me approximately three minutes from the time I unlock my computer to the time I am ready to take my first call.  When I am ready to take a call, I "aux in" to my phone by pushing a button.  This process takes no more than one or two seconds to complete.  My first call does not usually come for some time. It can take up to thirty minutes to one hour after the time I indicate that I am ready to take calls for me to receive my first call.

Initials: _____

10. I am not expected to begin logging in to my computer, computer programs, or the phone system, prior to the start of my scheduled shift. In fact, logging in early or staying late is considered overtime which must be approved and is paid.

11. I rarely experience technical issues with my computer or any of the programs I use. For example, in the last month, I recall technical issues occurring once or twice. If I do experience any technical issue, like a program freezing, or being locked out of a program, I contact IT and/or my supervisor. Even though I am not on the phone and actively handling calls during any down time due to a technical issue, I am always clocked in and paid for any time spent waiting or resolving technical problems.

12. My lunch break typically is scheduled for 12 to 12:30 p.m. My lunch break is thirty minutes long. I know what time my scheduled lunch break is because I review my schedule each day when I come in to work. If a call lasts into my scheduled lunch break, I "aux out" of the call while it is still in process so that I do not continue to receive calls once it is done. When I take my lunch, I lock my computer and leave my work station. I am permitted to leave the building during my lunch break. Occasionally I eat in the lunch room or I eat at my desk or outside the building. Sometimes I even go home quickly and return.

13. I have only had to perform work during part of my lunch break a few times, and that was for a short duration because a call went a few minutes long. On those occasions, I notified my supervisor that I had to work for a few minutes into my scheduled lunch break, and then took my full 30-minute break. I was paid for additional time I spent on the call. I have always been able to take a full 30-minute lunch every day.

14. At the end of my shift, if I am not on a call with a client, I "aux out" of my phone and close out any open calls. It takes me approximately two minutes to close out my notes. Then

Initials: ___

I log out of NGD which takes a few seconds. Finally, I record the time I worked that day in "Deltek." If the closeout procedure takes more than three minutes past the end of my scheduled shift, I indicate that I worked overtime in my time entries for the day. I then log out of the phone and lock my computer. It takes me no more than one or two seconds to log out of the phone system. If I am on a call with a client, I complete the call and then proceed with logging out as described above. Finally, I restart my computer. It takes approximately one or two minutes to restart my computer. I stay at my work station while my computer is restarting to make sure it fully restarts.

15.    I record the hours I work each day and each week in a program called "Deltek." For each day I work, I personally enter my time by reusing default settings I have saved as "favorites." When calculating hours worked, I base my start time on the time at which I begin logging in to my computer. I base my end time on the time at which I will complete my time entries in "Deltek." I receive regular ongoing training sessions for various Maximus policies including timekeeping.

16.    To my knowledge, no one from Maximus has ever made downward adjustments to my time entries. In addition, no one from Maximus has ever asked or required me to perform work "off the clock" or during my lunch break. To my knowledge, there is no policy at Maximus requiring that customer service representatives arrive before their start of their shift in order to log into their computer, phone, and various computer programs before the shift start time. No employee of Maximus has ever instructed me to arrive at work early and begin logging into my computer, phone and computer programs before my shift begins.

17.    Similarly, I am not aware of any Maximus policy requiring customer service representatives to remain at their work station while their computer is restarting, and no one from

Initials: _____

Maximus has ever instructed me to do so. I personally choose to stay at my work station while my computer restarts to ensure it completes the full process.

18.    Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

a.    a lawsuit has been filed against the Company by several current and former customer service representatives who worked in Maximus call centers in various states alleging that the Company failed to properly pay them, and other call center employees, for work they performed before and/or after their shifts;

b.    I am within the group of individuals the plaintiffs seek to represent in that case;

c.    as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

d.    the attorney I spoke with represents only Maximus, and does not represent me or other employees of the company;

e.    speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

f.    it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

g.    I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

h.    the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

Initials: _____

19.     I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so. I attest to the facts in this declaration voluntarily and of my own free will.

I declare under penalty of perjury under the laws of the United States of America and the State of Florida that the foregoing is true and correct.

Date: 11/15/2021

_____
Signature

Jahi  Algeciras
_____
Printed Name

Initials: JA