## DECLARATION OF JANET RAGSDALE

I, JANET RAGSDALE, declare and state as follows:

1. I am over the age of 18 and am otherwise competent to testify. I have personal knowledge of the facts stated in this declaration.

2. I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its call center facility located at 891 West Corsicana, Athens, Texas. I have been employed by the Company, and have worked at this location, since November 2015.

3. My current job title is "customer service representative." I have worked in this position the entire time I have been with the Company.

4. My primary job duty as a customer service representative is to answer telephone inquiries from callers who have questions regarding their eligibility regarding benefits provided by the Texas Health and Human Services Commission, such as Medicaid, Medicaid for Elderly and People with Disabilities, TANF, and SNAP. In prior years, I also served as a backup mentor helping to coach and train new hires and answer questions they may have about their work.

5. My typical work schedule is 8 a.m. to 4:30 p.m. Monday through Friday. If there is overtime work because of high call volume, my schedule is 8:00 a.m. to 5:00 p.m., usually on Monday and Tuesday. I have the opportunity to volunteer for additional overtime but I typically do not do so because of my home responsibilities. During each shift there are two 15-minute paid rest breaks and a 30-minute lunch break. I normally work approximately 40 or 41 hours per week at Maximus; when I work 41 hours in a week, the last hour (30 minutes each day) is considered overtime and is paid as such.

6. I am familiar with the policies and procedures in place at my call center based on my work experience with the Company.

Initials: _____

7.      I typically arrive at the call center anywhere from 10-15 minutes before my scheduled shift begins but I do not even enter the building until approximately five minutes before my shift begins. There is a grace period of five minutes, so if I happen to be running late I am not counted as late if I arrive anytime up to 8:05 a.m. After I enter the building, I go up to the call center floor and sit down at my desk at around 7:57 a.m. or 7:58 a.m. to start getting ready for my shift. I first log onto my computer and open Verint, our scheduling system, so that I can review my schedule first thing in the morning. Then I open AskMAX (which contains articles and directions on how to handle each call), TIERS (the state portal into which we enter client information and call records), and Cisco Finesse (the system into which we enter phone calls and review all client information). Each of these programs requires me to enter a username and password and opening all three of them takes no more than two minutes, and typically closer to one minute. On my computer, Outlook email opens automatically and I do not need to enter any credentials to log in.

8.      At 8:00 a.m. when my shift begins (or when I am ready to take a call if some of my programs are still opening), I toggle my phone to "ready" status. My first call usually comes in immediately after I indicate that I am ready to take calls but may take a few minutes if the call volume is lower.

9.      Generally, the computer system works very quickly, but occasionally there may be technical issues that slow down the log in process. When that happens, I report the issue to my supervisor and put my phone into "not ready/technical" status so that it can be resolved. I am still paid for the time I am in "technical" status.

10.     To my knowledge, customer service representatives working at my location are not required to arrive before their start of their shift in order to log into their computer, phone, or

Initials: _____

computer programs before the shift start time. No employee of Maximus has ever instructed me to arrive at work early to begin logging into my computer, phone and computer programs before my shift begins.

11.    At the end of my shift, if I am not on a call with a client, I immediately toggle my phone to "end of shift" status and then close the computer programs by simply clicking the "x" at the top of the program window. It takes no more than 5-10 seconds to close all of these programs. If I am on a call with a client, I complete the call and then proceed with logging out as described above.

12.    Maximus does not require that I shut down the computer each day. Instead, I typically restart my computer after logging out by simply clicking a button. I do not wait by the computer for the restart to finish, nor am I required to. To my knowledge, customer service representatives working at my location are not required to remain at their work station while their computer is restarting. No one from Maximus has ever instructed me to do so. In addition, I have never seen or heard of any customer service representatives remaining at their work station to restart at the end of their shift. Based on my observations, the other customer service representatives who sit around me also leave their stations after they set their computers to restart.

13.    I record the hours I work each day and each week in a program called "Deltek." For each day I work, I personally enter my time by entering the total number of hours I worked that day into the Deltek timesheet. When calculating hours worked, I base my start time on the time at which I began working and I base my end time on the time at which I put my phone into the "end of shift" status. I never perform any work after I have toggled my phone into "end of

Initials: _____

shift." If I am on a call that continues past the official end time of my shift, I include that time in my hours worked for the day.

14. On Monday, I enter my work hours at the end of my shift. On Tuesday through Friday, I open Deltek to enter my time during staff development time, which is a scheduled 15-minute period during which I am not on the phones. If I have already completed my timesheet earlier in the day and then work past the end of my shift, I go back into Deltek to adjust the time to include the additional work hours. When completing my daily timesheet, I review Verint to confirm my log out time; if it shows that I worked more than eight hours based on the times at which I logged into and logged out of Cisco Finesse, I count all that additional time as hours worked.

15. When I was hired, I received training that covered all of these timekeeping practices, and I was informed that I was required to report all of the hours I spent working, including any work I performed before or after my shift.

16. To my knowledge, no one from Maximus has ever made downward adjustments to my time entries. In addition, no one from Maximus has ever asked or required me to perform work "off the clock."

17. Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

a. a lawsuit has been filed against the Company by a former customer service representative who worked in Brownsville, Texas alleging that the Company failed to properly pay her, and other call center employees, for work they performed before and/or after their shifts;

Initials: _AK_

b.      I am within the group of individuals the plaintiff seeks to represent in that case;

c.      as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

d.      the attorney I spoke with represents only Maximus, and does not represent me or other employees of the company;

e.      speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

f.      it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

g.      I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

h.      the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

18.     I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so. I attest to the facts in this declaration voluntarily and of my own free will.

Initials: _____

I declare under penalty of perjury under the laws of the United States of America and the State of Texas that the foregoing is true and correct.

Date: 10/27/20

_Janet Ragsdale_
Signature

_Janet Ragsdale_
Printed Name

Initials: _____