# DECLARATION OF JESSICA LANDEROS

I, Jessica Landeros, declare and state as follows:

1. I am over the age of 18 and am otherwise competent to testify. I have personal knowledge of the facts stated in this declaration.

2. I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its facility located in San Antonio, Texas. I have been employed by the Company, and have worked at this location, since October 2014.

3. My current job title is "customer service representative." I have worked in this position the entire time I have been with the Company.

4. My primary job duty as a customer service representative is to assist clients with questions about government benefits programs over the telephone.

5. My typical schedule is 8:00 AM – 4:30 PM, Monday through Friday. On each shift, I take two paid fifteen minute rest breaks, and one unpaid thirty minute meal break. I also regularly volunteer to work overtime (i.e., more than 40 hours in a week). I like to work overtime because I receive extra pay (time-and-a-half) for all of my overtime hours.

6. I am familiar with the policies and procedures in place at my call center based on my work experience with the Company.

7. On a typical day, I usually arrive at my workstation about 10 minutes prior to the start of my scheduled shift. After I arrive at my workstation, I put my belongings away for about 30 seconds. I then log in to my computer, which takes approximately 30-45 seconds. After logging in to my computer, I open and log in to the "TIERS" portal. This takes me less than 30 seconds. Next, I open the "Finesse" telephone system, which takes less than 30 seconds. I then open the "AskMax" site, which contains helpful articles for calls with customers. This takes less than 30

Initials: JHL

seconds. After opening AskMax, I typically go to the restroom for about 2 minutes. Once I return from the restroom, I wait at my desk for a few minutes until 8:00 AM, at which point I log in to Finesse, and toggle to "ready" status, signaling my availability to take calls.

8. I like arriving at my workstation a few minutes early to guarantee that I am on time for work because I usually take the bus, and there are sometimes delays. If I wanted to begin logging in to my computer and computer programs right at 8:00 AM (the start of my scheduled shift), I could do so without being considered late (and I know of customer service representatives who do not begin logging in to their computers and programs until the start of their shifts). In addition, Maximus provides us with 4 minutes after the scheduled start of our shifts to log in to our computers and systems before we are considered tardy.

9. At the end of my shift, if I am not on a call with a client, I toggle to "restroom" status in Finesse, and then click the "end of shift" button in the program, signaling the end of my working day. I then restart my computer, which takes approximately 1-2 seconds. If I am on a call with a client, I complete the call and then proceed with logging out of the Finesse program as described above. I do not stay at my work station while my computer is restarting, and I have never seen a customer service representative do so. In addition, no one has ever instructed me to wait at my workstation during the restart process.

10. To my knowledge, customer service representatives working at my location are not required to arrive before their start of their shifts in order to log into their computers, computer programs, or the telephone system. No employee of Maximus has ever instructed me to arrive at work early to begin logging into my computer, telephone system, and computer programs before my shift begins.

Initials: JHL

13. I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so. I attest to the facts in this declaration voluntarily and of my own free will.

I declare under penalty of perjury under the laws of the United States of America and the State of Texas that the foregoing is true and correct.

Date: 10-23-2020

Signature

Jessica Landers

Printed Name

Initials: JHL

11. To my knowledge, no one from Maximus has ever made downward adjustments to my time entries. In addition, no one from Maximus has ever asked or required me to perform work "off the clock."

12. Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

a. a lawsuit has been filed against the Company by a former customer service representative who worked in Brownsville, Texas alleging that the Company failed to properly pay her, and other call center employees, for work they performed before and/or after their shifts;

b. I am within the group of individuals the plaintiff seeks to represent in that case;

c. as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

d. the attorney I spoke with represents only Maximus, and does not represent me or other employees of the company;

e. speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

f. it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

g. I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

h. the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

Initials: JHL