## DECLARATION OF JESSICA MENDOZA

I, Jessica Mendoza, declare and state as follows:

1.      I am over the age of 18 and am otherwise competent to testify.  I have personal knowledge of the facts stated in this declaration.

2.      I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its facility located in Edinburg, Texas.  I have been employed by the Company, and have worked at this location, since September 2014.

3.      My current job title is "customer care representative."  I have worked in this position the entire time I have been with the Company.

4.      My primary job duty as a customer care representative is to answer telephone calls from clients who have questions about various benefits programs.

5.      My regular schedule is 9:30 AM – 6:00 PM, Monday through Friday.  On each shift, I take two paid fifteen minute rest breaks, and one unpaid thirty minute meal break.  In addition, I sometimes work mandatory overtime on Monday and Tuesday, and I occasionally work voluntary overtime.  Maximus pays time-and-a-half for any overtime hours I work.

6.      I am familiar with the policies and procedures in place at my call center based on my work experience with the Company.

7.      On a typical day, I usually arrive at my workstation about 4-5 minutes prior to the start of my scheduled shift.  After I arrive at my workstation, I put away my belongings, and then log in to my computer.  It takes me approximately 1 minute and 35 seconds to log in to my computer.  I do not need to start or boot up my computer when I arrive at my workstation, because it is already on when I arrive at the facility.  After logging in to my computer, I open the "TIERS" portal, which takes approximately 2 seconds.  Next, I open the "AskMax" program, which

Initials:

Page 1 of 4

typically takes approximately 1-2 seconds. After I open AskMax, I open and log in to the "Verint" scheduling program, which takes about 15 seconds in total. After logging in to Verint, I log in to the TIERS portal, which takes about 2 seconds. I then open our "CCI" page from the TIERS portal, which takes less than 1 second. Next, I open and log in to the Cisco telephone system, which takes approximately 5 seconds. I then wait until 9:30 (the start of my scheduled shift), at which point I click a button in the Cisco telephone system indicating that I am ready to take calls from clients.

8.      At the end of my shift, if I am not on a call with a client, I toggle to "after call" status in Cisco (to prevent any additional calls from coming through), and then click the "end of shift" button in Cisco. Next, I close out of any open windows and programs I opened during the day, which takes me approximately 20-30 seconds in total. I then restart my computer before leaving for the day. It takes me about 5 seconds to click the buttons needed to restart my computer. If I am on a call with a client at the end of my scheduled shift, I complete the call and then proceed with the process described above. And when I calculate my hours, I account for any and all additional working time from the call when recording my hours in "Deltek," our timekeeping system.

9.      To my knowledge, customer care representatives working at my location are not required to arrive before the start of their shifts in order to log into their computers, telephones, or computer programs before the shift start time. No employee of Maximus has ever instructed me to arrive at work early to begin logging into my computer, telephone or computer programs before my shift begins.

10.      Similarly, to my knowledge, customer care representatives working at my location are not required to remain at their workstations while their computers are restarting. No one from

Initials: _____

Maximus has ever instructed me to do so. In addition, I have never seen or heard of any customer care representatives remaining at their workstations to wait for their computers to restart at the end of their shifts. They usually leave the facility as fast as possible.

11.     To my knowledge, no one from Maximus has ever made downward adjustments to my time entries. In addition, no one from Maximus has ever asked or required me to perform work "off the clock."

12.     Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

a.      a lawsuit has been filed against the Company by a former customer service representative who worked in Brownsville, Texas alleging that the Company failed to properly pay her, and other call center employees, for work they performed before and/or after their shifts;

b.      I am within the group of individuals the plaintiff seeks to represent in that case;

c.      as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

d.      the attorney I spoke with represents only Maximus, and does not represent me or other employees of the company;

e.      speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

f.      it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

Initials:

g. I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

h. the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

13. I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so. I attest to the facts in this declaration voluntarily and of my own free will.

I declare under penalty of perjury under the laws of the United States of America and the State of Texas that the foregoing is true and correct.

Date: 10/30/20

_____
Signature

_____
Printed Name

Initials: _____