## DECLARATION OF JOHNEEN JARRATT

I, Johneen Jarratt, declare and state as follows:

1.     I am over the age of 18 and am otherwise competent to testify.  I have personal knowledge of the facts stated in this declaration.

2.     I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its facility located at 701 Liberty Way, Chester, Virginia.  I have been employed by the Company at this location since September 2, 2020. I have not worked at any other Maximus location.

3.     My current job title is "Customer Service Representative Tier II, Marketplace."  I have worked in this position July 19, 2021. I began working at Maximus as a "Customer Service Representative, Tier I, Marketplace."

4.     My primary job duty as a customer service representative is to help consumers access healthcare plans available through the Affordable Care Act and answer more complex telephone inquiries from escalated Tier I calls about health insurance plans available on the federal Marketplace. For example, I advise callers on applying a retroactive start date to their health plan or applying for Medicaid.

5.     I typically work a 10:30 a.m. to 7 p.m. shift from Tuesday through Saturday every week. Occasionally, my schedule changes to a 1:30 p.m. to 10 p.m. and I also sometimes work a 7 a.m. to 3:30 p.m. shift when I mentor other employees. I take a 30 minute unpaid lunch break during the day every day. I also take two paid 15 minute breaks every day. I normally work approximately 40 hours per week at Maximus. Approximately five times a year, I am required to work mandatory overtime shifts to assist with expected high call volume. I typically do not choose to work voluntary overtime shifts. In the last year, I have only worked a few voluntary overtime shifts.

Initials: _J.C.J_

6.      I am familiar with the policies and procedures in place at the call center location where I work based on my work experience with the Company. During my initial training with Maximus, we discussed timekeeping, and other policies, however, I developed a familiarity with it through my day to day work experience.

7.      At my location, customer service representatives are permitted to log in one or two minutes prior to the start of their shift. Maximus policy requires customer service representatives to be logged into their phone within three minutes of the start of their shift or they are considered late.

8.      I typically arrive at the facility around 10:15 a.m. to avoid traffic, fifteen minutes before the start of my shift. After arriving at the facility, I may sit in my car for about five minutes before entering the building. When I enter the building, I put my lunch away in the cafeteria, I may stop by my locker maybe twice a week. I usually arrive at my work station around 10:25 a.m. but I always wait until 10:30 a.m., the start of my shift to begin logging in. My computer is on when I arrive, because I am required to restart it at the end of every day, so I just have to turn on the monitor which takes about a second. First I log into my computer which takes about thirty seconds. Microsoft Teams opens automatically. Then I open NGD and log into that app which takes on average 30 seconds. Occasionally I have to clear the cache and cookies and log in again which can take up to 2 minutes. However, if NGD is taking a long time to load, I will sign into my Avaya phone instead so that I am clocked in and receive credit for the time that I was at work. If NGD is working, it is connected to my Avaya phone and will automatically log me into the phone system and show me as "Not Ready" for calls. Next, I open WFO, my scheduling app which takes about twenty seconds. Finally, I open my OneLogin which manages my emails and takes about twenty seconds to load. Sometimes I have to push a button to connect my headset which takes no more

Initials: _9 C9_

than a second. I wait for three minutes after the start of my shift to press "Auto In" on my phone to show I am ready to take calls. This only takes a second. It takes me no more than three minutes in total from the time that I arrive at my desk to the time that I am ready to take my first call. Depending on call volume, my first call usually comes in approximately five minutes after I indicate that I am ready to take calls.

9.      I am not expected to begin logging into my computer, computer programs, or the phone system, prior to the start of my scheduled shift. In fact, while I am permitted to login to my computer prior to the start of my shift, I am prohibited from logging into NGD and begining to work prior to the start of my shift.

10.     I almost never experience technical issues with my computer or any of the programs I use. For example, in the last year, I recall technical issues while logging in occurring once because I was locked out after I forgot my password. Once my shift begins, I typically experience problems with NGD freezing at least once a day around the same time every day. However, this does not affect my work performance. I simply reset my cache and cookies then restart NGD and everything is fine again. When I do this, it takes only about 30 seconds. I have never had to stop taking calls in order to resolve a technical issue.

