## DECLARATION OF JULISSA VALOR

I, JULISSA VALOR, declare and state as follows:

1.     I am over the age of 18 and am otherwise competent to testify. I have personal knowledge of the facts stated in this declaration.

2.     I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its call center facility located at 3501 Ed Bluestein Boulevard, Austin, Texas. I have been employed by the Company, and have worked at this location, from April 2019 through November 2020 and then from February 2020 to present.

3.     My current job title is "customer service representative." I have worked in this position the entire time I have been with the Company.

4.     My primary job duty as a customer service representative is data entry, meaning I review forms submitted by individuals seeking benefits provided by the Texas Health and Human Services Commission, such as Medicaid, the Children's Health Insurance Program (CHIP), Star Kids, and Star Plus, which are programs that provide health coverage for low-income children, families, seniors and people with disabilities. I enter the clients' information in their forms into the state portal or database. When I am not performing data entry work, I answer telephone inquiries from callers who have questions regarding their eligibility for benefits. Most days I spend half the day doing data entry and half the day answering telephones. On some days, my supervisor may inform me that I will be taking calls all day and will not perform any data entry.

5.     My typical work schedule is 8:15 a.m. to 4:45 p.m. Monday through Friday. I usually spent 8:15 a.m. to 11:00 a.m. or 12:00 p.m. entering data and then I will get on the phones for the rest of the day. During each shift there are two 15-minute paid rest breaks and a

Initials: JV

30-minute lunch break. I normally work approximately 40 hours per week at Maximus. Occasionally, we receive an announcement that overtime work is available and I can submit a request for voluntary overtime through Verint, our scheduling system. Any request I submit must be approved. Currently, there has not been any overtime work available. Before the pandemic, I worked overtime on occasion for approximately 45 minutes certain days of the week, such as last summer when children were going back school and needed their doctor checkups. Whenever I worked overtime, it was paid as such at one-and-a-half times my regular pay rate.

6. I am familiar with the policies and procedures in place at my call center based on my work experience with the Company.

7. I live far away from the Austin call center, so I build in time to drive there and to anticipate any accidents or traffic there may be on the road. Barring any expected delays, I typically arrive at the call center around 7:45 a.m. and sit in my car until approximately 8:05 a.m., at which time I enter the building, set up my computer by opening the programs I will need, then get some water and a snack or make tea or coffee.

8. On my computer, I open the following programs: Finesse, our phone system, into which I enter my agent ID/username, password, extension (this takes 1-2 seconds); MaxEB, the state database where I get information about the clients who are calling and where I enter notes from each call; AskMax, which are the instructions and information we need to handle calls; Verint, where we view our schedule for the day, including any trainings, special projects, or meetings with my supervisor; and Deltek, which is where I enter my work hours. MaxEB and AskMax are saved as "favorites" in my Internet browser, so I simply click on them, enter my username and password into each program, which takes no more than 1-2 seconds each. I can

Initials: _____

actually save articles from AskMax that I use most frequently on my desktop, so that I can open then directly. Verint and Deltek also require me to enter my username and password but these are saved and populate automatically, so all I need to do is click "enter" (1-2 seconds). In total, it takes me fewer than 10-20 seconds to open all the programs I need.

9. When I initially open Finesse, it automatically puts me in "not ready" status. At 8:15 a.m. I put myself into "ready" status. On days that I am assigned to take calls all day (instead of doing data entry work in the morning), the calls begin coming in from the queue anywhere from two to five minutes from when I click "ready."

10. If I am running late on a given day (for example if there is an accident on the road that delayed my arrival at the call center), I first log into Finesse and immediately put myself into "ready" status and usually can get all of the computer programs open by the time the first call comes in.

11. Generally, the system works very quickly, but occasionally there may be technical issues that slow down the log in process. On those occasions, I can put my phone into "technical issues" status and report the technical issue to my supervisor. If Finesse is not working, I let my supervisor know that I am present and that my phone is not working, and the supervisor clocks me in. I can then call in a ticket to the help desk to help resolve the issue. This does not happen often.

12. At the end of my shift, if I am not on a call with a client, I toggle my phone to "wrap up" status and then go into "end of shift." (Finesse will not let me go into "end of shift" unless I first toggle to "wrap up" status). Once I am in "end of shift" on Finesse, the program automatically logs out. I then click on the Windows button at the bottom corner of the computer screen and set it to "Restart," which prompts me to answer "yes" to closing all open programs.

Initials: ____

This takes no more than a few seconds. I do not wait for the computer to finish restarting because it does so automatically. It usually finishes restarting while I'm gathering my things to do. If I am on a call with a client, I complete the call and then proceed with logging out as described above. In fact, I can change my phone status to "wrap up" while I'm on the call so that I receive no additional calls after that call ends.

13.    I record the hours I work each day and each week in a program called "Deltek." For each day I work, I personally enter my time by entering the total number of hours I worked that day into the Deltek timesheet. If expect that I am going to work only 8 hours that day I typically enter 8 hours in a morning, but if I work past the end of my shift, I go back into Deltek at the end of the day or the following morning to add the additional time I spent working.

14.    When calculating hours worked, I base my start time on the time at which I began working and I base my end time on the time at which I put my phone into the "end of shift" status. I never perform any work after I have put my phone into "end of shift." If I am on a call that continues past the official end time of my shift, I include that time in my hours worked for the day. When completing my daily timesheet, I review Verint to confirm my log out time; if it shows that I worked more than eight hours based on the times at which I logged into and logged out of Finesse, I count all that additional time as hours worked. If inadvertently forget to include some work time on any given day, my supervisor sends me an email or instant message reminding me that I worked additional time and instructs me to enter it into Deltek; alternatively, the supervisor adds the time to my timesheet and asks me to verify and sign it.

15.    When I was hired, I received training that covered all of these timekeeping practices, and I was informed that I was required to report all of the hours I spent working, including any work I performed before or after my shift.

Initials: _____

16.    To my knowledge, customer service representatives working at my location are not required to arrive before their start of their shift in order to log into their computer, phone, or computer programs before the shift start time. No employee of Maximus has ever instructed me to arrive at work early to begin logging into my computer, phone and computer programs before my shift begins. In addition, to my knowledge, customer service representatives working at my location are not required to remain at their work station while their computer is restarting. No one from Maximus has ever instructed me to do so. In addition, I have never seen or heard of any customer service representatives remaining at their work station to restart at the end of their shift.

17.    To my knowledge, no one from Maximus has ever made downward adjustments to my time entries. In addition, no one from Maximus has ever asked or required me to perform work "off the clock."

18.    Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

    a.    a lawsuit has been filed against the Company by a former customer service representative who worked in Brownsville, Texas alleging that the Company failed to properly pay her, and other call center employees, for work they performed before and/or after their shifts;

    b.    I am within the group of individuals the plaintiff seeks to represent in that case;

    c.    as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

Initials:

d.     the attorney I spoke with represents only Maximus, and does not represent me or other employees of the company;

e.     speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

f.     it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

g.     I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

h.     the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

19.     I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so. I attest to the facts in this declaration voluntarily and of my own free will.

I declare under penalty of perjury under the laws of the United States of America and the State of Texas that the foregoing is true and correct.

Date: 10/28/2020

_____
Signature

_____
Printed Name

Initials: _____