## DECLARATION OF KALEL RAMONT EDWARDS

I, Kalel Ramont Edwards, declare and state as follows:

1.      I am over the age of 18 and am otherwise competent to testify.  I have personal knowledge of the facts stated in this declaration.

2.      I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its facility located at 3501 Ed Bluestein Boulevard, Austin, Texas.  I have been employed by the Company since approximately April 2017.

3.      My current job title is "customer service representative."  I have worked in this position the entire time I have been with the Company.

4.      My primary job duty as a customer service representative is to take inbound calls from customers and help enroll Medicaid recipients over the telephone.

5.      My current work schedule is 8:00 AM – 4:45 PM, Monday through Friday.  I take two paid 15-minute breaks, and an unpaid 30-45 minute lunch break every shift.  I typically take my first 15-minute break around 10:00 AM, and I typically take my second 15-minute break around 2:30 PM.  I take my lunch break around 11:00 AM – 12:30 PM.  I estimate that I work overtime (i.e., more than 40 hours in a week) every other week.  Whenever I work overtime, I am paid time-and-a-half for my overtime hours.

6.      I am familiar with the policies and procedures in place at my call center based on my work experience with the Company.

7.      On a typical day, I arrive at the facility around 7:45 AM.  I'd prefer to be early rather than risk being late.  Once I arrive, I might get a cup of coffee or talk with co-workers prior to the start of my shift.  I usually don't go to my work station until around 7:57 AM or 7:58 AM.

Initials: K.E

8.      The first thing I do after I arrive at my work station is log into my computer, which takes me approximately 5-10 seconds. I then open a few different programs. First, I open up the "AskMax" program, which takes me 10-15 seconds. I then log into the "Verint" scheduling program, which takes me approximately 10-15 seconds. Lastly, I log into "Finesse," which also takes me approximately 10-15 seconds. It usually takes me less than a minute in total to log into my computer, and open these programs. I also use Outlook and Skype, but those programs are already running when I log into my computer. In addition, my computer is already "on" when I arrive at my work station.

9.      When I am ready to take my first call of the day, I toggle to "ready" status in the Finesse program. This takes no more than a second.

10.     At the end of my shift, if I am not on a call with a client, I toggle to "wrap up" status and click a button in Finesse indicating that my shift has ended. I then close out of Finesse, AskMax, and Verint by closing out of Internet Explorer, which takes me approximately 1-2 seconds in total. I then lock my computer, which takes me approximately 2 seconds. If I am on a call with a client, I complete the call, and then proceed with logging out as described above. I do not restart or shut down my computer after my shift has ended, unless there is a need for maintenance. If I do need to restart my computer for maintenance, it takes me approximately 1-2 seconds to click the appropriate buttons. I do not stay at my work station while the computer is restarting.

11.     To my knowledge, customer service representatives working at my facility are not required to arrive before the start of their shift in order to log into their computer, phone, or computer programs before the shift start time. No employee of Maximus has ever instructed me to arrive at work early to begin logging into my computer, phone or computer programs before my

Initials: K. E

shift begins. As stated above, I typically arrive at my work station around 7:57 AM or 7:58 AM. I usually toggle to ready status at 8:00 AM. However, because it generally takes me less than a minute to log into my computer and the necessary programs, I could arrive at my work station at 8:00 AM and still toggle to ready status before 8:01 AM. In addition, customer service representatives have a 4-minute grace period to begin working after the start of their scheduled shifts before they are considered tardy.

12. To my knowledge, customer service representatives working at my facility are not required to remain at their work station while their computer is shutting down or restarting. No one from Maximus has ever instructed me to do so. In addition, I have never seen or heard of any customer service representatives remaining at their work station to wait for their computer to shut down or restart at the end of their shift.

13. I record the hours I work each day and each week in a program called "Deltek." For each day I work, I personally enter my time using my computer. I enter my time in Deltek during my shift. When calculating hours worked, I base my start time on the time at which I toggle to ready status. I base my end time on the time at which I indicate in the Finesse program that my shift has ended. If a call takes me past the end of my scheduled shift, I account for that additional time in Deltek, and I am paid for that time.

14. Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

a. a lawsuit has been filed against the Company by a former customer service representative who worked in Brownsville, Texas, alleging that the Company failed to properly pay her, and other call center employees, for work they performed before and/or after their shifts;

Initials: K.E

b.    I am within the group of individuals the plaintiff seeks to represent in that case;

c.    as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

d.    the attorney I spoke with represents only Maximus, and does not represent me or other employees of the Company;

e.    speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

f.    it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

g.    I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

h.    the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

15.    I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so. I attest to the facts in this declaration voluntarily and of my own free will.

///

///

///

///

///

Initials: _K.S._

I declare under penalty of perjury under the laws of the United States of America and the State of Texas that the foregoing is true and correct.

Date: 10-21-2019

_____
Signature

_____
Printed Name

Initials: K.E