## DECLARATION OF KAREN FISHER

I, Karen Fisher, declare and state as follows:

1.     I am over the age of 18 and am otherwise competent to testify.  I have personal knowledge of the facts stated in this declaration.

2.     I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its facility located at 3833 Greenway Drive, Lawrence, Kansas.  I have been employed by the Company at this location for approximately two years. I previously worked at this facility from approximately 2002 to 2007 when the Company operated under the name NCS Pearson. In 2007, I moved away for a period and left my employment with the Company.

3.     My current job title is "Customer Service Representative, Part A/Part B I, Claims." I have worked as a "Customer Service Representative" since I began working for the Company in 2019. Sometime in 2020, I began taking specialized Medicare Claims calls. I also previously worked as a "Customer Service Representative" when I first began working for the Company, operating under a different name, in or around 2002. From approximately 2005 to 2007, I worked as an "Inspector."

4.     My primary job duty as a customer service representative is to assist callers who have experienced a problem with their Medicare claims or denials.

5.     I am scheduled to work a regular 9 a.m. to 5:30 p.m. shift, Monday through Friday every week. Typically I begin work at 9 a.m. and work until 11:30 a.m. when I take my first 15 minute paid break. Then I resume work at 11:45 a.m. and work until my lunch break begins at 1:30 p.m. I resume work at 2 p.m. and work until 3:30 p.m. when I take my second paid break. Finally, I resume work at 3:45 p.m. and work until the end of my shift at 5:30 p.m.  I normally work approximately 40 hours per week at Maximus. I seldom work voluntary overtime shifts.

Initials: _KJ_

6. I am familiar with the policies and procedures in place at the call center location where I work based on my work experience with the Company. I received orientation training on attendance, dress code, overtime, and meal breaks when I first began. Once I got out on the floor, learned about timekeeping procedures and compliance from my supervisors. I also receive regular recurring trainings, and email updates to remind me of various Maximus policies and procedures.

7. At my location, customer service representatives are expected to be logged in to their computer and phone systems and ready to take their first call within three minutes of the start of their shift. That means I am expected to be ready for my first call by 9:03 a.m. Maximus policy prohibits employees from logging in to their systems more than five minutes before the start of their shift.

8. I typically arrive at the facility around 8:45 a.m. After arriving at the facility, I often stay in my car and take care of personal matters such as sending text messages before the start of my shift. When I enter the facility, I typically head straight for my desk and arrive at my computer approximately 8:50 a.m. When I arrive at my desk, my computer is usually already on. First, I log in to my computer which takes about five minutes to load. When my computer logs in, the Teams program opens automatically and I wait for it to fully load before I begin to open other programs. This usually takes about two or three minutes. Next, I log in to WFO which usually takes less than a minute to load. Next, I log in to the program that manages my email and time sheet which takes an average of thirty seconds to load. Next, I open Whiteboard, a notetaking application, which only takes about fifteen seconds to load. I wait until 8:57 a.m. to load NGD which takes anywhere from one to two minutes to load. Around 9 a.m., I log in to the phone which takes five seconds. It takes me approximately six minutes from the time I arrive at my desk to the time I am ready to take my first call. When I am ready to take a call, I press a button on my phone to mark myself as

Initials: _____

"available" to take calls. This process takes only a second to complete. My first call usually comes in approximately two seconds after I indicate that I am ready to take calls.

9.    I am not expected to begin logging in to my computer, computer programs, or the phone system, prior to the start of my scheduled shift.

10.    I rarely experience technical issues with my computer or any of the programs I use. For example, in the last year, I recall technical issues occurring only about six times. If I do experience a technical problem that prevents me from being ready to take calls such as my computer freezing, a password expiring, or an issue with NGD loading properly, I send a message to my supervisor to let her know I am experiencing a technical problem and send another message when it is resolved so she can put an exception into my time sheet and I can receive my full pay for the day. If I am not on a call when I experience a technical issue, I place my phone in "unavailable" status while I resolve the issue. Even though I am not on the phone and actively handling calls during any down time due to a technical issue, I am still clocked in and I get paid for the time that I have to troubleshoot any computer issues.

