## DECLARATION OF KRYSTAL GARCIA

I, Krystal Garcia, declare and state as follows:

1.      I am over the age of 18 and am otherwise competent to testify.  I have personal knowledge of the facts stated in this declaration.

2.      I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its facility located in Pharr, Texas.  I have been employed by the Company, and have worked at this location, since September 2019.

3.      My current job title is "customer service representative."  I have worked in this position the entire time I have been with the Company.

4.      My primary job duty as a customer service representative is to verify information from clients who are seeking unemployment benefits, and to assist them with questions about their claims.

5.      My typical schedule is 7:30 AM – 4:00 PM, Monday through Friday.  On each shift, I take two paid fifteen minute rest breaks, and one unpaid thirty minute meal break.  In addition, I sometimes work overtime.  For example, if I have a call that continues past the end of my scheduled shift during a given week, I may end up working more than 40 hours.  I record all of my additional working time, and Maximus pays time-and-a-half for all of my overtime hours.

6.      On a typical day, I usually arrive at my workstation about 5 minutes prior to the start of my scheduled shift.  After I arrive at my workstation, I log in to my computer, which takes approximately 2 minutes.  I do not need to start or boot up my computer, because it is already on when I arrive at the facility.  After logging in to my computer, I open and log in to "Amazon Workspace," the system through which I access the "Genesis" telephone system.  This takes me less than 1 minute.  After logging in to Amazon Workspace, I open and log in to "Scubi" (a

Initials: KRG

database I use to access client information), "Share Point" (which contains information on updates to unemployment benefits programs for my calls), and Outlook (which contains my emails), all of which I have saved as "favorites" in Google Chrome. It takes me approximately 30 seconds in total to open and log in to these programs. I then open and log in to the Genesis system, and click a button in Genesis indicating that I am ready to take calls from clients, which takes about 30 seconds to 1 minute.

7.      At the end of my shift, if I am not on a call with a client, I log out of the Genesis system. I then log out of Scubi, close Amazon Workspace, enter my working hours in "Deltek," our timekeeping system, and restart my computer. It takes me approximately 1-2 seconds to log out of Scubi, and approximately 2-5 seconds to close Amazon Workspace. It takes me less than 1 minute to enter my time in Deltek, and it takes me approximately 2 minutes to restart my computer.

8.      If I am on a call with a client at the end of my scheduled shift, I complete the call and then proceed with the process described above. In addition, I account for any and all additional working time from the call when calculating and entering my hours into Deltek.

9.      To my knowledge, no one from Maximus has ever made downward adjustments to my time entries. In addition, no one from Maximus has ever asked or required me to perform work "off the clock."

10.     Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

a.      a lawsuit has been filed against the Company by a former customer service representative who worked in Brownsville, Texas alleging that the Company failed to properly pay her, and other call center employees, for work they performed before and/or after their shifts;

Initials: KRG

b.    I am within the group of individuals the plaintiff seeks to represent in that case;

c.    as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

d.    the attorney I spoke with represents only Maximus, and does not represent me or other employees of the company;

e.    speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

f.    it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

g.    I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

h.    the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

11.    I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so. I attest to the facts in this declaration voluntarily and of my own free will.

Initials: KRG

I declare under penalty of perjury under the laws of the United States of America and the State of Texas that the foregoing is true and correct.

Date: 10-26-2020

Krystal Garcia
Signature

Krystal Garcia
Printed Name

Initials: KRG