## DECLARATION OF LARISA VILLARREAL

I, Larisa Villarreal, declare and state as follows:

1.      I am over the age of 18 and am otherwise competent to testify.  I have personal knowledge of the facts stated in this declaration.

2.      I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its facility located in Edinburgh, Texas.  I have been employed by the Company, and have worked at this location, since December 2018.

3.      My current job title is "customer care representative."  I have worked in this position the entire time I have been with the Company.

4.      My primary job duty as a customer care representative is to answer telephone calls from clients about various benefits programs.

5.      My typical schedule is 8:00 AM – 2:00 PM, Monday through Friday.  On each shift, I take two paid fifteen minute rest breaks.  If I work more than six hours on any given shift (for example, when additional work is available), I will also take an unpaid thirty minute meal break. When additional work is available, I usually work from 8:00 AM – 3:00 PM on Monday and Tuesday, but I may choose to work additional hours depending on my availability.

6.      I am familiar with the policies and procedures in place at my call center based on my work experience with the Company.

7.      On a typical day, I usually arrive at my workstation about 2-3 minutes before the start of my scheduled shift.  After I arrive at my workstation, I log in to my computer, which takes approximately 1 minute.  I do not need to start or boot up my computer, because it is already on when I arrive at the facility.  After logging in to my computer, I open and log in to the "Cisco" telephone system.   This takes approximately 30 seconds.  After logging in to Cisco, I open and

Initials:  LV

log in to the "TIERS" portal (which contains case information for my calls). This takes approximately 30-40 seconds. I then open and log in to the "AskMax" program (which contains articles and instructions for my calls). This takes approximately 30 seconds. Next, I open the "Verint" scheduling program, which takes approximately 30 seconds. Lastly, I click a button in the Cisco telephone system indicating that I am ready to take calls from clients, which takes about 1 second.

8. At the end of my shift, if I am not on a call with a client, I toggle to "not ready" status in the Cisco system, and then select the "end of shift" option. Next, I close out of the TIERS portal, AskMax, and Verint, and any other programs I may have opened during the day, which takes me about 1 minute in total. I then restart my computer before leaving for the day. It takes me about 30 seconds to click the buttons needed to restart my computer. If I am on a call with a client at the end of my scheduled shift, I complete the call and then proceed with the process described above.

9. To my knowledge, customer care representatives working at my location are not required to arrive before the start of their shift in order to log into their computers, telephones, or computer programs before the shift start time. No employee of Maximus has ever instructed me to arrive at work early to begin logging into my computer, telephone or computer programs before my shift begins.

10. Similarly, to my knowledge, customer care representatives working at my location are not required to remain at their work stations while their computers are restarting. No one from Maximus has ever instructed me to do so. In addition, I have never seen or heard of any customer care representatives remaining at their work stations to wait for their computers to restart at the end of their shifts.

Initials: LJ

11.    I record the hours I work each day and each week in a program called "Deltek." When calculating hours worked, I base my start time on the time at which I first log in to the Cisco telephone system. I base my end time on the time at which I select the "end of shift" option in Cisco.

12.    To my knowledge, no one from Maximus has ever made downward adjustments to my time entries. In addition, no one from Maximus has ever asked or required me to perform work "off the clock."

13.    Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

a.    a lawsuit has been filed against the Company by a former customer service representative who worked in Brownsville, Texas alleging that the Company failed to properly pay her, and other call center employees, for work they performed before and/or after their shifts;

b.    I am within the group of individuals the plaintiff seeks to represent in that case;

c.    as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

d.    the attorney I spoke with represents only Maximus, and does not represent me or other employees of the company;

e.    speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

f.    it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

Initials: LV

g.      I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

h.      the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

14.     I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so.  I attest to the facts in this declaration voluntarily and of my own free will.

I declare under penalty of perjury under the laws of the United States of America and the State of Texas that the foregoing is true and correct.

Date: 10/28/2020

_Larisa Villarreal_
Signature

_Larisa Villarreal_
Printed Name

Initials: LV