## DECLARATION OF MARCUS MCGEISEY

I, Marcus McGeisey, declare and state as follows:

1.    I am over the age of 18 and am otherwise competent to testify. I have personal knowledge of the facts stated in this declaration.

2.    I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its facility located at 3501 Ed Bluestein Boulevard, Austin, Texas. I have been employed by Maximus since early September 2019. Before that time, I was employed by a staffing agency.

3.    My current job title is "customer service representative, enrollment broker." I have worked in this position since I started with Maximus. My primary job duty as a customer service representative is to answer telephone calls and assist customers with enrolling in Medicaid.

4.    My current work schedule is 9:30 AM – 6:15 PM, Monday through Friday. I take two paid 15-minute rest breaks, and one unpaid 45-minute lunch break, each day. During busy shifts, I only take a 30-minute unpaid lunch break. I often work more than 40 hours per week. Whenever I do so, I am paid time-and-a-half for my overtime hours.

5.    I am familiar with the policies and procedures in place at my call center based on my experience with the Company and the training I received.

6.    I typically arrive at the facility about 15 minutes prior to the start of my shift. I like to arrive early so that I have enough time to get something to drink before I start working. I typically do not arrive at my work station until about 5 minutes prior to the start of my scheduled shift.

7.    After I arrive at my work station, I log into my computer using my Maximus credentials. My computer is already on when I arrive at the facility, so it only takes approximately 1 minute for me to log into my computer, and for the computer to load. After I log into my

Initials: MM

computer, I open "AskMax," a program that provides me with access to scripts for my calls. It takes me approximately 50 seconds in total to open AskMax and the corresponding scripts. I then log into the "MaxEB" program, which provides me with access to customers' personal information. It takes me approximately 10 seconds to log into MaxEB. I then prepare to login to the "Finesse" program by entering my credentials in the sign-in page. It takes me approximately 10 seconds to prepare to log into Finesse. After preparing to log into Finesse, I log into the "Verint" scheduling program, which takes me approximately 5 seconds. I then open a notepad application on my desktop. This takes me approximately 5 seconds. Lastly, I log into Finesse, and toggle to "ready" status (which takes no more than a few seconds), signaling that I am ready to take calls. I typically log into Finesse and toggle to ready status at the beginning of my scheduled shift (i.e., 9:30 AM). I estimate that it takes me about 2.5 minutes in total to log into my computer and computer programs before I toggle to ready status.

8.    As the end of my shift nears, if I am not on a call with a customer, I begin to close down the programs on my computer, other than Finesse. It takes me less than 10 seconds in total to close down these programs. When my shift ends, I toggle to "wrap up" status, and click a button in Finesse indicating that my shift has ended. This takes approximately 3 seconds. I then restart my computer. It takes me approximately 3 seconds to click the appropriate buttons needed to restart my computer. I am not required to – and I do not – wait at my work station while my computer is restarting. I simply leave the facility. If I am on a call with a client towards the end of my shift, I complete the call and then proceed with logging out as described above. If I know I won't need access to certain programs, I will close down those programs during my last call of the day.

Initials: _____

9.      To my knowledge, customer service representatives working at my location are not required to arrive before the start of their shift in order to log into their computer, phone, or computer programs before the shift start time.  No employee of Maximus has ever instructed me to arrive at work early to begin logging into my computer, phone or computer programs before my shift begins.  I don't like rushing, so I personally choose to arrive at my work station about 5 minutes prior to the start of my scheduled shift.

10.     Similarly, to my knowledge, customer service representatives working at my facility are not required to remain at their work station while their computer is restarting at the end of their shift.  No one from Maximus has ever instructed me to do so.  In addition, I have never seen or heard of any customer service representatives remaining at their work station to wait for their computer to restart at the end of their shift.

11.     I record the hours I work each day and each week in a program called "Deltek."  For each day I work, I personally enter my time using my computer.  When calculating hours worked, I base my start time on the time at which I toggle to ready status in Finesse.  I base my end time on the time at which I indicate in Finesse that my shift has ended.  If I have a call that extends beyond my scheduled end time, I record all of that time in Deltek, and I am paid for it.  No one from Maximus has ever asked or required me to perform work "off the clock," and I wouldn't do that even if I was asked.

12.     Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

a.      a lawsuit has been filed against the Company by a former customer service representative who worked in Brownsville, Texas alleging that the Company failed to properly pay her, and other call center employees, for work they performed before and/or after their shifts;

Initials: _MM_

b.    I am within the group of individuals the plaintiff seeks to represent in that case;

c.    as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

d.    the attorney I spoke with represents only Maximus, and does not represent me or other employees of the company;

e.    speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

f.    it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

g.    I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

h.    the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

13.    I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so.  I attest to the facts in this declaration voluntarily and of my own free will.

Initials: _MA_

I declare under penalty of perjury under the laws of the United States of America and the State of Texas that the foregoing is true and correct.

Date: 10/21/19

_____
Signature

_____
Printed Name

Initials: