## DECLARATION OF MARIA PAZ

I, Maria Paz, declare and state as follows:

1.    I am over the age of 18 and am otherwise competent to testify.  I have personal knowledge of the facts stated in this declaration.

2.    I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its facility located in Brownsville, Texas.  I have been employed by the Company since January 2014, and I have worked at the Brownsville facility since that time.  I work on the "DMCS" project, and have done so since May 2018.  I previously worked on the "CCO" and "VA" projects.

3.    I currently have two different job titles: "customer service representative" and "correspondence administrator, two."  I have worked as a customer service representative since I first started working with Maximus.  I first began working as a "correspondence administrator, two" in June 2019.

4.    My primary job duty as a customer service representative is to answer incoming telephone calls from borrowers about their student loans.  My primary job duty as a correspondence administrator is to sort incoming documents relating to wage garnishments.

5.    My current work schedule is 8:00 AM–4:30 PM, Monday through Friday.  I take two paid 15-minute breaks, and one unpaid 30-minute lunch break, each day.  I try to work overtime whenever additional work is available.  Whenever I work more than 40 hours in a week, I receive time-and-a-half pay for all of my overtime hours.

6.    I am familiar with the policies and procedures applicable to customer service representatives at my call center based on my work experience with the Company.

7.    On a typical day, I arrive at the facility about 5 minutes prior to the start of my shift. Once I arrive, I put my lunch in the refrigerator near the breakroom, and I drop off my purse in the

Initials: MP

locker room. I then head to my work station. I usually arrive at my work station about 1-2 minutes prior to the start of my shift.

8.      After I arrive at my work station, I log into my computer using my Maximus credentials. On a normal day, it takes approximately 20 seconds in total for me to log into my computer, and for my computer to load. My computer is already on when I arrive at the facility. After I'm logged into my computer, I open and log into "IWS," the program we use to route our calls. This takes approximately 10 seconds. I then open and log into the "Genesis" scheduling program, which will tell me whether I am scheduled to take calls as a customer service representative, or to sort documents as a correspondence administrator.    This takes me approximately 2 seconds. I often open and log into Genesis at the same time that I am opening and logging into IWS. If I am scheduled to take calls as a customer service representative, I then toggle to "ready" status in IWS, which takes approximately 1 second.

9.      After I toggle to ready status, I open and log into the "Sum" program, which provides me with information to relay to borrowers during calls. This takes approximately 1 minute. Next, I (i) open and log into the "DM" program, and (ii) open the "Tools" program. It takes me approximately two minutes in total to open and log into the DM and Tools programs. After I log into these programs, I navigate and log into the "pay.gov" website, where I process customer payment. It takes me approximately 5 seconds to navigate and log into the website. Lastly, I open and log into Outlook, which takes approximately 5 seconds. I usually don't log into the "Deltek" timekeeping program until the end of my shift.

10.      On a typical day as a customer service representative, I toggle to ready status in IWS within the first 5 seconds of my scheduled start time. I estimate that it takes me 30 seconds

Initials: MP

or less in total to log into my computer, to open and log into IWS and Genesis, and to toggle to ready status.

11.    At the end of my shift, if I am not on a call with a customer, I open and log into the Deltek program, enter my time for the day, and close out of the program.  This takes me approximately 5 seconds in total.  I then log out of IWS and close out of the program, which takes approximately 1 second.  Lastly, I close out of the DM, Tools, and Outlook programs, which takes me approximately 2 seconds in total.  If I am on a call with a customer at the end of my shift, I complete the call, and then proceed with (i) opening and logging into Deltek, entering my time for the day, and closing the program, (ii) logging out of IWS and closing the program, and (iii) closing out of the DM, Tools, and Outlook programs, as described above.

12.    The last thing I do before I leave my work station when I am working as a customer service representative is log out of my computer.  It takes me about 1 second to do so.  I then wait about 3 seconds to make sure I am fully logged out of my computer before leaving the facility. Unless I receive special instructions from Maximus about an update to the computer system, which rarely happens, I do not restart or shut down my computer before I leave the facility.  To my knowledge, customer service representatives are not required to restart or shut down their computers at the end of their shifts.

13.    I record the hours I work each day and each week in the Deltek program.  For each day I work, I personally enter my time using my computer.  When calculating hours worked in my role as a customer service representative, I base my start time on the time at which I first log into the IWS program.  I base my end time on the time at which I log out of IWS.  If I have a call that extends beyond my scheduled end time, I account for any additional working time in Deltek.

Initials: MP

14.    To my knowledge, no one from Maximus has ever made downward adjustments to my time entries.  In addition, no one from Maximus has ever asked or required me to perform work "off the clock."

15.    Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

a.    a lawsuit has been filed against the Company by a former customer service representative who worked in Brownsville, Texas, alleging that the Company failed to properly pay her, and other call center employees, for work they performed before and/or after their shifts;

b.    I am within the group of individuals the plaintiff seeks to represent in that case;

c.    as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

d.    the attorney I spoke with represents only Maximus, and does not represent me or other employees of the Company;

e.    speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

f.    it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

g.    I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

h.    the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

Initials: MP

16.    I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so.  I attest to the facts in this declaration voluntarily and of my own free will.

I declare under penalty of perjury under the laws of the United States of America and the State of Texas that the foregoing is true and correct.

Date: 10/23/19

_____
Signature

Maria Paz
_____
Printed Name

Initials: MP