## DECLARATION OF MARIA PEGUERO

I, Maria Peguero, declare and state as follows:

1.      I am over the age of 18 and am otherwise competent to testify. I have personal knowledge of the facts stated in this declaration.

2.      I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its facility located at 55 Summer Street, Boston, Massachusetts. I have been employed by the Company, and have worked at this location, since December 2, 2018. Prior to that, I was employed by a temp agency.

3.      My current job title is "team lead." I have worked in this position for approximately seven months. Before I was a team lead, I worked as a customer service representative.

4.      My primary job duty as a customer service representative was to answer telephone inquiries from members of MassHealth, which is the state Medicaid program, and providing information about eligibility status, verification of documents received, information about processing time or coverage, and responding to requests for eligibility notices. As a team lead, on Monday and Tuesday, I function as a customer service representative answering telephone inquiries directly from members. On Wednesday through Friday, I walk around the floor, assist with escalated supervisor calls, and monitor customer service representatives as they answer telephone inquiries to answer questions they may have and provide side-by-side coaching.

5.      My normal work schedule is 8:30am to 5:00pm, Monday through Friday. I have three scheduled breaks during each shift. The first break is 15 minutes, the second break is a 30-minute lunch break, and the third break is another 15 minute break. The two 15-minutes are paid, and the lunch break is unpaid. I normally work approximately 7.5 per day, or 37.5 hours per week at Maximus.

Initials:

6.      I am familiar with the policies and procedures in place at my call center based on my work experience with the Company. When I first became employed by Maximus, I received training that covered, among other things, timekeeping and attendance policies, including how to enter work time into Deltek, the program we use to record our hours worked.

7.      I typically arrive at the facility at approximately 8:00am. After arriving at the facility, I unlock my computer (which is already on) by pressing "Control-Alt-Delete" and entering my username and Windows password, which takes approximately 1-2 seconds. I then open the Chrome web browser to view the Maximus main homepage, which contains bookmarks to each of the programs and applications I use.

8.      When I was working as a customer service representative, after unlocking the computer and the Maximus homepage, I then opened the programs I would use throughout the day. First, I opened MassServe, a program used to verify member identity for HIPAA purposes and to document or "log" each call with notes describing the caller's inquiry and the assistance and information provided. Opening MassServe requires clicking an icon on the computer desktop. Next, I opened Mocha, now known as "MA21," which is a database used to view notices and to verify member information, such as household details, income, disability status, etc. To log in to Mocha/MA21, I double click an icon on the desktop and enter a username and password. I then opened Hix, another program used to view member information and to process member applications and review notices sent to members about their eligibility, by clicking a bookmarked link on the Maximus homepage and entering a username and password. I also opened Virtual Gateway by clicking another bookmarked link on the Maximus homepage where I enter a username and password. Virtual Gateway allows me to access two different systems, MMIS and "Maximus". MMIS is a live system used to send out member ID cards, enroll or dis-enroll a

Initials: M.P.

member from a health plan, change a member's doctors, view claims history, and review prior authorizations, among other things. "Maximus" provides access to two other programs: (1) My WorkSpace, used to view documents were received by fax and to expedite documents into processing; and (2) My Account Page, used to verify receipt of documents. After opening the Virtual Gateway, I opened the Knowledge Center, also called "KC", by clicking a bookmarked link in the Maximus homepage without entering any login credentials. The Knowledge Center is an information resource that provides information updates relating to the MassHealth program. Unlocking the computer and logging in to all of the computer programs described above took me approximately 15-25 seconds. After I logged in to my computer and the computer programs, I would drink my coffee and eat breakfast, use the restroom, get water, and/or talk with some of my co-workers.

9.      While working as a customer service representative, I logged into my phone at the start time of my scheduled shift by entering a four-digit ID number and pressing "#". I would then put my phone to "in call" status. This process takes approximately one second to complete if there are no technical issues. If I experienced a technical issue, I told a team lead (or now, I would tell a supervisor) and my work time would be adjusted to reflect the time I started attempting to log in. After I am in "in call" status, the time before a call comes in varies: at the beginning of the week, when there is a heavier call volume, a call may come in immediately, but when it's not a busy day, I may wait three to four minutes before my first call comes in.

