## DECLARATION OF MARISSA IBARRA

I, Marissa Ibarra, declare and state as follows:

1.     I am over the age of 18 and am otherwise competent to testify.  I have personal knowledge of the facts stated in this declaration.

2.     I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its facility located in Brownsville, Texas.  I have been employed by the Company since February 2014, and I have worked at the Brownsville facility since that time.  I work on the "CCO" project, and have done so since I started with Maximus.

3.     My current job title is "customer service representative."  I have worked in this position the entire time I have been with the Company.

4.     My primary job duty as a customer service representative is to help customers obtain healthcare coverage over the telephone.

5.     My current work schedule is 7:00 AM–3:30 PM, Tuesday through Saturday.  I take two paid 15-minute breaks, and one unpaid 30-minute lunch break, each day.  I don't believe I have ever worked more than 40 hours in a week.

6.     I am familiar with the policies and procedures in place at my call center based on my work experience with the Company.

7.     I normally arrive at the facility parking lot around 6:45 AM.  It takes me approximately 3-4 minutes to walk to the facility from the parking lot.  Once I arrive at the facility, I drop my things off in the locker room, and then head to the breakroom for a cup of coffee.  I usually don't arrive at my work station until around 6:57 AM or 6:58 AM.  If I'm running a few minutes behind schedule, I may not arrive at my work station until 7:00 AM.

Initials: _Mi_

8.     After I arrive at my work station, I log into my computer using my Maximus credentials.  It takes approximately 2-3 minutes for me to log into my computer, and for my computer to load.  My computer is already on and restarted when I arrive at the facility.  After I'm logged into my computer, I open and log into Outlook, which takes about 1 minute.  Next, I (i) open and log into the "NGD" program, which I use to locate customer information for my calls, and (ii) signal that I am ready and available for calls by pressing the "Auto-In" button on my phone.  This takes approximately 10 seconds in total.  Lastly, I open and log into the "WFO" scheduling program, which takes approximately 3-5 minutes.  I signal that I am ready for calls *before* I open and log into the WFO scheduling program.  I usually don't log into the "Deltek" timekeeping program until the end of my shift.

9.     On most days, I signal that I am ready for calls at 7:00 AM.  I estimate that it takes me less than 3 minutes in total to log into my computer, to open and log into Outlook and the NGD program (which automatically logs me into my phone), and to signal that I'm ready for calls.  If I have to reset my passwords, and/or work from a different computer, the process may take a few minutes longer, but that rarely happens.  If I'm running a few minutes behind schedule, I manually log into my phone (rather than through the NGD program) at 7:00 AM before my computer programs are open and running.

10.     At the end of my shift, if I am not on a call with a customer, I log out of my phone, and then log out of and close the NGD program, which takes approximately 6 seconds in total.  Next, I open the Deltek timekeeping program, enter my time, and close the program, which takes approximately 1 minute in total.  I then close out of Outlook, which takes me approximately 3 seconds.  If I am on a call with a customer at the end of my shift, I complete the call, and then

Initials: _M_

proceed with (i) logging out of my phone and the NGD program, (ii) opening Deltek, entering my time for the day, and closing the program, and (iii) closing out of Outlook, as described above.

11.    The last thing I do before I leave my work station is log off of and restart my computer. It takes me about 10 seconds to enter the commands needed to do so. It takes no more than 4-5 minutes for my computer to restart. I usually wait for my computer to finish restarting before I leave the facility. However, I am not required to do so, and no one from Maximus has ever instructed me to wait at my computer while it is restarting. This is my own personal preference. Based on my observations over the years, most customer service representatives working at my facility do not wait for their computers to restart before leaving the facility.

12.    I record the hours I work each day and each week in the Deltek program. For each day I work, I personally enter my time using my computer. When calculating hours worked, I base my start time on the time at which I press the "Auto-In" button on my phone. I base my end time on the time at which I log out of my phone. If I have a call that extends beyond my scheduled end time, I account for any additional working time in Deltek.

13.    To my knowledge, no one from Maximus has ever made downward adjustments to my time entries. In addition, no one from Maximus has ever asked or required me to perform work "off the clock."

14.    Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

a.    a lawsuit has been filed against the Company by a former customer service representative who worked in Brownsville, Texas, alleging that the Company failed to properly pay her, and other call center employees, for work they performed before and/or after their shifts;

Initials: _MM_

b.     I am within the group of individuals the plaintiff seeks to represent in that case;

c.     as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

d.     the attorney I spoke with represents only Maximus, and does not represent me or other employees of the Company;

e.     speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

f.     it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

g.     I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

h.     the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

15.     I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so. I attest to the facts in this declaration voluntarily and of my own free will.

///

///

///

///

///

Initials: ___

I declare under penalty of perjury under the laws of the United States of America and the State of Texas that the foregoing is true and correct.

Date: 10/23/19

Signature

Marissa Ibarra

Printed Name

Initials: MM

Page 5 of 5