## DECLARATION OF MAYRA JASSO

I, Mayra Jasso, declare and state as follows:

1. I am over the age of 18 and am otherwise competent to testify. I have personal knowledge of the facts stated in this declaration.

2. I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its facility located in Brownsville, Texas. I have been employed by the Company since July 2013, and I have worked at the Brownsville facility since that time. I work on the "CCO" project, and have done so since I started with Maximus.

3. My current job title is "customer service representative." I have worked in this position the entire time I have been with the Company.

4. My primary job duty as a customer service representative is to assist customers with their questions, and to help them complete their applications for benefits.

5. My current work schedule is 5:00 AM – 1:30 PM, Monday through Friday. I take two paid 15-minute breaks, and one unpaid 30-minute lunch break, each day. I sometimes work more than 40 hours in a week, depending on call volume. Whenever I do, I receive time-and-a-half pay for all of my overtime hours.

6. I am familiar with the policies and procedures in place at my call center based on my work experience with the Company.

7. On a typical day, I arrive at the facility parking lot around 4:40 AM because I always like to be early. I cannot access the building until it opens at 4:50 AM. Once I access the building, I head to the locker room to drop off my belongings, and then walk towards the cafeteria to put my lunch in the refrigerator. After I drop off my belongings and put away my lunch, I head to my work station. I normally don't arrive at my work station until around 4:57 AM. To my

Initials: _MJ_

knowledge, customer service representatives are not permitted to begin logging into their computers and computer programs more than 5 minutes before the start of their scheduled shifts.

8.    After I arrive at my work station, I log into my computer using my Maximus credentials. This takes approximately 1-2 minutes. My computer is already on when I arrive at the facility. After I'm logged into my computer, I open and log into Outlook, which takes about 1 minute. Next, I (i) open and log into the "NGD" program, which I use to create records for my calls, and (ii) signal that I am ready and available for calls by pressing the "Auto-In" button on my phone. This takes less than 1 minute in total. Lastly, I open and log into the "WFO" scheduling program, which takes approximately 5 minutes. I signal that I am ready for calls *before* I open and log into the WFO scheduling program. I usually don't log into the "Deltek" timekeeping program until the end of my shift.

9.    On a normal day, I signal that I am ready for calls right at 5:00 AM. I estimate that it takes me approximately 2-3 minutes in total to log into my computer, to open and log into Outlook and the NGD program (which automatically logs me into my phone), and to signal that I'm ready for calls.

10.    At the end of my shift, if I am not on a call with a customer, I log out of my phone, and then log out of and close the NGD program. This takes less than 1 minute in total. I then close out of Outlook, which takes approximately 2 seconds. After I close Outlook, I open and log into the Deltek program, enter my time, and then close out of the program. This takes approximately 30 seconds in total. If I am on a call with a customer at the end of my shift, I complete the call, and then proceed with (i) logging out of my phone and the NGD program, (ii) closing out of Outlook, and (iii) opening Deltek, entering my time for the day, and closing the program, as described above. The last thing I do before I leave my work station is log off of my

Initials: MJ

computer. It takes me about 15 seconds to do so. Once I log off of my computer, I pick up my belongings and leave the facility.

11. I am not required to, and do not, shut down or restart my computer after my shift has ended. To my knowledge, most customer service representatives at my facility do not shut down or restart their computers before leaving the facility.

12. To my knowledge, customer service representatives working at my facility are not required to arrive before the start of their shift in order to log into their computer, phone, or computer programs before the shift start time. No Maximus employee has ever instructed me to arrive at work early to begin logging into my computer, phone, or computer programs before my shift begins. In fact, I know of many customer service representatives who do not begin logging into their computers until the minute that their shifts begin. These customer service representatives often log into their phones manually (rather than through the NGD program) at the start of their shift while their computers are loading.

13. I record the hours I work each day and each week in the Deltek program. For each day I work, I personally enter my time using my computer. When calculating hours worked, I base my start time on the time at which I log into the NGD program. I base my end time on the time at which I log out of my phone. If I have a call that extends beyond my scheduled end time, I account for any additional working time in Deltek.

14. To my knowledge, no one from Maximus has ever made downward adjustments to my time entries. In addition, no one from Maximus has ever asked or required me to perform work "off the clock."

15. Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

Initials: MJ

a. a lawsuit has been filed against the Company by a former customer service representative who worked in Brownsville, Texas, alleging that the Company failed to properly pay her, and other call center employees, for work they performed before and/or after their shifts;

b. I am within the group of individuals the plaintiff seeks to represent in that case;

c. as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

d. the attorney I spoke with represents only Maximus, and does not represent me or other employees of the Company;

e. speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

f. it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

g. I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

h. the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

16. I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so. I attest to the facts in this declaration voluntarily and of my own free will.

Initials: MJ

I declare under penalty of perjury under the laws of the United States of America and the State of Texas that the foregoing is true and correct.

Date: 10/23/2019

_____
Signature

_____
Mayra Jasso
Printed Name

Initials: MJ