## DECLARATION OF MESHELLIE BODDIE

I, MESHELLIE BODDIE, declare and state as follows:

1.      I am over the age of 18 and am otherwise competent to testify.  I have personal knowledge of the facts stated in this declaration.

2.      I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its facility located in Hattiesburg, Mississippi.  I have been employed by the Company at this location for the last two years.

3.      My current job title is "Internal Support Group, Customer Service Representative."  I have worked in this position since August 2021.  Before this, I was in Customer Service, Tier 2, from October 2020 to August 2021.  And before that, I was a part time employee, working four hours a day.

4.      My primary job duty as a customer service representative is to answer telephone inquiries from customers regarding enrollment coverage in the Health Insurance Marketplace.  Before getting the position in Internal Support Group, there was training over the course of four days.  We presently get training twice a week concerning changes in the Health Insurance Marketplace, for example, managing call handling time and dealing with disgruntled customers.

5.      My work schedule is 9:30 a.m. to 6 p.m., Tuesday through Saturday.  I have had this schedule since July 2021.  I have a 15 minute paid break at noon.  My unpaid lunch break is from 2 p.m. to 2:30 p.m.  And I have another 15 minute paid break at 4 p.m.  I normally work approximately 40 hours per week at Maximus.

6.      I am familiar with the policies and procedures in place at the call center location where I work based on my work experience with the Company.

Initials: MB

7.    At my location, I log in to my work computer at 9:30 a.m. In my section, we have a different computer each day because we sit at a computer that is available. I first log into Next Generation Desktop and push the button on my phone for "auto in" which says that I am available for calls. I also log into Microsoft Team, my email, and WFO (which shows my schedule). If a call comes in before I am fully logged in, I will tell the caller to please allow me to fully log in. The log in process takes approximately 2-4 minutes. I do not utilize the "call ready" status function. There is a policy that prohibits logging in before the beginning of one's shift. We are permitted to fully log in before accepting calls.

8.    I typically arrive at the facility about 10 minutes before the start of my shift. I will then use the bathroom. As noted, logging in at 9:30 a.m. takes approximately 2-4 minutes. By logging into Next Generation Desktop and pushing the button "auto in," the Company knows that I am ready to accept calls.

9.    There are sometimes slow computers. I will therefore clear out my cache and cookies, and that will take care of the problem. If there are still problems with any programs, we can report the issue to Microsoft Teams and the problem will be addressed right away. Because I have a different computer everyday, I do not save my username or password. I don't think it is something that should be done because of security.

10.    I am not expected to begin logging in to my computer, computer programs, or the phone system, prior to the start of my scheduled shift.

11.    I sometimes experience technical issues with my computer or any of the programs I use. For example, in the last year, I recall technical issues occurring only about 50 times. Even though I am not on the phone and actively handling calls during any down time due to a

Initials: MB

technical issue, I am still clocked in and I get paid for the time that I have to troubleshoot any computer issues.

12.     My lunch break typically is scheduled for 2 p.m. and is 30 minutes long. During the lunch break, I will leave the floor and sit in my car, where I will eat and sometimes read. In my department, you are permitted to eat at your desk for social distancing reasons. If I am on a call at 2 p.m., I will take my 30 minute lunch break once the call has ended. When leaving for lunch, I set my phone at AUX 01 (for lunch break). When I return, I set my phone for "auto in."

13.     I have always had the opportunity to take a lunch break. If I take my lunch break late because of a long call, I will tell my supervisor as a courtesy.

14.     During the last two minutes of my shift, I will AUX 03 my phone and complete my timesheets. I then log out of the phone and lock my computer. If I am on a call with a client, I complete the call and then proceed with logging out as described above.

15.     I record the hours I work each day and each week in a program called "Deltek." For each day I work, I personally enter my time by inputting my start time and ending time. We are trained to enter our time.

16.     To my knowledge, no one from Maximus has ever made downward adjustments to my time entries. In addition, no one from Maximus has ever asked or required me to perform work "off the clock" or during my lunch break. To my knowledge, there is no policy at Maximus requiring that customer service representatives arrive before their start of their shift in order to log into their computer, phone, and various computer programs before the shift start time.

Initials: _MB_

Page 3 of 5

17.    Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

a.    a lawsuit has been filed against the Company by several current and former customer service representatives who worked in Maximus call centers in various states alleging that the Company failed to properly pay them, and other call center employees, for work they performed before and/or after their shifts;

b.    I am within the group of individuals the plaintiffs seek to represent in that case;

c.    as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

d.    the attorney I spoke with represents only Maximus, and does not represent me or other employees of the company;

e.    speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

f.    it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

g.    I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

h.    the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

Initials: _MB_

18.    I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so. I attest to the facts in this declaration voluntarily and of my own free will.

I declare under penalty of perjury under the laws of the United States of America and the State of Mississippi that the foregoing is true and correct.

Date: 11/11/2021

_Meshellie Boddie_
Signature

Meshellie Boddie
Printed Name

Initials: MB