## DECLARATION OF MONCHEL DUCKETT

I, Monchel Duckett, declare and state as follows:

1.     I am over the age of 18 and am otherwise competent to testify.  I have personal knowledge of the facts stated in this declaration.

2.     I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its facility located at 701 Liberty Way, Chester, Virginia.  I have been employed by the Company at this location for approximately nine years.

3.     My current job title is "Customer Service Representative, Marketplace ISG Representative." (Internal Support Group)  I have worked in this position since 2014 when the Marketplace began. Previously I worked as a "Customer Service Representative, Medicare, Tier I," "Customer Service Representative, Marketplace Tier II" and as a Supervisor.

4.     My primary job duty as a customer service representative is to answer telephone inquiries from consumers about all lines of business. I also support Maximus employees internally with any issues they have on a call with a consumer. I assist them in navigating the system.

5.     I normally work an 8:15 a.m. to 4:45 p.m. shift Monday through Friday. I normally work from 8:15 a.m. to 10:45 when I take a 15 minute paid break. Then I work from 11 a.m. to 12:45 p.m. when I take my 30 minute unpaid lunch break. Then I work from 1:15 p.m. to 2:45 p.m. and take my second 15 minute break. Finally, I work from 3 p.m. to the end of my shift at 4:45 p.m. If I am on a call when my break comes, I will complete the call before I take my break. I normally work approximately 40 hours per week at Maximus.

6.     I am familiar with the policies and procedures in place at the call center location where I work based on my work experience with the Company. When I initially began, I received training on how to do my time and report my timecard as well as substantive training on the lines

Initials: MD

of business I support. We also receive regular recurring training on Maximus policies and procedures. To the best of my knowledge, I have taken an annual training course on timekeeping. I also recently took a training on Maximus policies regarding consumer's protected personal health information. If I have questions about Maximus policies, I ask my supervisor or look on the company's internal webpage for answers.

7. At my location, customer service representatives are required to log in right when their shift starts. You have three minutes to get your systems up to be ready to take calls.

8. I typically arrive at the facility by 8:12 a.m. After arriving at the facility, I go straight to my desk which takes about two minutes. I usually arrive at my desk right at the time my shift begins. When I arrive at my desk my computer is already on. I log in to my computer as soon as I arrive so that I can begin to check my emails, no more than a minute or two before my shift starts. It usually takes about 30 to 60 seconds to log in to my computer. Sometimes if I have to switch desks, it can take up to three to five minutes to log in. This can happen several times a year depending on the needs of the company during that season. When that happens, I notify my supervisor and receive credit for my time waiting for my computer to load. If I arrive right at 8:15 a.m., first I log in to my phone so that I can be marked as "Ready" which is instantaneous. If I arrive a minute or two before, I will start by clearing out the cache and cookies on my computer which takes about fifteen seconds. Then I log in to NGD which takes another fifteen seconds. Sometimes if I have changed work stations, my log in does not come up and I have to restart NGD. This can take up to two or three minutes to load. If that happens, I reach out to my supervisor and so that I can be marked on time and they can assist with putting in a ticket to get the issue resolved. Next I bring up my schedule in WFO. That takes about fifteen seconds. Next I will pull up my email if it is not already open. This takes another fifteen seconds. Next I pull up the scripting for

Initials: MD

my calls which takes about fifteen seconds. No matter what time I arrive, I make sure to log in to my phone right at 8:15 a.m. It takes me approximately one or two minutes from the time I begin logging in to my computer to the time I am up and ready to take my first call. When I am ready to take a call, I press the button on my phone to indicate "ready" status. Depending on call volume, my first call sometimes comes in right away or can take up to ten or fifteen minutes to come in after I indicate that I am ready to take calls.

9.      I rarely experience technical issues with my computer or computer programs I use. For example, in the last year, I recall technical system issues occurring only two or three times such as the NGD system crashed completely. I rarely experience technical glitches such as a program freezing. I do not recall having my computer or programs freeze in the last month.

