## DECLARATION OF MONSERRAT VILLALOBOS VALENZUELA

I, Monserrat Villalobos Valenzuela, declare and state as follows:

1.      I am over the age of 18 and am otherwise competent to testify. I have personal knowledge of the facts stated in this declaration.

2.      I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its facility located at 2411 W. Peoria Drive, Phoenix, AZ. I have been employed by the Company at this location since October of 2020.

3.      My current job title is "Customer Service Representative - Dual Bilingual" I have worked in this position since July 2021. Previous to that, my title was "Tier 1 Bilingual CSR."

4.      My primary job duty as a dual customer service representative is to answer telephone inquiries from English and Spanish speaking Medicare beneficiaries and ACA Marketplace consumers. For Medicare beneficiaries, I assist them with day-to-day coverage questions, enrolling them in Medicare, assisting with claims, helping them to understand premiums and coverage information, providing them with information about prescription drug plans and referring them to the right place for Medicare Advantage plans. For ACA Marketplace consumers, I enroll them, assist with related paperwork, help them research plans, and refer them to their plan for information about what is covered.

5.      My work schedule is Monday to Friday, 5:30am – 2pm. I normally work approximately 40 hours per week at Maximus. I work very little overtime. I usually only work overtime on mandatory overtime days or in the event a call runs past 2pm. I am paid time and a half for all hours worked over 40 hours per week.

6.      I am familiar with the policies and procedures in place at the call center location where I work based on my work experience with the Company. There is also a course for new



Initials:

hires where they teach you how to use the time clock, work force, and timekeeping procedures if you work past the end of your shift. Sometimes if there are issues with my timecard, my supervisor will make sure that I properly record all of the overtime that I work (this has happened maybe twice, and resulted in me being paid overtime).

7.      I typically arrive at the facility between 5:20-5:25am. After arriving at the facility, I immediately head into work. I walk to my locker (this takes about two minutes), go to the break room to put my lunch away (this takes another two minutes), fill up my water bottle (this takes about 30 seconds), use the restroom and then go to my seat (this takes 2-3 minutes total). Once at my desk, I log into my computer (this takes maybe 30 seconds), and then log in to NGD (this takes me about a 30 seconds), log into my phone, open up WFO and enter my One Log-In (this is for email/our time card) (this takes about a minute total). When I am ready to take a call, I switch my phone to "auto-in" status.  This process takes seconds to complete.  My first call usually comes in approximately 15-20 minutes after I indicate that I am ready to take calls.

8.      At my location, customer service representatives are not supposed to be logged into NGD before 5:28am, and we have a three minute grace period at the beginning of our shift to log into NGD (meaning I can log in by 5:33am and be considered on time).

9.      I am not expected to begin logging in to my computer, computer programs, or the phone system, prior to the start of my scheduled shift.  In fact, there is a policy prohibiting pre-shift work, which was explained during our training. I have never performed any work before my shift begins. I recall seeing a few CSRs check their emails in Outlook before their official start time, and supervisors told them not to perform any work, including reading emails, before their shift begins.



Initials: _____

10.    I occasionally experience technical issues with my computer or any of the programs I use. For example, in the last six months, I recall technical issues occurring about 4 times. My issues are primarily with logging into NGD and connecting to the phones. If I do experience any technical issue I reach out to IT on Teams Chat, they take over my computer remotely and fix the issue, and if they can't fix it remotely, they'll send a tech out (but the majority of the time they'll fix it via Teams). During this time, I enter into Aux08 (to indicate a technical issue), and then once it's resolved, I provide my supervisor with an exception report explaining the issue and that it was resolved and then log back onto the phone. Even though I am not on the phone and actively handling calls during any down time due to a technical issue, I am still clocked in and I get paid for the time that I have to troubleshoot any computer issues.

11.    My lunch break typically is scheduled for 9:45am. My lunch break is 30minutes long. I know what time my scheduled lunch break is because I review my schedule on WFO each day when I come in to work. To make sure I can take my lunch on time, I will pre-aux, meaning that while I am on a call, I will switch my phone to Aux01 so that when I am done with the call, my phone will automatically switch to Aux01 and I will not get any other calls. If I don't have a call by 9:45am, I switch to Aux01. Once I start my lunch, I go to the restroom and then the breakroom to get my lunch and go to my locker to get my phone (this takes about 2-3 minutes total). After that, I then will walk to the east side of the building where there are shady trees (this walk takes about 30 seconds) and eat my lunch and look at Facebook and other personal things on my phone. Five minutes before the end of my lunch, I will start walking back. First, I go to my locker to drop off my phone, go to the breakroom to drop off my lunch bag, refill my water, use the restroom and head back to my desk (this entire process takes about 5 minutes total).



Initials:

12. I have never had to work through my lunch break. If I am delayed in taking a lunch break, I still get my full 30 minute break, I just have to take it later on in the day.

13. At the end of my shift, if I am not on a call with a client, I toggle my phone to Aux03 status and log out of the computer programs. If I am on a call and know that it will last until at least 2:58pm, I will pre-aux and enter into "Aux03" so that when the call ends, I will not get any further calls (and if the call does run past my shift, I am paid overtime for that time). Once the call ends, I make sure that I'm logged out of the phone and NGD (this takes not even 20 seconds). Then I go and fill in my time card, I log out of WFO, OneLogin and close my scripts (this takes about 1.5 minutes). I then press the button to restart my computer (which takes a second). I do not wait for my computer to finish restarting, instead I just hit the restart button and get up and leave.

14. I record the hours I work each day and each week in a program called "Deltek." For each day I work, I personally enter my time by waiting until the end of the day to enter my hours worked. When calculating hours worked, I base my start time on the time at which I log into NGD. I base my end time on the time at which I log off the phone.

15. To my knowledge, no one from Maximus has ever made downward adjustments to my time entries. In addition, no one from Maximus has ever asked or required me to perform work "off the clock" or during my lunch break. Further, on days where I have logged in a minute or two late, I have not been penalized. In fact, on more than one occasion, my supervisor has instructed me to add work time to my daily work hours if I worked a few minutes past the end of my shift, and I was paid overtime for this time.

16. Similarly, I am not aware of any Maximus policy requiring customer service representatives to remain at their work station while their computer is restarting, and no one from Maximus has ever instructed me to do so.

Initials:

17.    Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

a.    a lawsuit has been filed against the Company by several current and former customer service representatives who worked in Maximus call centers in various states alleging that the Company failed to properly pay them, and other call center employees, for work they performed before and/or after their shifts;

b.    I am within the group of individuals the plaintiffs seek to represent in that case;

c.    as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

d.    the attorney I spoke with represents only Maximus, and does not represent me or other employees of the company;

e.    speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

f.    it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

g.    I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

h.    the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

Initials:

18.    I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so.  I attest to the facts in this declaration voluntarily and of my own free will.

I declare under penalty of perjury under the laws of the United States of America and the State of Arizona that the foregoing is true and correct.

Date: 11/18/2021

_____
Signature

Monserrat Villalobos Valenzuela
_____
Printed Name

Initials: