## DECLARATION OF NICOLE EZELL

I, Nicole Ezell, declare and state as follows:

1.      I am over the age of 18 and am otherwise competent to testify.  I have personal knowledge of the facts stated in this declaration.

2.      I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its facility located at Bogalusa, Louisiana.  I believe it is located at 411 Industrial Boulevard.  I have been employed by the Company at this location since September 2018.

3.      My current job title is "Customer Service Representative II, Call Center Operations."  I began as a Customer Service Representative I and worked in that position until March 2020.  In March 2020, I became a Customer Service Representative II and was in that position until October 2020.  I then became a supervisor until August 2021.  In August 2021, I went back to being a Customer Service Representative II because I did not like being in operations and in school.

4.      My primary job duty as a customer service representative is to answer telephone inquiries from Consumers about their issues with insurance policies through the Health Insurance Marketplace.  We assist with any issues they have with the Plan and we submit applications for them.

5.      I normally worked Monday through Friday, 9 to 5:30 p.m. until mid August or September 2021.  I then transferred to part time, the 4 p.m. to 8 p.m. schedule because of school in Bogalusa, the North Shore Technical Community College.  With 8 hour shifts, employees get two paid 15 minute breaks.  For part time, they get one paid 15 minute break.  To get a lunch break, employees must work for 5 hours.  Lunch was scheduled for us and it appeared in our WFO schedule.  Lunch was 12:45 to 1:15 p.m. before COVID.  After COVID in July 2020, it

Initials: N.E.

was changed to 1:15 to 1:45 p.m. I worked 40 hours a week unless I received Approved Time Off. I took a lot of Approved Time Off.

6.    I am familiar with the policies and procedures in place at the call center location where I work based on my work experience with the Company.

7.    At my location, customer service representatives would arrive minutes their shift. Personally, I logged into my computer 3-4 minutes before 9 a.m. Then, at 9 a.m., I would wait for calls to come in. There is also a Grace period of three minutes before calls come in. To avoid issues, we would log in to the computer rather than through the phone manually. If there is an issue with the computer, we would call support. If we logged in before scheduled time, that could be considered trying to steal time. We get our time stamp by logging in to "NGD" (Next Generational Desktop). We would also log into WFO, email, my Maximus (Email), and job pages. I believe there is policy prohibiting logging in before the start of a shift.

8.    I typically arrive at the facility a few minutes before 4 p.m. After arriving at the facility, I boot up my computer and phone system. This takes roughly a minute. It takes me approximately 3 minutes to boot up the computer if I had never used that computer previously. When I am ready to take a call, I toggle my phone to "auto in" status. This process happens instantaneously. I cannot give a time frame as to when my first call comes in. If there is an outage, we will still be paid.

9.    I am not expected to begin logging in to my computer, computer programs, or the phone system, prior to the start of my scheduled shift. In fact, supervisors and managers remind employees that they should not begin logging in until their shift begins.

10.    I rarely experience technical issues with my computer or any of the programs I use. Outages happen only once a year. If I do experience any technical issue, like a program

Initials: W.E.

Page 2 of 5

freezing, that is very rare. Restarting the system takes about five minutes. I am still clocked in and I get paid for the time that I have to troubleshoot any computer issues.

11.    My lunch breaks were typically scheduled for 30 minutes. Time was taken for a full lunch break since we were entitled to a 30 minute lunch. I know what time my scheduled lunch break was because I reviewed my schedule each day when I came in to work. Customer Service Representative I employees got more calls interrupting start of lunch. I would go to my car to eat. Before leaving for lunch, we would set our phones to "Not ready" status, AUX 01 button.

12.    I did have to work through lunch breaks occasionally but then I would take my full break. I did not have to report that I was on a call because I have been working here for so long and I know the policy.

13.    At the end of my shift, I am entitled to two minutes if I am not on a call with a client, to log out of the computer programs. I toggle my phone to "not ready" status, which is AUX 03. It takes me approximately 2 minutes to do time sheets and log out.

14.    Maximus does not require that I restart or shut down my computer after my shift but they ask us to do it. I typically shut down / restart my computer after logging out. I do not stay at my work station while my computer is shutting down / restarting.

15.    I record the hours I work each day and each week in a program called "Deltek." For each day I work currently, I personally enter my time by entering 4.0 hours. In training, we are taught how to enter time. Supervisors would also show the correct way to do it.

16.    To my knowledge, no one from Maximus has ever made downward adjustments to my time entries without telling me first, e.g., because of extended lunches, breaks, late arrivals or early departures.

Initials: W.E

17.     There is no policy at Maximus requiring that customer service representatives arrive before their start of their shift in order to log into their computer, phone, and various computer programs before the shift start time.  No employee of Maximus has ever instructed me to arrive at work early and begin logging into my computer, phone and computer programs before my shift begins.

18.     Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

a.     a lawsuit has been filed against the Company by several current and former customer service representatives who worked in Maximus call centers in various states alleging that the Company failed to properly pay them, and other call center employees, for work they performed before and/or after their shifts;

b.     I am within the group of individuals the plaintiffs seek to represent in that case;

c.     as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

d.     the attorney I spoke with represents only Maximus, and does not represent me or other employees of the company;

e.     speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

f.     it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

Initials: ᑎᐧE.

g.    I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

h.    the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

19.    I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so. I attest to the facts in this declaration voluntarily and of my own free will.

I declare under penalty of perjury under the laws of the United States of America and the State of Louisiana that the foregoing is true and correct.

Date: 11 - 16 - 2021

_____
Signature

_____
Printed Name

Initials: N.E