## DECLARATION OF OCTAVIA BEARDEN

I, Octavia Bearden, declare and state as follows:

1.     I am over the age of 18 and am otherwise competent to testify. I have personal knowledge of the facts stated in this declaration.

2.     I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its facility located at 411 Industrial Parkway, Bogalusa, LA 70427. I was originally employed at this location on or about June 22, 2015. At that time, I was employed as a customer service representative by a company called GDIT, which Maximus acquired in or around November 2018. That is when I became employed by Maximus.

3.     My current job title is "Customer Service Representative – Marketplace Tier I." I have worked in this position since July 2021. I briefly left Maximus for personal reasons unrelated to my work for Maximus in or about February 2021 but was rehired and returned to Maximus on or about July 12, 2021. Before I resigned in or about February 2021, my job title was "Customer Service Representative - Dual." In that role, I answered the phone regarding both Medicare and Affordable Care Act marketplace health insurance. The project I work on in the Bogalusa location is Call Center Operations or "CCO."

4.     My primary job duty as a "Customer Service Representative – Marketplace Tier I" is to provide excellent customer service when answering telephone inquiries from consumers who call with questions about Affordable Care Act marketplace health insurance, specifically concerning eligibility and enrollment. This may also include helping the consumers find where to apply for coverage and to guide them through the process.

5.     My regular work schedule is Monday through Friday, 9:30 a.m. to 6:00 p.m. Sometimes I will volunteer for overtime to obtain the extra pay, especially like around now with

Initials

the holidays approaching, and I don't mind the extra work. I have also been required to work mandatory overtime when call volume is high. I can recall perhaps having to do this 6 or 7 times during the year. In any event, I am always paid 1.5 times my regular rate of pay when I work overtime hours. I normally work approximately 40 hours per week at Maximus, not including when I work overtime. During each shift, I have a 30-minute unpaid lunch break and two 15-minute paid breaks.

6.      I am familiar with the policies and procedures in place at the call center location where I work based on my work experience with the Company. At the time I was hired, I received a training that covered policies and procedures such as timekeeping, meal breaks, work hours, and overtime. In addition, I periodically receive training, usually through online classes, each year regarding these policies and other procedures important to my work, such as client trainings, compliance trainings, and HIPAA. If I ever have questions about the policies and practices at this call center, I can ask my supervisor or would feel comfortable asking another supervisor on the call center floor if my supervisor is not available.

7.      At the Bogalusa call center location, customer service representatives are not expected to begin logging in to the computer, programs, and phone before the start time of their shift and the three-minute grace period we are given. Nor are customer service representatives at this call center expected to be ready for the first call exactly at the start of the shift. To my knowledge, managers and supervisors do not instruct customer service representatives to arrive early so that they can begin logging in to their computers, programs, and phones before their shift begins. In addition, the three-minute grace period at the beginning of the shift allows customer service representatives to log in to the computer and programs.

Initials

8.      I try to arrive at the facility as early as I can, usually at about 9:20 a.m., but some days may come later. I have a decent shift, so not as many people are working and the parking lot is less crowded, so I have some flexibility in how early I need to arrive. Once I park my car, it is between 1 to 2 minutes to walk to the facility's entrance, and then approximately 15 seconds to get to my desk, which is near the entrance. After entering the facility, I usually head straight to my desk. Some days, I may stop in the break area to make some coffee or go to the restroom. I then start logging into my computer and getting ready to take my first call. On most days, I start that process at 9:30 a.m. and finish before the end of the 3-minute grace period at 9:33 a.m.

9.      The process I take to log into my computer and get ready to take my calls is as follows. I first log into my computer (which is already on) by pressing CTRL+ALT+DEL and then logging in with my employer ID and password. This usually only takes a few seconds to maybe a minute (if I haven't sat there before, it can take longer since the computer has to go through more steps to log me in). Then, I usually hit the headset and login buttons on my phone. It is also possible to log into NGD (Next Generation Desktop) before this, but I prefer to click the buttons on the phone first. It takes maybe 15 seconds to log into my phone. I then open NGD, which takes a few seconds. As I stated above, I do not usually log in to NGD first. Customer service representatives have all different kinds of ways to login based on personal preference. I will also then open my Microsoft Outlook email and log into WFO, both of which takes a few seconds, by clicking the icons on the desktop. Microsoft Teams, another program I use, opens automatically. I also open the CCO Homepage, where I can look at company policies, the company's blog, open enrollment dates, and find just about anything else I need on the CCO Homepage. Together, each of these steps take me anywhere from one to three minutes to accomplish but I am always finished within the 3-minute grace period I am given.

Initials

10.    There are various codes that we use on our phone to indicate when we are ready or not ready for calls. Once I am ready to take a call, I toggle my phone from "Aux03" (for the grace period) to "auto-in" status, which means I can start receiving calls. This process takes maybe not even a second to complete. My first call usually comes in within five minutes after I switch to the "auto-in" status. This year is different—during the five years I have been here, this is the longest it takes to receive a call. Back when I took Medicare calls, I might receive a call almost immediately. But, since I resigned and came back to Maximus and took this position, I cannot recall an instance where I got a call immediately.

