## DECLARATION OF OMARY MINIER

I, Omary Minier declare and state as follows:

1.      I am over the age of 18 and am otherwise competent to testify.  I have personal knowledge of the facts stated in this declaration.

2.      I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its facility located at 3020 U.S. Highway 301, Riverview, Florida.  I have been employed by the Company at this location since August 2015.

3.      My current job title is "Marketplace Tier Two Customer Service Representative." I have worked in this position since February 2021.  Previously, I was a dual CSR doing marketplace and Medicare.

4.      My primary job duty as a customer service representative is to answer telephone calls to help consumers apply for coverage, understand their coverage, help with 1095 questions, and submit escalations to request special enrollment period.

5.      I work Monday through Friday 7 a.m. to 3:30 p.m.  I normally work approximately 30 to 40 hours per week at Maximus.

6.      I am familiar with the policies and procedures in place at the call center location where I work based on my work experience with the Company and since day number one with initial training.  Every time you get a new supervisor, you receive this information as well.

7.      I typically arrive five minutes before the start of my shifts so I can go to my locker.  It takes about two to three minutes to walk from the Parking lot to my locker.  I get to my desk shortly before 7 a.m. so I can login by 7 a.m.  My computer is already on when I arrive. There is a three minute grace period.  You can check your email during this grace period. You have three minutes to "go available" by 7:03 a.m.  After I "go available," it varies how long it

Initials: O.M

takes for my first call to come in. Right now during open enrollment, which is busier, it may take about 15 to 20 minutes for a call to come in. Other times, it may take up to an hour for a call to come in.

8.     I am not expected to begin logging in to my computer, computer programs, or the phone system, prior to the start of my scheduled shift. In fact, you cannot log into NGD, which is the phone system, before the start of your shift.

9.     I sometimes experience technical issues with my computer or any of the programs I use. If I do experience any technical issue, like a program freezing, I am still paid for the time that I am unable to take calls. I have to go on "aux 8" and then report to my supervisor regarding the technical issue.

10.     My lunch break typically is scheduled for 11:30 a.m. My lunch break is 30 minutes long. We have a schedule system called WFO where I can see my break and lunch schedule. I usually take my lunch break in the cafeteria inside the building. If I am on a call that runs past 11:30 a.m., I will finish that call, and then take a full thirty minute lunch break afterwards.

11.     At the end of my shift, if I am not on a call with a client, I go on "aux 03" two minutes prior to the end of my shift. After that, I do my time card, which usually takes me one minute. Then, at 3:30, I log out of NGD, the phone system, and a restart my computer. I just press restart and leave, so I don't wait around for the computer to restart. If I am on a call that runs past the end of my shift, I go on aux during the call, finish the call and then do my time card, restart and leave. When I am doing my timecard, I will put down any extra time I had to work due to the call going past the end of my shift.

Initials: O.M

12.    I record the hours I work each day and each week in a program called "Deltek." For each day I work, I personally enter my time at the end of my shift. When calculating hours worked, I base my start time on the time at which I log into the NGD system at 7 a.m. I base my end time on the time at which I finish completing my timecard.

13.    In addition, no one from Maximus has ever asked or required me to perform work "off the clock" or during my lunch break. To my knowledge, there is no policy at Maximus requiring that customer service representatives arrive before their start of their shift in order to log into their computer, phone, and various computer programs before the shift start time. No employee of Maximus has ever instructed me to arrive at work early and begin logging into my computer, phone and computer programs before my shift begins.

14.    Similarly, I am not aware of any Maximus policy requiring customer service representatives to remain at their work station while their computer is shutting down or restarting, and no one from Maximus has ever instructed me to do so. In addition, I have never seen or heard of any customer service representatives remaining at their work station to wait for their computer to shut down or restart at the end of their shift.

15.    Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

a.    a lawsuit has been filed against the Company by several current and former customer service representatives who worked in Maximus call centers in various states alleging that the Company failed to properly pay them, and other call center employees, for work they performed before and/or after their shifts;

Initials: O.M

b.    I am within the group of individuals the plaintiffs seek to represent in that case;

c.    as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

d.    the attorney I spoke with represents only Maximus, and does not represent me or other employees of the company;

e.    speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

f.    it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

g.    I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

h.    the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

16.    I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so.  I attest to the facts in this declaration voluntarily and of my own free will.

Initials: _O .M_

I declare under penalty of perjury under the laws of the United States of America and the State of Florida that the foregoing is true and correct.

Date: 11/16/2021

_____
Signature

_____
Omary Minier
Printed Name

Initials: O. M