## DECLARATION OF OSCAR CUADRA

I, Oscar Cuadra, declare and state as follows:

1. I am over the age of 18 and am otherwise competent to testify. I have personal knowledge of the facts stated in this declaration.

2. I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its facility located at 3020 US Highway 301 S, Riverview FL. I have been employed by the Company at this location since November 2, 2020.

3. My current job title is "Customer Service Representative I – Bilingual." I have worked in this position since I started with the Company.

4. My primary job duty as a customer service representative is to answer telephone inquiries from beneficiaries, agents, and brokers of the healthcare marketplace about applying for benefit plans, renewing existing plans, and cancelling or adjusting plans.

5. My work schedule is Monday through Friday from 10:30 a.m. to 7:00 p.m. each week. I have my first paid break from 12:15 p.m. to 12:30 p.m., lunch from 2:15 p.m. to 2:45 p.m., and my second paid break is from 4:15 p.m. to 4: 30 p.m. I normally work approximately 40 hours per week at Maximus.

6. I am familiar with the policies and procedures in place at the call center location where I work based on my work experience with and training I received from the Company, including those regarding timekeeping, meal breaks, work hours, overtime.

7. At my location, customer service representatives are expected to begin logging into their computers, various programs, and phones at the start of their shift and are expected to be on "call ready" status to take the first call about three minutes after they log in. Customer service representatives are not permitted to log in before start of shift.

Initials: _O.J.C._

8.      I typically arrive at the facility five minutes before the start of my shift.  After arriving at the facility, I enter the office and retrieve my headset.  My computer is already on upon my arrival.  I then log into my computer by entering my username and password (this takes about one minute), log into WFO (this takes five seconds), log into my email (this also takes five seconds), log into the NGD (this takes about 10 seconds), and log into my phone (this takes three seconds).  It takes me approximately two minutes to log into all of these programs and prepare for the day.  When I am ready to take a call, I toggle my phone to "ready" status.  This process takes three seconds to complete.  My first call may come in immediately after I indicate that I am ready to take calls or this make take a few minutes, depending on the day.  If I encounter a technical issue, I will call a supervisor for help and if they or the IT department cannot help, I will be moved to another station while IT tries to resolve the issue.

9.      I am not expected to begin logging in to my computer, computer programs, or the phone system, prior to the start of my scheduled shift.  In fact, there are policies prohibiting pre-shift work.  I have been reminded by my supervisors and managers that I should not begin logging in until my shift begins

10.      I do not often experience technical issues with my computer or any of the programs I use.  For example, in the last six months, I recall technical issues occurring three times.  If I do experience any technical issue, like a program freezing during my work day, I toggle phone to "not ready," notify my supervisor, or contact IT.  It may take a few minutes to resolve the issue.  Even though I am not on the phone and actively handling calls during any down time due to a technical issue, I am still clocked in and I get paid for the time that I have to troubleshoot any computer issues.

Initials: _O.J.C._

11.    My lunch break typically is scheduled for 2:15 p.m. to 2:45 p.m., halfway through my shift. My lunch break is 30 minutes long. I know what time my scheduled lunch break is because I review my schedule each day when I come in to work. In preparation of my lunch break, I wrap up the call I am on, put phone into "break" status, and finish up any call notes, lock my computer, which takes 10 seconds, and leaves work station. I am permitted to eat at work station, but I eat my lunch in the cafeteria every day and may read the news on my cell phone.

12.    I sometimes have to perform work during part of my lunch break (due to the nature of the marketplace calls that I receive). These calls may run five to 20 minutes long. On those occasions, I complete the call and then take my full 30 minute break. I am paid for the time I spent on the call.

13.    At the end of my shift, if I am not on a call with a client, I toggle my phone to "not ready" or "Aux-03" status (this takes three seconds). Next, I log out of the computer programs including NGD (this takes 10 seconds), the scripting program (this takes three seconds), WFO (this takes a few seconds) and my email (this takes three seconds). I then log out of the phone and lock my computer. It takes me approximately four seconds to log out of the phone system and then I restart my computer, which takes two to three seconds. If I am on a call with a client, I complete the call and then proceed with logging out as described above. I always restart my computer after logging out.

14.    I record the hours I work each day and each week in a program called "Deltek." For each day I work, I personally enter my time by entering the hours that I worked for that day. When calculating hours worked, I base my start time on the time at which I begin to log on to my computer and programs. I base my end time on the time at which I log out and restart the computer.

Initials: _O.J.C_.

15.     To my knowledge, no one from Maximus has ever made downward adjustments to my time entries.  In addition, no one from Maximus has ever asked or required me to perform work "off the clock" or during my lunch break.  To my knowledge, there is no policy at Maximus requiring that customer service representatives arrive before their start of their shift in order to log into their computer, phone, and various computer programs before the shift start time.  No employee of Maximus has ever instructed me to arrive at work early and begin logging into my computer, phone and computer programs before my shift begins.

16.     Similarly, I am not aware of any Maximus policy requiring customer service representatives to remain at their work station while their computer is restarting, and no one from Maximus has ever instructed me to do so.

17.     Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

a.     a lawsuit has been filed against the Company by several current and former customer service representatives who worked in Maximus call centers in various states alleging that the Company failed to properly pay them, and other call center employees, for work they performed before and/or after their shifts;

b.     I am within the group of individuals the plaintiffs seek to represent in that case;

c.     as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

d.     the attorney I spoke with represents only Maximus, and does not represent me or other employees of the company;

Initials: _O.J.C._

e.    speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

f.    it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

g.    I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

h.    the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

18.    I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so.  I attest to the facts in this declaration voluntarily and of my own free will.

I declare under penalty of perjury under the laws of the United States of America and the State of Florida that the foregoing is true and correct.

Date: _11 - 16 - 2021_

_____
Signature

OSCAR J. CUADRA
_____
Printed Name

Initials: _O.J.C._