## DECLARATION OF RAYMOND SAUCIER

I, Raymond Saucier, declare and state as follows:

1.      I am over the age of 18 and am otherwise competent to testify.  I have personal knowledge of the facts stated in this declaration.

2.      I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its facility located in Hattiesburg, Mississippi.  I have been employed by the Company at this location since August 2017.

3.      My current job title is "Dual Customer Service Representative."  I have worked in this position for approximately one year.  Prior to that, my position with the Company was "Marketplace Service Representative" and I served in this position since I started with the Company.

4.      My primary job duty as a customer service representative is to answer telephone inquiries from medical beneficiaries about their various needs, including questions regarding open enrollment, medical health plans, and other medical insurance concerns.

5.      I normally work Tuesday through Sunday, arriving at 11:30 a.m., working until 3:00 p.m., then take a half-hour lunch break, then work from 3:00 to 8:00 p.m.  I also take a paid 15-minute break at 1:00 p.m. and again at 5:00 p.m.  In total, I typically work 40 hours per week at Maximus.  If I ever work above 40 hours in a week, I am always paid for that time at my overtime rate of 1 and ½ times my normal rate.

6.      I am familiar with the policies and procedures (including regarding timekeeping, meal breaks, work hours, overtime) in place at the call center location where I work based on my work experience with the Company.

Initials: _____

7. At my location, customer service representatives are supposed to be logging into their computers, phones, and various other programs, phones, etc. by 11:30 a.m. Maximus employees are not permitted to log on before 11:30 a.m.

8. I typically arrive at the facility at 11:15 a.m. After arriving at the facility, I turn on my computer, check my schedule, and get situated at my station. My computer is already on upon my arrival. It takes me approximately two minutes in total to log in to my computer (this takes one minute), log in to my NGD program (this takes one minute), and log in to the phone system (this takes one second). I do not save my username and password into any program so that I can keep my credentials private. Sometimes, this log in process may take up to three minutes if there are technical difficulties with my computer, but this is not typical. When I am ready to take a call, I toggle my phone to "Auto-In" status. This process takes no more than one second to complete. My first call usually comes in approximately one minute after I indicate that I am ready to take calls.

9. I am not expected to begin logging in to my computer, computer programs, or the phone system, prior to the start of my scheduled shift. In fact, there are numerous policies prohibiting pre-shift work. I have been reminded by supervisors and managers that I should not begin logging in until my shift begins.

10. I rarely experience technical issues with my computer, phone, or any of the programs I use. For example, in the last six months, I recall very minor technical issues occurring only five times. In the case of a technical issue, I will flag down my supervisor or restart the computer and change my status to "Aux-08" to denote that I am having an issue with my equipment. If there is a serious issue with my compute or phone, my supervisor may write up a ticket to send to the IT department for troubleshooting. Even though I am not on the phone

Initials

and actively handling calls during any down time due to a technical issue, I am still clocked in and I get paid for the time spent troubleshooting any computer issues. Maximus has programs in place to ensure that we are paid for this time.

11.    My lunch break typically is scheduled for 3 p.m., about halfway through my shift. My lunch break is 30 minutes long. I know what time my scheduled lunch break is because I review my schedule each day when I come in to work. In order to make sure I can take my lunch break, I change my phone to "Aux-03" about ten minutes before my lunch break, which prevents any more calls from coming into my phone. Changing my phone to "Aux-03" status and logging out of my computer happens within a few seconds. Due to COVID-19 guidelines, I retrieve my lunch from the breakroom and then I eat at my work station. During my meal break, I eat my lunch and relax by focusing on nature and other calming things.

12.    I have only had to perform work during part of my lunch break on occasion, maybe once per week. This has only occurred if I am on a call with a beneficiary which has gone longer than anticipated and overlapped with my lunch break. In the event that this occurs and I start my lunch break late, I then take my full 30-minute break and return after that break is over, even if that means returning past 3:30 p.m. as scheduled. I am always paid for additional time I spent on the call in this event.

13.    At the end of my shift, if I am not on a call with a beneficiary, I toggle my phone to "Aux-03" status and log out of the computer programs. It takes me approximately three minutes to log out of the NGD program, my emails, and my schedule and to lock my computer. It takes me approximately 20 seconds to log out of the phone system. If I am on a call with a client, I complete the call and then proceed with logging out as described above. I typically

Initials: _____

restart my computer after logging out. I do not stay at my work station while my computer is restarting.

14. I record the hours I work each day and each week in a program called "Deltek." For each day I work, I personally enter my time at the end of my shift each day. When calculating hours worked, I base my start time on the time at which I sit down at my desk. I base my end time on the time at which I get up from my desk for the day. I have been extensively trained on these timekeeping practices through training provided by Maximus.

15. To my knowledge, no one from Maximus has ever made downward adjustments to my time entries. In addition, no one from Maximus has ever asked or required me to perform work "off the clock" or during my lunch break. To my knowledge, there is no policy at Maximus requiring that customer service representatives arrive before their start of their shift in order to log into their computer, phone, and various computer programs before the shift start time. No employee of Maximus has ever instructed me to arrive at work early and begin logging into my computer, phone and computer programs before my shift begins.

16. Similarly, I am not aware of any Maximus policy requiring customer service representatives to remain at their work station while their computer is restarting, and no one from Maximus has ever instructed me to do so. In addition, I have never seen or heard of any customer service representatives remaining at their work station to wait for their computer to shut down / restart at the end of their shift.

17. Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

Initials: _____

a.      a lawsuit has been filed against the Company by several current and former customer service representatives who worked in Maximus call centers in various states alleging that the Company failed to properly pay them, and other call center employees, for work they performed before and/or after their shifts;

b.      I am within the group of individuals the plaintiffs seek to represent in that case;

c.      as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

d.      the attorney I spoke with represents only Maximus, and does not represent me or other employees of the company;

e.      speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

f.      it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

g.      I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

h.      the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

Initials: _____

18.     I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so.  I attest to the facts in this declaration voluntarily and of my own free will.

I declare under penalty of perjury under the laws of the United States of America and the State of Mississippi that the foregoing is true and correct.

Date: _11-11-2021_

_____
Signature

_____
Printed Name

Initials: