## DECLARATION OF REX BORGMAN

I, Rex Borgman, declare and state as follows:

1.    I am over the age of 18 and am otherwise competent to testify. I have personal knowledge of the facts stated in this declaration.

2.    I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its facility located at 2651 N. Coolidge Road in East Lansing, Michigan. I have been employed by the Company, and have worked at this location, since February 2017. Prior to that I was employed by a staffing agency.

3.    My current job title is "call center lead." I have worked in this position for the entire time I have been employed with Maximus.

4.    My primary job duty as a call center lead to oversee a team of customer service representatives and to take calls from customer representatives on a "lead line" if they have questions on how to provide assistance to callers. I also handle escalated calls if the caller asks to speak with a supervisor.

5.    My current work schedule is 10:15am to 6:45pm, Monday through Friday. During that shift, I have two 15-minute breaks, which are paid, and a 30-minute unpaid lunch break. Therefore, I normally work approximately 7.5 hours per day, and a total of 37.5 hours per week at Maximus.

6.    I am familiar with the policies and procedures in place at my call center based on my work experience with the Company. In February 2017, I received training that covered, among other things, timekeeping policies, including how to enter work time into Deltek, the program we use to record our hours worked.

Initials: _RB_

7.      I typically arrive at the facility at approximately 10:15am, when my shift begins. Once I enter the building, I go to my work station and first unlock my computer by entering "Control-Alt-Delete" and entering my employee ID and password. This takes 10-15 seconds unless there is a system or computer issue, which may occasionally occur. If I do experience a computer or system issue that causes me to be unable to log in, I let my supervisor know so that the issue can be resolved by IT. As a lead, customer service representatives let me know if they are experiencing a technical issue logging in, and I will help them resolve the issue and make a note in a daily statistics spreadsheet that we maintain so that the customer service representative is paid for that time. The daily statistics spreadsheet is a computer-generated spreadsheet that tracks the time a customer service representative logged into and logged out of Finesse, as well as any times the customer service representative was on break or on lunch break.

8.      After unlocking my computer, I open Cisco Jabber, which is the phone system, by double clicking a shortcut on the desktop. Cisco Jabber requires a password that changes approximately once per month; I typically save my password so I do not need to re-enter it every day until it changes. Opening Cisco Jabber takes me approximately 20-30 seconds. After opening Cisco Jabber, I then open Finesse in a web browser; Finesse shows the calls that are in queue. I have set Finesse as the homepage in Firefox so when I open Firefox, it opens directly to Finesse. There is a two-step verification process to log in to Finesse: first, I type in my member ID and click "OK"; then, I enter my employee ID, a second ID, and a password and click "OK". I typically have all three of these entries saved to auto-populate, so I do not need to re-type them. The process to open Finesse takes me approximately 30 seconds. Once I open Finesse, I am considered "clocked in" but I remain in "not ready" status until I log into "Nice," our scheduling program, by clicking on a link on the main Maximus homepage and entering my employee ID and password.

Initials: _RB_

Logging into "Nice" takes approximately 10-15 seconds. My log-in credentials for e-mail and Nice are the same as my credentials to unlock the computer.

9.    As a call center lead, I may not need to go into "ready" status initially at the beginning of my shift because I may have other work-related duties to perform, such as special projects. When I am about to start taking calls, I always open three computer programs that are needed for every call: CRM, Champs and MaxEB. First, I click a link on the main Maximus homepage, which takes me to a State of Michigan log in site where I enter a username and password. Once there, I click on a second link to open CRM, without having to re-enter any username and password. CRM is a State program that contains information about Medicaid beneficiary accounts and is used to document calls, produce service requests, and call-related other functions. I then click on a third link to open Champs, which similarly contains beneficiary account information. Opening the Michigan log in site, entering my credentials, and opening CRM and Champs takes no more than 30 seconds. After logging into CRM and Champs, I open MAXeb in a separate Chrome web browser. MAXeb is the enrollment broker program. There are two steps to log in to MAXeb: first, you click on a link; second, you enter a username and password. This takes approximately 15 seconds. I then open my webmail account by clicking a link, which takes 2-3 seconds. When I am ready to take a call, I toggle my phone to "ready" status. The time between my going into "ready" status and receiving my first call varies widely from day to day; on some days I may receive a call as soon as I am in "ready" status, but on other days I may wait longer.

10.    My best estimate is that from the time I walk in the door to the time I am functional and able to take a call, it takes less than 3 minutes in total, and probably closer to 1 or 2 minutes.

Initials: _R B_

11.     At the end of my shift, if I am not on a call with a client and do not need to remain available to answer calls from customer service representatives on the "lead line," I toggle my phone to "not ready - end of shift" status and click a "sign out" button that closes out the Cisco/Finesse phone system.  Then, I restart my computer by going to the "Start" menu and clicking "Restart."  Once I click to restart my computer, it automatically closes out of all the programs I had open.  This entire process takes me no more than 10 seconds.  If I am on a call with a client, I complete the call and then proceed with logging out as described above.  In fact, I am able to toggle to "not ready – end of shift" status while still actively on a call, so that I am automatically in that status when I complete the call.  I typically do not need to complete any call-related tasks after a call ends, such as entering notes or documenting the call, because I enter notes while the call is in progress.  The expectation here is that documentation is completed while the call is progress.  I then proceed to log out of Cisco/Finesse and restart the computer.  Maximus does not require that I stay at my computer while it restarts.

12.     To my knowledge, customer service representatives working at my location are not required to arrive before their start of their shift or to start working before their shift begins.  In fact, at my call center, there is a seven-minute "grace period" for customer service representatives to log into their computers and programs before going into "ready" status.

13.     Similarly, to my knowledge, customer service representatives working at my location are not required to remain at their work station while their computer is restarting.  No one from Maximus has ever instructed me to do so.  In addition, I have never seen or heard of any customer service representatives remaining at their work station to wait for their computer to restart at the end of their shift.

Initials: R B

14.    I record the hours I work each day and each week in a program called "Deltek." For each day I work, I personally enter my time by entering my straight time and overtime work hours into the program on a daily basis. When calculating hours worked, my start time is based on the time I logged into Finesse, unless there was a technical issue that prevented me from logging into Finesse, in which case my time is adjusted so that I am paid during the time I was resolving the technical issue. The end time is based on the time I logged out of Finesse. This is the same for the customer service representatives I oversee. If I log out of Finesse after my scheduled shift ends, I am paid for that time.

15.    Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

a.    a lawsuit has been filed against the Company by a former customer service representative who worked in Brownsville, Texas alleging that the Company failed to properly pay her, and other call center employees, for work they performed before and/or after their shifts;

b.    I am within the group of individuals the plaintiff seeks to represent in that case;

c.    as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

d.    the attorney I spoke with represents only Maximus, and does not represent me or other employees of the company;

e.    speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

Initials: _K B_

f.    it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

g.    I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

h.    the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

16.    I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so. I attest to the facts in this declaration voluntarily and of my own free will.

I declare under penalty of perjury under the laws of the United States of America and the State of Michigan that the foregoing is true and correct.

Date: 10/23/19

_____
Signature

Rex Borgman
_____
Printed Name

Initials: R B