## DECLARATION OF SANDRA ESPINOZA

I, Sandra Espinoza, declare and state as follows:

1. I am over the age of 18 and am otherwise competent to testify. I have personal knowledge of the facts stated in this declaration.

2. I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its facility located at 3501 Ed Bluestein Boulevard, Austin, Texas. I have been employed by Maximus since October 2017.

3. My current job title is "customer service representative." I have worked in this position since I began working with Maximus.

4. My primary job duty as a customer service representative is helping customers select health plans, and responding to their inquiries regarding Medicaid and the Children's Health Insurance Program, over the telephone.

5. I normally work Monday through Friday, from 9:00 AM – 3:00 PM. I usually take my first 15-minute break around 10:30 AM, and I usually take my second 15-minute break around 12:45 PM or 1:00 PM. I normally work approximately 30 hours per week at Maximus. During busy weeks, when there are lots of calls, I may need to work an extra 30-minutes a few days that week. Monday and Tuesday are normally the busiest days. Whenever I work additional time beyond my normal schedule, I am paid for all of my additional working time.

6. I am familiar with the policies and procedures in place at my call center based on my work experience with the Company.

7. I typically arrive at the facility about 10-minutes prior to my shift. I try to arrive at 8:50 AM to make sure I can find parking, and that I will have time to walk to the facility from the

Initials: S.C.E

parking lot before the start of my shift. After arriving at the facility, I go to my desk and get ready for my shift. My computer is already on when I arrive at my desk.

8.    Once I arrive at my desk, I log into my computer using my Maximus credentials, which takes me approximately 15-20 seconds. It takes another 10 seconds for my computer to load. The first program I log into is "Verint," which is a scheduling program. It takes me less than 5 seconds to log into Verint. I then log into the "Finesse" program, which takes me approximately 10 seconds. After Finesse, I log into "MaxEB," which takes me approximately 5-10 seconds. I then open the "AskMax" program, which provides me with information to relay to customers during calls. It takes me approximately 45-50 seconds to open AskMax. I then open Outlook, which takes approximately 20 seconds. "Skype for Business" is an additional program that I use, but it automatically begins running when I log into my computer.

9.    When I am ready to take a call, I toggle to "ready" status in the Finesse program. This takes a split-second to complete. I usually toggle to ready status after I have finished logging into the programs discussed above. On a typical day, I toggle to ready status around 9:02 AM. My first call usually comes in approximately 2-3 minutes after I indicate that I am ready to take calls.

10.    At the end of my shift, if I am not on a call with a customer, I toggle to "wrap up" status and click a button in Finesse indicating that my shift has ended. I then close out of the programs I logged into at the beginning of the day. It takes me approximately 1-2 seconds to close out of each program. I also close out of Skype for Business, which takes me approximately 3-5 seconds. I then enter my working hours for the day using a program called "Deltek," and then close out of the Deltek program, which takes me a total of approximately 10-15 seconds. If I am on a call with a customer, I complete the call and then proceed with logging out as described above.

Initials: SCG.

Once I have finished logging out of my computer programs, I click a button to restart my computer, which takes me approximately 1-2 seconds. I do not stay at my work station while my computer is restarting.

11.    To my knowledge, customer service representatives working at my facility are not required to arrive before the start of their shift in order to log into their computer, phone, or computer programs before the shift start time. No employee of Maximus has ever instructed me to arrive at work early to begin logging into my computer, phone or computer programs before my shift begins. In fact, to my knowledge, customer service representatives at my facility are not considered "tardy" unless they log into the Finesse program more than four minutes after the start of their scheduled shift.

12.    Similarly, to my knowledge, customer service representatives working at my location are not required to remain at their work station while their computer is restarting. No one from Maximus has ever instructed me to do so. In addition, I have never seen or heard of any customer service representatives remaining at their work station to wait for their computer to restart at the end of their shift.

13.    As stated above, I record the hours I work each day and each week in a program called Deltek. For each day I work, I personally enter my time using my computer. When calculating hours worked, I base my start time on the time at which I first logged into the Finesse program; not the time I toggled to "ready" status. I base my end time on the time at which I indicated in the Finesse program that my shift ended.

14.    To my knowledge, no one from Maximus has ever made downward adjustments to my time entries. In addition, no one from Maximus has ever asked or required me to perform work "off the clock."

Initials: S.C.Z

15.    Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

a.    a lawsuit has been filed against the Company by a former customer service representative who worked in Brownsville, Texas, alleging that the Company failed to properly pay her, and other call center employees, for work they performed before and/or after their shifts;

b.    I am within the group of individuals the plaintiff seeks to represent in that case;

c.    as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

d.    the attorney I spoke with represents only Maximus, and does not represent me or other employees of the Company;

e.    speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

f.    it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

g.    I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

h.    the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

16.    I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so. I attest to the facts in this declaration voluntarily and of my own free will.

Initials: _SCL_

I declare under penalty of perjury under the laws of the United States of America and the State of Texas that the foregoing is true and correct.

Date: 10/21/19

Signature

Printed Name

Sandra Espinoza

Initials: S.C.E.