## DECLARATION OF SASHA COUSINS

I, Sasha Cousins, declare and state as follows:

1.      I am over the age of 18 and am otherwise competent to testify.  I have personal knowledge of the facts stated in this declaration.

2.      I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its facility located at 2651 N. Coolidge Road in East Lansing, Michigan.  I have been employed by the Company, and have worked at this location, for approximately two years.

3.      My current job title is "customer service representative."  I have worked in this position the entire time I have been employed by Maximus.

4.      My primary job duty is to answer incoming calls from beneficiaries of the State of Michigan Medicaid program to provide services such as answering questions, helping them apply for Medicaid over the phone, assisting with the enrollment process, assisting them if they are having issues obtaining services, sending them Medicaid plan cards, informing them what health plans are available and their eligibility, or providing them a referral to another appropriate resource.

5.      My current work schedule is 8:15am to 5:15pm, Monday through Friday.  During that shift, I have two 15-minute breaks, which are paid, and a one-hour unpaid lunch break.  Therefore, I normally work approximately 7.5 hours per day, and a total of 37.5 hours per week at Maximus.

6.      I am familiar with the policies and procedures in place at my call center based on my work experience with the Company.  I also received training that covered, among other things, timekeeping and attendance policies, including how to enter work time into Deltek, the program we use to record our hours worked.

Initials: _SC_

7.      I typically arrive at the facility approximately 10 to 15 minutes before my shift begins so that I can first get my coffee and get settled at my work station. I am not permitted to begin logging into my computer, computer programs or phone earlier than five minutes before my shift begins. I typically begin unlocking my computer a few minutes before my shift begins but I do not begin working at that time. In order to log into the computer, I unlock it by pressing "Control-Alt-Delete" and entering my credentials (employee ID and password). This usually takes approximately one minute, unless there is a technical issue. If there is a technical issue, I contact a supervisor or lead to alert them that I am having trouble logging in, and the supervisor or lead will assist to resolve the issue, including by contacting IT if they cannot resolve the issue. In these circumstances, my work time is adjusted so that I am paid for that time.

8.      After I log into the computer, I begin logging into the computer programs I use throughout the day. I then log into the computer programs. First, I open the main Maximus homepage, which is where I access all of the programs and tools that I use throughout the day. I then open my Desk Reference, which is our main internal information resource, by clicking a link without entering any log in credentials. This takes approximately 3 seconds. I then open "Nice," our scheduling program, by entering my username and password, which takes approximately 20-30 seconds. Once Desk Reference and "Nice" are open, I open my e-mail in Outlook by clicking a link and entering my username and password. The username and password that I use for e-mail and Nice are the same as those used to unlock my computer. Opening Outlook takes approximately 20 seconds, at most. Next, I open the State of Michigan Department of Health and Human Services page by clicking a link in the Maximus home page and entering a different username and password. Once I am logged in to that page, I click a link to open CRM and then a separate link to open Champs, which are the two programs I need to be able to handle incoming calls. There is no

Initials: SC

separate login CRM or Champs. Occasionally, I also open a database if I need to renew my access to the Michigan Department of Health and Human Services page, but this does not occur often. Logging into the Michigan Department of Health and Human Services page, CRM and Champs takes approximately 20-30 seconds.

9.      After I have logged into the computer programs, I log into the phone system, called Cisco/Jabber, by clicking a link on the computer desktop and entering the same username and password that unlocks my computer, Nice and e-mail. This takes approximately 10-15 seconds. Then I open Finesse in a different web browser by clicking a link on the Maximus main homepage and entering my employee ID and password. This takes no more than 15 seconds if there are no system issues. If there are system issues, I contact a supervisor or lead to alert them that I am having trouble logging into Finesse, and the supervisor or lead will assist to resolve the issue. In these circumstances, my work time is adjusted to show that there were "system issues" so that I am paid for that time. When I am ready to take a call, I toggle my phone to "ready" status. After I am in "ready" status I also open MaxEB, the Maximus system for enrollment, by clicking a link in the Maximus homepage, in a separate web browser, entering a username and password, and clicking to accept an acknowledgment. Opening and logging into MaxEB takes me approximately 10-15 seconds. Once I am in "ready" status, my first call may come in immediately or several minutes after I am ready to take calls.

10.     At the end of my shift, if I am not on a call with a client, I toggle my phone to "end of shift" status and click an "end of shift" button that closes out the Cisco/Finesse phone system. Closing out of the phone takes approximately 2-3 seconds. I then close Cisco/Jabber by clicking "select sign out" in the menu, which takes approximately one second. Once I have closed out of the phone system, I then sign out of the programs that require a log in (such as MaxEB, Nice, the

Initials: SC

State of Michigan Department of Health and Human Services page, and e-mail) by clicking the sign-out or log out button, and I click the "X" in the top right corner to close the computer programs that do not require log in credentials. It takes me approximately 30 seconds to close out of all of the computer programs. I then restart my computer by opening the "Start" menu and clicking "Restart," which takes approximately three to five seconds. If I am on a call with a client, I complete the call and then proceed with logging out as described above. In fact, I am able to toggle to "not ready – end of shift" status while still actively on a call, so that I am automatically in that status when I complete the call. I typically do not need to complete any call-related tasks after a call ends, such as entering notes or documenting the call, because I enter notes while the call is in progress. The expectation is that documentation is completed while the call is progress. I then proceed to log out and restart the computer. Maximus does not require that I stay at my computer while it restarts.

11.     To my knowledge, customer service representatives working at my location are not required to arrive before their start of their shift in order to log into their computer, phone, or computer programs before the shift start time. No employee of Maximus has ever instructed me to arrive at work early to begin logging into my computer, phone and computer programs before my shift begins. In fact, at my call center, customer service representatives are not permitted to begin logging in to their computer, phone, or computer programs any earlier than five minutes before the start of their shift. In addition, there is a seven-minute "grace period" for customer service representatives to log into their computers and programs after their shift begins before going into "ready" status.

12.     Similarly, to my knowledge, customer service representatives working at my location are not required to remain at their work station while their computer is restarting. No one

Initials: SC

Page 4 of 6

from Maximus has ever instructed me to do so. In addition, I have never seen or heard of any customer service representatives remaining at their work station to wait for their computer to restart at the end of their shift.

13.    I record the hours I work each day and each week in a program called "Deltek." For each day I work, I personally enter my time by entering my straight time and overtime into the program on a daily basis. When calculating hours worked, I base my start time on the start time of my shift because I do not actually begin working until that time. I base my end time on the time at which I go into "end of shift" in the phone system. If that occurs after the end time of my shift (*i.e.*, after 5:15), I count that as time worked.

14.    To my best recollection, no one from Maximus has ever made downward adjustments to my time entries. In addition, no one from Maximus has ever asked or required me to perform work "off the clock."

15.    Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

a.    a lawsuit has been filed against the Company by a former customer service representative who worked in Brownsville, Texas alleging that the Company failed to properly pay her, and other call center employees, for work they performed before and/or after their shifts;

b.    I am within the group of individuals the plaintiff seeks to represent in that case;

c.    as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

d.    the attorney I spoke with represents only Maximus, and does not represent me or other employees of the company;

Initials: _SC_

Page 5 of 6

e.      speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

f.      it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

g.      I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

h.      the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

16.     I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so. I attest to the facts in this declaration voluntarily and of my own free will.

I declare under penalty of perjury under the laws of the United States of America and the State of Michigan that the foregoing is true and correct.

Date: 10/23/2019

_Sasha Cousins_
Signature

_Sasha Cousins_
Printed Name

Initials: SC

Page 6 of 6