## DECLARATION OF SHEENA ANDREW-BARRY

I, Sheena Andrew-Barry, declare and state as follows:

1.      I am over the age of 18 and am otherwise competent to testify. I have personal knowledge of the facts stated in this declaration.

2.      I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its facility located at 55 Summer Street, Boston, Massachusetts. I have been employed by the Company, and have worked at this location, since September 3, 2018.

3.      My current job title is "team lead customer service representative." I have worked in this position since July 2019. Prior to July 2019, I worked as a customer service representative.

4.      My primary job duty as a customer service representative was to answer telephone inquiries from members of MassHealth, which is the state Medicaid program, eligibility and health plan enrollment and handling phone applications for members. As a team lead, on Monday and Tuesday, I answer telephone inquiries directly from members as a customer service representative. On Wednesday through Friday, I walk around the floor, assist with escalated supervisor calls, and monitor customer representatives as they answer telephone inquiries to pinpoint whether they are making any errors on their calls and provide coaching.

5.      My normal work schedule is 8:00am to 4:30pm, Monday through Friday. During each shift, I have two 15-minute paid breaks and a 30-minute unpaid lunch break. Therefore, I normally work 7.5 hours per day, or 37.5 hours per week at Maximus.

6.      I am familiar with the policies and procedures in place at my call center based on my work experience with the Company. In September 2018, I received training that covered, among other things, timekeeping and attendance policies, including how to enter work time into Deltek, the program we use to record our hours worked.

Initials: _SB_

7.    I typically arrive at the facility at approximately 7:15am on Monday through Thursday, and on Friday I typically arrive at approximately 7:50am because I have children and I am responsible for taking them to school. After arriving at the facility, I get breakfast and eat and read at my work station.

8.    When I arrive at the facility, my computer is already turned on, so I only need to unlock the computer by pressing "Control-Alt-Delete" and entering my employee ID and password. This takes approximately 3-4 seconds. I then open the computer programs I need for the day, which include MassServe, MA21, Hix and Virtual Gateway. MassServe is a program containing member information used to verify the caller's identity for HIPAA purposes. To open MassServe, I click an icon on the computer desktop, which takes approximately 3-5 seconds. Next, I open MA21, an application to look up detailed account information for members who are over the age of 65 or who are disabled, by clicking a link and entering assigned credentials and password. This takes approximately 5-8 seconds. I then open Hix, a program used to process member applications and review notices sent to members about their eligibility, by opening a webpage and entering a username and password, which takes approximately 5-8 seconds. Finally, I open Virtual Gateway, a live system containing enrollment documents, coverage details, and available providers, by opening a webpage and entering a username and password, which takes approximately 5-8 seconds. In total, it takes me approximately 30-40 seconds to unlock my computer, log in to the computer programs and log in to the phone system. As a customer service representative, and as a team lead answering calls on Mondays and Tuesdays, my first call usually comes in approximately three minutes after I indicate that I am ready to take calls.

9.    When I was working as a customer service representative, I typically began logging in to the computer programs and phone system used to take member calls approximately two

Initials:

minutes before my shift began, at approximately 7:58am, and as a team lead, I continue to do so on Mondays and Tuesdays. I log into the phone system by dialing my agent ID number (which is different from my employee ID) and a pin number, which takes approximately 5-6 seconds. When I am ready to take a call, I toggle my phone to "ready" status.  On Wednesdays through Fridays, I may log into the computer programs and phone earlier, but do not toggle my phone to "call ready" status unless asked to begin taking calls.  As a team lead, and if I get permission to do so from a supervisor, I may review adherence statistics of customer service representatives from the prior day and read articles in the knowledge center.  I count this time towards my work time for the day. If I log into the phone early, that also time counts towards hours worked that day.

10.     At the end of my shift, if I am not on a call with a client, I hit a "make busy" button on the phone twice to log off the phone and then log out of the computer programs.  To close each computer program, I click the "X" at the top right corner of each program page, which takes approximately 2-3 seconds.  I then lock my computer by clicking on the windows button and clicking "L" for "lock".  It takes me approximately 10 seconds to log out of the phone system, close the computer programs and lock my computer.  If I am on a call with a client, I complete the call and then proceed with logging out as described above.  Maximus does not require that I restart or shut down my computer after my shift.  I just lock it and leave my cubicle.

11.     To my knowledge, customer service representatives working at my location are not required to arrive before their start of their shift in order to log into their computer, phone, or computer programs before the shift start time.  No employee of Maximus has ever instructed me to arrive at work early to begin logging into my computer, phone and computer programs before my shift begins.  In fact, customer service representatives are not permitted to begin working before their scheduled start time.

Initials:

12.     Similarly, to my knowledge, customer service representatives working at my location are not required to remain at their work station after the computer is locked. No one from Maximus has ever instructed me to do so. In addition, I have never seen or heard of any customer service representatives remaining at their work station after the computer is locked, other than to socialize.

13.     I record the hours I work each day and each week in a program called "Deltek." For each day I work, I personally enter my time by recording the number of hours I work each day (including any time I was logged in or reviewing adherence records or articles before my shift began). When calculating hours worked, I base my start time on the time at which I log in to the phone. I base my end time on the time at which I log out of the phone. If I have to complete a call past the end of my shift, I count that time as hours worked for the day.

14.     To my knowledge, no one from Maximus has ever made downward adjustments to my time entries. In addition, no one from Maximus has ever asked or required me to perform work "off the clock."

15.     Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

a.     a lawsuit has been filed against the Company by a former customer service representative who worked in Brownsville, Texas alleging that the Company failed to properly pay her, and other call center employees, for work they performed before and/or after their shifts;

b.     I am within the group of individuals the plaintiff seeks to represent in that case;

c.     as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

Initials: _SB_

d.      the attorney I spoke with represents only Maximus, and does not represent me or other employees of the company;

e.      speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

f.      it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

g.      I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

h.      the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

16.     I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so.  I attest to the facts in this declaration voluntarily and of my own free will.

I declare under penalty of perjury under the laws of the United States of America and the State of Massachusetts that the foregoing is true and correct.

Date: 10/25/2019

_____
Signature

Sheena Andrew-Barry
Printed Name

Initials: _____