## DECLARATION OF SHEILA CHRISTENSEN

I, Sheila Christensen, declare and state as follows:

1.     I am over the age of 18 and am otherwise competent to testify.  I have personal knowledge of the facts stated in this declaration.

2.     I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its call center facility located at 8475 Sandy Parkway in Sandy, Utah.  I have been employed by the Company at this location since November 2018.   I previously worked for a different company called GDIT for a very brief period, but GDIT was then acquired by Maximus.  I became a Maximus employee as part of the acquisition.

3.     My current job title is "Customer Service Representative I – Dual Pilot."  I have worked in this position for approximately two years.  I previously worked as a Customer Service Representative I only for Marketplace.  The project I support in this call center is known as "CCO," which stands for Contact Center Operations.

4.     My primary job duty as a "Dual Pilot" customer service representative is to answer telephone inquiries from consumers who call with questions about Affordable Care Act Marketplace health insurance and Medicare about eligibility, benefits availability, and enrollment. "Dual Pilot" means that I am skilled to handle both Medicare and Marketplace (ACA health insurance) calls.  I am also on a pilot team to test and provide feedback on any new programs and procedures that are rolled out in connection with servicing Medicare and Marketplace callers.

5.     I am familiar with the policies and procedures in place at this call center based on my work experience with the Company and training I have received.  When I became a Maximus employee, I received orientation training that covered my job duties, how to record and review my work hours, and overtime, including how to calculate overtime hours each workweek.  In addition,



we receive periodic policy and procedure reminders and follow up training at least once per year. Also, supervisors and managers are available at the call center to answer any questions I may have about specific policies and procedures.

6.      My work schedule is Monday through Friday, 8:00 a.m. to 4:30 p.m.  During each shift, I have a 30-minute unpaid meal break and two 15-minute paid breaks.  I am scheduled to work approximately 40 hours per week at Maximus.

7.      I typically arrive in the parking lot approximately five to seven minutes before my shift begins.  I am not permitted to log in prior to the 8:00 a.m. start time of my shift.  There is a three-minute period at the beginning of the shift during which I boot up my computer, log into the various programs I use throughout the day, and review my emails and schedule.  I can keep my phone in an "Aux03" mode so that I do not receive calls until I finish this process.  After booting up my computer by unlocking it (by pressing ctrl+alt+delete and typing in my employee ID and password), I clear my cache and cookies and then proceed to set up the computer programs.  These programs include NGD (Next Generation Desktop), WFO (our scheduling program), Outlook for emails, and our internal resources and training sites.  To open NGD, I type my username and password, which takes mere seconds because it logs in very quickly, and open WFO which requires me to enter my employee ID and my password.  Outlook also requires me to enter my employee ID.  I also open our internal portal where I can access information about policies and procedures, available opportunities for overtime, and the like.  The entire process takes less than one or two minutes.  Occasionally, my computer may take a little bit longer to boot up completely, so I may remain in "Aux03" mode for up to four minutes.  There is no penalty for not being on the phone at exactly 8:03 a.m. when the three-minute grace period ends.


Initials:

8.      Once I am logged into the computer and the programs, I push a button called "Auto In" to put my phone in "Available" mode to take calls. I typically receive a call immediately after I put my phone into "Available" mode, though occasionally there may be some lag time.

9.      At this call center, customer service representatives are not allowed to begin logging in to the computer, programs, and phone before the start time of their shift. We are told that we should not log in to the computer and begin working before the start time of our shift. In fact, there is a policy at the Sandy call center that prohibits customer service representatives from performing any work before the shift begins. Supervisors periodically remind us of this policy during team meetings each week, and also remind us that the first three minutes of our shift are the window of time in which we should be logging in to the computer and programs. If a customer service representative were to log in any before his or her shift, he or she would receive coaching, and if this happened repeatedly, he or she could be disciplined.

10.     I occasionally experience minor technical issues with my computer or the programs I use from time to time, but they can be resolved quickly with a simple reboot. Major issues, like whole computer or system failures, are very rare and may occur once a year, if that. We have a very skilled IT team here so most technical issues are resolved very quickly, but if there is an issue that is taking longer to resolve, I may move to another work station. While troubleshooting technical issues, I put my phone into "Aux08" mode to stop receiving calls and either try to troubleshoot myself or contact my supervisor to get assistance from IT. When I am in "Aux 08" mode, I am still on the clock and am paid for the entire time I spend reporting and troubleshooting the technical issue.

11.     My lunch break is scheduled halfway through my shift, from 12:30 p.m. to 1:00 p.m. When I see that it is getting close to 12:30 p.m., I put my phone into "Aux 01" mode to stop

Initials:

any further calls from coming in, wrap up whatever call I am on, and then lock my computer by pressing "Windows+L" together and leave my desk. During my lunch break, I usually go to the lunch room and use that time to check my personal emails, read and send texts, online shop, and generally catch up on personal things. I usually start heading back to my desk at 12:58 or 12:59 p.m., just one or two minutes before my lunch ends, and stop at my locker before I return to my desk. Once I am back at my desk, I do not start taking phone calls until my entire 30 minutes are up. It takes only two to three seconds to unlock my computer and put my phone into "Available" mode to start taking calls.

12.     At the end of each shift, there is a two-minute window during which I can take myself off the phone by going into "Aux 03" mode, enter my time, and close out of all of the computer programs before leaving. So at approximately 4:28 or 4:29 p.m., I put my phone into "Aux 03" mode and log out of NGD by clicking "log out" (so that I do not receive any more calls). I then close all of the other programs by clicking the "X" in the top right corner of each window, which takes at most 5 to 10 seconds.

13.     After closing my programs, I record the hours I worked each day in a program called "Deltek." To open Deltek I only need to enter my password, because the other log in credentials are already saved and auto-populate. It takes me less than 5 seconds to open Deltek. For each day I work, I personally enter my time by typing in the total number of hours that I worked. I am personally responsible to accurately record my work time. When calculating hours worked, I base my start time on the time at which I logged in to NGD (which automatically logs me into my phone). I base my end time on the time at which I will leave, which is usually 4:30 p.m.

Initials:

14.     If I am on a call at the end of my shift and need to stay a few minutes past the end of my shift, I complete the call and then proceed with the process described above. I do not need to enter call notes after my last call ends because I can do this while I am on the phone. In all cases, I make sure that I record the additional work time in my daily timesheet in Deltek.

15.     The last thing I do before leaving at the end of my shift is click on the Windows icon and select "restart" on the computer and log out of my phone by pushing one button called "Log Out." After I log out of my phone, I do not have to sit at my desk and wait for my computer to finish restarting; I can get up and leave. I typically leave my desk and leave the building by 4:30 p.m. Maximus does not require that I shut down or power off my computer at the end of my shift, and nobody at Maximus has ever told me to sit at my desk and wait for my computer to restart.

16.     I occasionally work overtime if I get stuck on a long call or when there are mandatory overtime days during the beginning of the open enrollment periods for Medicare and Marketplace. Typically, I work mandatory overtime two to three times each year, as full 8-hour shifts on a Saturday. Whenever I work any overtime I am paid one-and-one-half times my regular pay rate for all hours in excess of 40 in a work week, and I follow the same process at the start of my shift, lunch break, and end of my shift described above.

17.     No one from Maximus has ever asked or required me to perform work "off the clock" or to work during my lunch break. If I happen to be on a call that goes past the start time of my scheduled lunch break, I still get a full 30-minute lunch once I am off that call. Further, nobody at Maximus has ever made downward adjustments to the work hours I recorded. The only way this would happen is if I recorded some work time in error, and I would have the opportunity to review before any adjustment.


Initials:

18. Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

a. a lawsuit has been filed against the Company by several current and former customer service representatives who worked in Maximus call centers in various states alleging that the Company failed to properly pay them, and other call center employees, for work they performed before and/or after their shifts;

b. I am within the group of individuals the plaintiffs seek to represent in that case;

c. as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

d. the attorney I spoke with represents only Maximus, and does not represent me or other employees of the company;

e. speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

f. it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

g. I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

h. the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

Initials:

19.    I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so. I attest to the facts in this declaration voluntarily and of my own free will.

I declare under penalty of perjury under the laws of the United States of America and the State of Mississippi that the foregoing is true and correct.

Date: 11/8/21

_Signature_

SHEILA CHRISTENSEN
Printed Name

Initials: