## DECLARATION OF SHERRI WIGINGTON

I, Sherri Wigington, declare and state as follows:

1.      I am over the age of 18 and am otherwise competent to testify. I have personal knowledge of the facts stated in this declaration.

2.      I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its facility located at 5912 Highway 49, Suite H3, Hattiesburg, MS 39401. I have been employed by the Company at this location for approximately three years since 2018.

3.      My current job title is "Customer Service Representative – Medicare, Claims Tier I." I have worked in this position for approximately the past year. Prior to that, I was a "Customer Service Representative – Medicare." I held that position since the time I was hired with the Company in 2018.

4.      My primary job duty as a customer service representative is to answer telephone calls from beneficiaries who call about Medicare benefits. For example, I answer questions from people about how to sign up for Medicare benefits; how to change drug plans and Medicare Advantage plans; the status of their claims; how to file appeals on claims; and answering questions about premiums and various issues related to Medicare.gov.

5.      My work schedule is Saturday through Wednesday, 8:15 a.m. to 4:45 p.m. During each shift, I have a 30-minute unpaid lunch break and two 15-minute paid breaks (one in the morning and one in the afternoon). I normally work approximately 40 hours per week at Maximus. I do not work overtime.

6.      I am familiar with the policies and procedures in place at the call center location where I work based on my work experience with the Company. I also learned about these

Initials: SW

Page 1 of 7

policies through my supervisor. The Company also went over applicable policies when I was first hired. I can also access policies on the Company's intranet.

7.    I typically arrive at the facility an hour or so ahead of my scheduled shift. I do not like to be tardy. That gives me time in case something happens with my car or traffic. After arriving at the facility, I sit in my car and use my phone and eat breakfast until about 8 a.m. and then I start heading into the facility. This gives me time to use the restroom, put my lunch away, and get my water for the day. I get to my cubicle around 8:10 a.m.

8.    After arriving at my desk, my computer is already on and I only need to log in. I start that process at 8:13 a.m. I click the mouse to awake the computer and enter my username and password. The first thing I do is open the NGD system, which is the system we use to look up Medicare beneficiaries. I have to enter my username and password to open NGD system, which automatically logs me into my phone. If I'm not having technical issues, this takes about 30 seconds. My phone automatically opens in "Aux03" mode, which says that I am not available to take calls. Then, I log in to WFO (Workforce) with my username and password. WFO is the program that outlines our schedule, including what time I take my breaks. Then, I log into "OneLogin," which allows me to then log into Outlook to check my email. Microsoft Teams, which is how my co-workers and I communicate with each other, opens automatically.  It takes me approximately four to five minutes to perform these tasks.  When I am ready to take a call, I toggle my phone to "available" status, which is usually at 8:18 a.m., unless I'm having technical issues with the log in process. On Mondays, Tuesdays, and Wednesdays, my first call usually comes in almost immediately after I indicate that I am ready to take calls. On Saturdays, my first call usually comes in about five minutes after I indicate that I am ready to take calls. On

Initials: SW

Sundays, my first call usually comes in about 20-30 minutes after I indicate that I am ready to take calls.

9.      I am not expected to begin logging in to my computer, computer programs, or the phone system, prior to the start of my scheduled shift.  In fact, our supervisors remind us not to perform any work before our shift starts unless you are working overtime. I start trying to log-in at 8:13 a.m. because sometimes my computer freezes. That's not the Company's requirement; I just don't like being late. The Company gives us 3 minutes after the start of shift to get logged into the system to start taking calls. I am expected to be logged in and ready to take calls by 8:18 a.m. At end of my shift, the Company gives us two minutes to get logged out of the computer programs and phone system. I start the log out process at 4:43 p.m.

10.     I often experience technical issues with the computer programs I use. For example, three out of five days a week I experience technical issues with the NGD program – specifically, the program freezes up. When it freezes, I close out, and try to restart the program by re-entering my username and password. Because my issues are with the NGD program, which logs me into my phone, I am not taking calls during this time. If I do experience any technical issues that lasts longer than five minutes, like a program freezing, I report the issue to my supervisor. My supervisor will then attempt to open the program. If she cannot fix the issue, she will contact IT, but that doesn't happen very often. If we do not have to contact IT, we can usually resolve the issue in a couple minutes. If we do have to contact IT, it will take longer. Even though I am not on the phone and actively handling calls during any down time due to a technical issue, I am still clocked in and I get paid for the time that I have to troubleshoot any computer issues.

Initials: S W

11.    My lunch break typically is scheduled for 12:15 p.m. to 12:45 p.m.  My lunch break is 30 minutes long.  I know what time my scheduled lunch break is because I review my WFO schedule each day when I come in to work. Sometimes my calls will last longer than 12:15 p.m. If I'm on a call that lasts longer, I will finish the call, toggle my phone to "Aux01," log out of my programs, and then lock the computer. That only takes about one minute. Then, I take my full 30-minute lunch. I believe the Company gives us a two to three minutes to get logged back in after our lunch break ends, but I usually am logged in and ready to receive calls at the end of my 30-minute lunch break. The Company does not require me to be logged in and ready to receive calls right at the end of my lunch. That's just my preference. I usually eat lunch in my car. During the pandemic, we are allowed to eat at our desk, but I usually eat lunch in my car because I like to get outside for a break.

12.    I often perform work during part of my regularly scheduled lunch break because calls can go long. If the call only goes 5-10 minutes long, I do not notify my supervisor, but will just take my full, 30-minute lunch break. If the call goes longer than 5-10 minutes into my scheduled lunch break, I will notify my supervisor that I had to work into my scheduled lunch break, and then will take my full, 30-minute break. I have always been paid for time I spent on the calls that spill over into my lunch break.

13.    At the end of my shift, if I am not on a call with a beneficiary, I toggle my phone to "Aux03" status (not ready for calls), record my time, and start logging out of the computer programs. I start this process at approximately 4:43 p.m. It takes me approximately one minute to log out. I log out of NGD last, then I then log out of the phone separately, and restart my computer. It takes me approximately 30 seconds to log out of the phone system, and to restart my

Initials: S W

computer. I do not have to wait for my computer to restart. If I am on a call with a beneficiary, I complete the call and then proceed with logging out as described above.

14.    I record the hours I work each day and each week in a program called "Deltek." For each day I work, I personally enter my time by opening Deltek, which opens my timesheet. I start this process at approximately 4:43 p.m. I enter my time on the timesheet. When calculating hours worked, I base my start time on my scheduled shift start time of 8:15 a.m. I base my end time on the time at which I finish the logging out process, which could be 4:45 p.m., or later if I have to finish up a call.

15.    To my knowledge, no one from Maximus has ever made downward adjustments to my time entries. In addition, no one from Maximus has ever asked or required me to perform work "off the clock" or during my lunch break. To my knowledge, there is no policy at Maximus requiring that customer service representatives arrive before their start of their shift in order to log into their computer, phone, and various computer programs before the shift start time. No employee of Maximus has ever instructed me to arrive at work early and begin logging into my computer, phone and computer programs before my shift begins.

16.    Similarly, I am not aware of any Maximus policy requiring customer service representatives to remain at their work station while their computer is restarting, and no one from Maximus has ever instructed me to do so. In addition, I have never seen or heard of any customer service representatives remaining at their work station to wait for their computer to restart at the end of their shift.

17.    Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

Initials: S W

Page 5 of 7

a.    a lawsuit has been filed against the Company by several current and former customer service representatives who worked in Maximus call centers in various states alleging that the Company failed to properly pay them, and other call center employees, for work they performed before and/or after their shifts;

b.    I am within the group of individuals the plaintiffs seek to represent in that case;

c.    as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

d.    the attorney I spoke with represents only Maximus, and does not represent me or other employees of the company;

e.    speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

f.    it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

g.    I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

h.    the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

18.    I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so. I attest to the facts in this declaration voluntarily and of my own free will.

Initials: _S W_

I declare under penalty of perjury under the laws of the United States of America and the State of Mississippi that the foregoing is true and correct.

Date: 11/15/2021

_Sherri Wright_
Signature

_Sherri Wrisington_
Printed Name

Initials: SW