## DECLARATION OF STEPHANIE MCCLARY

I, Stephanie McClary, declare and state as follows:

1.      I am over the age of 18 and am otherwise competent to testify.  I have personal knowledge of the facts stated in this declaration.

2.      I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its facility located at 2411 W. Peoria Drive, Phoenix, AZ 85029. I have been employed at this location since on or about September 4, 2018.

3.      My current job title is "Marketplace – Internal Support Group." I have worked in this position for approximately six months. Previously, I worked in the Marketplace Resolution Center as a Customer Service Representative, and before that I was a Customer Service Representative at the Tier I level first and then also Tier II. It was after my role in the Marketplace Resolution Center that I took my current position.

4.      My primary job duties in the Internal Support Group (ISG) is to answer telephone inquiries from other Maximus customer service representatives when they are having issues on telephone calls with consumers, such as not being able to find a script to answer the consumers' questions or if they aren't sure how to handle the consumer's questions or issues. These consumers are usually calling about health insurance products in the marketplace established by the Affordable Care Act. The questions involve both eligibility and enrollment. Both in my previous roles, and sometimes now in my current role, I also handle these types of calls from consumers regarding marketplace health insurance coverage. Finally, I also receive calls from consumers who have asked to speak to someone else, such as when the customer service representative they speak to initially could not help resolve their questions or assist them. These are called "supervisor calls." Since coming to the ISG, I don't get as much of the consumer calls (or Tier I calls). In my first

Initials:

few months in this role, I got more Tier I calls; now I more so get just supervisor and customer service representative calls.

5.      My regular work schedule is Tuesday through Saturday, 8:30 a.m. to 5:00 p.m. I normally work approximately 40 hours per week at Maximus. During each shift, I have a 30-minute unpaid lunch break and two 15-minute paid breaks.

6.      Sometimes I will volunteer for overtime to obtain the extra pay. I have also been required to work mandatory overtime during open enrollment. I can recall being required to do this once this month for the current open enrollment period. I have always been paid 1.5 times my regular rate of pay when I work overtime hours and have not had any issues with that ever.

7.      I am familiar with the policies and procedures in place at the Phoenix call center. At the time I was hired in 2018, I received a training that covered policies and procedures such as timekeeping, meal breaks, work hours, and overtime. In addition, nearly every week, I receive several trainings, probably ranging from 2 to 5 times a week, about other things important to my work, such how to effectively speak to consumers, resolve their issues, and even things like having empathy. The time these trainings take varies a lot. Sometimes they can take 15 minutes, other times it could be over an hour. The longer trainings can be things like handling records or trainings on HIPAA or other compliance programs. If I ever have questions about the policies and practices at this call center, I can ask my supervisor, or other supervisors if mine isn't available.

8.      At the Phoenix call center location, customer service representatives are not expected to begin logging in to the computer, programs, and phone before the start time of their shift and the three-minute grace period we are given. Nor are customer service representatives at this call center expected to be ready for the first call exactly at the start of the shift. Supervisors do not instruct us to arrive early so that we can begin logging in to our computers, programs, and

Initials:

phones before our shift begins. In fact, supervisors have brought it to our attention to not start working before our shift. In addition, the three-minute grace period at the beginning of the shift is used to allow customer service representatives to log in to the computer and programs.

9.      I try to arrive at the facility as early as I can, usually at about 8 or 8:10 a.m. I take the bus to work, and then it takes about 7 minutes from the bus stop to walk to the facility's entrance, and then approximately five minutes to get my desk, which is the same Tuesday through Friday, but I have a different seat on Saturday, which still probably takes about 5 minutes to get to from the building's entrance. After entering the facility, I usually head straight to my locker and will drop my lunch off in the breakroom. There is also a TV in the breakroom, and since I arrive early after taking the bus, often I'll take a few minutes to relax in the breakroom before heading to my desk, which I will usually head to about 10 minutes before my shift starts. Once I get to my desk, I then start logging into my computer and getting ready to take my first call.

10.     I first log into my computer (which is typically already on) by typing in my employer ID and password. This is usually very quick and may only takes a few seconds to do. Personally, I then like to get a head start by just looking at my emails first a few minutes before logging into to NGD (Next Generation Desktop). After perusing my emails, I begin the actual process of getting ready to take a phone call. I first log into NGD by clicking the NGD icon on the desktop, and I then type in my username ID and password to log in, which only takes a few seconds again. Logging into NGD is an important step because it also automatically links me and logs me into my phone at the same time. I will also log into WFO, which takes a few seconds, by clicking the icon on the desktop. WFO is used to review my schedule. Microsoft Teams, another program I use, just pops up on its own and logs me in automatically. Together, logging into NGD and the

Initials: _____

steps afterward take me anywhere from one to three minutes to accomplish but I am always finished within the 3-minute grace period I am given.

11. There are various codes that we use on our phone to indicate when we are ready or not ready for calls. Once I am ready to take a call, I toggle my phone from "Aux03" (for the grace period) to "auto-in" status, which means I can start receiving calls. This process takes maybe not even a few seconds to complete because you just press a button on the phone to do this. When I get my first call varies after I switch to the "auto-in" status. On average, it is probably five to six minutes, but for me it could vary anywhere from immediately to 10 minutes. Since I sometimes take Tier I marketplace calls, those calls may come in immediately, but those don't come in as often as my customer service representative and supervisor calls, which take longer to reach me after switching to "auto-in."

12. I am not expected to begin logging in to my computer, computer programs, or the phone system, prior to the start of my scheduled shift. In fact, I know that if I did, especially if it was the first time, a supervisor might warn me if I logged in too early and remind us that we aren't supposed to be doing that.

13. I rarely experience technical issues with my computer or any of the programs I use. I can't recall an instance of having a technical issue. I really don't experience them much at all. But, I do know that if I did have a technical issue, I could switch my phone to "Aux08," which would indicate I am having a technical issue and preserve the fact that this happened so I could then note it on my timesheet and still get paid. I have never had an issue not getting paid during time spent dealing with a technical issue. I know how to do this because of the trainings I mentioned earlier and I believe that my supervisor has told me about it.

Initials:

14.     My lunch break typically is almost always scheduled for 1:00 p.m. to 1:30 p.m. My lunch break is 30 minutes long. The only time I can recall it changing is if we have a meeting scheduled around the same time, but we will still get a full 30-minute break regardless. Typically, I bring my lunch to the facility. I almost always eat in the facility's breakroom now. During the middle of the pandemic when we couldn't eat in the breakroom I would sometimes go outside to eat. Even now I will still go outside to eat. If I ever eat at my desk, it is pretty rare. I like to use my 30-minute break to both eat and get up and move around.

15.     I am always allowed to take my full 30-minute lunch break. I can't ever recall situation where I was not allowed to take my full 30-minute lunch break. When I see that my lunch time is approaching, I finish whatever call I am on and then I switch the phone to "Aux01" which indicates that I am on my lunch break. If I am actively handling a call that ends past the scheduled start time of my lunch break, I complete that call and then take a full 30-minute lunch break and just note this accordingly in my timesheet in the "Deltek" program later at the end of my shift. Before leaving my desk to go to lunch, I have to lock my computer screen (and also do that any time we leave our desk) by pressing the Windows key and the "L" key, which only takes a couple seconds, if that. It is very quick.

16.     There is a 2-minute grace period for ending our shifts. So, at the end of my shift, if I am not on a call, I toggle my phone to "Aux03" mode so that I no longer receive calls. I do this at approximately 4:58 p.m., or approximately two minutes before my shift ends, so that I can then close out the programs, including NGD, WFO, and Microsoft Outlook. It takes me seconds to close all of these programs. I do this by pressing the "X" buttons in the top right corner of each program or, in NGD's case, by pressing a button to log out and then pressing the "X" I just mentioned.

Initials:

17.    During this time, I also record the hours I work each day in the Deltek program. To enter my time, I enter my credentials to log in, which only takes a few seconds to do. For each day I work, I personally enter my time by typing in the total number of hours that I worked. When calculating hours worked, I base my start time on the time at which I first logged in to NGD, and I base my end time on the time at which I will log out of my phone at the end of the day (because unlike when you log in to NGD, logging out of NGD does not link to your phone and automatically log out, so you have to do it separately). I do this all within the 2-minute grace period.

18.    After entering my time, I set my computer to restart by clicking the Windows icon and selecting "restart," which takes a few seconds to do. I am not required to remain at my desk for the restart process to finish. I am free to go once I click the restart button, after which I then leave my desk and go home. If I am on a call with a consumer, I complete the call and then proceed with the process described above. I simply ensure that I record the additional work time in my daily timesheet. Any time spent over my regular shift on a call is added on to my timesheet.

19.    I am not aware of anyone at Maximus ever making a downward adjustment to my timesheet without telling me first. The only time I can ever remember this occurring is if I was late from getting back from lunch, the paid breaks, late to starting my shift, or leaving early. In other words, if I was late getting back from a paid break, that time I was late beyond the 15-minutes would be deducted, but that is the only type of instance. I am not aware of any other employees having had their time deducted for any reasons other than like those I just mentioned.

20.    Further, no one from Maximus has ever asked or required me to perform work "off the clock" or during my lunch break. To my knowledge, there is no policy at Maximus requiring that customer service representatives arrive before their start of their shift in order to log into their computer, phone, and various computer programs before the shift start time. No employee or

Initials: _____

supervisor of Maximus has ever instructed me to arrive at work early and begin logging into my computer, phone and computer programs before my shift begins.

21.    Similarly, I am not aware of any Maximus policy requiring customer service representatives to remain at their desk while their computer is restarting, and no one from Maximus has ever instructed me to do so.  In addition, I have never seen or heard of any customer service representatives being required to stay at their desk to wait for their computer to restart at the end of their shift. I have never heard anything like that until today.

22.    Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

a.    a lawsuit has been filed against the Company by several current and former customer service representatives who worked in Maximus call centers in various states alleging that the Company failed to properly pay them, and other call center employees, for work they performed before and/or after their shifts;

b.    I am within the group of individuals the plaintiffs seek to represent in that case;

c.    as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

d.    the attorney I spoke with represents only Maximus, and does not represent me or other employees of the company;

e.    speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

Initials: ___

Page 7 of 8

f.    it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

g.    I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

h.    the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

23.    I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so.  I attest to the facts in this declaration voluntarily and of my own free will.

I declare under penalty of perjury under the laws of the United States of America and the State of Arizona that the foregoing is true and correct.

Date: 11/18/2021

_____
Signature

Stephanie McClary
Printed Name

Initials: _____