## DECLARATION OF SUSAN LUMPKIN

I, Susan Lumpkin, declare and state as follows:

1.      I am over the age of 18 and am otherwise competent to testify. I have personal knowledge of the facts stated in this declaration.

2.      I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its facility located at 411 Industrial Parkway, Bogalusa, LA. I have been employed by the Company at this location since September 23, 2013.

3.      My current job title is "Customer Service Representative – ISG Marketplace." I have worked in this position since 2013. I began as a "Customer Service Representative – Tier I."

4.      My primary job duty as a customer service representative is to answer telephone inquiries from other Customer Service Representatives (when they need help escalating issues, answering consumer information, or providing customer service to consumers) and from consumers regarding applications or other general questions.

5.      I normally work Monday, Tuesday, Thursday, and Friday, arriving at 8:30 a.m., working until 1:00 p.m., then take a half-hour lunch break, then work from 1:30 p.m. to 7:00 p.m. I also take three 15-minute breaks at 11:00 a.m., 3:00 p.m. and 5:00 p.m. I normally work approximately 40 hours per week at Maximus.

6.      I am familiar with the policies and procedures in place at the call center location where I work based on my work experience with the Company, including those regarding timekeeping, meal breaks, work hours, overtime.

Initials: _Jml_

7.    At my location, customer service representatives are to log on to their computers, programs, and phones at the start of their shifts and are expected to begin taking calls within three minutes of the start of their shifts.

8.    I typically arrive at the facility around 8:00 a.m., which I do voluntarily because I like to have time to get settled before the work day. No employees are required to be at the facility earlier than the start of their shift. After arriving at the facility, I arrive at my desk and sign into my computer at the start of my shift, since it is already on when I arrive. After logging in, I open my notes and my whiteboard (this takes a few seconds), the WFO schedule system (this takes a few seconds), the NGD system (this takes two seconds), my email (this takes ten seconds), and my phone (this takes two seconds). When I am ready to take a call, I toggle my phone to "ready" or "Auto-In" status. It takes me approximately two minutes to boot up my computer and log into all of the computer and phone programs that I need for the day. My first call usually comes in between a few seconds and five minutes after I indicate that I am ready to take calls, but this really varies. During the log in process, if I experience a technical issue, they can often be solved by closing down screens and clearing my cache and cookies. If I am unable to solve the problem this way, I wave down a supervisor to let him or her know about the issue or I send a message to someone for assistance. I also place my phone into a "not ready" status until the issue is resolved and I am able to log in.

9.    I am not expected to begin logging in to my computer, computer programs, or the phone system, prior to the start of my scheduled shift. In fact, there are policies prohibiting pre-shift work and I have been reminded by supervisors and managers that I should not begin logging in until shift begins.

Initials:

10. I rarely experience technical issues with my computer or any of the programs I use. For example, in the last six months, I cannot recall any technical issues occurring. If I do experience any technical issue, like a program freezing, I close the program, clear the cache and cookies, and open it back up. This often resolves the problem. I am aware that if I did need further assistance, I could contact a supervisor and/or IT. In the event of a technical issue, even though I am not on the phone and actively handling calls during any down time due to a technical issue, I know that I am still clocked in and I get paid for the time that I have to troubleshoot any computer issues.

11. My lunch break typically is scheduled for 1:00 p.m. to 1:30 p.m., close to halfway through my shift. My lunch break is 30 minutes long. I know what time my scheduled lunch break is because I review my schedule each day when I come in to work. Before I go to lunch, I wrap up the call I am on, put my phone into "not ready" or "break" status and finish up any call notes, lock computer, which takes a few seconds, and I leave my workstation to retrieve my lunch if necessary. I am permitted to eat at my work station and I typically do eat at my work station during my break .

12. I have only had to perform work during part of my lunch break twice or three times, and that was for a short duration because a call went a few minutes long. On that occasion, I then took my full 30 minute break. When I return from my lunch break, I email my supervisor and let them know that my lunch was delayed due to call volume. I was paid for additional time I spent on the call.

13. At the end of my shift, if I am not on a call with a client, I toggle my phone to "not ready" status and log out of the computer programs. It takes me a few seconds to log out of my computer, phone, and other programs, as I just press restart (without needing to close each

Initials: _Amf_

individual program) once I am done for the day. If I am on a call with a client, I complete the call and then proceed with logging out as described above. I restart the computer at the end of my shift and it takes approximately one second to restart my computer. The Company requires that I restart my computer after my shift (in order to make sure that the system is updated properly), but I do not stay at my work station while my computer is restarting.

14. I record the hours I work each day and each week in a program called "Deltek." For each day I work, I personally enter my time by entering all of my hours for the day at the end of my shift and then saving my time on the system. When calculating hours worked, I base my start time on the time at which I start logging into my computer, phone, and other programs. I base my end time on the time at which I am done taking calls and am able to log out of my computer, phone, and other programs. We also receive training and refresher courses regarding timekeeping practices.

15. To my knowledge, no one from Maximus has ever made downward adjustments to my time entries. In addition, no one from Maximus has ever asked or required me to perform work "off the clock" or during my lunch break. To my knowledge, there is no policy at Maximus requiring that customer service representatives arrive before the start of their shift in order to log into their computer, phone, and various computer programs before the shift start time. No employee of Maximus has ever instructed me to arrive at work early and begin logging into my computer, phone and computer programs before my shift begins.

16. Similarly, I am not aware of any Maximus policy requiring customer service representatives to remain at their work station while their computer is restarting, and no one from Maximus has ever instructed me to do so. In addition, I have never seen or heard of any

Initials: _Amy_

Page 4 of 6

customer service representatives remaining at their work station to wait for their computer to restart at the end of their shift.

17.    Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

a.    a lawsuit has been filed against the Company by several current and former customer service representatives who worked in Maximus call centers in various states alleging that the Company failed to properly pay them, and other call center employees, for work they performed before and/or after their shifts;

b.    I am within the group of individuals the plaintiffs seek to represent in that case;

c.    as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

d.    the attorney I spoke with represents only Maximus, and does not represent me or other employees of the company;

e.    speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

f.    it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

g.    I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

Initials:

h.      the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

18.     I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so. I attest to the facts in this declaration voluntarily and of my own free will.

I declare under penalty of perjury under the laws of the United States of America and the State of Louisiana, that the foregoing is true and correct.

Date: 11/16/2021

_____
Signature

_____
Printed Name

Initials: