## DECLARATION OF VALERIE SHACKLEFORD

I, Valerie Shackleford, declare and state as follows:

1.      I am over the age of 18 and am otherwise competent to testify. I have personal knowledge of the facts stated in this declaration.

2.      I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its facility located at 1002 Arthur Drive, Lynn Haven, Florida. I have been employed by the Company at this location for approximately 20 months, since March 9, 2020.

3.      My current job title is "Customer Service Representative Tier 1 for Medicare." I have worked in this position the entire time I have been with the Company.

4.      My primary job duty as a customer service representative is to answer telephone inquiries from Medicare beneficiaries about their coverage and help them enroll in Medicare advantage or prescription plans.

5.      My normal work schedule is 7:30AM-4:00PM, Tuesday through Saturday. I take a 30 minute unpaid lunch break each day. The time varies when I take my lunch break depending on whether I am on a call when my break is scheduled to begin. I also take two paid 15 minute breaks, one in the morning and one in the afternoon. When I take my lunch break, I go into an AUX 01 code (but I do not log out). When I return from lunch, I go into "ready" status. When I go on my breaks I go into an AUX 31 code for my first break, and AUX 32 code for my second break. I normally work approximately 41 hours per week at Maximus. I'm scheduled for 40 hours, but often times my calls run over at the end of my shift and I receive approximately an hour of overtime each week.

6.      I am familiar with the policies and procedures in place at the call center location where I work based on my work experience with the Company. I have received training on

Initials: VDS

Company policies regarding timekeeping, meal breaks, work hours and overtime and these policies are also available on the CCO Connection portal.

7.    At my location, customer service representatives are expected to login no later than their scheduled start time, but may log in up to 3 minutes prior to their scheduled start time if they want to, but it's not required. I have a 3-minute grace period to get logged into the system and all programs before I start taking calls. My scheduled start time is 7:30AM. I usually log in at 7:30AM, and from 7:30AM, to 7:33AM is my time to get logged into the system. At 7:30AM I log in to the computer, and open up and load the programs WFO, email, NGD and the program for customer surveys.

8.    I typically arrive at the facility around 7:15AM, but sometimes later depending on traffic. I travel approximately an hour and twenty minutes to work, so I arrive at different times depending on the traffic. After arriving at the facility, I pass through security, go to my locker, use the restroom, and get ice for my water. Then I go to my desk. Once I get to my desk I log in, wait for my computer to boot, and open the applications WFO, email, NGD and customer survey. This process takes approximately three minutes.

9.    Sometimes there is an issue logging into NGD. If there is an issue logging into NGD, I send a Microsoft Teams message to my supervisor that I am having an issue logging in, and the supervisor assists me. I will then send an exception to my supervisor that she submits for me so the time I started working is accurately recorded. My experience has always been that if there is trouble logging into NGD, I just send my message to my supervisor through Microsoft Teams informing her that I cannot login, and she puts in my exception and any time spent troubleshooting the login issue has always been accurately recorded.  When I am ready to take a call, I toggle my phone to "ready" status. The time my first call comes in varies based on call

Initials: VDS

volume. Sometimes the calls come it right away, and other times the calls take longer (up to 15 minutes) after I indicate that I am ready to take calls. There is no ability to save passwords or usernames and we have to type them in each time we log in. We have to change our passwords every so often.

10.    I am not expected to begin logging in to my computer, computer programs, or the phone system, prior to the start of my scheduled shift.

11.    I experience technical issues with my computer or any of the programs I use approximately once per month on average, typically with the applets within NGD when I am on calls with beneficiaries. Some months it's more frequent, and some months there are no problems at all. Sometimes I am able to troubleshoot the issue myself while on the call, in which case I log out, delete cookies and clear the cache. When I do this I am still logged in through the phone and am on the clock and I am paid for all time I spend troubleshooting. There has never been a time I have not been paid for the time spent troubleshooting a computer issue. My supervisor helps troubleshoot any issue at the beginning of a shift or during a shift if necessary, and will submit an exception if my time is not logged properly due to a computer issue. I have always been paid correctly for any time spent troubleshooting a computer issue.

12.    My lunch break typically is scheduled for 11:45AM-12:15PM, but we are permitted to take lunch 5 minutes earlier if we are not on a call. If I'm on a call during my scheduled lunch break, I will finish my call and then take my 30 minute lunch break after I complete the call. I know what time my scheduled lunch break is because I review my schedule each day when I come in to work. During COVID we have been permitted to eat at our desk. But I usually go out to my vehicle during my lunch break because I need the time to myself.

Initials: ____

13.    I have had to perform work during part of my scheduled lunch break for a short duration because a call went a few minutes long on a number of occasions.  On those occasions, I finish my call, and then take my full 30-minute lunch break. I am on the clock and paid for time I spent on calls during my scheduled lunch break.  Once, when I was getting set up to work from home during COVID, I forgot to take my lunch break. I informed my supervisor that I forgot to take my lunch break and my supervisor told me to enter the time as overtime, which I did and I was paid overtime for the missed lunch break.

14.    Five minutes before the end of my shift (3:55PM) I toggle my phone to AUX 03 "not ready" status. This code puts me off phone duty, but I am still on the clock, I just don't receive any new calls during this period. During the time I am in AUX 03 "not ready" status, I enter/clarify/edit call notes and close out my calls in NGD. If I am currently on a call, I still toggle my phone to AUX 03 "not ready" status at 3:55PM, but I finish up that call and enter/clarify/edit call notes and close out my calls after the call is finished. Once I have finished the notes and closed out my calls in NGD I start the log out process. It takes me approximately a few seconds to log out of NGD, log out of the WFO program, and log out of the customer survey program. I then log out of the phone and re-start my computer.  It takes me approximately 15 seconds to log out of the phone system, and usually a few seconds to re-start my computer. Sometime when I go to re-start my computer, there is application or applications still running in the background, and I get a message asking if I want to "re-start anyway" that requires me to click another button ("restart anyway"). Even when this happens, the whole log out process takes under one minute. I do not stay at my work station while my computer is restarting.

15.    I record the hours I work each day and each week in a program called "Deltek." For each day I work, I personally enter my time by entering the amount of hours I worked. When

Initials: ___

calculating hours worked, I base my start time on the time at which I sign in via NGD. I base my end time on the time at which I sign out of NGD. If have issues signing in to NGD, I send a Microsoft Teams message to my supervisor and submit an exception my supervisor so my start time reflects when I tried to sign into NGD. There has never been a time when an exception I submitted has not been approved.

16.    To my knowledge, no one from Maximus has ever made downward adjustments to my time entries. In addition, no one from Maximus has ever asked or required me to perform work "off the clock" or during my lunch break. To my knowledge, there is no policy at Maximus requiring that customer service representatives arrive before their start of their shift in order to log into their computer, phone, and various computer programs before the shift start time. No employee of Maximus has ever instructed me to arrive at work early and begin logging into my computer, phone and computer programs before my shift begins.

17.    Similarly, I am not aware of any Maximus policy requiring customer service representatives to remain at their work station while their computer is restarting, and no one from Maximus has ever instructed me to do so. In addition, I have never seen or heard of any customer service representatives remaining at their work station to wait for their computer to restart at the end of their shift.

18.    Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

a.    a lawsuit has been filed against the Company by several current and former customer service representatives who worked in Maximus call centers in various states

Initials: _JDS_

alleging that the Company failed to properly pay them, and other call center employees, for work they performed before and/or after their shifts;

b.    I am within the group of individuals the plaintiffs seek to represent in that case;

c.    as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

d.    the attorney I spoke with represents only Maximus, and does not represent me or other employees of the company;

e.    speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

f.    it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

g.    I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

h.    the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

19.    I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so.  I attest to the facts in this declaration voluntarily and of my own free will.

Initials: _____

I declare under penalty of perjury under the laws of the United States of America and the State of Florida that the foregoing is true and correct.

Date: 11-16-21

_Valerie D. Shackleford_
Signature

_Valerie D. Shackleford_
Printed Name

Initials: VDS