## DECLARATION OF VALERIE WHITE

I, Valerie White, declare and state as follows:

1.      I am over the age of 18 and am otherwise competent to testify. I have personal knowledge of the facts stated in this declaration.

2.      I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its call center facility located at 5912 Highway 49, Suite H3, Hattiesburg, MS 39401. I have been employed by the Company at this location since November 2018. Before then, I worked for approximately five and a half years as a call center representative for a company called GDIT, which Maximus acquired in or around November 2018.

3.      My current job title is "Customer Service Representative II - Marketplace." I have worked in this position the entire time I have employed with Maximus. The project I support in this call center, along with the other customer service representatives, is known as "CCO," which stands for Contact Center Operations.

4.      My primary job duty as a Marketplace customer service representative is to answer telephone inquiries from consumers who call with questions about Affordable Care Act Marketplace health insurance, specifically concerning topics like eligibility, benefits availability, and enrollment.

5.      My work schedule is Monday through Friday, 8:00 a.m. to 4:30 p.m. During each shift, I have a 30-minute unpaid meal break and two 15-minute paid breaks. I am scheduled to work approximately 40 hours per week at Maximus.

6.      I am familiar with the policies and procedures in place at this call center based on my work experience with the Company and training I have received. When I became a Maximus employee in November 2018, I received orientation training that covered, among other topics, my

Initials: _Vw_

job duties, how to record and review my work hours, and overtime, including how to calculate overtime hours each workweek. In addition, I receive periodic training throughout each year that covers topics related to our job duties as customer service representatives, and at least once per year I receive a "refresher" training about accurately recording work time, including overtime, in Deltek, the program we use to enter our daily and weekly work hours. Also, supervisors and managers are available at the call center to answer any questions I may have about specific policies, procedures, or practices.

7. I typically arrive in the parking lot at approximately 7:55 a.m., five minutes before my shift starts, and then walk into the building, clear security, and go straight to my desk. I usually get to my desk at 8:00 a.m., when my shift begins.

8. My computer is already on when I arrive, so I only need to unlock the computer by pressing "control+alt+delete" and entering my employee ID and password, which takes less than 5 seconds. Next, I set up the computer programs that I use throughout the day. I open a "Edge Icon" window that contains all of the programs, and first open Next Generation Desktop (NGD) by entering "PGSMS" (my username) and number code. I open NGD first because it automatically logs me into my phone, which is what I base my start time on when calculating my work hours for the day. Opening NGD takes me no more than 5 seconds. Next, I open WFO, our scheduling program, which uses the same credentials that I use to unlock my computer; it also takes me less than 5 seconds to open WFO. I then open Outlook for my emails. My user credentials for Outlook are already saved because I sit at the same computer each day, so all I have to do is click on the Outlook icon and it automatically opens up. Microsoft Teams automatically opens when I unlock my computer, also because I sit at the same computer each day. The last program I open is Welcome Script, which is the language we use whenever we answer a new call from a consumer;

Initials: VW

I leave that for last because I can do it even while answering the first call. I do not have to separately log into my phone because that automatically happens when I log in to NGD.

9.      In total, it takes me less than one minute to unlock the computer and pull up all of the programs I need, even though Maximus gives customer service representatives three minutes at the beginning of the shift to open and log into the programs before they are expected to take their first call.

10.     The phone has codes that we use to indicate when we are ready to take calls, when we are not ready to receive calls, when we have training, when we are experiencing a technical issue, or when we are on break. For example, "Auto In" is the button I press to indicate I am available to take calls. "Aux 03" is the code that indicates that I am "off the phone" and not ready to take calls. I use "Aux 03" in the morning when I am opening all of the programs on my computer. Once I am logged into the computer and the programs, I push "Auto In" to put my phone in "Available" mode to take calls. Depending on the call volume, I may receive a call immediately or I may wait as long as five minutes before a call comes in to my phone.

11.     At the Hattiesburg call center, customer service representatives are not expected to begin logging in to the computer, programs, and phone before the start time of their shift. In fact, we are told that we should not log in to the computer any earlier than two minutes before the start time of our shift. There is a policy at the Hattiesburg that prohibits customer service representatives from performing any work before the shift begins. If a customer service representative were to log in any earlier than two minutes before his or her shift, he or she would receive coaching, and if this happened repeatedly, he or she could be disciplined. Supervisors regularly remind us during team meetings that we are not supposed to log in early and that the first

Initials: Vw

three minutes of our shift are the window of time in which we should be logging in to the computer and programs.

12.     I experience technical issues with my computer or the programs I use from time to time, perhaps once every five or six months. If there is any issue that I cannot resolve quickly, I put my phone into "Aux 08" mode (indicating a technical issue) to stop receiving calls and contact my supervisor. The supervisor may try to help me troubleshoot the issue and may also get technical support from LSA, which is our IT department. When I am in "Aux 08" mode, I am still on the clock and am paid for the entire time I spend reporting and troubleshooting the technical issue.

13.     My lunch break is scheduled halfway through my shift, typically from 12:00 p.m. to 12:30 p.m. I check my lunch break and other break times in WFO each morning, because it may occasionally change. When I see that it is getting close to 12:00 p.m., I wrap up whatever call I am on and put my phone into "Aux 01" mode (indicating lunch) to stop receiving calls. I then lock my computer by pressing "Windows+L" together and leave my desk. During my lunch break, I usually go sit in my car or go to the food court, and use that time to catch up on phone calls, check in with my family, and listen to music. I usually start heading back into the building approximately 5 minutes before my lunch ends so that I have time to visit the restroom and walk back to my desk.

14.     I always take my full 30-minute lunch. Once I am back at my desk, I do not start taking phone calls until my entire 30 minutes are up. For example, if I went to lunch at 12:00 p.m. and am back at my desk by 12:27 p.m., I wait until 12:30 p.m. to unlock my computer and put my phone back into "Auto In" mode to be available for calls.

Initials: Vw

15.    At the end of each shift, there is a two minute window during which I can take myself off the phone by going into "Aux 03" mode so that I can enter my time and close out of all of the computer programs before leaving.

16.    I record the hours I worked each day in a program called "Deltek." To do this, I first select and click the Deltek icon and enter the same log-in credentials that I use to unlock my computer. Because I sit at the same desk every day, the "Maxcorp" field and employee ID automatically appear and I only have to enter my password, so it takes me less than 5 seconds to open Deltek. For each day I work, I personally enter my time by typing in the total number of hours that I worked. When calculating hours worked, I base my start time on the time at which I opened NGD (which logs me into my phone). I base my end time on the time at which I will leave after locking the computer, which is usually 4:30 p.m. If I am on a call with a consumer at the end of my shift and need to stay a few minutes past the end of my shift, I complete the call and then proceed with the process described above. I make sure that I record the additional work time in my daily timesheet in Deltek.

17.    After logging my work time for the day, I close out of NGD, WFO, and other program windows, which takes me at most 5 to 10 seconds. The last thing I do before leaving at the end of my shift is click on the Windows icon and select "restart" on the computer and log out of my phone by pushing one button called "Log Out." After I log out of my phone, I do not have to sit at my desk and wait for my computer to finish restarting. I simply collect my things and go home. The entire process of entering my time, closing my programs, restarting my computer, and logging out of my phone takes about one to two minutes, so I typically leave my desk and leave the building by 4:30 p.m., which is when my shift ends. Maximus does not require that I shut down or power off my computer at the end of my shift, and I am not required to remain at my desk

Initials: VW

for the restart process to finish.  Nobody at Maximus has ever told me to sit at my desk and wait for my computer to restart.

18.     I occasionally work overtime during the beginning of the open enrollment period, which begins November 1 each year and usually ends December 15, but this year extends through January 15.  I typically volunteer to work overtime during open enrollment two to three times each year, as full 8-hour shifts on a Saturday or Sunday.  I also may work mandatory overtime for one additional weekend shift towards the end of the open enrollment period, but only if required. Whenever I work any overtime, whether voluntary or mandatory, I am paid one-and-one-half times my regular pay rate for all hours in excess of 40 in a work week.  Whenever I work overtime, I follow the same process at the start of my shift, lunch break, and end of my shift described above.

19.     No one from Maximus has ever asked or required me to perform work "off the clock" or to work during my lunch break.  If I happen to be on a call that goes past the start time of my scheduled lunch break, I still get a full 30-minute lunch once I am off that call.    Further, nobody at Maximus has ever made downward adjustments to the work hours I recorded.

20.     Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

a.     a lawsuit has been filed against the Company by several current and former customer service representatives who worked in Maximus call centers in various states alleging that the Company failed to properly pay them, and other call center employees, for work they performed before and/or after their shifts;

b.     I am within the group of individuals the plaintiffs seek to represent in that case;

Initials: VW

c.      as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

d.      the attorney I spoke with represents only Maximus, and does not represent me or other employees of the company;

e.      speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

f.      it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

g.      I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

h.      the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

21.     I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so.  I attest to the facts in this declaration voluntarily and of my own free will.

I declare under penalty of perjury under the laws of the United States of America and the State of Mississippi that the foregoing is true and correct.


Date: November 12, 2021

_Valerie White_
Signature

_Valerie White_
Printed Name

Initials: VW

Page 7 of 7