# DECLARATION OF VANETTA A. SIPLES

I, Vanetta A. Siples, declare and state as follows:

1.     I am over the age of 18 and am otherwise competent to testify.  I have personal knowledge of the facts stated in this declaration.

2.     I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its facility located at 1002 Arthur Drive, Lynn Haven, Florida.  I have been employed by the Company at this location since September of 2013. I have worked for various entities that have since been acquired or merged into what is currently Maximus, Inc. for a total of 8 years.

3.     My current job title is "Customer Service Representative, Internal Support Group (ISG)." I have worked in this position since approximately 2015 or 2016.  Before that, I was a "Customer Service Representative, Tier One" from approximately September 2013 until I became an ISG in 2015 or 2016.

4.     My primary job duty as a customer service representative is to answer telephone inquiries from consumers about Marketplace health plans, dental plans, and vision plans. I also help enroll consumers in those plans.  I am also a member of ISG Task Force. As a member of the ISG Task Force, I assist new hires get familiar with scripting and how to assist consumers. The ISG Task Force is part of the Company's Early Life Program for new hires.  In this role, I shadow new hires on phone calls, while muted, and assist them as necessary while they are taking calls from consumers.

5.     I work Monday to Friday, 7:00AM to 3:30PM. My first break is from 9:30AM-9:45AM. I take a lunch break from 11:30AM-12:00PM. I take my last break from 1:30PM-1:45PM. My work schedule is typically the same, unless I volunteer for overtime. I normally work approximately 40 hours per week at Maximus, unless I volunteer for overtime.  I typically

Initials: _VS_

don't volunteer for overtime, but I do sometimes. For example, I volunteered to work overtime for two weeks after the upcoming Thanksgiving holiday. Sometimes I am also scheduled for mandatory overtime, which the Company lets me know about ahead of time. Whenever I work overtime, I am paid overtime for those hours. If I work overtime that occurs after 7pm, I also receive a 10% overtime premium on top of the normal overtime rate. I have always been paid properly when I work overtime hours.

6.    I am familiar with the policies and procedures in place at the call center location where I work based on my work experience with the Company. The Company has Standard Operating Procedures (SOPs) that are accessible to employees in CCO Connect. We also receive training on timekeeping procedures, entering time, meal breaks and overtime procedures.

7.    At my location, customer service representatives are expected to log in no later their scheduled start-time. We are allowed to log in 2 minutes prior to our scheduled shift, but are not required to. After logging in, I have a three-minute grace period, for which I am paid, to sign into all the programs necessary to take calls. The programs I log into are NGD, Outlook and WFO.

8.    I typically arrive at the facility around 6:30AM. After arriving at the facility, I exit my car around 6:45AM and enter the building at that time. I go through security, show my vaccination card, and proceed to my locker. After I put my belongings in my locker, I go to my desk. I usually log in to my computer around 6:58AM. I log in in to the computer, which is already powered on, by typing my username and password. After I log in the computer, I log in to NGD, Outlook and WFO. It takes me approximately five minutes to log in to my computer, log in to NGD, log in to Outlook, log in to WFO, and log in to the phone system, unless there are technical issues. When I am ready to take a call, I toggle my phone to "ready" status. This

Initials:

process takes a couple of seconds to complete.  My first call usually comes in approximately a few minutes after I indicate that I am ready to take calls. However, depending on call volume, sometimes I don't get my first call until 7:10AM. If I am having technical issues, I put my phone is "AUX 08" status, and let my supervisor know that I am having problems logging into NGD. My supervisor will assist in getting me the help I need to troubleshoot the technical issues. While my phone is in "AUX 08" status, no calls are directed to me.

9.      I am not expected to begin logging in to my computer, computer programs, or the phone system, prior to the start of my scheduled shift.  In fact, the earliest I am allowed to login in is 2 minutes prior to my shift. If I elect to login in two minutes early, I indicate on my timesheet that I logged in 6:58AM and I am paid for that time.

10.      I do not often experience technical issues with my computer or any of the programs I use.  For example, in the last year, I recall technical issues occurring only four or five times.  If I do experience any technical issue, like a program freezing, I'll clear my cache and cookies.  If that doesn't resolve the issue, I notify my supervisor and toggle my phone to "AUX 08" for the period it takes to resolve the issue. Even though I am not on the phone and actively handling calls during any down time due to a technical issue, I am still clocked in and I get paid for the time that I have to troubleshoot any computer issues.

11.      My lunch break typically is scheduled for 11:30AM-12:00PM. My lunch break is 30 minutes long.  I know what time my scheduled lunch break is because I review my schedule each day when I come in to work. As soon as it's 11:30AM, I toggle my phone to "AUX 01", and press Control/Alt/Delete to lock my screen which takes a few seconds. If I am still on a call assisting a consumer at 11:30AM, I will toggle the "AUX WORK" button which puts my phone in "pending status."  This alerts the system not to send another call to me after I finish the current

Initials: VS

call. While in pending status, I remain logged in/clocked in, but it alerts the system not to route additional calls. I prepare notes after every call, and when I finish with my notes I toggle "AUX 01" to log out. I am allowed to eat at my work station, but I usually go outside and spend my lunch break in my car or I go outside and sit by the water.

12.    I have never had to work through my lunch break.

13.    At the end of my shift, if I am not on a call with a consumer, I toggle my phone to "not ready" status (i.e. "AUX 03"), I complete my time card, clear the cache and cookies, log out of the computer programs (NGD and WFO), and re-start the computer.    It takes me approximately a few seconds to log out of NGD and WFO. Then I re-start the computer. Once I re-start the computer, the phone automatically logs out.    If, for some reason it doesn't automatically log out, there is a button to hit on the phone to log out of the phone and this takes a few seconds. If I am on a call with a client at the end of my shift, I complete the call and then proceed with logging out as described above.    It takes approximately 10 seconds to restart my computer.  I typically restart my computer after logging out.  Maximus does not require that I stay while the computer re-starts and I am free to leave as soon as I initiate the re-start process.

14.    I record the hours I work each day and each week in a program called "Deltek." For each day I work, I personally enter my time by logging into Deltek and entering the number of hours I worked that day. When calculating hours worked, I base my start time on the time at which I log in to the computer.  I base my end time on the time at which I log out of my computer. When I first started with the Company, I received training on how to record my time and the proper codes for recording time. I also get refresher training on time keeping procedures throughout the year. If I ever have any questions about any policies or procedures, I can ask my

Initials: _____

supervisor. The Company has an "open door" policy where we can always ask a supervisor if we have any questions.

15.    To my knowledge, no one from Maximus has ever made downward adjustments to my time entries. In addition, no one from Maximus has ever asked or required me to perform work "off the clock" or during my lunch break. To my knowledge, there is no policy at Maximus requiring that customer service representatives arrive before their start of their shift in order to log into their computer, phone, and various computer programs before the shift start time. No employee of Maximus has ever instructed me to arrive at work early and begin logging into my computer, phone and computer programs before my shift begins.

16.    Similarly, I am not aware of any Maximus policy requiring customer service representatives to remain at their work station while their computer is restarting, and no one from Maximus has ever instructed me to do so.

17.    Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

a.    a lawsuit has been filed against the Company by several current and former customer service representatives who worked in Maximus call centers in various states alleging that the Company failed to properly pay them, and other call center employees, for work they performed before and/or after their shifts;

b.    I am within the group of individuals the plaintiffs seek to represent in that case;

c.    as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

Initials:

d.     the attorney I spoke with represents only Maximus, and does not represent me or other employees of the Company;

e.     speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

f.     it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

g.     I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

h.     the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

18.    I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so.  I attest to the facts in this declaration voluntarily and of my own free will.

I declare under penalty of perjury under the laws of the United States of America and the State of Florida that the foregoing is true and correct.

Date: 11-15-2021

_____
Signature

Vanetta Siples
_____
Printed Name

Initials: VS