## DECLARATION OF VINCENT TYRE

I, Vincent Tyre, declare and state as follows:

1.     I am over the age of 18 and am otherwise competent to testify.  I have personal knowledge of the facts stated in this declaration.

2.     I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its facility located at 3020 US Highway 301 S, Riverview, FL.  I have been employed by the Company at this location since February 2017, and I was previously employed by the Company at its Lynn Haven, Florida location since approximately October 2014.

3.     My current job title is "Customer Service Representative – Dual", dealing with customers for the Marketplace for the Affordable Care Act Exchanges and Medicare.  I have worked in this position since 2018. Prior to 2018, I only worked as a CSR for the ACA Exchanges.

4.     My primary job duty as a customer service representative is to answer telephone inquiries and assist consumers with enrollment, addressing discrepancies with data matching issues (if people need to send documents in for income or integration status, to make sure that their information is accurate and to make sure they don't lose their tax credit or adversely affect their immigration status), and any other concerns they may have about their ACA plans, and with respect to Medicare, assisting with enrollment in plans/Medicare Advantage, making sure they are getting the benefits they need from their plans, claims (going over denied claims), basically whatever they call for we make sure they get their needs satisfied. When I was at Lynn Haven, I only handled ACA Exchange callers, and the above were the same duties I performed.

5.     I work Monday to Friday, 7:30am to 4pm at Riverview. At Lynn Haven, my schedule varied, at one point it was 7am to 3:30pm (and I worked Thursday-Monday) and then they had a shift change, and afterwards I worked 8:30am-5pm Monday to Friday until I switched

Initials:

to my current location. I normally work approximately 40 hours per week at Maximus. I do not put in for overtime, but we do have mandatory days for overtime when open enrollment begins for ACA Exchanges and Medicare. I occasionally work additional time if a call runs long at the end of my shift, and I always put that time in for overtime for time spent past the end of my scheduled shift. I have always been paid overtime for hours worked over 40 hours at a rate of 1.5x my hourly rate. This was the same at Lynn Haven, except that I did not handle Medicare open enrollment at that time (but I received about the same amount of overtime at Lynn Haven as at Riverview).

6.      I am familiar with the policies and procedures in place at the call center location where I work based on my work experience with the Company. They also send out emails showing how to calculate your overtime pay, and they show the policies when you put your time in at the end of your day. My supervisor also let me know how and when to enter time, and if I had any questions, I could always ask my supervisor.

7.      I typically arrive at the facility at 7:05am/7:10am, I will sit in the car until 7:15am and then start to walk into the facility. The first thing I do is walk to the breakroom (this takes about 2 minutes) and put my bag up and put my food and soda in the refrigerator (this takes about 1 minute). After that, I get my headset and will stop off at the bathroom and see what's going on and then walk to my desk (this takes about 3 minutes total). Once I am at my desk, I log into the computer (the computer is already on), I type in my employee number and password (the length of time this takes depends on the computer but is usually a few seconds). The first thing I do is open my email (I click on Outlook and log in (this takes about 5 seconds), I check WFO (I also have to log into that, which takes another 5 seconds or so) for my schedule, CCO Cloud (this takes about 5 seconds to login to) and MyLearning (this takes 5 seconds too) (to make sure if I have any training). After that, I check the time, and if it's 7:28am, I will log into NGD (which takes about

Initials: _UDL_

one minute to log into and get running). I then wait until 7:33am to put my phone in "Auto-In" and wait for a call (during this time, I might say good morning with coworkers on Microsoft Teams, and otherwise just wait for 7:33am). My first call usually comes in approximately 15-30 minutes after I indicate that I am ready to take calls. However, if ACA Exchange calls are particularly busy, we might get ACA Exchange calls from other locations, and I might start getting those calls after about 5-10 minutes.

8. When I was at Lynn Haven, I arrived early to get a good parking space. I didn't sit in the car because I had to get out and go. I would walk to the breakroom to put my bag and lunch up (this would take about 5 minutes) and then find my seat (we had assigned seats) (this took a couple of minutes). Once I was at my seat, I would open my email (I click on Outlook and log in (this took about 5 seconds), I would check WFO (I also have to log into that, which took another 5 seconds or so) for my schedule, and MyLearning (this took 5 seconds too) (to make sure if I had any training). I then logged into NGD and waited for my shift to start, and then would switch my phone to Auto-In. My first call might take up to 30 minutes to come in.

9. At my location, customer service representatives are expected to be logged in and ready by the time the WFO states (my WFO states that I need to be Auto-In and ready to take calls by 7:33am). There are policies in place that prohibit logging in before the start of our shift. We also have a six-minute grace period (i.e., we could log in to NGD by 7:36am otherwise we are considered late). These policies were also in place at Lynn Haven during my time there.

10. I am not expected to begin logging in to my computer, computer programs, or the phone system, prior to the start of my scheduled shift. In fact, we have team meetings where the managers will discuss timekeeping procedures with us (particularly if there is a trend of people logging in too early or too late). I have not observed my coworkers logging in early.

Initials: _____

11.    I occasionally experience technical issues with my computer or any of the programs I use. I might need to try to log in multiple times (because the system does not recognize my employee number or password), which may take a few minutes. It doesn't happen a lot, and usually only happens when I change desks (maybe twice a month). If I experience issues that prevent me from logging in on time, I will send my supervisor a message about the difficulties and they will adjust my timesheet. Beyond log-in issues, in the last year, I recall technical issues occurring with NGD or other programs 3-4 times per week (but this depends on the system).  If I do experience any technical issue, like a program freezing, I will try to refresh the computer, or log out and log back in, then I'll delete my cookies and cache, and then I go into "Aux08" (for technical issues) contact my supervisor to let her know I'm having issues. My supervisor will then come check it out, and if she can't figure it out, she'll send a ticket to IT, and then IT will come back in and fix the issue. Even though I am not on the phone and actively handling calls during any down time due to a technical issue, I am still clocked in and I get paid for the time that I have to troubleshoot any computer issues. When I was at Lynn Haven, we also had technical issues (particularly with NGD) with being logged out of our computers or the phones would die (which affected everyone), and we were always paid while waiting for technical issues to be resolved.

12.    My lunch break typically is scheduled for 11am-11:30am.   I know what time my scheduled lunch break is because I review my schedule in WFO each day when I come in to work. There is a 6 minute grace period where I can finish taking my lunch up to 6 minutes after it is scheduled to end. However, if a call runs long, I can take my lunch whenever the call ends for a 30 minute period. I have also been informed by my supervisor that I have to take a lunch, as I am not paid for that time. While I'm on my last call before my lunch, I'll switch my phone to "Aux01" (the code for lunch). When the call ends, I lock my computer (which takes a couple of seconds),

Initials: _VJL_

walk to the bathroom (which takes about 2 minutes), then I walk to the breakroom (which takes about a minute), warm up my lunch (30 seconds at the most), eat my lunch in the breakroom, and then hang out in the breakroom until my lunch is over. While I was at Lynn Haven, I also took my lunch in the breakroom (it probably took about 3 minutes to walk to/from the breakroom at Lynn Haven).

13.    I have never had to work through my lunch break at Riverview or Lynn Haven. In fact, when I first started, my supervisor explained to me that I was required to take a lunch break.

14.    At the end of my shift, if I'm on a call, I will switch to Aux03 at 3:50pm (if I think the call is going to run long, which would usually be an ACA Exchange call, as they can take a while) or at 3:55pm (if I am handling a Medicare call, as they are typically shorter). Once that call is over, I am automatically switched to Aux03, I then close out my scripts and all of WFO, Microsoft Outlook/Teams and MyLearn (which takes a couple of seconds because I'm just clicking on the "x" button), close out the call on NGD and logout on NGD. I then restart the computer and wait until 4pm and log out of the phone. If I do not get a call by about 3:57pm, I will switch to Aux03 and then start closing out the programs. Once I click restart, I do not need to wait for it to restart, I just need to wait until it is my time to log out of my phone and my shift to end and I will log out of my phone and leave at 4pm.

15.    I record the hours I work each day and each week in a program called "Deltek." For each day I work, I personally enter my time by clicking on the timesheet – which I usually do during lulls in my day and put in my 8 hours for the day. If I have to work past 4pm, I still put in my 8 hours for the day, I put in the overtime code and will look at the clock and will put in my extra time for the day and then will code my time for overtime at the end of the week. When

Initials: _____

calculating hours worked, I base my start time on the time at which I log on to NGD (which logs me into the phone), and I base my end time on the time at which I log out of my phone.

16. To my knowledge, no one from Maximus has ever made downward adjustments to my time entries. In addition, no one from Maximus has ever asked or required me to perform work "off the clock" or during my lunch break.

17. Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

a. a lawsuit has been filed against the Company by several current and former customer service representatives who worked in Maximus call centers in various states alleging that the Company failed to properly pay them, and other call center employees, for work they performed before and/or after their shifts;

b. I am within the group of individuals the plaintiffs seek to represent in that case;

c. as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

d. the attorney I spoke with represents only Maximus, and does not represent me or other employees of the company;

e. speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

f. it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

Initials: _____

g.    I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

h.    the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

18.    I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so.  I attest to the facts in this declaration voluntarily and of my own free will.

I declare under penalty of perjury under the laws of the United States of America and the State of Florida that the foregoing is true and correct.

Date: 11/15/2021

_____
Signature

_____
Vincent Tyre
Printed Name

Initials:

Page 7 of 7