## DECLARATION OF YARELI RAMIREZ

I, Yareli Ramirez, declare and state as follows:

1.      I am over the age of 18 and am otherwise competent to testify.  I have personal knowledge of the facts stated in this declaration.

2.      I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its facility located at 4335 Paredes Line Road, Brownsville, Texas.  I have been employed by the Company at this location since October 2019.

3.      My current job title is "Customer Service Representative."  I have worked in this position the entire time I have been with the Company.

4.      My primary job duty as a customer service representative is to answer telephone inquiries from agents or beneficiaries about applying for healthcare coverage, modifying applications, and general questions about their healthcare plans.

5.      I normally work Monday through Friday, arriving at 8:15 a.m., working until 11:45 a.m., then take a half-hour lunch break, then work from 12:15 p.m. to 4:45 p.m.  I also take two paid breaks each day at 9:45 a.m. and at 1:45 p.m.  I normally work approximately 40 hours per week at Maximus.

6.      I am familiar with the policies and procedures in place at the call center location where I work based on my work experience with the Company, including those policies and procedures regarding timekeeping, meal breaks, work hours, overtime.

7.      At my location, customer service representatives are expected to begin logging in to his/her computer, various programs, phone, and be on "call ready" status to take the first call within three minutes after their shift.

Initials _____

8.      I typically arrive at the facility at 8:00 a.m.  After arriving at the facility, I wait in my car, prepare my phone and mask for the day, and sit down at my desk at 8:15 a.m.  My computer is already on when I arrive to work.  I log into my computer (this takes a few seconds), open my credentials for AWS (this takes less than a minute), log into my phone through Avaya (this takes a few seconds), and then I switch my phone to "Aux-03" (this take a few seconds).  I then open Microsoft Teams (this also takes a few seconds), my email (this takes a few seconds), and NGD (this takes a few seconds).  It takes me approximately two-and-a-half minutes to log into and open the aforementioned programs.  When I am ready to take a call, I toggle my phone to "ready" or "Auto-in" status.  This process takes approximately one second to complete.  My first call usually comes in approximately five minutes after I indicate that I am ready to take calls.

9.      I am not expected to begin logging in to my computer, computer programs, or the phone system, prior to the start of my scheduled shift.  In fact, I am aware that there are policies prohibiting pre-shift work.

10.      I sometimes experience technical issues with my computer and the programs I use.  In the last six months, I recall technical issues occurring only a few times.  If I do experience any technical issue, like a program freezing, I clear my cookies and cache.  I have not experienced any technical issue that I was unable to resolve myself—I have never had to call a supervisor for further assistance with a technical issue.  Even though I am not on the phone and actively handling calls during any down time due to a technical issue, I am still clocked in and I get paid for the time that I have to troubleshoot any computer issues.

11.      My lunch break typically is scheduled for 11:45 a.m., about halfway through my shift.  My lunch break is 30 minutes long.  I know what time my scheduled lunch break is

Initials: _____

because I review my schedule each day when I come in to work. Before I go to lunch, I wrap up the call that I am on, put my phone into "lunch" status and finish up any call notes, lock my computer, which takes five seconds, and leave my work station. During this break, I eat my lunch in my car or at a restaurant.

12. I have only had to perform work during part of my lunch break only two times, and that was for a short duration because a call went a few minutes long. On that occasion, I wait until the call is finished and then take my full 30 minute break. I was paid for additional time I spent on the call.

13. At the end of my shift, if I am not on a call with a client, I toggle my phone to "Aux-03" status and log out of my computer programs. It takes me approximately one minute to log out of all of my computer programs. I then log out of my phone, which also takes about one minute. If I am on a call with a client, I complete the call and then proceed with logging out as described above. Maximus requires that we restart our computers at the end of each shift, but I do not stay at my work station while my computer is shutting down. It takes approximately one second to restart my computer.

14. I record the hours I work each day and each week in a program called "Deltek." For each day I work, I personally enter my time by calculating my daily houses and I do so on a daily basis. I electronically sign off on my time every Friday and my supervisor then approves the time. When calculating hours worked, I base my start time on the time at which I begin logging into my computer and my phone. I base my end time on the time at which I log out of Avaya. I received training and reminders regarding the timekeeping practices.

15. To my knowledge, no one from Maximus has ever made downward adjustments to my time entries. In addition, no one from Maximus has ever asked or required me to perform

Initials: \\M\\

work "off the clock" or during my lunch break. To my knowledge, there is no policy at Maximus requiring that customer service representatives arrive before their start of their shift in order to log into their computer, phone, and various computer programs before the shift start time. No employee of Maximus has ever instructed me to arrive at work early and begin logging into my computer, phone and computer programs before my shift begins.

16. Similarly, I am not aware of any Maximus policy requiring customer service representatives to remain at their work station while their computer is restarting, and no one from Maximus has ever instructed me to do so. In addition, I have never seen or heard of any customer service representatives remaining at their work station to wait for their computer to restart at the end of their shift.

17. Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

a. a lawsuit has been filed against the Company by several current and former customer service representatives who worked in Maximus call centers in various states alleging that the Company failed to properly pay them, and other call center employees, for work they performed before and/or after their shifts;

b. I am within the group of individuals the plaintiffs seek to represent in that case;

c. as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

d. the attorney I spoke with represents only Maximus, and does not represent me or other employees of the company;

Initials: _____

e.     speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

f.     it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

g.     I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

h.     the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

18.     I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so.  I attest to the facts in this declaration voluntarily and of my own free will.

I declare under penalty of perjury under the laws of the United States of America and the State of Texas that the foregoing is true and correct.

Date: 11/18/2021

_____
Signature

_____
Printed Name

Initials: _____