## DECLARATION OF YESENIA MORENO

I, Yesenia Moreno, declare and state as follows:

1.     I am over the age of 18 and am otherwise competent to testify.  I have personal knowledge of the facts stated in this declaration.

2.     I am currently employed by Maximus, Inc. ("Maximus" or the "Company") at its facility located at 4335 Paredes Line Road, Brownsville, TX. I have been employed at this location since on or about December 28, 2015.

3.     My current job title is "Customer Service Representative – Dual." I have worked in this position since approximately July or August 2020. Previously, my job title was Customer Service Representative and I started in that position when I was first hired by Maximus in December 2015. In that role, I answered telephone inquiries regarding marketplace health insurance. The project I work on in the Brownsville location is Call Center Operations or "CCO."

4.     My primary job duty as a customer service representative is to answer telephone inquiries from beneficiaries to assist them with questions about Medicare coverage and marketplace health insurance coverage. These questions involve both eligibility and enrollment. While I do answer inquiries regarding both lines of business, I typically get more inquiries regarding Medicare than marketplace.

5.     My regular work schedule is Monday through Friday, 8:00 a.m. to 4:30 p.m. I normally work approximately 40 hours per week at Maximus. During each shift, I have a 30-minute unpaid lunch break and two 15-minute paid breaks.

6.     Sometimes I will volunteer for overtime to obtain the extra pay because I have the time in my schedule. I have also been required to work mandatory overtime when call volume is high during open enrollment. I can recall being required to do this once for each open enrollment

Initials: _YM_

period. I have always been paid 1.5 times my regular rate of pay when I work overtime hours and have not had any issues with that.

7.     I feel like I am familiar with the policies and procedures in place at the Brownsville call center. At the time I was hired in 2015, I received a training that covered policies and procedures such as timekeeping, meal breaks, work hours, and overtime. I also went through another orientation when I was hired into my current position in 2020. In addition, nearly every week, I receive training for 30 minutes on Tuesdays and Thursdays regarding these policies and other procedures important to my work. We are also sometimes periodically scheduled for online training classes that may range from 30 minutes to 45 minutes on similar topics. I am paid for my time in training. If I ever have questions about the policies and practices at this call center, I can ask my supervisor, and if my supervisor isn't available I could go to a manager.

8.     At the Brownsville call center location, customer service representatives are not expected to begin logging in to the computer, programs, and phone before the start time of their shift and the three-minute grace period we are given. Nor are customer service representatives at this call center expected to be ready for the first call exactly at the start of the shift. Supervisors do not instruct us to arrive early so that they can begin logging in to their computers, programs, and phones before their shift begins. In fact, supervisors have brought it to our attention to not start working before our shift. In addition, the three-minute grace period at the beginning of the shift is used to allow customer service representatives to log in to the computer and programs.

9.     I try to arrive at the facility as early as I can, usually at about 7:56 a.m. During my shift, the parking lot is usually moderately full, so I don't have to park too far away. Once I park my car, it is between a 1 to 2 minute walk to the facility's entrance, and then approximately one minute to get my desk. Since the pandemic, we have an assigned desk so it is always the same.

Initials: _VM_

After entering the facility, I usually head straight to my desk. I then start logging into my computer and getting ready to take my first call. On most days, I start that process at 8:00 a.m. and finish before the end of the 3-minute grace period at 8:03 a.m.

10.     The process I take to log into my computer and get ready to take my calls is as follows. I first log into my computer (which is typically already on) by typing in my employer ID and password. This usually only takes a few seconds to do (though may take longer if the computer has any updates to do). I next log in to NGD (Next Generation Desktop). I do this by clicking the folder on the desktop that has the NGD icon. I then type in my username ID and password to log in. This also links me and logs me into my phone at the same time. I will also open my Microsoft Outlook email and log into WFO, both of which takes a few seconds, and both of which are in the same desktop folder as NGD. Microsoft Teams, another program I use, opens automatically. Together, each of these steps take me anywhere from one to three minutes to accomplish but I am always finished within the 3-minute grace period I am given.

11.     This is the process at my site in Brownsville (there are two sites). At the other Brownsville site, they use a different system called AWS (Amazon Workspace). There, you have to log into AWS first, and then afterward they log into NGD and their phone within AWS.

12.     There are various codes that we use on our phone to indicate when we are ready or not ready for calls. Once I am ready to take a call, I toggle my phone from "Aux03" (for the grace period) to "auto-in" status, which means I can start receiving calls. This process takes maybe not even a few seconds to complete. My first call usually comes in within a few seconds after I switch to the "auto-in" status. Back when I took marketplace calls only, it would take longer before I would receive a call and would be uncommon that I would get a call immediately, except during open enrollment when call volume was higher.

Initials: _VJM_

13.    I am not expected to begin logging in to my computer, computer programs, or the phone system, prior to the start of my scheduled shift. In fact, I know that if I did, especially if it was the first time, a supervisor might warn me if I logged in too early and remind us that we aren't supposed to be doing that.

14.    I rarely experience technical issues with my computer or any of the programs I use. The only thing I have ever experienced is getting locked out from my computer due to my password resetting. When this occurs, I let my supervisor know, and she submits a ticket to IT resolve the problem, and then my computer is unlocked for me. I can then put a note in my timesheet in the Deltek program to make sure the time spent resolving the issue is accounted for. Sometimes I will also let my supervisor know so he can assist me in making sure this is done depending on the situation or how long the issue took to resolve.

15.    My lunch break typically is almost always scheduled for 11:30 a.m. to 12:00 p.m. My lunch break is 30 minutes long. The only time I can recall it changing is if we have a meeting scheduled around the same time, which may result in the time of my break shifting, but we will still get a full 30-minute break regardless. Supervisors can also change the time of the break as needed for different types of work meetings or any other needed changes in the schedule. Typically, I bring my lunch to the facility. Since the pandemic started, I go out and eat lunch in my car. Prior to the pandemic, I used to eat in the facility's breakroom but now it is always in my car. I leave my cell phone in the car, so I may also check my phone during my lunch break.

16.    I always take my full 30-minute lunch break. I can't recall situation where I was not allowed to take my full 30-minute lunch break. When I see that my lunch time is approaching, I finish whatever call I am on and then I switch the phone to "Aux01" which indicates that I am on my lunch break. If I am actively handling a call that ends past the scheduled start time of my

Initials: _____

lunch break, I complete that call and then take a full 30-minute lunch break. Before leaving my desk to go to lunch, I have to lock my computer screen by pressing the Windows key and the "L" key, which only takes a couple seconds, if that.

17.     There is a 2-minute grace period for ending our shifts. So, at the end of my shift, if I am not on a call, I toggle my phone to "Aux03" mode so that I no longer receive calls. I do this at approximately 4:28 p.m., or approximately two minutes before my shift ends, so that I can then close out the programs, including NGD, WFO, and Microsoft Outlook. It takes me less than a minute to close all of these programs. I do this by pressing the "X" buttons in the top right corner of each program or, in NGD's case, by pressing a button to log out and then pressing the "X" I just mentioned.

18.     During this time, I also record the hours I work each day in the Deltek program. To enter my time, I enter my credentials to log in, which only takes a few seconds to do. For each day I work, I personally enter my time by typing in the total number of hours that I worked. When calculating hours worked, I base my start time on the time at which I first logged in to NGD, and I base my end time on the time at which I will log out of my phone at the end of the day by switching it to "Aux03" mode (because unlike when you log in to NGD, logging out of NGD does not link to your phone and automatically log out, so you have to do it separately). I do this all within the 2-minute grace period.

19.     After entering my time, I set my computer to restart by clicking the Windows icon and selecting "restart," which takes a few seconds to do. I am not required to remain at my desk for the restart process to finish. I am free to go once I click the restart button, after which I then leave my desk and go home. If I am on a call with a consumer, I complete the call and then proceed

Initials: _VJM_

with the process described above. I simply ensure that I record the additional work time in my daily timesheet. Any time spent over my regular shift on a call is added on to my timesheet.

20.    I am not aware of anyone at Maximus ever making a downward adjustment to my timesheet without telling me first. The only time I can ever remember this occurring is if I was late from getting back from lunch, another break, late to starting my shift, or leaving early.

21.    Further, no one from Maximus has ever asked or required me to perform work "off the clock" or during my lunch break. To my knowledge, there is no policy at Maximus requiring that customer service representatives arrive before their start of their shift in order to log into their computer, phone, and various computer programs before the shift start time. No employee or supervisor of Maximus has ever instructed me to arrive at work early and begin logging into my computer, phone and computer programs before my shift begins.

22.    Similarly, I am not aware of any Maximus policy requiring customer service representatives to remain at their desk while their computer is restarting, and no one from Maximus has ever instructed me to do so. In addition, I have never seen or heard of any customer service representatives being required to stay at their desk to wait for their computer to restart at the end of their shift.

23.    Before being interviewed by the Company's attorney in connection with providing this statement, the attorney read me a printed statement informing me that, among other things:

a.    a lawsuit has been filed against the Company by several current and former customer service representatives who worked in Maximus call centers in various states alleging that the Company failed to properly pay them, and other call center employees, for work they performed before and/or after their shifts;

Initials: _____

        b.     I am within the group of individuals the plaintiffs seek to represent in that case;

        c.     as a potential participant in that lawsuit, my interests may be adverse to Maximus' interests;

        d.     the attorney I spoke with represents only Maximus, and does not represent me or other employees of the company;

        e.     speaking with the attorney was entirely voluntary, and I had the right not to speak with the attorney, and to end the conversation at any time;

        f.     it was entirely my choice as to whether to sign this declaration, and I understand that the Company would neither reward me, nor discriminate or retaliate against me, based on my decision;

        g.     I must review this declaration before signing it, notify the attorney of any errors, and sign it only if the declaration is entirely accurate; and

        h.     the information I provide may be used to support the Company's defense in the lawsuit, which may be adverse to my interests.

24.    I have not been pressured or coerced in any way to provide this declaration, nor have I been offered any benefit or reward for doing so. I attest to the facts in this declaration voluntarily and of my own free will.

Initials: _YM_

I declare under penalty of perjury under the laws of the United States of America and the State of Texas that the foregoing is true and correct.

Date: 11/17/2021

_____
Signature

Yesenia Moreno
Printed Name

Initials: YM