**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| **SHAREY THOMAS, *et al*,**<br>**Individually and on behalf of all others**<br>**similarly situated,** | **Civil Action No. 3:21-cv-00498-DJN** |
| **Plaintiff,** | **JURY TRIAL DEMANDED** |
| **v.** | |
| **MAXIMUS, INC.** | **COLLECTIVE ACTION PURSUANT**<br>**TO 29 U.S.C. § 216(B)** |
| **Defendant.** | |

<u>**NOTICE OF FILING CONSENT TO JOIN**</u>

Plaintiffs Sharey Thomas, Brenda Fowler, Jennifer Gilvin, Laura Vick, Shannon Garner, Nyeshia Young, Jennifer Salcido and Jimnely Salcedo, individually and on behalf of all others similarly situated, give notice of filing the attached Consent to Join, a true and correct copy of which is attached hereto:

1. Monique Lewis

Date:   April 26, 2022         Respectfully submitted,

By:     */s/ Zev H. Antell*
_____
Harris D. Butler, III (VSB No. 26483)
Craig J. Curwood (VSB No. 43975)
Zev H. Antell (VSB No. 74634)
**BUTLER CURWOOD, PLC**
140 Virginia Street, Suite 302
Richmond, Virginia
Telephone: (804) 648-4848
Facsimile: (804) 237-0413
Email:  harris@butlercurwood.com
            craig@butlercurwood.com
            zev@butlercurwood.com

Clif Alexander *(Admitted Pro Hac Vice)*
Texas Bar No. 24064805
clif@a2xlaw.com
Austin Anderson *(Admitted Pro Hac Vice)*
Texas Bar No. 24045189
austin@a2xlaw.com
**ANDERSON ALEXANDER, PLLC**
819 N. Upper Broadway
Corpus Christi, Texas 78401
Telephone: (361) 452-1279
Facsimile: (361) 452-1284

**Attorneys in Charge for Plaintiff
and Putative Class Members**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this April 26, 2022, I will electronically file the foregoing with

the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing

(NEF) to all counsel of record by e-mail.

*/s/ Zev H. Antell*
Zev H. Antell