UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| SHAREY THOMAS, *et al.*,<br>Individually and on behalf<br>of all others similarly situated<br><br>*Plaintiffs*,<br><br>v.<br><br>MAXIMUS, INC.<br><br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:21-cv-00498-MRC<br><br><br><br>COLLECTIVE ACTION<br>PURSUANT TO 29 U.S.C. § 216(b) |

**PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL
OF FLSA COLLECTIVE ACTION SETTLEMENT AGREEMENT**

Plaintiff Sharey Thomas, *et al.*, individually and on behalf of all current Opt-In Plaintiffs (collectively, "Plaintiffs" or the "Collective"), respectfully moves this Court to approve the Settlement Agreement and Release ("Agreement") entered into with Maximus, Inc. ("Maximus"). A copy of the Agreement is attached to the accompanying Memorandum in Support as Exhibit 1. Defendant does not oppose this Motion.

This Motion is based on the accompanying Memorandum of Law, the Agreement, the Declaration of Collective Counsel Clif Alexander, the associated exhibits, and the entire record of this action.

Dated: February 7, 2023                    Respectfully submitted,

                                               **BUTLER CURWOOD, PLC**

                                    By: */s/ Zev H. Antell*
                                         Harris D. Butler, III (VSB No. 26483)
                                         Craig J. Curwood (VSB No. 43975)
                                         Zev H. Antell (VSB No. 74634)
                                         Paul M. Falabella (VSB No. 81199)
                                         **BUTLER CURWOOD, PLC**
                                         140 Virginia Street, Suite 302
                                         Richmond, Virginia 23219
                                         Telephone: (804) 648-4848
                                         Facsimile: (804) 237-0413
                                         Email: harris@butlercurwood.com
                                                      craig@butlercurwood.com
                                                      zev@butlercurwood.com
                                                      paul@butlercurwood.com


                                          **ANDERSON ALEXANDER, PLLC**

                                          Clif Alexander *(Admitted Pro Hac Vice)*
                                          Texas Bar No. 24064805
                                          clif@a2xlaw.com
                                          Austin W. Anderson *(Admitted Pro Hac Vice)*
                                          Texas Bar No. 24045189
                                          austin@a2xlaw.com
                                          101 N. Shoreline Blvd., Ste. 610
                                          Corpus Christi, Texas 78401
                                          Telephone: (361) 452-1279
                                          Facsimile: (361) 452-1284

                                          *Attorneys for Plaintiff and the*
                                          *Putative Collective Members*


## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with Counsel for Defendant and they are not opposed to the filing of this Motion or the relief requested herein.

<p align="right">
/s/ <i>Zev H. Antell</i><br>
Zev H. Antell
</p>

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2023, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Virginia using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

<p align="right">
/s/ <i>Zev H. Antell</i><br>
Zev H. Antell
</p>