UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| SHAREY THOMAS, *et al.*, Individually and on behalf of all others similarly situated, | § § § § | Civil Action No. 3:21-cv-00498-MRC |
| *Plaintiffs*, | § § | |
| v. | § § § | COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) |
| MAXIMUS, INC. | § § § | |
| *Defendant.* | § | |

## ORDER APPROVING SETTLEMENT AND DISMISSAL OF LAWSUIT WITH PREJUDICE

After a review of Plaintiffs' Unopposed Motion for Approval of Settlement (ECF No. 186), Memorandum in Support of this Motion (ECF No. 187), the Settlement Agreement and Release ("Settlement Agreement") (ECF No. 187-1), the Declaration of Collective Counsel (ECF No. 187-2), and the Joint Supplemental Briefing in Support of Award of Attorneys' Fees (ECF No. 190), the Court is satisfied that the settlement reached is a "fair and reasonable resolution of a bona fide dispute" under the Fair Labor Standards Act. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982); 29 U.S.C. § 216.

It is therefore ORDERED and ADJUDGED as follows:

1. The Settlement Agreement is APPROVED, including, but not limited to, the Service Award payments totaling $10,001.00, the Collective Counsel Payment of $325,000.00, Settlement Administration Expenses estimated not to exceed $18,993.00, and the Notice of Collective Action Settlement and notice process.

2. That for sole purposes of settlement, an FLSA collective action is further certified, consisting of the following:

> ALL CURRENT AND FORMER HOURLY CALL-CENTER EMPLOYEES WHO WORKED FOR MAXIMUS, INC., ANYWHERE IN THE UNITED STATES, AT ANY TIME FROM JULY 30, 2018 THROUGH DECEMBER

14, 2022 (THE "COLLECTIVE PERIOD"), AND WHO HAVE PREVIOUSLY FILED A CONSENT TO JOIN THIS ACTION.

IT IS FURTHER ORDERED that:

- All capitalized terms not otherwise defined in this Order shall have the same meaning ascribed to them in the Settlement Agreement;

- Rust Consulting, Inc. will serve as "Settlement Administrator" in providing notice and administration services pursuant to the Settlement Agreement and is hereby authorized to establish a Qualified Settlement Fund under 26 C.F.R. § 1.468B-1;

- Collective Representatives Sharey Thomas, Laura Vick, Shannon Garner, and Jimnelly Salcedo are appointed as the representatives for the Collective; and

- Collective Counsel (Anderson Alexander, PLLC (including Clif Alexander and Austin W. Anderson) and Butler Curwood, PLC (including Craig Curwood and Zev Antell)) are approved as Collective Counsel for the Settlement Collective.

IT IS FURTHER ORDERED that the form and content of the Notice of Collective Action Settlement attached to the Settlement Agreement is adequate, proper, comports with Due Process, and is hereby approved and authorized for distribution to Collective Members;

IT IS FURTHER ORDERED that Counsel for the Parties are hereby authorized to jointly use all reasonable procedures in connection with approval and administration of the settlement that are not materially inconsistent with this Order or the Settlement Agreement, including making, without further approval of the Court, minor changes to the form or content of the Notice, moderate extensions of time that do not alter effective dates, approval of minor changes to Settlement Administration Expenses, and minor changes to other exhibits that they jointly agree are reasonable or necessary.

IT IS FURTHER ORDERED that this case be and is DISMISSED <u>with</u> Prejudice and <u>without</u> any award of attorney fees or costs, except as provided in the approved Settlement Agreement. This Court will maintain jurisdiction over the administration of the Settlement Agreement.

IT IS FURTHER ORDERED that the Settlement Approval Hearing previously scheduled for April 12, 2023 is hereby cancelled.

IT IS SO ORDERED.

                                                           /s/ MRC

                                          Mark R. Colombell
                                          United States Magistrate Judge

Richmond, Virginia
Dated:  March 27, 2023