11.     My lunch break typically is scheduled for 2:45 to 3:15 p.m. My lunch break is 30 minutes long. I know what time my scheduled lunch break is because I review my schedule each day when I come in to work and keep my schedule open throughout the day. When my lunch break arrives, I press the "Aux 01" button on my phone then I check my NGD to make sure my status has changed to "Aux 01," the lunch break code, instead of "Ready." This takes about five to ten seconds. Then I start a timer to know exactly when I have to return to work. If I am on a long call that ends right before my lunch break, I will "Aux" around 2:43, two minutes before my lunch

Initials: _G.C.G_

break, so that I can make sure to take my lunch on time. If I am on a call that goes into my lunch break, which happens about once a week, I "Aux" while I am on the call so that I do not have to take another call once it ends. Then I finish my call notes, which takes about five seconds. Finally, I lock my computer which takes about two seconds. If I take a lunch break that starts ten or more minutes after my scheduled lunch time, I notify my supervisor of the time that I left for lunch. I typically eat my lunch in the break room where vaccinated employees can eat. The break room is only about two or three minutes away from my work station.

12.     I have never had to work through my lunch break. I have only had to perform work during part of my lunch break about four or five times in the last month due to open enrollment, but when that happens, typically it is only about seven or eight minutes into my lunch break. On those occasions, I will still my full 30 minute break and do not have to notify my supervisor. I was paid for additional time I spent on the call. If a call goes ten minutes over I notify my supervisor then still take my full 30 minute lunch.

13.     At the end of my shift, I "Aux 03" the code for "out of office" two minutes before the end of my shift. If I am not on a call with a client, I simply make sure I close out all my calls for the day. I usually only have one call remaining to notate. This only takes approximately five to ten seconds. Then I complete my timesheet in Deltek through my OneLogin. This usually takes about a minute or 90 seconds. I log out of my WFO which takes about five seconds. At 7 p.m., the end of my shift, I then log out of the phone by pressing the "log out" button which only takes a second or two. Then I log out of NGD which takes another second or two. Finally, I restart my computer. It takes me less than a minute to log out of the phone system, NGD and restart my computer. If I am on a call with a client, I complete the call and then proceed with logging out as described above. It takes approximately one second to restart my computer. Maximus requires

Initials: _____

that I restart my computer after my shift.  Although I am not required to, I like to stay at my work station while my computer is restarting to make sure that it completes the full process. I usually walk away from my work station by 7:02 p.m., two minutes after my shift.

14.    I record the hours I work each day and each week in a program called "Deltek." For each day I work, I personally enter my time every day at the end of the day.  When calculating hours worked, I base my start time on the time at which I logged into my phone for the day.  If I am on a call that lasts beyond my scheduled shift end time, I base my end time on the time at which I complete the call and log out of my phone. If I am not on a call at the end of my shift, I base my end time on the time at which my shift is scheduled to end. If I continue to work after I complete my time sheet for the day, I make sure to update my time sheet to reflect all time worked before I leave for the day.

15.    On one occasion, I left work before my scheduled lunch break and was not paid for 30 minutes of my working time. However, I emailed my supervisor about it and told her I did not want to go through the process of resolving the issue. On the other hand, when I was working from home, Maximus proactively notified me of a mistake in my payroll which resulted in not being paid my retention bonus and corrected the issue before I even noticed there was a problem.  In addition, no one from Maximus has ever asked or required me to perform work "off the clock" or during my lunch break.  To my knowledge, there is no policy at Maximus requiring that customer service representatives arrive before their start of their shift in order to log into their computer, phone, and various computer programs before the shift start time. In fact, Maximus supervisors discourage employees from going on the floor before the start of your shift. No employee of Maximus has ever instructed me to arrive at work early and begin logging into my computer, phone and computer programs before my shift begins.

Initials: _JCJ_

16.     Similarly, I am not aware of any Maximus policy requiring customer service representatives to remain at their work station while their computer is restarting, and no one from Maximus has ever instructed me to do so. I personally choose to remain at my work station to wait for my computer to restart at the end of my shift. I have never observed any other Maximus employees stay at their work station to wait for their computer to restart at the end of their shift.

17.     Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

a.     a lawsuit has been filed against the Company by several current and former customer service representatives who worked in Maximus call centers in various states alleging that the Company failed to properly pay them, and other call center employees, for work they performed before and/or after their shifts;

b.     I am within the group of individuals the plaintiffs seek to represent in that case;

c.     as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

d.     the attorney I spoke with represents only Maximus, and does not represent me or other employees of the company;

e.     speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

f.     it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

Initials: _JCg_

g.     I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

h.     the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

18.     I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so.  I attest to the facts in this declaration voluntarily and of my own free will.

I declare under penalty of perjury under the laws of the United States of America and the Commonwealth of Virginia that the foregoing is true and correct.

Date: 11/16/2021

_____
Signature

_____
Johneen Jarratt
Printed Name

Initials: JCJ