11.    My lunch break typically is scheduled for 1:30 p.m. My lunch break is 30 minutes long. I know what time my scheduled lunch break is because it is the same every day. I also review my schedule each day when I come in to work. When it gets close to my scheduled lunch time, if I am not on a call, I will "aux out" of my phone about five minutes before the scheduled start of my break. If I am on a call as my break nears, I will "aux out" up to ten minutes before the start of my scheduled break to prevent any more calls coming in after I complete the call. Sometimes I will finish my call notes before I leave my work station for lunch, which only takes a few seconds. Then I lock my computer by pressing "Windows + L" which takes only one second. Then I leave

Initials: _____

my desk and usually go to my car to eat my lunch and listen to the radio. Occasionally if it is bad weather outside, I will stay in the building and eat at my work station.

12.    I have only had to perform work during part of my lunch break about four times per month, but that was for a short duration because a call went between five and fifteen minutes long. On those occasions, I still took my full 30 minute break when I completed the call. I was paid for additional time I spent on the call.

13.    At the end of my shift, if I am not on a call with a beneficiary, at about 5:25 p.m., I "aux out" of my phone to mark myself as "unavailable," complete my time sheet, log out of the computer programs, and log out of the computer. After I "aux out," I first complete my time sheet which takes approximately one minute. Next, I close my email program, which only takes a second. Next, I log out of WFO which only takes a second to close. Next, I close Whiteboard which only takes a second. Next, I usually close my scripting, which takes a couple of seconds to close. Finally, I clear out any open calls in NGD which can take a minute or two, and then log out of the program which takes an additional ten seconds. Then I log out of my computer which takes about two or three seconds. Finally, I log out of my phone which takes two or three seconds. It takes me approximately three minutes in total to finish my time sheet, logging out of my computer programs, computer, and phone. If I am on a call with a beneficiary, I complete the call and then proceed with logging out as described above. I am required to restart my computer at the end of every day. It takes approximately two seconds to restart my computer. I do not usually stay at my work station while my computer is restarting. On one occasion, I stayed behind to watch my computer restart so I could log back in to my computer to revise a timesheet before I left for the weekend. On that occasion, I included the time it took for my computer to restart and log back in to the computer in my revised time sheet and was paid for all of that time.

Initials:

14.     I record the hours I work each day and each week in a program called "Deltek." For each day I work, I personally enter my time by manually inputting the total hours I worked every day. When calculating the hours worked, I use a standard eight hours of work time every day. If I work past the end time of my scheduled shift, I calculate any additional time over the standard eight hours for the day by basing the end time on the time I log out of my phone.

15.     To my knowledge, no one from Maximus has ever made downward adjustments to my time entries. In addition, no one from Maximus has ever asked or required me to perform work "off the clock" or during my lunch break. To my knowledge, there is no policy at Maximus requiring that customer service representatives arrive before the start of their shift in order to log into their computer, phone, and various computer programs before the shift start time. No employee of Maximus has ever instructed me to arrive at work early and begin logging into my computer, phone and computer programs before my shift begins.

16.     Similarly, I am not aware of any Maximus policy requiring customer service representatives to remain at their work station while their computer is restarting, and no one from Maximus has ever instructed me to do so. I have only seen a customer service representative remain at her work station to wait for her computer to restart at the end of her shift on one occasion so that she could log back in and revise an error before leaving for the day. To my knowledge, she was paid for all the additional time she waited for her computer to restart and correct the error.

17.     Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

a.     a lawsuit has been filed against the Company by several current and former customer service representatives who worked in Maximus call centers in various states alleging

Initials: _KJ_

that the Company failed to properly pay them, and other call center employees, for work they performed before and/or after their shifts;

      b.     I am within the group of individuals the plaintiffs seek to represent in that case;

      c.     as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

      d.     the attorney I spoke with represents only Maximus, and does not represent me or other employees of the company;

      e.     speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

      f.     it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

      g.     I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

      h.     the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

18.     I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so. I attest to the facts in this declaration voluntarily and of my own free will.

Initials: _____

Page 6 of 7

I declare under penalty of perjury under the laws of the United States of America and the State of Kansas that the foregoing is true and correct.

Date:_____

_____
Signature

_____
Printed Name

Initials:_____