10.      Before I was a team lead, I was not permitted to log into my phone before the start time of my shift, unless I was offered the opportunity or received permission from a supervisor to log in and work overtime due to high call volume. If I logged into my phone early, that time would count towards my work hours for the day.

Initials: __MP__

Page 3 of 7

11.    As a team lead, I open all of the same programs but it takes much less time because I have all of my passwords saved in the computer and I leave most of the programs open, so all I need to do is unlock the computer and open each link or application icon without having to enter any login credentials. This takes me approximately 3 seconds. In addition, now that I am a team lead, I typically log into my phone immediately when I arrive at my desk, so long as it is 8:00am or later; in other words, I am not permitted to log in to my phone earlier than 8:00am because the call center does not open for business until 8:00am. Whatever time I log in to my phone is counted as the time I start working for purposes of recording my work hours for the day and I am paid for that time.

12.    On Mondays and Tuesdays, once I log in to my phone, I begin taking incoming calls. On Wednesdays, Thursdays and Fridays, I follow the same procedure to unlock my computer, open and log in to the computer programs and log into my phone, but I may not use them immediately because I am not directly answering incoming calls). I typically also read through my e-mails, review adherence statistics for the customer service representatives I oversee, and speak with my supervisor about any tasks or coaching she asks me to do. All of this time is counted towards my work time for the day and I am paid for this time.

13.    Before I was a team lead, if I was not on a call with a member when my shift ended, I pushed a "make busy" button twice on the phone to log out of the phone. I then closed all of my programs to clear all member information, which takes approximately 2-3 seconds, and locked my computer by pressing the Windows key and "L" together. It took me approximately 3-5 seconds to log out of the phone system, close the programs, and locked my computer. If I was on a call with a member, I completed the call and then proceeded with logging out as described above. Currently, I follow the same procedure on Monday and Tuesday when I work as a customer service

Initials: _____

representative, except I do not close the computer programs; instead, I "refresh" them to clear all member information. Refreshing the computer programs takes me approximately the same amount of time as closing them (approximately 2-3 seconds). On Wednesday through Friday, I remain logged into my phone and computer and computer programs until all of the customer service representatives I oversee complete their calls, so that I remain available if they need to escalate the call to a team lead. Once all of the customer service representatives on my team complete their calls, I follow the same procedure to log out of the phone, refresh the computer programs and lock the computer. Whenever I remain logged into my phone past the end of my shift, that time is counted towards my work hours and I am paid for that time.

14. To my knowledge, customer service representatives working at my location are not required to arrive before their start of their shift in order to log into their computer, phone, or computer programs before the shift start time. No employee of Maximus has ever instructed me to arrive at work early to begin logging into my computer, phone and computer programs before my shift begins. On busy days, customer service representatives may be asked to arrive early or to log in early to work voluntary overtime, but nobody is every required to do so.

15. Similarly, to my knowledge, customer service representatives working at my location are not required to remain at their work station after the computer is locked. No one from Maximus has ever instructed me to do so. In addition, I have never seen or heard of any customer service representatives remaining at their work station after the computer is locked.

16. I record the hours I work each day and each week in a program called "Deltek." For each day I work, I personally enter my time on a daily basis. When calculating hours worked, I base my start time on the time at which I logged into my phone. My base my end time on the

Initials: UP

time I logged out of my phone. This has been my consistent practice throughout the time I have been employed by Maximus.

17.    To my knowledge, no one from Maximus has ever made downward adjustments to my time entries, except for one occasion on which I incorrectly calculated my time. In addition, no one from Maximus has ever asked or required me to perform work "off the clock."

18.    Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

a.    a lawsuit has been filed against the Company by a former customer service representative who worked in Brownsville, Texas alleging that the Company failed to properly pay her, and other call center employees, for work they performed before and/or after their shifts;

b.    I am within the group of individuals the plaintiff seeks to represent in that case;

c.    as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

d.    the attorney I spoke with represents only Maximus, and does not represent me or other employees of the company;

e.    speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

f.    it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

g.    I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

Initials: _____

h.      the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

19.     I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so.  I attest to the facts in this declaration voluntarily and of my own free will.

I declare under penalty of perjury under the laws of the United States of America and the State of Massachusetts that the foregoing is true and correct.

Date: 10.25.19

_Maria Pequero_
Signature

_Maria Pequero_
Printed Name

Initials: _MP_

Page 7 of 7