10.      My lunch break typically is scheduled for 12:45 p.m. My lunch break is 30 minutes long. I know what time my scheduled lunch break is because I review my schedule each day when I come in to work and throughout the day. In addition, my lunch break is usually scheduled for the same time each day. If I am not on a call, I wait until exactly 12:45 p.m. to press the "Lunch Aux" code to put my phone into "Not Ready" status. If I am on a call when my lunch break is approaching, I try to wrap up the call so that I can take my break on time. If I am not able to wrap up the call, I will press the "Lunch Aux" button during the call and I still take my full 30 minute lunch when the call is over. Before I take my lunch, I lock my computer by pressing "Windows Key + L" which takes one or two seconds. I am permitted to eat at my desk but I usually go to my car to eat lunch, get on the phone, or look at Facebook.

11.      I have always taken a full 30 minute lunch each day. Normally, I am able to take my scheduled lunch break on time. Since open enrollment began, I may have to work through part or all of my scheduled lunch break every day. In the last week, I have had a late lunch or break

Initials: MD

five or six times because a call went long. On those occasions, I emailed my supervisor to let her know that I had to work into my scheduled lunch break, and then took my full 30 minute break. I was paid for additional time I spent on the call.

12.     At the end of my shift, if I am not on a call with a client, two minutes before my scheduled shift end, I put my phone in "not ready" status and log out of my computer programs. It takes me about a second to "Aux Out" of my phone. Next I log out of NGD which only takes about two or three seconds. I close out of my email, WFO, and scripts which only takes a couple seconds. Then I open my time card which takes about three seconds to load. Then it takes thirty to 60 seconds to complete my time card. If I have worked a different schedule than normal, such as if I got stuck on a call during a scheduled break or left early that day, it may take about a minute. Right at the end of my shift at 4:45 p.m. I log out of the phone and restart my computer. It takes me approximately two or three seconds to log out of the phone system, and about a second to restart my computer. If I am on a call with a client, I complete the call and then proceed with logging out as described above. I am required to restart my computer at the end of every day. I do not stay at my work station while my computer is restarting.

13.     I record the hours I work each day and each week in a program called "Deltek." For each day I work, I personally enter my time by selecting default settings saved in my favorites. When calculating hours worked, I base my start time on the time at which I logged in to my phone which is the scheduled start of my shift. I base my end time on the time at which I log out of the computer for the day. I received training on timekeeping more than once.

14.     To my knowledge, no one from Maximus has ever made downward adjustments to my time entries. In addition, no one from Maximus has ever asked or required me to perform work "off the clock" or to miss a lunch break. To my knowledge, there is no policy at Maximus requiring

Initials: HD

that customer service representatives arrive before their start of their shift in order to log into their computer, phone, and various computer programs before the shift start time. No employee of Maximus has ever instructed me to arrive at work early and begin logging into my computer, phone and computer programs before my shift begins.

15.    Similarly, I am not aware of any Maximus policy requiring customer service representatives to remain at their work station while their computer is restarting, and no one from Maximus has ever instructed me to do so. In addition, I have never seen or heard of any customer service representatives remaining at their work station to wait for their computer to restart at the end of their shift.

16.    Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

a.    a lawsuit has been filed against the Company by several current and former customer service representatives who worked in Maximus call centers in various states alleging that the Company failed to properly pay them, and other call center employees, for work they performed before and/or after their shifts;

b.    I am within the group of individuals the plaintiffs seek to represent in that case;

c.    as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

d.    the attorney I spoke with represents only Maximus, and does not represent me or other employees of the company;

e.    speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

Initials: MD

f.      it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

g.      I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

h.      the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

17.      I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so. I attest to the facts in this declaration voluntarily and of my own free will.

I declare under penalty of perjury under the laws of the United States of America and the Commonwealth of Virginia that the foregoing is true and correct.

Date: 11/17/2021

_M. Duckett_
Signature

_Monchel Duckett_
Printed Name

Initials: MD