11.    I am not expected to begin logging in to my computer, computer programs, or the phone system, prior to the start of my scheduled shift. In fact, I know that if I did, a supervisor might warn me if I logged in too early.

12.    At most, I may experience technical issues with my computer or any of the programs I use maybe once a month, but it is very uncommon for me, and is definitely not an everyday thing. The only thing I have ever experienced is getting locked out from my computer, because I can't remember my password or if it isn't working for some reason. When this occurs, I let my supervisor know, and she submits a ticket to resolve the problem, and then my computer is unlocked for me. When I got locked out of my computer this month, another supervisor (because my supervisor wasn't in the office) submitted a ticket, and I then was able to get back in. I then immediately sent an email to my supervisor letting her know about what happened. During that time I was locked out, my supervisor put in an exception, so that there was then a note on my timesheet letting payroll know what happened and that I was still to be paid for this time.

13.    My lunch break typically is scheduled for 1:30 to 2:00 p.m. My lunch break is 30 minutes long. It is always scheduled for this time. The only time I can recall it changing is if we


Initials

have a group meeting scheduled with supervisors, which may result in the time shifting, but we will still get a full 30-minute break. Supervisors and managers can also change the time of the break as needed for different types of work meetings or any other changes in the company schedule. Typically, I will have lunch delivered to the facility, and sometimes myself and other employees will get together to order food. I usually eat at my desk. I lock my computer during this time when I do. I rarely eat in the breakroom, but do sometimes eat in my car.

14.     I always take my full 30-minute lunch break. I can't recall situation where I was not able to take my full 30-minute lunch break. When I see that my lunch time is approaching, I finish whatever call I am on and put my phone into "Aux03" mode so that I do not receive any more calls, and then I switch the phone to "Aux01" which indicates that I am on my lunch break. If I am actively handling a call that ends past the scheduled start time of my lunch break, I complete that call and then take a full 30-minute lunch break. Before leaving my desk to go to lunch, I have to lock my computer screen by pressing the CTRL+ALT+DEL buttons, which takes just seconds to do, if that.

15.     At the end of my shift, if I am not on a call, I toggle my phone to "Aux03" mode so that I no longer receive calls. I do this at approximately 5:58 p.m., or approximately two minutes before my shift ends, as we get a 2-minute grace period at the end of our shift to do this, so that I can close out the programs, including NGD, WFO, email, and Teams. It takes me at most 30 seconds to close all of these programs. I do this by pressing the "X" buttons in the top right corner of each program or by pressing File and then Log Out.

16.     During the 2-minute grace period at the end of my shift, I also record the hours I work each day and each week in a program called "Deltek." To enter my time, I enter just my password because I have set the program to remember my username. For each day I work, I

Initials:

personally enter my time by typing in the total number of hours that I worked. When calculating hours worked, I base my start time on the time at which I first logged in to NGD, and I base my end time on the time at which I will log out of my phone at the end of the day and switch it to "Aux03" mode.

17.     After entering my time, I set my computer to restart by clicking the Windows icon and selecting "restart." I then gather my things and go home. I typically leave my desk and exit the building at 6:01 p.m., when my shift ends. It then takes me about 15 seconds to walk from my desk to the entrance. Although I am not required to remain at my desk for the restart process to finish, I may stay there for a minute or so while my computer is restarting by personal choice just to make sure it properly restarts, but I know that I am not required to do so and will not be paid for that. If I am on a call with a consumer, I complete the call and then proceed with the process described above. I simply ensure that I record the additional work time in my daily timesheet.

18.     I am not aware of anyone at Maximus ever improperly making a downward adjustment to my timesheet—in other words, I have never felt an adjustment was made to take away time that I was actually working. The only time I can ever remember this occurring is if I was late from getting back from lunch, another break, or late to starting my shift. Further, no one from Maximus has ever asked or required me to perform work "off the clock" or during my lunch break.   To my knowledge, there is no policy at Maximus requiring that customer service representatives arrive before their start of their shift in order to log into their computer, phone, and various computer programs before the shift start time. No employee or supervisor of Maximus has ever instructed me to arrive at work early and begin logging into my computer, phone and computer programs before my shift begins.

Initials:

19.     Similarly, I am not aware of any Maximus policy requiring customer service representatives to remain at their desk while their computer is restarting, and no one from Maximus has ever instructed me to do so. In addition, I have never seen or heard of any customer service representatives being required to stay at their desk to wait for their computer to restart at the end of their shift.

20.     Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

a.     a lawsuit has been filed against the Company by several current and former customer service representatives who worked in Maximus call centers in various states alleging that the Company failed to properly pay them, and other call center employees, for work they performed before and/or after their shifts;

b.     I am within the group of individuals the plaintiffs seek to represent in that case;

c.     as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

d.     the attorney I spoke with represents only Maximus, and does not represent me or other employees of the company;

e.     speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

f.     it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

Initials

g.      I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

h.      the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

21.     I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so. I attest to the facts in this declaration voluntarily and of my own free will.

I declare under penalty of perjury under the laws of the United States of America and the State of Louisiana that the foregoing is true and correct.

Date: 11|16|21

_____
Signature

Octavia Bearden
_____
Printed Name

Initials: